UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARTIN GUGINO,

                Plaintiff,        **NOTICE OF MOTION PURSUANT TO**
v.                                       **Fed. R. Civ. P. 37,**
                                             **Rule 30(d)(3), and the court's inherent power**

CITY OF BUFFALO,                      Case No.: 1:21-cv-00283
MAYOR BYRON BROWN,
POLICE OFFICER ROBERT McCABE,
POLICE OFFICER AARON TORGALSKI,
POLICE OFFICER JOHN LOSI,
POLICE COMMISSIONER
BYRON C. LOCKWOOD,
DEPUTY POLICE COMMISSIONER JOSEPH GRAMAGLIA,

                Defendants.
_____

PLEASE TAKE NOTICE that, upon the accompanying (a) Affidavit of Melissa D. Wischerath, Esq., dated January 12, 2024; and (b) Memorandum of Law in Support of Plaintiff's Motion to Compel pursuant to Fed. R. Civ. P. 37 and 30 (d)(3) and the Court's inherent powers; Plaintiff will move this Court at the courthouse located at 2 Niagara Square in Buffalo, New York on January _____, 2024 at _____ a.m./p.m., or as soon thereafter as counsel can be heard, for an Order pursuant to Fed. R. Civ. P. 37 Rule 30(d)(3) and the court's inherent power as follows: (a) for an expediated hearing of its motion pursuant to compel non-party, John Evans, to answer all questions posed to him at his deposition; (b) ordering the attorney for the non-party witness to refrain from speaking objections and deposition obstruction and sanctions; and (c) such other and further relief as this Court deems just and proper.

Dated:        Buffalo, New York
                 January 12, 2024        **LIPSITZ GREEN SCIME CAMBRIA, LLP**

                                                              /s/ Melissa D. Wischerath