I DO NOT HAVE AUTHORITY IN MY

INDIVIDUAL CAPACITY TO RESPOND

TO YOUR QUESTION.



EXHIBIT 60
JD 1-12-24 MW