JOHN EVANS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------

MARTIN GUGINO,

                          Plaintiff,

       -vs-

CITY OF BUFFALO,
MAYOR BYRON BROWN,
POLICE OFFICER ROBERT McCABE,
POLICE OFFICER AARON TORGALSKI,
POLICE OFFICER JOHN LOSI,
POLICE COMMISSIONER BYRON C. LOCKWOOD,
DEPUTY POLICE COMMISSIONER JOSEPH GRAMAGLIA,

                          Defendants.

---------------------------------------------------

                          Examination Before Trial of

JOHN EVANS, taken pursuant to the Federal Rules of Civil

Procedure, in the law offices of LIPSITZ GREEN SCIME CAMBRIA

LLP, 42 Delaware Avenue, Suite 120, Buffalo, New York, taken

on January 12, 2024, commencing at 10:09 A.M., before

NICHOLE WINANS, Notary Public.

2

INDEX TO EXHIBITS

Exhibits                                        For Identification

43      Buffalo Police Department/              5
        Buffalo Police Benevolent
        Association Collective
        Bargaining Agreement and
        Supplements

44      Final and Binding Opinion and           5
        Award of Tripartite
        Arbitration Panel

45      Subpoena to Testify at a                5
        Deposition in a Civil Action
        John Evans

46      PBA E-mails                             5

47      October 2021 The City of                5
        Buffalo's Untapped Power to
        Discipline Police Officers

48      January 9, 2024 Multiple Page           5
        Communication to the Common
        Councill

49      March 23, 2023 Deidre Williams          5
        Article

50      PBA Blog Posts "Top 10"                 5

51      June 5, 2020 Spectrum News              5
        Staff Article

52      March 21, 2023 Buffalo PBA              6
        Website

53      April 7, 2023 Buffalo PBA               6
        Website

3

| 54 | August 2, 2023 Buffalo PBA Website | 6 |
| 55 | February 1, 2023 Buffalo PBA Website | 6 |
| 56 | July 22, 2022 Buffalo PBA Website | 6 |
| 57 | John Evans Oversight Article | 6 |
| 58 | Move On Article | 6 |
| 59 | 1949 Charter | 6 |
| 60 | Personius Note Card for Evans | 43 |
| 61 | Judge Foschio's Guidelines for Discovery Depositions | 43 |

4

1      APPEARANCES:

2      LIPSITZ GREEN SCIME CAMBRIA LLP,
       By MELISSA D. WISCHERATH, ESQ.,
3      42 Delaware Avenue,
       Suite 120,
4      Buffalo, New York 14202,
       Appearing for the Plaintiff.
5
       HODGSON RUSS LLP,
6      By PETER A. SAHASRABUDHE, ESQ.,
       The Guaranty Building,
7      140 Pearl Street, Suite 100,
       Buffalo, New York 14202-4040,
8      Appearing for the Defendants.

9      PERSONIUS MELBER, LLP,
       By RODNEY O. PERSONIUS, ESQ.,
10     2100 Main Place Tower,
       Buffalo,New York 14202,
11     Appearing for The Witness.

12     PRESENT:  Matthew Messing,
                 Legal Videographer
13

14         (The following stipulations were entered

15     into by all parties.)

16         It is hereby stipulated by and between counsel

17     for the respective parties that the oath of the

18     Referee is waived, that filing and certification

19     of the transcript are waived, and that all

20     objections, except as to the form of the

21     questions, are reserved until the time of trial.

22

23

1          (Whereupon, a Buffalo Police Department/
2     Buffalo Police Benevolent Association Collective
3     Bargaining Agreement and Supplements was then
4     received and marked as Exhibit 43,
5          a Final and Binding Opinion and Award of
6     Tripartite Arbitration Panel was then received
7     and marked as Exhibit 44,
8          a Subpoena to Testify at a Deposition in a
9     Civil Action John Evans was then received and
10    marked as Exhibit 45,
11         PBA E-mails were then received and marked as
12    Exhibit 46,
13         an October 2021 The City of Buffalo's
14    Untapped Power to Discipline Police Officers was
15    then received and marked as Exhibit 47,
16         a January 9, 2024 Multiple Page
17    Communication to the Common Councill was then
18    received and marked as Exhibit 48,
19         a March 23, 2023 Deidre Williams Article was
20    then received and marked as Exhibit 49,
21         PBA Blog Posts "Top 10" were then received
22    and marked as Exhibit 50,
23         a June 5, 2020 Spectrum News Staff Article

6

1        was then received and marked as Exhibit 51,

2             a March 21, 2023 Buffalo PBA Website was

3        then received and marked as Exhibit 52,

4             an April 7, 2023 Buffalo PBA Website was

5        then received and marked as Exhibit 53,

6             an August 2, 2023 Buffalo PBA Website was

7        then received and marked as Exhibit 54,

8             a February 1, 2023 Buffalo PBA Website was

9        then received and marked as Exhibit 55,

10            a July 22, 2022 Buffalo PBA Website was then

11       received and marked as Exhibit 56,

12            a John Evans Oversight Article was then

13       received and marked as Exhibit 57,

14            a Move On Article was then received and

15       marked as Exhibit 58, and

16            a 1949 Charter was then received and marked

17       as Exhibit 59, for identification.)

18

19   THE VIDEOGRAPHER:  Okay.  We are now on the record.

20       My name is Matt Messing with WNY Legal Video.

21       Today's date is January 12th, 2024, and the time

22       on the video monitor is ten-o-nine.  We are here

23       to take the video recorded testimony of John

7

1      Evans, in the matter of Martin Gugino versus the

2      City of Buffalo, et al.

3          The court reporter today is Nichole Winans

4      from Sue Ann Simonin Court Reporting.  Will all

5      counsel introduce themselves for the record, and

6      the reporter will then swear in the witness.

7   MS. WISCHERATH:  Good morning.  Melissa Wischerath of

8      Lipsitz Green, on behalf of Plaintiff, Martin

9      Gugino.

10  MR. SAHASRABUDHE:  Good morning.  Peter Sahasrabudhe

11     from Hodgson Russ, We represent the City of

12     Buffalo and the City related Defendants,

13     including the police officers.

14  MR. PERSONIUS:  Rod Personius from Personius Melber,

15     and I represent John Evans.

16  THE REPORTER:  Usual stipulations?

17  MS. WISCHERATH:  So you're here pursuant to a

18     non-party Subpoena, so, Mr. Evans, you have a

19     right to the copy of the transcript to review,

20     read and sign, if that's something that you'd

21     like to say on the record now or if you want to

22     preserve that until the end, you can let us know,

23     but we're happy to provide you a copy of your

8

1      deposition transcript.

2    JOHN EVANS:  Sure.

3    MR. PERSONIUS:  I think he'd like to review it.

4    JOHN EVANS:  Sure.

5

6                    J O H N   E V A N S,

7          68 Court Street, Buffalo, New York 14202,

8              after being duly called and sworn,

9                  testified as follows:

10

11   EXAMINATION BY MS. WISCHERATH:

12

13   Q.  Good morning, Mr. Evans.  We met informally

14       before we got on the record today.  My name is

15       Melissa Wischerath, and there's a couple of

16       ground rules.  If you don't understand a question

17       I ask, just let me know and I'm happy to rephrase

18       it, restate it, things like that.  Okay?

19   A.  Great.

20   Q.  And if you need a break at any time, again, it's

21       not a test, as long as there's not a question

22       pending, we can take bathroom breaks, lunch hour,

23       that sort of thing, just let us know.  Okay?

9

1  A.  Sounds good.

2  Q.  And the court reporter is doing everything --

3      doing a lot of work today, so in conversations we

4      have a tendency to nod or say um-hum, for her

5      sake, we're going to need a verbal response, so I

6      may say I see you nodding, was that a yes, was

7      that a no.

8  A.  Understood.

9  Q.  And then lastly, we have a tendency to start

10     talking over each other, so you know where I'm

11     going before I finish my question, but to make

12     her life easier, if you could just wait until I

13     finish.  Okay?

14 A.  Okay.

15 Q.  Other than talking to your attorney, was there

16     anybody that you spoke with about your deposition

17     today?

18 A.  No.

19 Q.  What about documents, did you review anything in

20     preparation for your deposition today?

21 A.  The complaint.

22 Q.  And the complaint, do you mean the actual

23     lawsuit?

10

1   A.   If that's what it's referred as.

2   Q.   Okay.  Was it a fifty-page document --

3   A.   Yes.

4   Q.   -- that had claims or causes of action that were

5        made by Plaintiff Gugino against the City of

6        Buffalo --

7   A.   Yes.

8   Q.   -- and others?  Okay.

9   MR. PERSONIUS:  And I'm seeing it happening, you got

10       to let her finish her question before you answer,

11       please.

12  THE WITNESS:  Understood.

13  BY MS. WISCHERATH:

14  Q.   And had you read that complaint before?

15  A.   Before when?

16  Q.   Before you reviewed it today in preparation for

17       your deposition.

18  A.   No.

19  Q.   Okay.  So something you looked at before you came

20       here?

21  A.   Correct.

22  Q.   Anything else?

23  A.   No.

1   Q.   Okay.  If you don't mind, turning over to, we

2        pre-marked exhibits, so there should be a tab in

3        your binder that says 55 -- 45.  And I'll just

4        represent to you, this is the Subpoena that our

5        office served on you in order to appear for your

6        deposition testimony today.  Have you reviewed

7        this before?

8   A.   I must have saw it at some point.

9   Q.   Okay.  And if you don't mind just flipping to the

10       last page, there was an exhibit A.

11  A.   Okay.

12  Q.   Did you look for any of these documents in order

13       to either provide to us or bring with you today?

14  A.   I didn't bring anything today.

15  Q.   Were you -- at any point in time did you look for

16       e-mails or texts or media that you had that was

17       either issued or recorded because of the incident

18       involving Mr. Gugino?

19  A.   I don't know.  Did I send anything back to you?

20  Q.   I'm -- did you get that to your lawyers to send

21       to us?

22  A.   I don't remember.

23  Q.   Okay.  I just want to ask some questions about

12

```
 1        your background.  What is your job title?
 2   A.   The president of Buffalo PBA.
 3   Q.   And what's the Buffalo PBA?
 4   A.   The police union for the City of Buffalo police
 5        officers.
 6   Q.   And how long have you been the president?
 7   A.   I think six years.
 8   Q.   What is your job description?  You don't need to
 9        give me the long story, but in a couple words,
10        what is the job you do as president of the
11        Buffalo PBA?
12   A.   Represent the officers of the union, try to
13        enforce the articles of the contract.
14   Q.   And the officers of the union, would those be
15        members of the Buffalo Police Department?
16   A.   Yes.
17   Q.   Okay.  Anybody else or is it really just --
18   A.   Just strictly police officers.
19   Q.   Just police officers that work for the City of
20        Buffalo, true?
21   A.   Well, police officers, detectives, detective
22        sergeants, captains, inspectors.
23   Q.   So law enforcement for the City of Buffalo?
```

13

1   A.  Correct.

2   Q.  Basically you don't represent -- if there's an

3       officer that's with the Amherst PD, they're not

4       part of your organization, right?

5   A.  Correct.

6   Q.  Okay.  And when you say enforce the contract,

7       what contract are you talking about?

8   A.  The contract between the union and the City.

9   Q.  Now prior to being president, did you have --

10      what was your job title before that?

11  A.  I was vice president.

12  Q.  How long were you vice president of the PBA?

13  A.  Four years-ish.

14  Q.  Was your job duties different than they are now,

15      meaning what was the difference between vice

16      president and president?

17  A.  Within the office, your duties are more

18      concentrated on grievances.

19  Q.  What's a grievance?

20  A.  Grievance is an instance where the City violated

21      the contract.

22  Q.  Do you still have to do that in your capacity as

23      president?

14

1   A.   Occasionally.

2   Q.   Okay.  But more your time is spent dealing with

3       the actual enforcement of the contract than the

4       enforcement of grievances?

5   A.   Right.

6   Q.   Okay.  Now before you were vice president, what

7       title did you hold?

8   A.   Second vice president.

9   Q.   How long were you second vice president?

10   A.   I don't remember.  A year and a half maybe.

11   Q.   And what was the difference between your job

12       duties as vice president and second vice

13       president?

14   A.   Again, internally you were more concerned with

15       the -- I want to say the safety issues related to

16       the duties of the job.

17   Q.   What do you mean by that?  I just don't know what

18       you mean by safety issues.

19   A.   There was a mold issue at a district, so we

20       called in PESH, and a litany of other agencies.

21   Q.   Not to put words in your mouth, but just more

22       like day-to-day issues that were affecting the

23       members?

1   A.   Well, vehicles, you know, you try to keep track

2        of the fleet, and, you know, I don't know, things

3        like that.

4   Q.   Okay.  And did you have a title before the second

5        vice president title within the PBA?

6   A.   I was a recording secretary.

7   Q.   Recording secretary?

8   A.   Correct.

9   Q.   What was that job?

10  A.   You recorded the meeting minutes, that was your

11       primary function.

12  Q.   What do you mean, what meeting, like was it an

13       annual meeting or --

14  A.   Monthly, we had monthly PBA union meetings.

15  Q.   And how long were you recording secretary?

16  A.   Two years I think.

17  Q.   Did you have a title before recording secretary?

18  A.   No.

19  Q.   Okay.  So recording secretary is the first

20       position you held within the PBA?

21  A.   Correct.

22  Q.   What year do you think you got the job within PBA

23       as recording secretary?

16

```
 1   A.   2012.
 2   Q.   So from 2012 to 2023, you've been employed by the
 3        PBA, is that true?
 4   A.   Correct.
 5   Q.   Where did you work before your position as
 6        recording secretary?
 7   A.   In the field?
 8   Q.   Okay.  In the field.  And where was that for?
 9   A.   I worked in --
10   Q.   Who was your employer?
11   A.   I worked in various districts throughout the
12        City.
13   Q.   Was your employer the City of Buffalo?
14   A.   Correct.
15   Q.   Today is your employer the City of Buffalo or is
16        it the PBA?
17   A.   Both.
18   Q.   What do you mean by that?
19   A.   I get paid from the City of Buffalo, I also get
20        paid from the PBA.
21   Q.   Can you explain that, so are you currently a
22        salaried employee of the City of Buffalo and a
23        salaried employee of the PBA?
```

17

1   A.   Yes.

2   Q.   So you have two jobs?

3   A.   I'm on full release from my position as a City

4        officer.

