

# Lipsitz Green Scime Cambria LLP

42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924  P 716 849 1333  F 716 855 1580 (Not for Service)  www.lglaw.com

**Attorneys at Law**

James T. Scime
Michael Schiavone
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Robert L. Boreanaz
Thomas M. Mercure
John A. Collins
Michael P. Stuermer [2,3]
Cherie L. Peterson
Joseph J. Manna
William P. Moore
Thomas C. Burnham
Jonathan W. Brown [3]
Diane M. Perri Roberts
Matthew B. Morey
Max Humann
Justin D. Ginter
Dale J. Bauman [2,6]
Melissa D. Wischerath [7]
Jaime Michelle Cain [5]
Sharon M. Heim
Paul J. Cieslik
Gregory P. Krull
Robert E. Ziske
Patrick J. Mackey [4]
Erin McCampbell Paris
Lynn M. Bochenek
Richard A. Maltese, Jr.
Karoline R. Faltas-Peppes
Robert M. Corp [9]
Taylor D. Golba
Amy C. Keller [8]
Christopher R. Poole
Ryan C. Johnsen
Anthony R. Faraco, Jr.
Christina M. Croglio
Michael M. Kane
Alexander R. DiDonato
Brittany E. Morgan
Candace L. Morrison
Victoria E. Dailey
Miriam E. Trojanovic

**OF COUNSEL**
Paul J. Cambria, Jr. [1,3,5]
Patrick C. O'Reilly
Herbert L. Greenman
Laraine Kelley
Joseph J. Gumkowski
George E. Riedel, Jr. [2]

**SPECIAL COUNSEL**
Richard D. Furlong
Scott M. Schwartz
Robert A. Scalione [2]

**ALSO ADMITTED IN**
1  District of Columbia
2  Florida
3  California
4  Illinois
5  Pennsylvania
6  New Jersey
7  Oregon
8  Massachusetts
9  Connecticut

May 16, 2024

Hon. Leslie G. Foschio
United States District Court
2 Niagara Square
Buffalo, New York 14202

        RE:    Martin Gugino v. City of Buffalo, et al.
                  Case No.: 1:21-cv-00283 (LJV/LGF)

Dear Judge Foschio:

I am writing on behalf of both parties to request a joint ninety (90) day extension of all deadlines.

The parties respectfully seek the extension for good cause because we continue to await orders on pending discovery motions, which if successful will necessitate additional party and non-party depositions.

In addition, dates were set for additional defendant party and non-party depositions, however, they were recently adjourned due to witness unavailability.

Finally, defendants have requested additional time to respond to some of plaintiff's outstanding discovery demands, and plaintiff understands that a final production will be forthcoming in the near future.

Plaintiff proposes the following deposition dates:

    Defendant Lockwood on June 18 or June 20;
    Defendant DeGeorge on June 20 or June 21; and
    the City Clerk on June 24.

We appreciate the Court's consideration of this request.

                Sincerely,

                **LIPSITZ GREEN SCIME CAMBRIA LLP**

                */s/ Melissa D. Wischerath*
                Melissa D. Wischerath, Esq.

cc:    Hugh M. Russ, III and Peter A. Sahasrabudhe