IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MARTIN GUGINO,

              Plaintiff,              Case No. 1:21-CV-283

vs.

CITY OF BUFFALO,                            **DECLARATION**
MAYOR BYRON BROWN,                **OF MELISSA D. WISCHERATH**
POLICE OFFICER ROBERT MCCABE,
POLICE OFFICER AARON TORGALSKI,
POLICE OFFICER JOHN LOSI,
POLICE COMMISSIONER BYRON C. LOCKWOOD,
DEPUTY POLICE COMMISSIONER JOSEPH GRAMAGLIA,

              Defendants.
_____

      Melissa D. Wischerath, ESQ., makes this Declaration under penalties of perjury, pursuant to 28 U.S.C. § 1756:

      1.      I am an attorney representing plaintiff, Martin Gugino, in this matter. I submit this declaration pursuant to the Court's order at Dkt. 121 ordering the plaintiff to file an affidavit of costs, including attorney fees, incurred in connection with the discontinued deposition and in moving to compel Evans's continued deposition.

      2.      Plaintiff requests a total award of costs in the amount of $916.40. Attached hereto and more fully incorporated as **Exhibit A** is a true and complete copy of the invoice for video services related to the deposition of Evan. Attached hereto and more fully incorporated as **Exhibit B** is a true and complete copy of the invoice for the expedited transcript of testimony of Evans taken on January 12, 2024.

      3.      My current hourly rate is $275.00 an hour. The hourly rate for Mr. Weisbeck is $325.00 an hour.

      4.      Mr. Weisbeck is a senior partner at the firm, with 40 years of experience. He has

obtained numerous verdicts and settlements for his clients over the years, including those sounding in civil rights.

5. Ms. Wischerath is a senior partner at the firm, with 12 years of experience. She has also obtained numerous verdicts and settlements for his clients over the years, including many sounding in civil rights.

6. The detailed list of time and labor spent on the attorney fees, incurred in connection with the discontinued deposition and in moving to compel Evans's continued deposition of this case up to the present date is attached to this declaration as **Exhibit C**. 60.9 hours were incurred in total equaling $17617.50 in attorney's fees up to the present date for Mr. Weisbeck and Ms. Wischerath.

7. The total sum of costs and attorney's is $18,533.90.


DATED: October 16, 2024        s/ Melissa D. Wischerath
LIPSITZ GREEN SCIME CAMBRIA, LLP
Attorneys for Plaintiff
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Tel: 716-849-1333 x397
mwischerath@lglaw.com