Sue Ann Simonin Court Reporting, Inc.
421 Franklin Street
Buffalo, New York  14202
(716) 882-8059
TIN: 16-1468950

TO:  Melissa D. Wischerath, Esq.
Lipsitz Green Scime Cambria, LLP
42 Delaware Avenue
Suite 120
Buffalo, New York  14202

Date:     January 16, 2024
Invoice:  54366

RE:   Gugino vs. City of Buffalo, et al

For services rendered in connection with supplying:

Attending and video recording testimony of JOHN EVANS taken on January 12, 2024.

AMOUNT DUE     $195.00

6336618v1 - 067543.0001