IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARTIN GUGINO,

        Plaintiff,

vs.

CITY OF BUFFALO,
MAYOR BYRON BROWN,
POLICE OFFICER ROBERT MCCABE,
POLICE OFFICER AARON TORGALSKI,
POLICE OFFICER JOHN LOSI,
POLICE COMMISSIONER BYRON C. LOCKWOOD,
DEPUTY POLICE COMMISSIONER JOSEPH GRAMAGLIA,

        Defendants.

Case No. 1:21-CV-283

**DECLARATION OF MELISSA D. WISCHERATH, ESQ.**

---

**MELISSA D. WISCHERATH, ESQ.**, makes this Declaration under penalties of perjury, pursuant to 28 U.S.C. § 1756:

1. I am an attorney duly licensed to practice law in the State of New York and I am a partner at Lipsitz Green Scime Cambria LLP, attorneys for plaintiff in the above-referenced action. As such, I am fully familiar with the facts set forth below.

2. I submit this Declaration in support of plaintiff's Motion for Summary Judgment.

3. Attached hereto and more fully incorporated as **Exhibit 1** is a true and complete copy of Mayor Byron Brown's Executive declaration issued on June 2, 2020.

4. Attached hereto and more fully incorporated as **Exhibit 2** is a true and complete copy of the deposition transcript of the City's 30(b)(6) representative, Tianna Marks, taken on February 4, 2025.

5. Attached hereto and more fully incorporated as **Exhibit 3** is a true and complete copy of the Webpage City of Buffalo Agenda Item 20-674.

6. Attached hereto and more fully incorporated as **Exhibit 4** is a true and complete copy of the deposition transcript Volume II of John Losi taken on August 22, 2023.

7. Attached hereto and more fully incorporated as **Exhibit 5** is a true and complete copy of the deposition transcript Volume I of Michael Palizay on August 24, 2023.

8. Attached hereto and more fully incorporated as **Exhibit 6** is a true and complete copy of the deposition transcript volume II of Joseph Gramaglia taken on November 9, 2023.

9. Attached hereto and more fully incorporated as **Exhibit 7** is a true and complete copy of the deposition transcript volume I of Joseph Gramaglia taken on October 17, 2023

10. Attached hereto and more fully incorporated as **Exhibit 8** is a true and complete copy of the email sent by Davette Patton to Byron C. Lockwood.

11. Attached hereto and more fully incorporated as **Exhibit 9** is a true and complete copy of the deposition transcript of Byron Lockwood taken on June 20, 2024.

12. Attached hereto and more fully incorporated as **Exhibit 10** is a true and complete copy of the deposition transcript of Michael DeGeorge taken on December 13, 2024.

13. Attached hereto and more fully incorporated as **Exhibit 11** is a true and complete copy of the deposition transcript of Martin Gugino taken on February 20, 2024.

14. Attached hereto and more fully incorporated as **Exhibit 12** is a true and complete copy of the Buffalo news article "Buffalo's Curfew Includes Garbage Totes."

15. Attached hereto and more fully incorporated as **Exhibit 13** is a true and complete copy of the City-Wide Curfew Announcement

16. Attached hereto and more fully incorporated as **Exhibit 14** is a true and complete copy of the deposition transcript of Robert McCabe taken on February 17, 2023.

17. Attached hereto and more fully incorporated as **Exhibit 15** is a true and complete copy of the deposition transcript of Aaron Torgalski taken on March 14, 2023.

18. Attached hereto and more fully incorporated as **Exhibit 16** is a true and complete copy of the deposition transcript of John Evans taken on October 29, 2024.

19. Attached hereto and more fully incorporated as **Exhibit 17** is a true and complete copy of the deposition transcript of Steven Nigrelli taken on August 21, 2025.

20. Attached hereto and more fully incorporated as **Exhibit 18** is a true and complete copy of the deposition transcript of Jacqueline Costantino taken on May 22, 2023, and the subpoena to testify.

21. Attached hereto and more fully incorporated as **Exhibit 19** is a true and complete excerpted copy of the Arbitration transcript of Robert McCabe.

22. Attached hereto and more fully incorporated as **Exhibit 20** is a true and complete copy of the bodycam video footage Axon Body 2 X81356994.

23. Attached hereto and more fully incorporated as **Exhibit 21** is a true and complete copy of video footage previously marked as Video Exhibit 7.

24. Attached hereto and more fully incorporated as **Exhibit 22** is a true and complete copy of video documented by Michael Desmond previously marked as Video Exhibit 6.

25. Attached hereto and more fully incorporated as **Exhibit 23** is a true and complete copy of Gugino-COB 000441.

26. Attached hereto and more fully incorporated as **Exhibit 24** is a true and complete redacted copy of Gugino-COB 018211.

27. Attached hereto and more fully incorporated as **Exhibit 25** is a true and complete copy of video previously marked as Video Exhibit 2.

DATED:  November 12, 2025                    s/ Melissa D. Wischerath.
                                                                               LIPSITZ GREEN SCIME CAMBRIA, LLP
                                                                               Attorneys for Plaintiff
                                                                               42 Delaware Avenue, Suite 120
                                                                               Buffalo, New York 14202
                                                                               Tel: 716-849-1333 x348
                                                                               mwischerah@lglaw.com