5   Q.   When did you get the full release from your

6        position as a City officer?

7   A.   When I became the vice president.

8   Q.   What year was that?

9   A.   I'm not sure.

10  Q.   But sometime after 2012?

11  A.   Maybe '14, '15-ish.  Again, I'm not sure.

12  Q.   Now was this also true when your first position

13       as recording secretary, did you have a dual

14       employment where you were paid by the PBA and you

15       were also paid by the City?

16  A.   It was as needed, as far as the PBA, you got

17       release days when there was an arbitration or

18       whatever the issue was or event.

19  Q.   So as recording secretary, when you say release

20       days, the PBA would pick up your bill for the day

21       and reimburse the City or something like that or

22       what do you mean?

23  A.   No.  You were granted release days, the PBA -- we

```
1        have secretaries, and they would, they send
2        releases letters to the commissioner to say on
3        January 11th you'd be attending a deposition, and
4        that would constitute your workday that day, so
5        you did PBA function that day versus your job in
6        the field.
7   Q.   Okay.  But so when you were a recording
8        secretary, was your sole employer the City of
9        Buffalo?  Meaning, you weren't getting paid by
10       the PBA or were you getting paid by the PBA?
11  A.   Yes.  We were getting paid by the PBA.
12  Q.   Okay.  And that was salary or you said as needed
13       like a --
14  A.   Salary.  But the release days were as needed.
15  Q.   So you were mainly working -- in your job as a
16       recording secretary, were you mainly working in
17       the field as a Buffalo police officer and then
18       having these sporadic release days or how did
19       that look on a day to day?
20  A.   Going off memory, you worked -- just say I would
21       work two days a week in the car, so to speak, and
22       then two days a week in the office, if that's,
23       you know, the way it fell.
```

19

1  Q.  So how long -- when did you first become an

2      employee of the City of Buffalo as a police

3      officer or in some other capacity?

4  A.  January 25th, 2001.

5  Q.  January 25th, 2001 was your first probationary

6      period as a Buffalo police officers?

7  A.  I was sworn in that day, correct.

8  Q.  And did you attend the police academy before

9      that?

10 A.  No.  It started that day.

11 Q.  Okay.  So when you were sworn in, you got sworn

12     in and your first task was to go to police

13     academy?

14 A.  Correct.

15 Q.  Did you successfully complete the police academy?

16 A.  Yes.

17 Q.  How long was that, how long did that process

18     take?

19 A.  I don't know if it's twenty-five weeks or

20     thereabouts.

21 Q.  What was your background going in as a police

22     officer, educationally, did you have a degree

23     or --

20

1   A.  I had some college, I went to Buff State for a
2       few years.
3   Q.  Were you doing like criminal justice stuff at
4       Buff State or just --
5   A.  Some, yeah.  History, political science.
6   Q.  Are you from Western New York?
7   A.  Buffalo.
8   Q.  You were born here?
9   A.  Lackawanna.
10  Q.  Where did you go to high school?
11  A.  Timon.
12  Q.  Okay.  I'm from Buffalo, so I know what that
13      means.  Okay.  So twenty-five weeks of police
14      academy, what was your first position when you
15      got off the academy?
16  A.  Police officer assigned to actually Charlie
17      District.
18  Q.  Which is C, as in cat?
19  A.  Correct.
20  Q.  How high up in the ranks did you progress before
21      you started working in a capacity for the PBA?
22  A.  I'm a police officer.
23  Q.  Meaning you didn't take any more senior positions

1      within the City of Buffalo?

2   A.   No.

3   Q.   Is there a reason why you didn't?

4   MR. PERSONIUS:   Object to the form.

5   THE WITNESS:   Never cared to.

6   BY MS. WISCHERATH:

7   Q.   So as of your position as vice president within

8        the PBA, are you currently one hundred percent

9        full-time working on union activities?

10  A.   Correct.

11  Q.   Okay.  And prior, when I think in 2012 when you

12       started working within the PBA as recording

13       secretary, there was more of a split where you

14       were about maybe fifty/fifty union activities

15       versus actual police work, is that fair to say?

16  A.   Correct.

17  Q.   Now you gave an office of 68 Court Street, is

18       that your office?

19  A.   Correct.

20  Q.   What is that office?

21  A.   It's the PBA office.

22  Q.   Do you guys have like a physical office space?

23  A.   Yes.

22

1   Q.   And do you have your own office within that
2        office?
3   A.   Correct.
4   Q.   And is that located within headquarters?
5   A.   Yes.
6   Q.   Where -- do you guys have your own floor or how
7        do they work that out?
8   A.   It's suite 100.
9   Q.   Okay.  There's a suite within the headquarters
10       that's dedicated for PBA space and offices --
11  A.   Right.
12  Q.   -- true?
13  A.   Correct.
14  Q.   Okay.  How long has that been the case, where
15       the --
16  A.   Since --
17  Q.   Hang on.  How long has the PBA offices been
18       located within the City headquarters for police?
19  A.   I don't know the -- I don't know that answer.
20  Q.   Since you've been around has that always been the
21       case?
22  A.   Yes.
23  Q.   So at least since 2012 the PBA offices were

23

1     located within headquarters for the Buffalo

2     Police?

3  A.  Yeah.  We were at 74 Franklin Street though prior

4     to 68 Court.

5  Q.  Got it.  Now I'm going to show you a very large

6     exhibit, if you could flip to Exhibit -- we

7     previously marked it as 43, it's going to be the

8     first document that's approximately four hundred

9     and forty-four pages.  I'll just represent to you

10    that we were -- we received this pursuant to a

11    Subpoena our office served on the PBA.  We asked

12    for a copy of the collective bargaining agreement

13    and any supplements between the City and the PBA,

14    and this is what we got.  Have you -- are you

15    familiar with this document?

16 A.  Yes.  Yes.

17 Q.  Do you know how many pages it is off the top of

18    your head?

19 A.  No.

20 Q.  Does it sound about right, four hundred and

21    forty-four pages?

22 MR. PERSONIUS:  Don't guess.

23 THE WITNESS:  I don't know.

24

```
 1   BY MS. WISCHERATH:
 2   Q.   Okay.  Now, how do you personally, I know you
 3        said one of your main job duties is enforcement
 4        of the contract, and by that we're talking
 5        specifically about the large stack of paper at
 6        Exhibit 43, how do you personally have a copy of
 7        this?  Do you have a hard copy, do you have an
 8        electronic copy, is it in the office, what does
 9        your contract copy look like?
10   MR. PERSONIUS:  Object to the form.
11   THE WITNESS:  Both.
12   BY MS. WISCHERATH:
13   Q.   Okay.  So you have a hard copy and an electronic
14        copy in your office of the contract between the
15        PBA and the City, true?
16   A.   Correct.
17   Q.   And would you agree with me, if it's something
18        that's been cobbled together over decades, and
19        there's many different -- within this contract
20        are many different agreements that have taken
21        place over time, true?
22   A.   True.
23   Q.   Okay.  And the most recent contract I understand
```

1       was just submitted to the common council earlier

2       this week, there is a tentative agreement, is

3       that true?

4    A.  Correct.

5    Q.  And so, if I'm understanding, based on my review

6       of the contract, is that agreements get signed

7       between the City and the PBA, and then they get

8       kind of incorporated into this stack of the

9       contract, as we're looking at at Exhibit 43,

10      true?

11   A.  Correct.

12   Q.  And so the tentative contract that's pending in

13      front of the City right now, we're always kind of

14      looking behind, right, so that, the timeline for

15      that tentative contract is what?

16   MR. PERSONIUS:  Object to the form.

17   BY MS. WISCHERATH:

18   Q.  What is that in effect for, even though it might

19      be approved in 2024, what period of time would

20      that contract cover?

21   MR. PERSONIUS:  Object to the form.

22   THE WITNESS:  July 1st of 2021 until June 30th, 2025.

23   BY MS. WISCHERATH:

26

1   Q.  Now as far as the contract process generally, how

2      does that work, how does the City and the PBA get

3      to the table to talk or discuss the contract that

4      is in place between the two of them?

5   MR. PERSONIUS:  Object to the form.

6   THE WITNESS:  Usually in the last six months of a

7      term, would sit down with corporation council and

8      discuss a future contract.

9   BY MS. WISCHERATH:

10  Q.  And when you say we, do you mean the PBA or

11     something else?

12  A.  Sometimes, sometimes attorneys, PBA attorneys

13     would be present as well.

14  Q.  So at the earliest stage in the beginning, it's

15     usually members -- representatives of the PBA,

16     the City, and then attorneys for the City and PBA

17     will talk about the contract, is that fair to

18     say?

19  A.  Yes.

20  Q.  And then what happens, has it ever been like you

21     guys figured it out in those early kind of

22     conversations or is there a next step that

23     happens?

27

```
 1   MR. PERSONIUS:  Object to form.
 2   THE WITNESS:  I don't know the exact history of the
 3       -- we did have a -- from the '09 to '19, we had a
 4       contract, and then from '19 to '21 we had an
 5       arbitration award, and '21 to currently, which is
 6       the tentative that's at common council as we
 7       speak.
 8   BY MS. WISCHERATH:
 9   Q.  And the current contract that was negotiated, it
10       sounds like there was an impasse declared at some
11       point, is that true?
12   A.  Correct.
13   Q.  What does that mean?
14   A.  We couldn't come to terms, so a mediator then
15       becomes involved through New York State, through
16       PERB, and they mediate the negotiation from that
17       point.
18   Q.  Okay.  So at least in the most recent contract,
19       that was submitted I think January of 2024, there
20       were some early conversations, an impasse was
21       declared, and then a mediator got involved, and
22       as a result of that mediation, the parties
23       reached a tentative agreement that is now pending
```

1     in front of the council for approval, is that

2     fair to say?

3  A. Correct.

4  Q. And just because it happened that way this time,

5     doesn't mean it always happens that way as far as

6     contract negotiations between the City and the

7     PBA, true?

8  A. True.

9  Q. But that's just one of the ways that it can

10    happen, right?

11 A. Right.

12 Q. And I think you mentioned sometimes it can happen

13    through an arbitration, right?

14 A. Correct.

15 Q. So basically if there's not an agreement between

16    the parties, it can proceed to an arbitration and

17    then the parties -- the controlling document

18    would be the arbitration, right?

19 A. Correct.

20 Q. It's resolved through arbitration --

21 A. Correct.

22 Q. -- not discussions through the parties?  But

23    those are basically the two paths, right, there's

29

1      either parties agree to it or there's an

2      arbitration, and an arbitrator or panel

3      decides --

4  A.  Correct.

5  Q.  -- what's going to happen, true?

6  A.  Yes.

7  Q.  Okay.  How familiar are you with the contract

8      that is in effect between the PBA and the City?

9      I mean, would you say you're very familiar,

10     somewhat familiar, not at all?

11  MR. PERSONIUS:  Object to form.

12  THE WITNESS:  Somewhat familiar.

13  BY MS. WISCHERATH:

14  Q.  And have you -- I know you said you have copies

15     of it.  Have you read copies of the contract

16     that's in place between the City and the PBA?

17  MR. PERSONIUS:  Object to form.

18  THE WITNESS:  Yeah.  Different parts.

19  BY MS. WISCHERATH:

20  Q.  Meaning, you haven't read the thing in its

21     entirety, but you're familiar with certain parts

22     of it or --

23  MR. PERSONIUS:  Object to form.

1   THE WITNESS:  Yeah.  I've never sat down and read it

2       cover to cover.  You just apply whatever

3       violation is relevant to what chapter and fill

4       out the grievance, that's essentially it.

5   BY MS. WISCHERATH:

6   Q.   Okay.  You may not have read it like a book,

7       cover to cover, but do you think you've gotten

8       through the whole book or are there pieces that

9       you haven't read?

10  A.   I've likely read the entire thing at some point

11      in the last twelve years.

12  Q.   Now within the PBA, are you like the contract

13      guy, like are you the one that knows the most

14      about it or are there other people that have

15      greater knowledge about it?

16  MR. PERSONIUS:  Object to form.

17  THE WITNESS:  Just because experience-wise, I'm the

18      longest tenured current executive board member,

19      so I may have the most knowledge of it.

20  BY MS. WISCHERATH:

21  Q.   Now you said you're a board member, are you --

22      maybe I need to understand a little bit about the

23      PBA.  Are you an employee of the PBA and a board

31

```
1         member of the PBA?
2    A.   Well, the executive board consists of the
3         recording secretary, treasurer, second vice
4         president, first vice president and president.
5    Q.   I think I missed one.  You said recording
6         secretary, second vice president, vice
7         president --
8    A.   Treasurer.
9    Q.   Treasurer.  Okay.  So does the PBA have employees
10        that are not board members?
11   A.   We have two secretaries.
12   Q.   Anybody else, is that it?
13   A.   No.
14   Q.   So it's the board and two secretaries make up the
15        employment of the PBA?
16   A.   Correct.
17   Q.   Now who pays the salaries of the secretaries, is
18        that a PBA expense or a City expense?
19   A.   PBA.
20   Q.   And then from vice president -- I guess vice
21        president and president, those are -- those
22        salaries are paid by the City and the PBA, true?
23        There's two different -- if you're holding the
```

```
 1       title president, you're getting paid from the

 2       City as a salary, and you're also getting paid

 3       from the PBA as a salary, true?

 4  A.   Correct.

 5  Q.   Is that true also as vice president?

 6  A.   Yes.

 7  Q.   What about treasurer?

 8  A.   Yes.

 9  Q.   What about second vice president?

10  A.   Yes.

11  Q.   What about recording secretary?

12  A.   Correct.  Yes.

13  Q.   Do you get a raise from your City employment when

14       you become an employee of the PBA or is that just

15       the regular contract would be in place?

16  MR. SAHASRABUDHE:  Form.

17  THE WITNESS:  I get my police salary from the City,

18       and then I get a stipend from the PBA as well.

19  BY MS. WISCHERATH:

20  Q.   So is like all the -- if the City employees get a

21       raise -- your employment as the president, does

22       that just fall under the standard contract then

23       of the City, you're treated like any other police
```

33

```
 1        officer as far as raises or salaries and things
 2        like that, is that true?
 3   A.   Correct.
 4   Q.   Okay.  And then the stipend, is that like
 5        discretionary or is there like an actual set
 6        figure for each?
 7   A.   Set figure.
 8   Q.   Okay.  And does that money come out of the member
 9        dues?
10   A.   Correct.
11   Q.   And is Buffalo, is the City of Buffalo Police
12        Department member dues, are those voluntary or
13        mandatory, does everyone have to put in or can
14        you choose to put in?
15   A.   You can choose.
16   Q.   Do you know what percentage is a member of the
17        PBA of the Buffalo Police?
18   A.   I'm sorry?
19   Q.   Like how many police officers are members of the
20        PBA?
21   A.   Seven hundred and twenty-six currently.
22   Q.   Is that almost all of them, like how many --
23   A.   There's one that isn't.
```

34

```
 1   Q.   One that isn't.  Okay.  Now is it fair to say
 2        that you're somebody that isn't afraid to ask
 3        public officials or the public for assistance for
 4        the PBA?  So if the PBA needs more cars, you're
 5        going to go out there and you're going to say we
 6        need more cars, is that a fair characterization?
 7   MR. PERSONIUS:  Object to the form.
 8   THE WITNESS:  Yes.
 9   BY MS. WISCHERATH:
10   Q.   Now there's a couple of things in the last couple
11        years that you've been advocating for on behalf
12        of the PBA from the City.  Do you know what I'm
13        referring to?
14   MR. PERSONIUS:  Object to form.  Don't guess.
15   BY MS. WISCHERATH:
16   Q.   You can say no.
17   A.   No.
18   Q.   Okay.  So specifically, you've been advocating
19        for cars, supervision and training.  Does that
20        ring a bell to you that you've been asking for
21        the City to get more police vehicles, do more
22        training, and better supervision for PBA members?
23   A.   The training and the vehicles, I guess.  I don't
```

35

```
 1        recall supervision issues though.
 2   Q.   Okay.  What is it about the vehicles that you
 3        feel is not great right now for PBA members?
 4   MR. PERSONIUS:  Object to form.
 5   THE WITNESS:  They don't have enough.
 6   BY MS. WISCHERATH:
 7   Q.   And by that, you mean like the actual number,
 8        like you want just more?
 9   A.   Yes.
10   Q.   Do you have a number of vehicles that you're
11        like, this is the number we should have, here's
12        where we're at?
13   A.   I would like there to be twenty vehicles per
14        district.
15   Q.   Do you know what they currently have?
16   A.   It fluctuates, but six to eight.
17   MR. PERSONIUS:  I want to note for the record, this
18        type of question is of concern.  We had lengthy
19        e-mail exchanges over the past six weeks about
20        the Subpoena that was issued to Mr. Evans and
21        whether it was in his official capacity, in which
22        case, we are entitled to a notice of the subjects
23        to be covered pursuant to Federal Rules of Civil
```

1      Procedure 30(b)(6).  I was informed earlier this

2      week that we would not get that notice and that

3      the reason was because Mr. Evans was being

4      subpoenaed to testify in his individual, not his

5      official capacity, and my concern is that the

6      line of questioning that we're covering now is

7      getting into his official capacity, what he does

8      for the PBA, what his aims are, I see that as

9      official, not personal.  So I just want to make

10     that observation, and as we proceed, if I get to

11     a point where I think they are questions that go

12     to his official capacity, I'll instruct him not

13     to answer, but I just want to note it for the

14     record.

15  MS. WISCHERATH:  Okay.  So there was a question

16     pending -- did we get the answer on that?

17          (Whereupon, the above-requested answer was

18     then read back by the reporter.)

19  BY MS. WISCHERATH:

20  Q.  Now what about training, what is it that you feel

21     could be improved or is lacking as far as

22     training for the PBA members?

23  MR. PERSONIUS:  And again, this is in that same line

1            of questioning, that, unless I'm mistaken, this

2            is talking about what Mr. Evans does in his

3            official capacity, and I see that going beyond

4            the scope of a Subpoena that's directed to him in

5            his individual capacity.  And if you want to go

6            off the record and talk about it, we can, but

7            that's my concern.

8       BY MS. WISCHERATH:

9       Q.   You can answer.  Do you want me to read the

10           question back?

11      A.   Well, firearms training I believe is lacking.  We

12           currently only have to qualify once a year, I

13           don't think that's adequate or sufficient.

14      Q.   What else?

15      MR. PERSONIUS:   Object to form.

16      THE WITNESS:   That's my primary concern.

17      BY MS. WISCHERATH:

18      Q.   What about your secondary concerns, what are

19           those about training?

20      MR. PERSONIUS:   Object to the form.

21      THE WITNESS:   Nothing comes to mind, sorry.

22      BY MS. WISCHERATH:

23      Q.   What about the grievance that the -- the PBA

38

```
 1      filed a grievance on the issue of training

 2      against the City, is that true?

 3  A.  Could you be more specific?  I don't recall.

 4  Q.  Isn't there currently a grievance pending by the

 5      PBA?

 6  A.  Regarding training?

 7  Q.  Yes.

 8  A.  Not that I'm aware of.

 9  Q.  So regarding the firearms training, do you want

10      to see a higher frequency, so that it's not just

11      going on once a year, that it be, maybe, what, do

12      you have a number?  Do you want it to be like

13      biannual, quarterly?

14  A.  Quarterly.

15  MS. WISCHERATH:  Sorry.  Was there just a note

16      handed?

17  MR. PERSONIUS:  Yes.  You can read it into the

18      record.

19  THE WITNESS:  I do not have the authority in my

20      individual capacity to respond to your question.

21  MS. WISCHERATH:  Did you type that out, Mr.

22      Personius?

23  MR. PERSONIUS:  I did.
```

1    MS. WISCHERATH:  And you're going to hand that to him

2        when --

3    MR. PERSONIUS:  If you ask questions that in my

4        judgment call upon him to testify in his official

5        capacity as president of the union, such as what

6        his goals are for the union, yes.  I will pass

7        him that note, and he will read it.  He'll answer

8        questions, as much as he can, that deal with his

9        recollection, but when you ask a question that's

10        talking about what his goals are as president of

11        the union, that goes to his official capacity as

12        president of the union, and I don't think it's

13        appropriate.  That's what I was trying to say

14        before, and that's why I prepared this card,

15        because I was concerned you might get into these

16        types of questions.  You can mark it if you'd

17        like to.

18    MS. WISCHERATH:  Yes.  Let's go ahead and mark it,

19        Exhibit --

20    MR. PERSONIUS:  Do you want to make a copy and mark

21        it or how do you want to do it?

22    MS. WISCHERATH:  We can just mark it and then we'll

23        make a copy after.  What are we up to, 60?

40

1   MR. PERSONIUS:  And I apologize, I apologize for

2       doing this.  I tried as best I could through

3       e-mails over the past six weeks to avoid this

4       problem, and we can mark the e-mail thread if

5       you'd like to.  I don't like doing this, but this

6       is where we end up, and I'm sorry.

7   MS. WISCHERATH:  So for the record, you're intending

8       to just instruct him not to answer, and continue

9       with speaking objections on the record for --

10  MR. PERSONIUS:  I'm not putting speaking objections

11      on the record.  I'm explaining what I understand,

12      based on your last e-mail, to be the capacity in

13      which you have subpoenaed Mr. Evans, and it's in

14      his individual not his official capacity.

15          We could have avoided this if you simply

16      would have told me what subjects you were going

17      to cover, you declined to do it.  You made it

18      clear he's here in his individual capacity, and

19      if you ask questions that in my judgment are

20      directed to his official duties, such as what are

21      your plans for the future, I'm going to direct

22      him not to answer.  I will try to limit it as

23      much as I can.

41

1    MS. WISCHERATH:  So I'm sure you're familiar with

2        Foschio's rules.

3    MR. PERSONIUS:  Yes.

4    MS. WISCHERATH:  And I'm sure you're familiar with

5        the difference between a 30(b)(6) and an

6        individual deposition.

7    MR. PERSONIUS:  Yes.

8    MS. WISCHERATH:  So there's no limitation of an

9        official -- I can ask him any questions I want as

10       an individual.  If I want to bind the

11       corporation, the PBA, about something, that's the

12       difference.  So I don't know why you're creating

13       your own legal interpretation of what can occur

14       at a deposition, so I think we may need to get

15       the Judge involved.

16   MR. PERSONIUS:  If we do, we do.  I tried to avoid

17       it, Melissa, and all it took was to acknowledge

18       that he was being subpoenaed in his official

19       capacity, and you declined to do that.

20   MS. WISCHERATH:  I didn't Subpoena a representative

21       of the PBA as a 30(b)(6), I subpoenaed Mr. Evans

22       to FRCP 45.

23   MR. PERSONIUS:  Doesn't the Subpoena refer to him as

42

1      the president of the PBA?

2  MS. WISCHERATH:  Yes.  That was previously marked.

3  MR. PERSONIUS:  Right.  And to me, that's official

4      capacity, but you say no.  You say he's here

5      individually.

6  MS. WISCHERATH:  I don't think that's even a legal

7      term of art, but I guess we're going to have the

8      Judge -- let's just take a break, and I'm going

9      to come back and decide if we're going to

10     continue or -- give me one minute.  Because if we

11     do break, have to make a motion, we're going to

12     have to seek costs and --

13 MR. PERSONIUS:  We can just call the Judge, you don't

14     need to make a motion.  We can call the Judge and

15     discuss it if you wish.

16 MS. WISCHERATH:  I think it's important for him to

17     have the transcript.  So let me take a break and

18     I'll confer with my partner on the file, and then

19     let you know how we're going to proceed.

20 THE VIDEOGRAPHER:  Going off record, time is

21     ten-fifty-two.

22         (Whereupon, a short recess was then taken.)

23

43

1          (Whereupon, a Personius Note Card for Evans

2      was then received and marked as Exhibit 60, and

3          Judge Foschio's Guidelines for Discovery

4      Depositions were then received and marked as

5      Exhibit 61, for identification.)

6

7    THE VIDEOGRAPHER:  We're back on the record, time is

8      eleven-thirteen.

9    MS. WISCHERATH:  Okay.  So prior to the break, we

10     marked as an Exhibit 60, which was a typed out

11     three-by-five note card that said, quote, I do

12     not have authority in my individual capacity to

13     respond to your question, period, end quote.  And

14     that card was handed to the witness, Mr. Evans,

15     by his attorney.  And a discussion was had that

16     stated that certain questions this card would be

17     routinely handed to him if there was an

18     instruction not to answer provided by counsel.

19          We took a break, and since that break I

20     marked as Exhibit 61, which is the Foschio

21     guidelines for discovery depositions, and I

22     requested that Mr. Personius review it and make a

23     decision as to how he wants to proceed today.  We

1        believe the Foschio rules are in effect and need

2        to be followed, and to the extent that he intends

3        to keep suggesting answers to the witness or

4        handing note cards with answers to the witness,

5        that we will not be able to proceed and we're

6        going to need to get the Court's -- a Court

7        ruling related to this conduct, and we would also

8        seek costs and fees for what we perceive to be

9        deposition obstruction in clear violation of the

10       Foschio rules.  That's my statement.  I know that

11       you're going to respond.

12   MR. PERSONIUS:  I was provided -- well, first of all,

13       let's go back.  I had mentioned earlier that

14       there had been an e-mail thread between me and

15       Ms. Wischerath for the last two months, month and

16       a half, I have the thread here, it -- my

17       participation in the communication began on

18       December 20, 2023 at five-o-six p.m., and the

19       last communication that's part of the thread was

20       January 10, 2024 at nine-o-six a.m., in which Ms.

21       Wischerath confirmed that Mr. Evans was being

22       called, quote, yes, as an individual, and not as

23       a representative of the PBA, close quote, and

45

1    this was a by-product of a back and forth between

2    us on whether or not Ms. Wischerath and Mr.

3    Weisbeck would provide us with appropriate

4    30(b)(6) notice as to the subject matter of the

5    deposition, and the reason for that request is

6    because the Subpoena to testify in this case, as

7    I understand it, is the one we're talking about

8    is dated May 27, 2021, and it's directed to

9    president John Evans, Buffalo Police Benevolent

10   Association.  And I further indicated in the

11   e-mail thread that we didn't need to have a

12   formal 30(b)(6) notice, we just needed the

13   courtesy, as a non-party, to have some

14   understanding of what the subject matter of the

15   deposition would be as it related to Mr. Evans,

16   whether individually or in his official capacity.

17        We wanted to do this in a courteous fashion,

18   to avoid exactly the problem that we're

19   confronted with right now, because I am fully

20   aware what Magistrate Judge Foschio's guidelines

21   for discovery depositions, they've been in effect

22   for decades.  I was provided with a copy of those

23   guidelines, they're marked Exhibit 61 for this

1    deposition, and after reading them, I had some

2    thoughts, and I said to Ms. Wischerath, may I

3    have an opportunity to review these guidelines

4    with Mr. Evans so that he can listen to what my

5    recommendations are and he can make a decision on

6    how he wants to handle this issue.  Ms.

7    Wischerath responded that no, she would not give

8    me an opportunity to talk to my client about

9    Magistrate Judge Foschio's guidelines and what my

10   thoughts were regarding the effect of those

11   guidelines on this examination.  So absent the

12   opportunity to consult with my client before we

13   proceed, if, on that basis, Ms. Wischerath

14   insists on stopping the deposition now and filing

15   a motion, we're prepared to respond.

16  MS. WISCHERATH:  Maybe I misheard you.  You're

17   prepared to continue and follow the Foschio rules

18   or you're saying we need to stop and get an

19   enforcement of the rules?

20  MR. PERSONIUS:  Well, there was a third point that

21   I'm sorry I didn't make clear.  That is, before

22   you insisted on going back on the record, I had

23   indicated after reading the guidelines that I

```
 1        wanted an opportunity to privately consult with
 2        Mr. Evans regarding those guidelines, and what my
 3        recommendation was on how we proceed, and you
 4        haven't permitted me the opportunity to do that,
 5        which is fine, and as far as I'm concerned, go
 6        ahead and file your motion.  I'm happy to respond
 7        to it on the basis of the record.
 8   MS. WISCHERATH:  And the reason for that is it's
 9        clearly spelled out in the Foschio rules that
10        there aren't to be conferences --
11   MR. PERSONIUS:  Fine.
12   MS. WISCHERATH:  -- with your client --
13   MR. PERSONIUS:  Fine.  If you interpret those that
14        way, then fine.  Go ahead and file your motion.
15   MS. WISCHERATH:  Lastly, I'll just say I think that
16        you have a fundamental misunderstanding of the
17        difference between an FRCP 45 and a 30(b)(6)
18        Subpoena, it's a legal issue and I just -- I
19        don't agree with your conflation of the two, but
20        you did have an opportunity to clarify that or
21        move before today, you said you were going to and
22        you didn't, so he showed up, we have questions
23        prepared, and now we're going to have to
```

48

```
 1        terminate it to get a court order.
 2   MR. PERSONIUS:  I'm sorry.  When you say I had an
 3        opportunity to clarify, what are you referring
 4        to?
 5   MS. WISCHERATH:  You wrote that you were going to get
 6        the Court's assistance on this in advance of
 7        today to determine whether or not we had to
 8        convert our Subpoena into a 30(b)(6) or not.
 9   MR. PERSONIUS:  Well, then when you responded and
10        indicated very clearly that he was being
11        subpoenaed in his individual, not as a
12        representative of the PBA, I didn't think that
13        was necessary.
14   MS. WISCHERATH:  And the Subpoena speaks for itself,
15        it's Exhibit 45, and we will involve the Court.
16             Unless, Peter, do you have anything you need
17        to add?
18   MR. SAHASRABUDHE:  No.  Nothing to add.
19   MS. WISCHERATH:  Off the record.
20   THE VIDEOGRAPHER:  Going off the record, time is
21        eleven-nineteen.
22             (Discussion off the record.)
23             (The remaining proceedings were not video
```

49

1       recorded.)

2    MS. WISCHERATH:  You know what, I'd like to mark

3       this.  Do we need to go back on to do it?  I just

4       want the Judge to have both cards.

5    MR. PERSONIUS:  No.  Please.  Give me that back.  No.

6       No.  Don't mark that.  He doesn't get that, we

7       didn't use that.

8    MS. WISCHERATH:  You brought it with you.  We're

9       going to mark it.

10   MR. PERSONIUS:  Please give it back to me.  You don't

11      have permission to mark it.  You don't have

12      permission to take my material.

13   MS. WISCHERATH:  Can we go on the record?

14   MR. PERSONIUS:  You don't have permission to do that,

15      that's ridiculous.

16   MS. WISCHERATH:  Can we just go on the record?

17   MR. PERSONIUS:  Jeepers.  I've never seen that

18      happen, I've been practicing for forty-five

19      years.  I've never had a lawyer come over and

20      grab something that was part of my file, never

21      had that happen before.  Holy smokes.

22   THE VIDEOGRAPHER:  Back on the record, time is

23      eleven-twenty.

1    MS. WISCHERATH:  Prior to the break, there were two

2        note cards provided by Mr. Personius today that

3        had information to instruct the witness how to

4        answer, and the second one was on the table, and

5        earlier I indicated I'd like to mark it, and I

6        asked the court reporter to mark it, at which

7        time Mr. Personius refused to allow it to be

8        marked, and made a statement to the effect that

9        in all of his years of practicing, he's never

10       encountered someone trying to mark as an exhibit

11       a note card that was brought to a deposition to

12       instruct a witness how to answer.

13   MR. PERSONIUS:  Let's --

14   MS. WISCHERATH:  I would like to proceed with marking

15       that so the Court has it in its record, in the

16       event that whatever instruction on that note card

17       is later going to be brought up at a subsequent

18       deposition, we have already dealt with the issue.

19   MR. PERSONIUS:  Are you finished?

20   MS. WISCHERATH:  I believe that the note card

21       represented that I don't have personal knowledge

22       or something to that effect, and that was the --

23       a likely objection that we'll encounter if and

1      when we come back, and/or would like the Court to

2      deal with it in front of them now, rather than

3      have to make another motion relating to it later.

4  MR. PERSONIUS:  Are you done?

5  MS. WISCHERATH:  Yes.

6  MR. PERSONIUS:  I have a different recollection of

7      what happened, and I think fortunately part of it

8      at least is captured on the record.  There is a

9      second note card that I brought, and I'll read it

10     into the record.  I have no personal knowledge

11     regarding this subject.

12         Before we took the break, Ms. Wischerath had

13     asked about that card, and I believe it's on the

14     record that I indicated I don't intend to use

15     that card, I don't think it's necessary.  And

16     it's for that reason that I object to it being

17     marked here, but what I specifically objected to

18     wasn't the marking of the card, it was the fact

19     that Ms. Wischerath reached over into the area

20     where all my personal papers are related to this

21     deposition, and grabbed the card without my

22     permission, and over my objection, to insist that

23     it be marked.  I've read it into the record, and

1      there was no need, absolutely no need to be

2      taking any paperwork from my private area, which

3      I've never had happen before.  So that's the

4      reason for my objection.

5   MS. WISCHERATH:  Were there any conversations on the

6      break about this with the witness while we were

7      breaking over the twenty minutes that --

8   MR. PERSONIUS:  Why don't you ask either the

9      videographer or the court reporter about our

10      discussion about the Buffalo Bills and places to

11      get chicken wings, and chicken wing crawls, what

12      the weather is going to be like on Sunday, who's

13      going to tailgate.  When you came in and I

14      jokingly said we were talking about you the whole

15      time, it was, trust me, a joke.  We had zero

16      conversation, zero, about this issue in your

17      absence.

18   MS. WISCHERATH:  Just wanted to clarify that.

19   MR. PERSONIUS:  No.  Ask the court reporter.

20   MS. WISCHERATH:  I think we're done.

21   THE VIDEOGRAPHER:  Going off record, time is

22      eleven-twenty-four.

23                    *    *    *    *    *

53

1          I HEREBY CERTIFY that I have read the

2     foregoing 52 pages and that, except as to those

3     changes set forth in the attached errata form(s),

4     they are a true and accurate transcript of the

5     testimony given by me in the above-entitled

6     action on January 12, 2024.

7

8

9

10                    _____

11                          JOHN EVANS

12

13

14     Sworn to before me this

15

16     _____ day of _____ 2024.

17

18

19     _____

20          Notary Public.

21

22

23

1     STATE OF NEW YORK)

2                    SS:

3     COUNTY OF ERIE)

4

5          I, Nichole Winans, a Notary Public in and

6     for the State of New York, County of Erie, DO

7     HEREBY CERTIFY that the testimony of JOHN EVANS

8     was taken down by me in a verbatim manner by

9     means of Machine Shorthand, on January 12, 2024.

10    That the testimony was then reduced into writing

11    under my direction.  That the testimony was taken

12    to be used in the above-entitled action.  That

13    the said deponent, before examination, was duly

14    sworn by me to testify to the truth, the whole

15    truth and nothing but the truth, relative to said

16    action.

17         I further CERTIFY that the above-described

18    transcript constitutes a true and accurate and

19    complete transcript of the testimony.

20

21    _____

                 NICHOLE WINANS,

22               Notary Public.

23

ERRATA FORM

PAGE _____       LINE _____       CORRECTION: _____

_____

REASON: _____

PAGE _____       LINE _____       CORRECTION: _____

_____

REASON: _____

PAGE _____       LINE _____       CORRECTION: _____

_____

REASON: _____

PAGE _____       LINE _____       CORRECTION: _____

_____

REASON: _____

PAGE _____       LINE _____       CORRECTION: _____

_____

REASON: _____

PAGE _____       LINE _____       CORRECTION: _____

_____

REASON: _____

PAGE _____       LINE _____       CORRECTION: _____

_____

REASON: _____

John Evans

1

---

**'**

'09 [1] - 27:3
'14 [1] - 17:11
'15-ish [1] - 17:11
'19 [2] - 27:3, 27:4
'21 [2] - 27:4, 27:5

**1**

1 [2] - 3:2, 6:8
10 [3] - 2:18, 5:21, 44:20
100 [2] - 4:7, 22:8
10:09 [1] - 1:19
11th [1] - 18:3
12 [3] - 1:19, 53:6, 54:9
120 [2] - 1:18, 4:3
12th [1] - 6:21
140 [1] - 4:7
14202 [3] - 4:4, 4:10, 8:7
14202-4040 [1] - 4:7
1949 [2] - 3:7, 6:16
1st [1] - 25:22

**2**

2 [2] - 3:1, 6:6
20 [1] - 44:18
2001 [2] - 19:4, 19:5
2012 [5] - 16:1, 16:2, 17:10, 21:11, 22:23
2020 [2] - 2:19, 5:23
2021 [4] - 2:13, 5:13, 25:22, 45:8
2022 [2] - 3:4, 6:10
2023 [12] - 2:17, 2:21, 2:22, 3:1, 3:2, 5:19, 6:2, 6:4, 6:6, 6:8, 16:2, 44:18
2024 [10] - 1:19, 2:15, 5:16, 6:21, 25:19, 27:19, 44:20, 53:6, 53:16, 54:9
2025 [1] - 25:22
21 [2] - 2:21, 6:2
2100 [1] - 4:10
22 [2] - 3:4, 6:10
23 [2] - 2:17, 5:19
25th [2] - 19:4, 19:5
27 [1] - 45:8

**3**

30(b)(6 [6] - 41:5, 41:21, 45:4, 45:12, 47:17, 48:8
30(b)(6) [1] - 36:1
30th [1] - 25:22

**4**

42 [2] - 1:18, 4:3
43 [7] - 2:5, 3:8, 3:9, 5:4, 23:7, 24:6, 25:9
44 [2] - 2:8, 5:7
45 [6] - 2:10, 5:10, 11:3, 41:22, 47:17, 48:15
46 [2] - 2:12, 5:12
47 [2] - 2:13, 5:15
48 [2] - 2:15, 5:18
49 [2] - 2:17, 5:20

**5**

5 [11] - 2:5, 2:8, 2:10, 2:12, 2:13, 2:15, 2:17, 2:18, 2:19, 5:23
50 [2] - 2:18, 5:22
51 [2] - 2:19, 6:1
52 [3] - 2:21, 6:3, 53:2
53 [2] - 2:22, 6:5
54 [2] - 3:1, 6:7
55 [3] - 3:2, 6:9, 11:3
56 [2] - 3:4, 6:11
57 [2] - 3:5, 6:13
58 [2] - 3:6, 6:15
59 [2] - 3:7, 6:17

**6**

6 [8] - 2:21, 2:22, 3:1, 3:2, 3:4, 3:5, 3:6, 3:7
60 [4] - 3:8, 39:23, 43:2, 43:10
61 [4] - 3:9, 43:5, 43:20, 45:23
68 [3] - 8:7, 21:17, 23:4

**7**

7 [2] - 2:22, 6:4
74 [1] - 23:3

**9**

9 [2] - 2:15, 5:16

**A**

a.m [1] - 44:20
A.M [1] - 1:19
AARON [1] - 1:10
able [1] - 44:5
above-described [1] - 54:17
above-entitled [2] - 53:5, 54:12
above-requested [1]

- 36:17
absence [1] - 52:17
absent [1] - 46:11
absolutely [1] - 52:1
academy [5] - 19:8, 19:13, 19:15, 20:14, 20:15
accurate [2] - 53:4, 54:18
acknowledge [1] - 41:17
action [4] - 10:4, 53:6, 54:12, 54:16
Action [2] - 2:10, 5:9
activities [2] - 21:9, 21:14
actual [5] - 9:22, 14:3, 21:15, 33:5, 35:7
add [2] - 48:17, 48:18
adequate [1] - 37:13
advance [1] - 48:6
advocating [2] - 34:11, 34:18
affecting [1] - 14:22
afraid [1] - 34:2
agencies [1] - 14:20
agree [3] - 24:17, 29:1, 47:19
Agreement [2] - 2:6, 5:3
agreement [4] - 23:12, 25:2, 27:23, 28:15
agreements [2] - 24:20, 25:6
ahead [3] - 39:18, 47:6, 47:14
aims [1] - 36:8
al [1] - 7:2
allow [1] - 50:7
almost [1] - 33:22
Amherst [1] - 13:3
Ann [1] - 7:4
annual [1] - 15:13
answer [12] - 10:10, 22:19, 36:13, 36:16, 36:17, 37:9, 39:7, 40:8, 40:22, 43:18, 50:4, 50:12
answers [1] - 44:3, 44:4
apologize [2] - 40:1
appear [1] - 11:5
APPEARANCES [1] - 4:1
Appearing [2] - 4:4, 4:11
appearing [1] - 4:8

apply [1] - 30:2
appropriate [2] - 39:13, 45:3
approval [1] - 28:1
approved [1] - 25:19
April [2] - 2:22, 6:4
arbitration [7] - 17:17, 27:5, 28:13, 28:16, 28:18, 28:20, 29:2
Arbitration [2] - 2:9, 5:6
arbitrator [1] - 29:2
area [2] - 51:19, 52:2
art [1] - 42:7
Article [8] - 2:17, 2:20, 3:5, 3:6, 5:19, 5:23, 6:12, 6:14
articles [1] - 12:13
assigned [1] - 20:16
assistance [2] - 34:3, 48:6
Association [3] - 2:6, 5:2, 45:10
attached [1] - 53:3
attend [1] - 19:8
attending [1] - 18:3
attorney [2] - 9:15, 43:15
attorneys [3] - 26:12, 26:16
August [2] - 3:1, 6:6
authority [2] - 38:19, 43:12
Avenue [2] - 1:18, 4:3
avoid [3] - 40:3, 41:16, 45:18
avoided [1] - 40:15
award [1] - 27:5
Award [2] - 2:8, 5:5
aware [2] - 38:8, 45:20

**B**

background [2] - 12:1, 19:21
Bargaining [2] - 2:6, 5:3
bargaining [1] - 23:12
based [2] - 25:5, 40:12
basis [2] - 46:13, 47:7
bathroom [1] - 8:22
became [1] - 17:7
become [2] - 19:1, 32:14

becomes [1] - 27:15
began [1] - 44:17
beginning [1] - 26:14
behalf [2] - 7:8, 34:11
behind [1] - 25:14
bell [1] - 34:20
Benevolent [3] - 2:5, 5:2, 45:9
best [1] - 40:2
better [1] - 34:22
between [16] - 4:16, 13:8, 13:15, 14:11, 23:13, 24:14, 25:7, 26:4, 28:6, 28:15, 29:8, 29:16, 41:5, 44:14, 45:1, 47:17
beyond [1] - 37:3
biannual [1] - 38:13
bill [1] - 17:20
Bills [1] - 52:10
bind [1] - 41:10
binder [1] - 11:3
Binding [2] - 2:8, 5:5
bit [1] - 30:22
Blog [2] - 2:18, 5:21
board [6] - 30:18, 30:21, 30:23, 31:2, 31:10, 31:14
book [2] - 30:6, 30:8
born [1] - 20:8
break [10] - 8:20, 42:8, 42:11, 42:17, 43:9, 43:19, 50:1, 51:12, 52:6
breaking [1] - 52:7
breaks [1] - 8:22
bring [2] - 11:13, 11:14
brought [4] - 49:8, 50:11, 50:17, 51:9
BROWN [1] - 1:9
Buff [2] - 20:1, 20:4
BUFFALO [1] - 1:9
Buffalo [45] - 1:18, 2:5, 2:5, 2:21, 2:22, 3:1, 3:2, 3:4, 4:4, 4:7, 5:1, 5:2, 6:2, 6:4, 6:6, 6:8, 6:10, 7:2, 7:12, 8:7, 10:6, 12:2, 12:3, 12:4, 12:11, 12:15, 12:20, 12:23, 16:13, 16:15, 16:19, 16:22, 18:9, 18:17, 19:2, 19:6, 20:7, 20:12, 21:1, 23:1, 33:11, 33:17, 45:9, 52:10
Buffalo's [2] - 2:13, 5:13
Buffalo,New [1] -

---

4:10
  **Building** [1] - 4:6
  **BY** [21] - 8:11, 10:13,
21:6, 24:1, 24:12,
25:17, 25:23, 26:9,
27:8, 29:13, 29:19,
30:5, 30:20, 32:19,
34:9, 34:15, 35:6,
36:19, 37:8, 37:17,
37:22
  **by-product** [1] - 45:1
  **BYRON** [2] - 1:9,
1:11

**C**

  **CAMBRIA** [2] - 1:17,
4:2
  **capacity** [19] - 13:22,
19:3, 20:21, 35:21,
36:5, 36:7, 36:12,
37:3, 37:5, 38:20,
39:5, 39:11, 40:12,
40:14, 40:18, 41:19,
42:4, 43:12, 45:16
  **captains** [1] - 12:22
  **captured** [1] - 51:8
  **car** [1] - 18:21
  **card** [12] - 39:14,
43:11, 43:14, 43:16,
50:11, 50:16, 50:20,
51:9, 51:13, 51:15,
51:18, 51:21
  **Card** [2] - 3:8, 43:1
  **cards** [2] - 44:4,
49:4, 50:2
  **cared** [1] - 21:5
  **cars** [3] - 34:4, 34:6,
34:19
  **case** [4] - 22:14,
22:21, 35:22, 45:6
  **cat** [1] - 20:18
  **causes** [1] - 10:4
  **certain** [2] - 29:21,
43:16
  **certification** [1] -
4:18
  **CERTIFY** [3] - 53:1,
54:7, 54:17
  **changes** [1] - 53:3
  **chapter** [1] - 30:3
  **characterization** [1]
- 34:6
  **Charlie** [1] - 20:16
  **Charter** [2] - 3:7,
6:16
  **chicken** [2] - 52:11
  **choose** [2] - 33:14,
33:15
  **CITY** [1] - 1:9

  **City** [45] - 2:13, 5:13,
7:2, 7:11, 7:12, 10:5,
12:4, 12:19, 12:23,
13:8, 13:20, 16:12,
16:13, 16:15, 16:19,
16:22, 17:3, 17:6,
17:15, 17:21, 18:8,
19:2, 21:1, 22:18,
23:13, 24:15, 25:7,
25:13, 26:2, 26:16,
28:6, 29:8, 29:16,
31:18, 31:22, 32:2,
32:13, 32:17, 32:20,
32:23, 33:11, 34:12,
34:21, 38:2
  **Civil** [4] - 1:16, 2:10,
5:9, 35:23
  **claims** [1] - 10:4
  **clarify** [3] - 47:20,
48:3, 52:18
  **clear** [3] - 40:18,
44:9, 46:21
  **clearly** [2] - 47:9,
48:10
  **client** [3] - 46:8,
46:12, 47:12
  **close** [1] - 44:23
  **cobbled** [1] - 24:18
  **Collective** [2] - 2:6,
5:2
  **collective** [1] - 23:12
  **college** [1] - 20:1
  **commencing** [1] -
1:19
  **commissioner** [1] -
18:2
  **COMMISSIONER** [2]
- 1:11, 1:12
  **common** [2] - 25:1,
27:6
  **Common** [2] - 2:15,
5:17
  **communication** [2] -
44:17, 44:19
  **Communication** [2] -
2:15, 5:17
  **complaint** [3] - 9:21,
9:22, 10:14
  **complete** [2] - 19:15,
54:19
  **concentrated** [1] -
13:18
  **concern** [4] - 35:18,
36:5, 37:7, 37:16
  **concerned** [3] -
14:14, 39:15, 47:5
  **concerns** [1] - 37:18
  **conduct** [1] - 44:7
  **confer** [1] - 42:18
  **conferences** [1] -

47:10
  **confirmed** [1] -
44:21
  **conflation** [1] - 47:19
  **confronted** [1] -
45:19
  **consists** [1] - 31:2
  **constitute** [1] - 18:4
  **constitutes** [1] -
54:18
  **consult** [2] - 46:12,
47:1
  **continue** [3] - 40:8,
42:10, 46:17
  **contract** [29] - 12:13,
13:6, 13:7, 13:8,
13:21, 14:3, 24:4,
24:9, 24:14, 24:19,
24:23, 25:6, 25:9,
25:12, 25:15, 25:20,
26:1, 26:3, 26:8,
26:17, 27:4, 27:9,
27:18, 28:6, 29:7,
29:15, 30:12, 32:15,
32:22
  **controlling** [1] -
28:17
  **conversation** [1] -
52:16
  **conversations** [4] -
9:3, 26:22, 27:20,
52:5
  **convert** [1] - 48:8
  **copies** [2] - 29:14,
29:15
  **copy** [12] - 7:19,
7:23, 23:12, 24:6,
24:7, 24:8, 24:9,
24:13, 24:14, 39:20,
39:23, 45:22
  **corporation** [2] -
26:7, 41:11
  **correct** [29] - 10:21,
13:1, 13:5, 15:8,
15:21, 16:4, 16:14,
19:7, 19:14, 20:19,
22:3, 22:13, 24:16,
25:4, 25:11, 27:12,
28:3, 28:14, 28:19,
28:21, 29:4, 31:16,
32:4, 32:12, 33:3,
33:10
  **costs** [2] - 42:12,
44:8
  **council** [4] - 25:1,
26:7, 27:6, 28:1
  **Councill** [2] - 2:16,
5:17
  **counsel** [3] - 4:16,

7:5, 43:18
  **COUNTY** [1] - 54:3
  **County** [1] - 54:6
  **couple** [4] - 8:15,
12:9, 34:10
  **COURT** [1] - 1:3
  **court** [6] - 7:3, 9:2,
48:1, 50:6, 52:9,
52:19
  **Court** [8] - 7:4, 8:7,
21:17, 23:4, 44:6,
48:15, 50:15, 51:1
  **Court's** [2] - 44:6,
48:6
  **courteous** [1] -
45:17
  **courtesy** [1] - 45:13
  **cover** [6] - 25:20,
30:2, 30:7, 40:17
  **covered** [1] - 35:23
  **covering** [1] - 36:6
  **crawls** [1] - 52:11
  **creating** [1] - 41:12
  **criminal** [1] - 20:3
  **current** [2] - 27:9,
30:18

**D**

  **date** [1] - 6:21
  **dated** [1] - 45:8
  **day-to-day** [1] -
14:22
  **days** [7] - 17:17,
17:20, 17:23, 18:14,
18:18, 18:21, 18:22
  **deal** [2] - 39:8, 51:2
  **dealing** [1] - 14:2
  **dealt** [1] - 50:18
  **decades** [2] - 24:18,
45:22
  **December** [1] -
44:18
  **decide** [1] - 42:9
  **decides** [1] - 29:3
  **decision** [2] - 43:23,
46:5
  **declared** [2] - 27:10,
27:21
  **declined** [2] - 40:17,
41:19
  **dedicated** [1] - 22:10
  **Defendants** [3] -
1:13, 4:8, 7:12
  **degree** [1] - 19:22
  **Deidre** [2] - 2:17,
5:19
  **Delaware** [2] - 1:18,
4:3
  **Department** [4] - 2:5,

5:1, 12:15, 33:12
  **deponent** [1] - 54:13
  **deposition** [16] - 8:1,
9:16, 9:20, 10:17,
11:6, 18:3, 41:6,
41:14, 44:9, 45:5,
45:15, 46:1, 46:14,
50:11, 50:18, 51:21
  **Deposition** [2] -
2:10, 5:8
  **depositions** [2] -
43:21, 45:21
  **Depositions** [2] -
3:10, 43:4
  **DEPUTY** [1] - 1:12
  **described** [1] - 54:17
  **description** [1] -
12:8
  **detective** [1] - 12:21
  **detectives** [1] -
12:21
  **determine** [1] - 48:7
  **difference** [5] -
13:15, 14:11, 41:5,
41:12, 47:17
  **different** [6] - 13:14,
24:19, 24:20, 29:18,
31:23, 51:6
  **direct** [1] - 40:21
  **directed** [3] - 37:4,
40:20, 45:8
  **direction** [1] - 54:11
  **Discipline** [2] - 2:14,
5:14
  **discovery** [2] -
43:21, 45:21
  **Discovery** [2] - 3:10,
43:3
  **discretionary** [1] -
33:5
  **discuss** [3] - 26:3,
26:8, 42:15
  **discussion** [2] -
43:15, 52:10
  **Discussion** [1] -
48:22
  **discussions** [1] -
28:22
  **District** [1] - 20:17
  **DISTRICT** [2] - 1:3,
1:4
  **district** [2] - 14:19,
35:14
  **districts** [1] - 16:11
  **DO** [1] - 54:6
  **document** [4] - 10:2,
23:8, 23:15, 28:17
  **documents** [2] -
9:19, 11:12
  **done** [2] - 51:4,

52:20
**down** [3] - 26:7, 30:1, 54:8
**dual** [1] - 17:13
**dues** [2] - 33:9, 33:12
**duly** [2] - 8:8, 54:13
**duties** [6] - 13:14, 13:17, 14:12, 14:16, 24:3, 40:20

## E

**e-mail** [5] - 35:19, 40:4, 40:12, 44:14, 45:11
**e-mails** [2] - 11:16, 40:3
**E-mails** [2] - 2:12, 5:11
**earliest** [1] - 26:14
**early** [2] - 26:21, 27:20
**easier** [1] - 9:12
**educationally** [1] - 19:22
**effect** [7] - 25:18, 29:8, 44:1, 45:21, 46:10, 50:8, 50:22
**eight** [1] - 35:16
**either** [4] - 11:13, 11:17, 29:1, 52:8
**electronic** [2] - 24:8, 24:13
**eleven** [4] - 43:8, 48:21, 49:23, 52:22
**eleven-nineteen** [1] - 48:21
**eleven-thirteen** [1] - 43:8
**eleven-twenty** [1] - 49:23
**eleven-twenty-four** [1] - 52:22
**employed** [1] - 16:2
**employee** [5] - 16:22, 16:23, 19:2, 30:23, 32:14
**employees** [2] - 31:9, 32:20
**employer** [4] - 16:10, 16:13, 16:15, 18:8
**employment** [4] - 17:14, 31:15, 32:13, 32:21
**encounter** [1] - 50:23
**encountered** [1] - 50:10
**end** [3] - 7:22, 40:6,

43:13
**enforce** [2] - 12:13, 13:6
**enforcement** [5] - 12:23, 14:3, 14:4, 24:3, 46:19
**entered** [1] - 4:14
**entire** [1] - 30:10
**entirety** [1] - 29:21
**entitled** [3] - 35:22, 53:5, 54:12
**ERIE** [1] - 54:3
**Erie** [1] - 54:6
**errata** [1] - 53:3
**ESQ** [3] - 4:2, 4:6, 4:9
**essentially** [1] - 30:4
**et** [1] - 7:2
**Evans** [21] - 2:11, 3:5, 3:8, 5:9, 6:12, 7:1, 7:15, 7:18, 8:13, 35:20, 36:3, 37:2, 40:13, 41:21, 43:1, 43:14, 44:21, 45:9, 45:15, 46:4, 47:2
**EVANS** [6] - 1:2, 1:16, 8:2, 8:4, 53:11, 54:7
**event** [2] - 17:18, 50:16
**exact** [1] - 27:2
**exactly** [1] - 45:18
**EXAMINATION** [1] - 8:11
**Examination** [1] - 1:15
**examination** [2] - 46:11, 54:13
**except** [4] - 4:20, 53:2
**exchanges** [1] - 35:19
**executive** [2] - 30:18, 31:2
**exhibit** [3] - 11:10, 23:6, 50:10
**Exhibit** [27] - 5:4, 5:7, 5:10, 5:12, 5:15, 5:18, 5:20, 5:22, 6:1, 6:3, 6:5, 6:7, 6:9, 6:11, 6:13, 6:15, 6:17, 23:6, 24:6, 25:9, 39:19, 43:2, 43:5, 43:10, 43:20, 45:23, 48:15
**exhibits** [1] - 11:2
**EXHIBITS** [1] - 2:1
**Exhibits** [1] - 2:4
**expense** [2] - 31:18
**experience** [1] -

30:17
**experience-wise** [1] - 30:17
**explain** [1] - 16:21
**explaining** [1] - 40:11
**extent** [1] - 44:2

## F

**fact** [1] - 51:18
**fair** [5] - 21:15, 26:17, 28:2, 34:1, 34:6
**fall** [1] - 32:22
**familiar** [8] - 23:15, 29:7, 29:9, 29:10, 29:12, 29:21, 41:1, 41:4
**far** [6] - 17:16, 26:1, 28:5, 33:1, 36:21, 47:5
**fashion** [1] - 45:17
**February** [2] - 3:2, 6:8
**Federal** [2] - 1:16, 35:23
**fees** [1] - 44:8
**fell** [1] - 18:23
**few** [1] - 20:2
**field** [4] - 16:7, 16:8, 18:6, 18:17
**fifty** [2] - 10:2, 42:21
**fifty-page** [1] - 10:2
**fifty/fifty** [1] - 21:14
**figure** [2] - 33:6, 33:7
**figured** [1] - 26:21
**file** [4] - 42:18, 47:6, 47:14, 49:20
**filed** [1] - 38:1
**filing** [2] - 4:18, 46:14
**fill** [1] - 30:3
**Final** [2] - 2:8, 5:5
**fine** [4] - 47:5, 47:11, 47:13, 47:14
**finish** [3] - 9:11, 9:13, 10:10
**finished** [1] - 50:19
**firearms** [2] - 37:11, 38:9
**first** [9] - 15:19, 17:12, 19:1, 19:5, 19:12, 20:14, 23:8, 31:4, 44:12
**five** [5] - 19:19, 20:13, 43:11, 44:18, 49:18
**five-o-six** [1] - 44:18
**fleet** [1] - 15:2

**flip** [1] - 23:6
**flipping** [1] - 11:9
**floor** [1] - 22:6
**fluctuates** [1] - 35:16
**follow** [1] - 46:17
**followed** [1] - 44:2
**following** [1] - 4:14
**follows** [1] - 8:9
**foregoing** [1] - 53:2
**form** [17] - 4:20, 21:4, 24:10, 25:16, 25:21, 26:5, 27:1, 29:11, 29:17, 29:23, 30:16, 32:16, 34:7, 34:14, 35:4, 37:15, 37:20
**form(s** [1] - 53:3
**formal** [1] - 45:12
**forth** [2] - 45:1, 53:3
**fortunately** [1] - 51:7
**forty** [3] - 23:9, 23:21, 49:18
**forty-five** [1] - 49:18
**forty-four** [2] - 23:9, 23:21
**Foschio** [5] - 43:20, 44:1, 44:10, 46:17, 47:9
**Foschio's** [5] - 3:9, 41:2, 43:3, 45:20, 46:9
**four** [6] - 13:13, 23:8, 23:9, 23:20, 23:21, 52:22
**Franklin** [1] - 23:3
**FRCP** [2] - 41:22, 47:17
**frequency** [1] - 38:10
**front** [3] - 25:13, 28:1, 51:2
**full** [3] - 17:3, 17:5, 21:9
**full-time** [1] - 21:9
**fully** [1] - 45:19
**function** [2] - 15:11, 18:5
**fundamental** [1] - 47:16
**future** [2] - 26:8, 40:21

## G

**generally** [1] - 26:1
**given** [1] - 53:5
**goals** [2] - 39:6, 39:10
**grab** [1] - 49:20
**grabbed** [1] - 51:21
**GRAMAGLIA** [1] -

1:12
**granted** [1] - 17:23
**great** [2] - 8:19, 35:3
**greater** [1] - 30:15
**GREEN** [2] - 1:17, 4:2
**Green** [1] - 7:8
**grievance** [6] - 13:19, 13:20, 30:4, 37:23, 38:1, 38:4
**grievances** [2] - 13:18, 14:4
**ground** [1] - 8:16
**Guaranty** [1] - 4:6
**guess** [5] - 23:22, 31:20, 34:14, 34:23, 42:7
**GUGINO** [1] - 1:6
**Gugino** [4] - 7:1, 7:9, 10:5, 11:18
**Guidelines** [2] - 3:9, 43:3
**guidelines** [8] - 43:21, 45:20, 45:23, 46:3, 46:9, 46:11, 46:23, 47:2
**guy** [1] - 30:13
**guys** [3] - 21:22, 22:6, 26:21

## H

**half** [2] - 14:10, 44:16
**hand** [1] - 39:1
**handed** [3] - 38:16, 43:14, 43:17
**handing** [1] - 44:4
**handle** [1] - 46:6
**hang** [1] - 22:17
**happy** [3] - 7:23, 8:17, 47:6
**hard** [2] - 24:7, 24:13
**head** [1] - 23:18
**headquarters** [4] - 22:4, 22:9, 22:18, 23:1
**held** [1] - 15:20
**hereby** [1] - 4:16
**HEREBY** [2] - 53:1, 54:7
**high** [2] - 20:10, 20:20
**higher** [1] - 38:10
**history** [2] - 20:5, 27:2
**Hodgson** [1] - 7:11
**HODGSON** [1] - 4:5
**hold** [1] - 14:7
**holding** [1] - 31:23

John Evans

4

**Holy** [1] - 49:21
**hour** [1] - 8:22
**hum** [1] - 9:4
**hundred** [4] - 21:8,
23:8, 23:20, 33:21

**I**

**Identification** [1] -
2:4
**identification** [2] -
6:17, 43:5
**impasse** [2] - 27:10,
27:20
**important** [1] - 42:16
**improved** [1] - 36:21
**incident** [1] - 11:17
**including** [1] - 7:13
**incorporated** [1] -
25:8
**INDEX** [1] - 2:1
**indicated** [5] - 45:10,
46:23, 48:10, 50:5,
51:14
**individual** [10] -
36:4, 37:5, 38:20,
40:14, 40:18, 41:6,
41:10, 43:12, 44:22,
48:11
**individually** [2] -
42:5, 45:16
**informally** [1] - 8:13
**information** [1] -
50:3
**informed** [1] - 36:1
**insist** [1] - 51:22
**insisted** [1] - 46:22
**insists** [1] - 4:19
**inspectors** [1] -
12:22
**instance** [1] - 13:20
**instruct** [4] - 36:12,
40:8, 50:3, 50:12
**instruction** [2] -
43:18, 50:16
**intend** [1] - 51:14
**intending** [1] - 40:7
**intends** [1] - 44:2
**internally** [1] - 14:14
**interpret** [1] - 47:13
**interpretation** [1] -
41:13
**introduce** [1] - 7:5
**involve** [1] - 48:15
**involved** [3] - 27:15,
27:21, 41:15
**involving** [1] - 11:18
**ish** [1] - 13:13
**issue** [7] - 14:19,
17:18, 38:1, 46:6,

47:18, 50:18, 52:16
**issued** [2] - 11:17,
35:20
**issues** [4] - 14:15,
14:18, 14:22, 35:1
**itself** [1] - 48:14

**J**

**January** [11] - 1:19,
2:15, 5:16, 6:21, 18:3,
19:4, 19:5, 27:19,
44:20, 53:6, 54:9
**Jeepers** [1] - 49:17
**job** [12] - 12:1, 12:8,
12:10, 13:10, 13:14,
14:11, 14:16, 15:9,
15:22, 18:5, 18:15,
24:3
**jobs** [1] - 17:2
**John** [7] - 2:11, 3:5,
5:9, 6:12, 6:23, 7:15,
45:9
**JOHN** [7] - 1:2, 1:11,
1:16, 8:2, 8:4, 53:11,
54:7
**joke** [1] - 52:15
**jokingly** [1] - 52:14
**JOSEPH** [1] - 1:12
**Judge** [9] - 3:9,
41:15, 42:8, 42:13,
42:14, 43:3, 45:20,
46:9, 49:4
**judgment** [2] - 39:4,
40:19
**July** [3] - 3:4, 6:10,
25:22
**June** [3] - 2:19, 5:23,
25:22
**justice** [1] - 20:3

**K**

**keep** [2] - 15:1, 44:3
**kind** [3] - 25:8,
25:13, 26:21
**knowledge** [4] -
30:15, 30:19, 50:21,
51:10
**knows** [1] - 30:13

**L**

**Lackawanna** [1] -
20:9
**lacking** [2] - 36:21,
37:11
**large** [2] - 23:5, 24:5
**last** [7] - 11:10, 26:6,
30:11, 34:10, 40:12,
44:15, 44:19

**lastly** [2] - 9:9, 47:15
**law** [2] - 1:17, 12:23
**lawsuit** [1] - 9:23
**lawyer** [1] - 49:19
**lawyers** [1] - 11:20
**least** [3] - 22:23,
27:18, 51:8
**Legal** [2] - 4:12, 6:20
**legal** [3] - 41:13,
42:6, 47:18
**lengthy** [1] - 35:18
**letters** [1] - 18:2
**life** [1] - 9:12
**likely** [2] - 30:10,
50:23
**limit** [1] - 40:22
**limitation** [1] - 41:8
**line** [2] - 36:6, 36:23
**Lipsitz** [1] - 7:8
**LIPSITZ** [2] - 1:17,
4:2
**listen** [1] - 46:4
**litany** [1] - 14:20
**LLP** [4] - 1:18, 4:2,
4:5, 4:9
**located** [3] - 22:4,
22:18, 23:1
**LOCKWOOD** [1] -
1:11
**longest** [1] - 30:18
**look** [4] - 11:12,
11:15, 18:19, 24:9
**looked** [1] - 10:19
**looking** [2] - 25:9,
25:14
**LOSI** [1] - 1:11
**lunch** [1] - 8:22

**M**

**Machine** [1] - 54:9
**Magistrate** [2] -
45:20, 46:9
**mail** [5] - 35:19, 40:4,
40:12, 44:14, 45:11
**mails** [4] - 2:12, 5:11,
11:16, 40:3
**Main** [1] - 4:10
**main** [1] - 24:3
**mandatory** [1] -
33:13
**manner** [1] - 54:8
**March** [4] - 2:17,
2:21, 5:19, 6:2
**mark** [12] - 39:16,
39:18, 39:20, 39:22,
40:4, 49:2, 49:6, 49:9,
49:11, 50:5, 50:6,
50:10
**marked** [28] - 5:4,

5:7, 5:10, 5:11, 5:15,
5:18, 5:20, 5:22, 6:1,
6:3, 6:5, 6:7, 6:9,
6:11, 6:13, 6:15, 6:16,
11:2, 23:7, 42:2, 43:2,
43:4, 43:10, 43:20,
45:23, 50:8, 51:17,
51:23
**marking** [2] - 50:14,
51:18
**MARTIN** [1] - 1:6
**Martin** [2] - 7:1, 7:8
**material** [1] - 49:12
**Matt** [1] - 6:20
**matter** [3] - 7:1, 45:4,
45:14
**Matthew** [1] - 4:12
**MAYOR** [1] - 1:9
**McCABE** [1] - 1:10
**mean** [11] - 9:22,
14:17, 14:18, 15:12,
16:18, 17:22, 26:10,
27:13, 28:5, 29:9,
35:7
**meaning** [4] - 13:15,
18:9, 20:23, 29:20
**means** [2] - 20:13,
54:9
**media** [1] - 11:16
**mediate** [1] - 27:16
**mediation** [1] - 27:22
**mediator** [2] - 27:14,
27:21
**meeting** [3] - 15:10,
15:12, 15:13
**meetings** [1] - 15:14
**Melber** [1] - 7:14
**MELBER** [1] - 4:9
**Melissa** [3] - 7:7,
8:15, 41:17
**MELISSA** [1] - 4:2
**member** [6] - 30:18,
30:21, 31:1, 33:8,
33:12, 33:16
**members** [8] - 12:15,
14:23, 26:15, 31:10,
33:19, 34:22, 35:3,
36:22
**memory** [1] - 18:20
**mentioned** [2] -
28:12, 44:13
**Messing** [2] - 4:12,
6:20
**met** [1] - 8:13
**might** [2] - 25:18,
39:15
**mind** [3] - 11:1, 11:9,
37:21
**minute** [1] - 42:10
**minutes** [2] - 15:10,

52:7
**misheard** [1] - 46:16
**missed** [1] - 31:5
**mistaken** [1] - 37:1
**misunderstanding**
[1] - 47:16
**mold** [1] - 14:19
**money** [1] - 33:8
**monitor** [1] - 6:22
**month** [1] - 44:15
**monthly** [2] - 15:14
**months** [2] - 26:6,
44:15
**morning** [3] - 7:7,
7:10, 8:13
**most** [4] - 24:23,
27:18, 30:13, 30:19
**motion** [6] - 42:11,
42:14, 46:15, 47:6,
47:14, 51:3
**mouth** [1] - 14:21
**move** [1] - 47:21
**Move** [2] - 3:6, 6:14
**MR** [52] - 7:10, 7:14,
8:3, 10:9, 21:4, 23:22,
24:10, 25:16, 25:21,
26:5, 27:1, 29:11,
29:17, 29:23, 30:16,
32:16, 34:7, 34:14,
35:4, 35:17, 36:23,
37:15, 37:20, 38:17,
38:23, 39:3, 39:20,
40:1, 40:10, 41:3,
41:7, 41:16, 41:23,
42:3, 42:13, 44:12,
46:20, 47:17, 47:13,
48:2, 48:9, 48:18,
49:5, 49:10, 49:14,
49:17, 50:13, 50:19,
51:4, 51:6, 52:8,
52:19
**MS** [56] - 7:7, 7:17,
8:11, 10:13, 21:6,
24:1, 24:12, 25:17,
25:23, 26:9, 27:8,
29:13, 29:19, 30:5,
30:20, 32:19, 34:9,
34:15, 35:6, 36:15,
36:19, 37:8, 37:17,
37:22, 38:15, 38:21,
39:1, 39:18, 39:22,
40:7, 41:1, 41:4, 41:8,
41:20, 42:2, 42:6,
42:16, 43:9, 46:16,
47:8, 47:12, 47:15,
48:5, 48:14, 48:19,
49:2, 49:8, 49:13,
49:16, 50:1, 50:14,
50:20, 51:5, 52:5,
52:18, 52:20

**Multiple** [2] - 2:15, 5:16
**must** [1] - 11:8

# N

**name** [2] - 6:20, 8:14
**necessary** [2] - 48:13, 51:15
**need** [15] - 8:20, 9:5, 12:8, 30:22, 34:6, 41:14, 42:14, 44:1, 44:6, 45:11, 46:18, 48:16, 49:3, 52:1
**needed** [4] - 17:16, 18:12, 18:14, 45:12
**needs** [1] - 34:4
**negotiated** [1] - 27:9
**negotiation** [1] - 27:16
**negotiations** [1] - 28:6
**never** [7] - 21:5, 30:1, 49:17, 49:19, 49:20, 50:9, 52:3
**NEW** [1] - 1:4, 54:1
**New** [7] - 1:18, 4:4, 4:7, 8:7, 20:6, 27:15, 54:6
**News** [2] - 2:19, 5:23
**next** [1] - 26:22
**NICHOLE** [1] - 1:20, 54:21
**Nichole** [2] - 7:3, 54:5
**nine** [2] - 6:22, 44:20
**nine-o-six** [1] - 44:20
**nineteen** [1] - 48:21
**non** [2] - 7:18, 45:13
**non-party** [2] - 7:18, 45:13
**Notary** [4] - 1:20, 53:20, 54:5, 54:22
**Note** [2] - 3:8, 43:1
**note** [11] - 35:17, 36:13, 38:15, 39:7, 43:11, 44:4, 50:2, 50:11, 50:16, 50:20, 51:9
**nothing** [3] - 37:21, 48:18, 54:15
**notice** [4] - 35:22, 36:2, 45:4, 45:12
**number** [4] - 35:7, 35:10, 35:11, 38:12

# O

**oath** [1] - 4:17
**object** [16] - 21:4, 24:10, 25:16, 25:21,
26:5, 27:1, 29:11, 29:17, 29:23, 30:16, 34:7, 34:14, 35:4, 37:15, 37:20, 51:16
**objected** [1] - 51:17
**objection** [3] - 50:23, 51:22, 52:4
**objections** [3] - 4:20, 40:9, 40:10
**observation** [1] - 36:10
**obstruction** [1] - 44:9
**occasionally** [1] - 14:1
**occur** [1] - 41:13
**October** [2] - 2:13, 5:13
**OF** [4] - 1:4, 1:9, 54:1, 54:3
**office** [13] - 11:5, 13:17, 18:22, 21:17, 21:18, 21:20, 21:21, 21:22, 22:1, 22:2, 23:11, 24:8, 24:14
**officer** [9] - 13:3, 17:4, 17:6, 18:17, 19:3, 19:22, 20:16, 20:22, 33:1
**OFFICER** [3] - 1:10, 1:10, 1:11
**officers** [9] - 7:13, 12:5, 12:12, 12:14, 12:18, 12:19, 12:21, 19:6, 33:19
**Officers** [2] - 2:14, 5:14
**offices** [4] - 1:17, 22:10, 22:17, 22:23
**official** [14] - 35:21, 36:5, 36:7, 36:9, 36:12, 37:3, 39:4, 39:11, 40:14, 40:20, 41:9, 41:18, 42:3, 45:16
**officials** [1] - 34:3
**once** [2] - 37:12, 38:11
**one** [10] - 21:8, 24:3, 28:9, 30:13, 31:5, 33:23, 34:1, 42:10, 45:7, 50:4
**Opinion** [2] - 2:8, 5:5
**opportunity** [7] - 46:3, 46:8, 46:12, 47:1, 47:4, 47:20, 48:3
**order** [3] - 11:5, 11:12, 48:1
**organization** [1] -
13:4
**Oversight** [2] - 3:5, 6:12
**own** [3] - 22:1, 22:6, 41:13

# P

**p.m** [1] - 44:18
**Page** [2] - 2:15, 5:16
**page** [2] - 10:2, 11:10
**pages** [4] - 23:9, 23:17, 23:21, 53:2
**paid** [10] - 16:19, 16:20, 17:14, 17:15, 18:9, 18:10, 18:11, 31:22, 32:1, 32:2
**panel** [1] - 29:2
**Panel** [2] - 2:9, 5:6
**paper** [1] - 24:5
**papers** [1] - 51:20
**paperwork** [1] - 52:2
**part** [4] - 13:4, 44:19, 49:20, 51:7
**participation** [1] - 44:17
**parties** [7] - 4:15, 4:17, 27:22, 28:16, 28:17, 28:22, 29:1
**partner** [1] - 42:18
**parts** [2] - 29:18, 29:21
**party** [2] - 7:18, 45:13
**pass** [1] - 39:6
**past** [2] - 35:19, 40:3
**paths** [1] - 28:23
**pays** [1] - 31:17
**PBA** [81] - 2:12, 2:18, 2:21, 2:22, 3:1, 3:2, 3:4, 5:11, 5:21, 6:2, 6:4, 6:6, 6:8, 6:10, 12:2, 12:3, 12:11, 13:12, 15:5, 15:14, 15:20, 15:22, 16:3, 16:16, 16:20, 16:23, 17:14, 17:16, 17:20, 17:23, 18:5, 18:10, 18:11, 20:21, 21:8, 21:12, 21:21, 22:10, 22:17, 22:23, 23:11, 23:13, 24:15, 25:7, 26:2, 26:10, 26:12, 26:15, 26:16, 28:7, 29:8, 29:16, 30:12, 30:23, 31:1, 31:9, 31:15, 31:18, 31:19, 31:22, 32:3, 32:14, 32:18, 33:17, 33:20,
34:4, 34:12, 34:22, 35:3, 36:8, 36:22, 37:23, 38:5, 41:11, 41:21, 42:1, 44:23, 48:12
**PD** [1] - 13:3
**Pearl** [1] - 4:7
**pending** [5] - 8:22, 25:12, 27:23, 36:16, 38:4
**people** [1] - 30:14
**per** [1] - 35:13
**PERB** [1] - 27:16
**perceive** [1] - 44:8
**percent** [1] - 21:8
**percentage** [1] - 33:16
**period** [3] - 19:6, 25:19, 43:13
**permission** [4] - 49:11, 49:12, 49:14, 51:22
**permitted** [1] - 47:4
**personal** [4] - 36:9, 50:21, 51:10, 51:20
**personally** [2] - 24:2, 24:6
**Personius** [3] - 3:8, 7:14, 38:22, 43:1, 43:22, 50:2, 50:7
**PERSONIUS** [51] - 4:9, 4:9, 7:14, 8:3, 10:9, 21:4, 23:22, 24:10, 25:16, 25:21, 26:5, 27:1, 29:11, 29:17, 29:23, 30:16, 34:7, 34:14, 35:4, 35:17, 36:23, 37:15, 37:20, 38:17, 38:23, 39:3, 39:20, 40:1, 40:10, 41:3, 41:7, 41:16, 41:23, 42:3, 42:13, 44:12, 46:20, 47:11, 47:13, 48:2, 48:9, 49:5, 49:10, 49:14, 49:17, 50:13, 50:19, 51:4, 51:6, 52:8, 52:19
**PESH** [1] - 14:20
**Peter** [2] - 7:10, 48:16
**PETER** [1] - 4:6
**physical** [1] - 21:22
**pick** [1] - 17:20
**pieces** [1] - 30:8
**place** [4] - 24:21, 26:4, 29:16, 32:15
**Place** [1] - 4:10
**places** [1] - 52:10
**Plaintiff** [4] - 1:7, 4:4,
7:8, 10:5
**plans** [1] - 40:21
**point** [7] - 11:8, 11:15, 27:11, 27:17, 30:10, 36:11, 46:20
**police** [22] - 7:13, 12:4, 12:18, 12:19, 12:21, 18:17, 19:2, 19:6, 19:8, 19:12, 19:15, 19:21, 20:13, 20:16, 20:22, 21:15, 22:18, 32:17, 32:23, 33:19, 34:21
**Police** [11] - 2:5, 2:5, 2:14, 5:1, 5:2, 5:14, 12:15, 23:2, 33:11, 33:17, 45:9
**POLICE** [5] - 1:10, 1:10, 1:11, 1:11, 1:12
**political** [1] - 20:5
**position** [5] - 15:20, 16:5, 17:3, 17:6, 17:12, 20:14, 21:7
**positions** [1] - 20:23
**Posts** [2] - 2:18, 5:21
**Power** [2] - 2:13, 5:14
**practicing** [2] - 49:18, 50:9
**pre** [1] - 11:2
**pre-marked** [1] - 11:2
**preparation** [2] - 9:20, 10:16
**prepared** [4] - 39:14, 46:15, 46:17, 47:23
**PRESENT** [1] - 4:12
**present** [1] - 26:13
**preserve** [1] - 7:22
**president** [34] - 12:2, 12:6, 12:10, 13:9, 13:11, 13:12, 13:16, 13:23, 14:6, 14:8, 14:9, 14:12, 14:13, 15:5, 17:7, 21:7, 31:4, 31:6, 31:7, 31:20, 31:21, 32:1, 32:5, 32:9, 32:21, 39:5, 39:10, 39:12, 42:1, 45:9
**previously** [2] - 23:7, 42:2
**primary** [2] - 15:11, 37:16
**private** [1] - 52:2
**privately** [1] - 47:1
**probationary** [1] - 19:5
**problem** [2] - 40:4, 45:18

John Evans

6

**Procedure** [2] - 1:17, 36:1
**proceed** [8] - 28:16, 36:10, 42:19, 43:23, 44:5, 46:13, 47:3, 50:14
**proceedings** [1] - 48:23
**process** [2] - 19:17, 26:1
**product** [1] - 45:1
**progress** [1] - 20:20
**provide** [3] - 7:23, 11:13, 45:3
**provided** [4] - 43:18, 44:12, 45:22, 50:2
**Public** [4] - 1:20, 53:20, 54:5, 54:22
**public** [2] - 34:3
**pursuant** [4] - 1:16, 7:17, 23:10, 35:23
**put** [3] - 14:21, 33:13, 33:14
**putting** [1] - 40:10

## Q

**qualify** [1] - 37:12
**quarterly** [2] - 38:13, 38:14
**questioning** [2] - 36:6, 37:1
**questions** [10] - 4:21, 11:23, 36:11, 39:3, 39:8, 39:16, 40:19, 41:9, 43:16, 47:22
**quote** [4] - 43:11, 43:13, 44:22, 44:23

## R

**raise** [2] - 32:13, 32:21
**raises** [1] - 33:1
**ranks** [1] - 20:20
**rather** [1] - 51:2
**reached** [2] - 27:23, 51:19
**read** [15] - 7:20, 10:14, 29:15, 29:20, 30:1, 30:6, 30:9, 30:10, 36:18, 37:9, 38:17, 39:7, 51:9, 51:23, 53:1
**reading** [2] - 46:1, 46:23
**really** [1] - 12:17
**reason** [6] - 21:3, 36:3, 45:5, 47:8, 51:16, 52:4

**received** [20] - 5:4, 5:6, 5:9, 5:11, 5:15, 5:18, 5:20, 5:21, 6:1, 6:3, 6:5, 6:7, 6:9, 6:11, 6:13, 6:14, 6:16, 23:10, 43:2, 43:4
**recent** [2] - 24:23, 27:18
**recess** [1] - 42:22
**recollection** [2] - 39:9, 51:6
**recommendation** [1] - 47:3
**recommendations** [1] - 46:5
**record** [27] - 6:19, 7:5, 7:21, 8:14, 35:17, 36:14, 37:6, 38:18, 40:7, 40:9, 40:11, 42:20, 43:7, 46:22, 47:7, 48:19, 48:20, 48:22, 49:13, 49:16, 49:22, 50:15, 51:8, 51:10, 51:14, 51:23, 52:21
**recorded** [4] - 6:23, 11:17, 15:10, 49:1
**recording** [11] - 15:6, 15:7, 15:15, 15:17, 15:19, 15:23, 16:6, 17:13, 17:19, 18:7, 18:16, 21:12, 31:3, 31:5, 32:11
**reduced** [1] - 54:10
**refer** [1] - 41:23
**Referee** [1] - 4:18
**referred** [1] - 10:1
**referring** [2] - 34:13, 48:3
**refused** [1] - 50:7
**regarding** [5] - 38:6, 38:9, 46:10, 47:2, 51:11
**regular** [1] - 32:15
**reimburse** [1] - 17:21
**related** [5] - 7:12, 14:15, 44:7, 45:15, 51:20
**relating** [1] - 51:3
**relative** [1] - 54:15
**release** [7] - 17:3, 17:5, 17:17, 17:19, 17:23, 18:14, 18:18
**releases** [1] - 18:2
**relevant** [1] - 30:3
**remaining** [1] - 48:23
**remember** [2] - 11:22, 14:10
**rephrase** [1] - 8:17

**reporter** [7] - 7:3, 7:6, 9:2, 36:18, 50:6, 52:9, 52:19
**REPORTER** [1] - 7:16
**Reporting** [1] - 7:4
**represent** [6] - 7:11, 7:15, 11:4, 12:12, 13:2, 23:9
**representative** [3] - 41:20, 44:23, 48:12
**representatives** [1] - 26:15
**represented** [1] - 50:21
**request** [1] - 45:5
**requested** [2] - 36:17, 43:22
**reserved** [1] - 4:21
**resolved** [1] - 28:20
**respective** [1] - 4:17
**respond** [5] - 38:20, 43:13, 44:11, 46:15, 47:6
**responded** [2] - 46:7, 48:9
**response** [1] - 9:5
**restate** [1] - 8:18
**result** [1] - 27:22
**review** [6] - 7:19, 8:3, 9:19, 25:5, 43:22, 46:3
**reviewed** [2] - 10:16, 11:6
**ridiculous** [1] - 49:15
**ring** [1] - 34:20
**ROBERT** [1] - 1:10
**Rod** [1] - 7:14
**RODNEY** [1] - 4:9
**routinely** [1] - 43:17
**Rules** [2] - 1:16, 35:23
**rules** [7] - 8:16, 41:2, 44:1, 44:10, 46:17, 46:19, 47:9
**ruling** [1] - 44:7
**Russ** [1] - 7:11
**RUSS** [1] - 4:5

## S

**safety** [2] - 14:15, 14:18
**SAHASRABUDHE** [4] - 4:6, 7:10, 32:16, 48:18
**Sahasrabudhe** [1] - 7:10
**sake** [1] - 9:5
**salaried** [2] - 16:22,

16:23
**salaries** [3] - 31:17, 31:22, 33:1
**salary** [5] - 18:12, 18:14, 32:2, 32:3, 32:17
**sat** [1] - 30:1
**saw** [1] - 11:8
**school** [1] - 20:10
**science** [1] - 20:5
**SCIME** [2] - 1:17, 4:2
**scope** [1] - 37:4
**second** [5] - 14:8, 14:9, 14:12, 15:4, 31:3, 31:6, 32:9, 50:4, 51:9
**secondary** [1] - 37:18
**secretaries** [4] - 18:1, 31:11, 31:14, 31:17
**secretary** [15] - 15:6, 15:7, 15:15, 15:17, 15:19, 15:23, 16:6, 17:13, 17:19, 18:8, 18:16, 21:13, 31:3, 31:6, 32:11
**see** [4] - 9:6, 36:8, 37:3, 38:10
**seeing** [1] - 10:9
**seek** [2] - 42:12, 44:8
**send** [1] - 11:19, 11:20, 18:1
**senior** [1] - 20:23
**sergeants** [1] - 12:22
**served** [2] - 11:5, 23:11
**set** [3] - 33:5, 33:7, 53:3
**seven** [1] - 33:21
**short** [1] - 42:22
**Shorthand** [1] - 54:9
**show** [1] - 23:5
**showed** [1] - 47:22
**sign** [1] - 7:20
**signed** [1] - 25:6
**Simonin** [1] - 7:4
**simply** [1] - 40:15
**sit** [1] - 26:7
**six** [8] - 12:7, 26:6, 33:21, 35:16, 35:19, 40:3, 44:18, 44:20
**smokes** [1] - 49:21
**sole** [1] - 18:8
**someone** [1] - 50:10
**sometime** [1] - 17:10
**sometimes** [3] - 26:12, 28:12
**somewhat** [2] - 29:10, 29:12

**sorry** [6] - 33:18, 37:21, 38:15, 40:6, 46:21, 48:2
**sort** [1] - 8:23
**sound** [1] - 23:20
**sounds** [2] - 9:1, 27:10
**space** [2] - 21:22, 22:10
**speaking** [2] - 40:9, 40:10
**speaks** [1] - 48:14
**specific** [1] - 38:3
**specifically** [3] - 24:5, 34:18, 51:17
**Spectrum** [2] - 2:19, 5:23
**spelled** [1] - 47:9
**spent** [1] - 14:2
**split** [1] - 21:13
**sporadic** [1] - 18:18
**SS** [1] - 54:2
**stack** [2] - 24:5, 25:8
**Staff** [2] - 2:20, 5:23
**stage** [1] - 26:14
**standard** [1] - 32:22
**start** [1] - 9:9
**started** [3] - 19:10, 20:21, 21:12
**STATE** [1] - 54:1
**State** [4] - 20:1, 20:4, 27:15, 54:6
**statement** [2] - 44:10, 50:8
**STATES** [1] - 1:3
**step** [1] - 26:22
**still** [1] - 13:22
**stipend** [2] - 32:18, 33:4
**stipulated** [1] - 4:16
**stipulations** [2] - 4:14, 7:16
**stop** [1] - 46:18
**stopping** [1] - 46:14
**story** [1] - 12:9
**Street** [4] - 4:7, 8:7, 21:17, 23:3
**strictly** [1] - 12:18
**stuff** [1] - 20:3
**subject** [3] - 45:4, 45:14, 51:11
**subjects** [2] - 35:22, 40:16
**submitted** [2] - 25:1, 27:19
**Subpoena** [13] - 2:10, 5:8, 7:18, 11:4, 23:11, 35:20, 37:4, 41:20, 41:23, 45:6, 47:18, 48:8, 48:14

John Evans

**subpoenaed** [5] - 36:4, 40:13, 41:18, 41:21, 48:11
**subsequent** [1] - 50:17
**successfully** [1] - 19:15
**Sue** [1] - 7:4
**sufficient** [1] - 37:13
**suggesting** [1] - 44:3
**suite** [2] - 22:8, 22:9
**Suite** [3] - 1:18, 4:3, 4:7
**Sunday** [1] - 52:12
**supervision** [3] - 34:19, 34:22, 35:1
**supplements** [1] - 23:13
**Supplements** [2] - 2:7, 5:3
**swear** [1] - 7:6
**Sworn** [1] - 53:14
**sworn** [5] - 8:8, 19:7, 19:11, 54:14

## T

**tab** [1] - 11:2
**table** [2] - 26:3, 50:4
**tailgate** [1] - 52:13
**task** [1] - 19:12
**ten** [2] - 6:22, 42:21
**ten-fifty-two** [1] - 42:21
**ten-o-nine** [1] - 6:22
**tendency** [2] - 9:4, 9:9
**tentative** [5] - 25:2, 25:12, 25:15, 27:6, 27:23
**tenured** [1] - 30:18
**term** [2] - 26:7, 42:7
**terminate** [1] - 48:1
**terms** [1] - 27:14
**test** [1] - 8:21
**testified** [1] - 8:9
**Testify** [2] - 2:10, 5:8
**testify** [4] - 36:4, 39:4, 45:6, 54:14
**testimony** [7] - 6:23, 11:6, 53:5, 54:7, 54:10, 54:11, 54:19
**texts** [1] - 11:16
**THE** [24] - 6:19, 7:16, 10:12, 21:5, 23:23, 24:11, 25:22, 26:6, 27:2, 29:12, 29:18, 30:1, 30:17, 32:17, 34:8, 35:5, 37:16, 37:21, 38:19, 42:20,

43:7, 48:20, 49:22, 52:21
**themselves** [1] - 7:5
**thereabouts** [1] - 19:20
**they've** [1] - 45:21
**third** [1] - 46:20
**thirteen** [1] - 43:8
**thoughts** [2] - 46:2, 46:10
**thread** [5] - 40:4, 44:14, 44:16, 44:19, 45:11
**three** [1] - 43:11
**three-by-five** [1] - 43:11
**throughout** [1] - 16:11
**timeline** [1] - 25:14
**Timon** [1] - 20:11
**title** [7] - 12:1, 13:10, 14:7, 15:4, 15:5, 15:17, 32:1
**TO** [1] - 2:1
**today** [14] - 7:3, 8:14, 9:3, 9:17, 9:20, 10:16, 11:6, 11:13, 11:14, 16:15, 43:23, 47:21, 48:7, 50:2
**Today's** [1] - 6:21
**together** [1] - 24:18
**took** [3] - 41:17, 43:19, 51:12
**Top** [2] - 2:18, 5:21
**top** [1] - 23:17
**TORGALSKI** [1] - 1:10
**Tower** [1] - 4:10
**track** [1] - 15:1
**training** [10] - 34:19, 34:22, 34:23, 36:20, 36:22, 37:11, 37:19, 38:1, 38:6, 38:9
**transcript** [7] - 4:19, 7:19, 8:1, 42:17, 53:4, 54:18, 54:19
**treasurer** [4] - 31:3, 31:8, 31:9, 32:7
**treated** [1] - 32:23
**Trial** [1] - 1:15
**trial** [1] - 4:21
**tried** [2] - 40:2, 41:16
**Tripartite** [2] - 2:8, 5:6
**true** [20] - 12:20, 16:3, 17:12, 22:12, 24:15, 24:21, 24:22, 25:3, 25:10, 27:11, 28:7, 28:8, 29:5, 31:22, 32:3, 32:5,

33:2, 38:2, 53:4, 54:18
**trust** [1] - 52:15
**truth** [3] - 54:14, 54:15
**try** [3] - 12:12, 15:1, 40:22
**trying** [2] - 39:13, 50:10
**turning** [1] - 11:1
**twelve** [1] - 30:11
**twenty** [7] - 19:19, 20:13, 33:21, 35:13, 49:23, 52:7, 52:22
**twenty-five** [2] - 19:19, 20:13
**twenty-six** [1] - 33:21
**two** [13] - 15:16, 17:2, 18:21, 18:22, 26:4, 28:23, 31:11, 31:14, 31:23, 42:21, 44:15, 47:19, 50:1
**type** [2] - 35:18, 38:21
**typed** [1] - 43:10
**types** [1] - 39:16

## U

**um-hum** [1] - 9:4
**under** [2] - 32:22, 54:11
**understood** [2] - 9:8, 10:12
**union** [11] - 12:4, 12:12, 12:14, 13:8, 15:14, 21:9, 21:14, 39:5, 39:6, 39:11, 39:12
**UNITED** [1] - 1:3
**unless** [2] - 37:1, 48:16
**Untapped** [2] - 2:13, 5:14
**up** [7] - 17:20, 20:20, 31:14, 39:23, 40:6, 47:22, 50:17
**Usual** [1] - 7:16

## V

**various** [1] - 16:11
**vehicles** [6] - 15:1, 34:21, 34:23, 35:2, 35:10, 35:13
**verbal** [1] - 9:5
**verbatim** [1] - 54:8
**versus** [3] - 7:1, 18:5, 21:15
**vice** [19] - 13:11,

13:12, 13:15, 14:6, 14:8, 14:9, 14:12, 15:5, 17:7, 21:7, 31:3, 31:4, 31:6, 31:20, 32:5, 32:9
**Video** [1] - 6:20
**video** [3] - 6:22, 6:23, 48:23
**videographer** [1] - 52:9
**Videographer** [1] - 4:12
**VIDEOGRAPHER** [6] - 6:19, 42:20, 43:7, 48:20, 49:22, 52:21
**violated** [1] - 13:20
**violation** [2] - 30:3, 44:9
**voluntary** [1] - 33:12
**vs** [1] - 1:8

## W

**wait** [1] - 9:12
**waived** [2] - 4:18, 4:19
**wants** [2] - 43:23, 46:6
**ways** [1] - 28:9
**weather** [1] - 52:12
**Website** [10] - 2:21, 2:23, 3:1, 3:3, 3:4, 6:2, 6:4, 6:6, 6:8, 6:10
**week** [4] - 18:21, 18:22, 25:2, 36:2
**weeks** [4] - 19:19, 20:13, 35:19, 40:3
**Weisbeck** [1] - 45:3
**WESTERN** [1] - 1:4
**Western** [1] - 20:6
**whole** [3] - 30:8, 52:14, 54:14
**Williams** [2] - 2:17, 5:19
**Winans** [2] - 7:3, 54:5
**WINANS** [2] - 1:20, 54:21
**wing** [1] - 52:11
**wings** [1] - 52:11
**Wischerath** [10] - 7:7, 8:15, 44:15, 44:21, 45:2, 46:2, 46:7, 46:13, 51:12, 51:19
**WISCHERATH** [57] - 4:2, 7:7, 7:17, 8:11, 10:13, 21:6, 24:1, 24:12, 25:17, 25:23, 26:9, 27:8, 29:13,

29:19, 30:5, 30:20, 32:19, 34:9, 34:15, 35:6, 36:15, 36:19, 37:8, 37:17, 37:22, 38:15, 38:21, 39:1, 39:18, 39:22, 40:7, 41:1, 41:4, 41:8, 41:20, 42:2, 42:6, 42:16, 43:9, 46:16, 47:8, 47:12, 47:15, 48:5, 48:14, 48:19, 49:2, 49:8, 49:13, 49:16, 50:1, 50:14, 50:20, 51:5, 52:5, 52:18, 52:20
**wise** [1] - 30:17
**wish** [1] - 42:15
**WITNESS** [17] - 10:12, 21:5, 23:23, 24:11, 25:22, 26:6, 27:2, 29:12, 29:18, 30:1, 30:17, 32:17, 34:8, 35:5, 37:16, 37:21, 38:19
**Witness** [1] - 4:11
**witness** [7] - 7:6, 43:14, 44:3, 44:4, 50:3, 50:12, 52:6
**WNY** [1] - 6:20
**words** [2] - 12:9, 14:21
**workday** [1] - 18:4
**writing** [1] - 54:10
**wrote** [1] - 48:5

## Y

**year** [5] - 14:10, 15:22, 17:8, 37:12, 38:11
**years** [8] - 12:7, 13:13, 15:16, 20:2, 30:11, 34:11, 49:19, 50:9
**years-ish** [1] - 13:13
**YORK** [2] - 1:4, 54:1
**York** [8] - 1:18, 4:4, 4:7, 4:10, 8:7, 20:6, 27:15, 54:6

## Z

**zero** [2] - 52:15, 52:16