**EXHIBIT 14**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

--------------------------------------------------

MARTIN GUGINO,

Plaintiff,

-vs-

CITY OF BUFFALO,
MAYOR BYRON BROWN,
POLICE OFFICER ROBERT McCABE,
POLICE OFFICER AARON TORGALSKI,
POLICE OFFICER JOHN LOSI,
POLICE COMMISSIONER BYRON C. LOCKWOOD,
DEPUTY POLICE COMMISSIONER JOSEPH GRAMAGLIA,

Defendants.

--------------------------------------------------

Continuing Examination Before Trial of ROBERT McCABE, Defendant, taken pursuant to the Federal Rules of Civil Procedure, in the law offices of LIPSITZ GREEN SCIME CAMBRIA LLP, 42 Delaware Avenue, Suite 120, Buffalo, New York, taken on February 17, 2023, commencing at 10:05 A.M., before VALERIE WHITE, Notary Public.

INDEX TO EXHIBITS


| Video Exhibits | | For Identification |
|---|---|---|
| 1, 2 and 3 | three Excerpts of Videos | 252 |

APPEARANCES:

LIPSITZ GREEN SCIME CAMBRIA LLP,
By RICHARD P. WEISBECK, JR., ESQ.,
and MELISSA D. WISCHERATH, ESQ.,
42 Delaware Avenue,
Suite 120,
Buffalo, New York 14202,
Appearing for the Plaintiff.

HODGSON RUSS LLP,
By PETER A SAHASRABUDHE, ESQ.,
The Guaranty Building,
140 Pearl Street, Suite 100,
Buffalo, New York 14202-4040,
Appearing for the Defendants.

PRESENT: Matthew Messing,
Legal Videographer

(The following stipulations were entered into by both parties.)

It is hereby stipulated by and between counsel for the respective parties that the oath of the Referee is waived, that filing and certification of the transcript are waived, and that all objections, except as to the form of the questions, are reserved until the time of trial.

THE VIDEOGRAPHER: We are now on the record. My name is Matt Messing with WNY Legal Video. Today's date is February 17, 2023 and the time on the

video monitor is 10:05. We're here to take the continuation of the video recorded testimony of Robert McCabe in the matter of Martin Gugino versus the City of Buffalo et al. The court reporter today is Valerie White from Sue Ann Simonin Court Reporting. Will all counsel introduce yourself for the record?

MR. WEISBECK: Richard Weisbeck appearing for Plaintiff Martin Gugino.

MS. WISCHERATH: Melissa Wischerath appearing for Plaintiff Martin Gugino.

MR. SAHASRABUDHE: Peter Sahasrabudhe from Hodgson Russ. We represent the Defendants and we represent Robert McCabe here today.

R O B E R T M c C A B E,
214 Cumberland Drive, Buffalo, New York 14220,
after being duly called and sworn,
testified further as follows:

CONTINUING EXAMINATION BY MR. WEISBECK:

Q. Sir, I'm showing you what's been marked as

Deposition Exhibit 3, could you look at that for me, please?
A. Yes.
Q. Who is the police officer who committed that assault upon the citizen peacefully demonstrating against police violence?
MR. SAHASRABUDHE: Objection to the form of the question. You may answer.
THE WITNESS: I have no idea.
BY MR. WEISBECK:
Q. We're going to mark Video Exhibit number 1, we'll have that marked later. These will be Video Deposition Exhibits as opposed to paper.
MS. WISCHERATH: It will be Video Exhibit 1 from thirty-three to thirty-five seconds, just so you know later.
MR. SAHASRABUDHE: For purposes of the record, is this something we produced in discovery or is this from the Complaint?
MS. WISCHERATH: The Complaint.
BY MR. WEISBECK:
Q. We'll identify it later, but sir, I'm going to show you a video taken on May 30, 2020 at Niagara

Square, Deposition Exhibits 1 through 3 are still photographs from this video, just so you know what you're going to look at.
A. Yes, sir.
Q. We're going for play that now. Did you see that thirty-one to thirty-five on the video, the timing, it went from thirty-one to thirty-five?
A. I didn't see that, but I did see the video, yes.
Q. Having seen that video, are you able to tell us who the police officer was who committed that assault upon the citizen peacefully demonstrating against police violence?
MR. SAHASRABUDHE: Object to the form of the question. You may answer.
THE WITNESS: I have no idea.
BY MR. WEISBECK:
Q. Did you observe in Video Exhibit number 1 the police officer shoving and pushing to the ground that citizen?
MR. SAHASRABUDHE: Object to the form. You may answer.
THE WITNESS: I did see a citizen getting pushed, yes.

BY MR. WEISBECK:
Q. Did you see that citizen go to the ground?
A. I did.
Q. During your training at the ECC Police Academy, were you taught to shove and knock to the ground a citizen standing in the public with his or her hands in the air as depicted in Video Exhibit number 1?
MR. SAHASRABUDHE: Object to the form of question. You may answer.
THE WITNESS: No, we were not trained on that.
BY MR. WEISBECK:
Q. During your training, your six week training with the Buffalo Police Department when you started with that organization, were you taught to shove and knock to the ground a citizen standing in public with his or her hands in the air as depicted in Video Exhibit number 1?
MR. SAHASRABUDHE: Objection to the form of the question. You may answer.
THE WITNESS: No.
BY MR. WEISBECK:
Q. During your time with the military-like unit with

the Buffalo Police Department called the ERT, were you taught to shove and knock to the ground a citizen in public, standing in public with his or her hands in the air as depicted in Video Exhibit number 1?

MR. SAHASRABUDHE: Objection to the form of the question. You may answer.

THE WITNESS: No, we're not trained that.

BY MR. WEISBECK:

Q. You worked a number of days before June 4, 2020 in the ERT, that military-like unit for the Buffalo Police Department, correct?

MR. SAHASRABUDHE: Objection to the form of the question. You may answer.

THE WITNESS: Yes, I did.

BY MR. WEISBECK:

Q. What did you work, maybe three or four, five days before June 4 in that military-like unit called the ERT?

MR. SAHASRABUDHE: Objection to the form of the question. You may answer.

THE WITNESS: I believe it was five days, yes.

BY MR. WEISBECK:

Q. During that five days, did anyone from the ERT tell you to shove and push to the ground non-violent demonstrators?

MR. SAHASRABUDHE: Objection to the form. You may answer.

THE WITNESS: No, I was never taught to push anyone to the ground.

BY MR. WEISBECK:

Q. During your time as a Buffalo police officer working your standard shifts, were you taught to shove and knock to the ground citizens standing in a public arena?

MR. SAHASRABUDHE: Form. You may answer.

THE WITNESS: No. We were taught use of force and use of force continuum. So the way civilians interact with us is how our use of force is raised, so the answer to your question is no.

BY MR. WEISBECK:

Q. During your five or so days with the unit, the military-like unit called ERT, did you see other police officers shoving and pushing to the ground citizens similar to what's depicted in Video Exhibit number 1?

MR. SAHASRABUDHE: Objection as to the form. You may answer.

THE WITNESS: Yes, but citizens were also throwing bricks, shooting at us.

BY MR. WEISBECK:

Q. During your time with the ERT that four or five days before June 4, 2020, did you see other police officers shoving and knocking to the ground citizens who were not engaged in throwing bricks or shooting at police officers?

MR. SAHASRABUDHE: Objection to the form. You may answer.

THE WITNESS: There was large crowds of people, you don't know who's throwing at all times, you don't know who's shooting at you at all times, you don't know who's driving vehicles through riot control, ERT members.

MR. WEISBECK: Could you read the question to the witness again please, Valerie?

(Whereupon, the above-requested question was then read back by the reporter.)

THE WITNESS: I can't accurately answer that question because I don't know who was throwing bricks and

who was shooting.

BY MR. WEISBECK:

Q. Would you agree as police officers, you're not permitted to shove and knock to the ground citizens who are engaged in lawful conduct?

MR. SAHASRABUDHE: Form. You may answer.

THE WITNESS: No, I agree with you.

BY MR. WEISBECK:

Q. And merely because one citizen is throwing bricks, it doesn't entitle a police officer to shove and knock to the ground another citizen who was not engaged in unlawful conduct, correct?

A. Correct.

Q. And if during the time when the ERT was on the streets in June of 2020, you'd agree that police officers would have to distinguish between those engaged in unlawful conduct and those engaged in lawful conduct, correct?

A. Correct.

Q. And even if there's a mass demonstration and a certain number of individuals are engaged in unlawful conduct, even throwing bricks and shooting at police officers, the police officers

are not that entitled to assault every person in the demonstration, correct?

MR. SAHASRABUDHE: Form. You may answer.

THE WITNESS: Correct.

BY MR. WEISBECK:

Q. During the four or five days that you worked with the military-like unit called the ERT before June 4, 2020, did you personally push and shove citizens to the ground?

MR. SAHASRABUDHE: Form. You may answer.

THE WITNESS: Yes.

BY MR. WEISBECK:

Q. Did you personally push and shove citizens to the ground who were posing no threat to you?

A. No.

Q. Do you know how many times you personally pushed and shoved citizens to the ground in the four or five days that you worked with the ERT before June 4, 2020?

A. I do not recall.

Q. Did you develop a hostility to those citizens who were demonstrating against police violence in the four or five days you worked with the ERT before

June 4, 2020?
MR. SAHASRABUDHE: Objection to the form. You may answer.
THE WITNESS: No.
BY MR. WEISBECK:
Q. For those individuals that you pushed and shoved to the ground in the four or five days before June 4, 2020, were those individuals injured and taken to the hospital?
MR. SAHASRABUDHE: Form.
THE WITNESS: Besides the incident at hand, no, not that I recall.
BY MR. WEISBECK:
Q. In those four or five days before June 4, 2020, was there violence in the areas where you were patrolling?
A. You're talking about like violent protests?
Q. Yes.
A. The majority of the ones we showed up to were violent, yes.
Q. What I'm talking about in those four or five days before June 4 when you said you worked for the ERT, was that your sole job at that time, working

with the ERT?
A. Solely, yes.
Q. So there were certain days in those four or five days before June 4 where there was what we'll call some violence, correct?
A. Yes.
Q. And what were you working, eight-hour shifts, twelve-hour shifts?
A. Between fourteen and eighteen hours.
Q. Per shift?
A. Yes.
Q. And you said there was some violence. What violence did you visualize in those four or five days?
MR. SAHASRABUDHE: Objection to form. You may answer.
THE WITNESS: What violence?
BY MR. WEISBECK:
Q. Yes.
A. Rocks being thrown, people, civilians protesting with riot gear on, gas masks. Usually people don't walk around with gas masks for pleasure, in my opinion, unless they're trying to deflect riot

control.
Q. Anything else?
A. Molotov cocktails being thrown, fires in the streets, shots fired at police, vehicles being -- running people over.
Q. Anything else?
A. That's all I recall.
Q. All right. I just want to go back to, you said there was some citizens who were in riot gear and gas masks, right?
A. You would see that often at the protests, yes.
Q. What do you mean by riot gear?
A. They would have probably similar to what we have but it would be more like hockey helmets or lacrosse helmets or gas masks. Usually backpacks, dressed in all black, face covered.
Q. Is there anything illegal about a citizen dressed in riot gear?
MR. SAHASRABUDHE: Form.
THE WITNESS: No.
BY MR. WEISBECK:
Q. Is there anything illegal about a citizen wearing a gas mask?

MR. SAHASRABUDHE: Form.
THE WITNESS: No.
BY MR. WEISBECK:
Q. In fact, a citizen has every right to dress in riot gear if he or she decides to, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: If they like to, yes.
BY MR. WEISBECK:
Q. And a citizen has every right if he or she wants to wear a gas mask, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: Yes, but in my opinion if they're showing up to a riot in a gas mask, you're usually not there to peacefully protest.
BY MR. WEISBECK:
Q. Did you have experience with that before May of 2020?
A. No.
Q. So did you ever consider that someone could go to a peaceful protest and wear a gas mask because he or she believes that the police would unlawfully launch tear gas at him or her and that would be an effort to make sure they're not injured by

that tear gas?
MR. SAHASRABUDHE: Objection to the form of the question. You may answer.
THE WITNESS: If they'd like to, yes.
BY MR. WEISBECK:
Q. During your training at the ECC Police Academy, were you taught how to interact with the public?
MR. SAHASRABUDHE: Form. You may answer.
THE WITNESS: Yes, I was.
BY MR. WEISBECK:
Q. Were you taught at the ECC Police Academy that there's a difference between requesting a citizen to do something and ordering a citizen to do something?
MR. SAHASRABUDHE: Form.
THE WITNESS: Yes.
BY MR. WEISBECK:
Q. And were you taught that if you request a citizen to do something, that person does not act, you're permitted to shove and knock that person to the ground?
MR. SAHASRABUDHE: Form. You may answer.
THE WITNESS: No.

BY MR. WEISBECK:
Q. In the six weeks training with the Buffalo Police Department when you first started with that organization, were you also taught how to interact with the public, individual citizens at that time?
A. During that four weeks?
Q. Yes.
A. I don't believe so.
Q. Now, you had a couple years of experience with the police before May of 2020, right?
A. Correct.
Q. And isn't it true that the culture of the Buffalo Police Department is that aggression against citizens who don't comply with a direction by the police officer?
MR. SAHASRABUDHE: Objection to the form. I don't understand the question.
THE WITNESS: Can you repeat the question, I'm sorry.
MR. WEISBECK: What did you say?
MR. SAHASRABUDHE: I said I didn't understand the question.
MR. WEISBECK: You don't have to. If you don't

understand something, that's your problem.
MR. SAHASRABUDHE: It's vague.
MR. WEISBECK: That's objection to the form.
MR. SAHASRABUDHE: And I objected to the form.
MR. WEISBECK: That's all you can say.
MR. SAHASRABUDHE: Okay. The witness was confused by the question too.
MR. WEISBECK: No, he wasn't. You planted the notion that he was confused by it. So I'm going to request -- we've already been in Court on this and the Court said you don't get to make these speaking objections, it's cuing the witness as to some answer. So if we have to go back to Judge Foschio, I'm happy to do that.
MR. SAHASRABUDHE: I'm not being an obstructionist at all. All I said was I was confused by the question.
MR. WEISBECK: Please don't say that again.
MR. SAHASRABUDHE: Okay. If I get the sense that my witness is confused by the question, I'm going to make a record.
MR. WEISBECK: No, here it is. If he says he's confused, then you can make your record. But if

you say I have a sense, that's cuing the witness and that's improper in Federal Court.
MR. SAHASRABUDHE: I didn't say that. I said I was confused, but it's no big deal.
BY MR. WEISBECK:
Q. Isn't it true, sir, that the culture of the Buffalo Police Department is if they make a request or an order of a citizen and that citizen doesn't comply, then the Buffalo police officers are going to be aggressive against that citizen?
MR. SAHASRABUDHE: Objection as to the form. You may answer.
THE WITNESS: I don't -- you're saying what have I seen on the news or in public?
BY MR. WEISBECK:
Q. The culture in your group.
A. The culture of police or Buffalo police?
Q. Buffalo police.
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: There's been instances, yes.
BY MR. WEISBECK:
Q. In your training at the ECC Police Academy, were you taught that a citizen has a right to walk up

to a police officer and question that police officer?

MR. SAHASRABUDHE: Objection as to the form.

THE WITNESS: Under normal circumstances, yes.

BY MR. WEISBECK:

Q. What do you mean with that qualification, under normal circumstances?

A. If there's not a curfew in effect, or if there's riots and they were told to vacate the square, but normal instances, yes, a person can walk up to a police officer and ask a question, yes.

Q. So you're saying in two instances, a citizen is not permitted to approach a police officer and ask a police officer a question and that instance is limited to when there's a curfew in effect, is that what you're saying?

MR. SAHASRABUDHE: Object to the form.

THE WITNESS: No, there's other instances but I was giving an example.

BY MR. WEISBECK:

Q. You're limiting it to curfew but you're trying to focus in on this incident underlying the lawsuit against you, is that what you're doing?

MR. SAHASRABUDHE: Objection to the form.
BY MR. WEISBECK:
Q. Is that what you're doing?
A. Can I rephrase my question -- or my answer?
Q. Sure.
A. Under normal circumstances, a person can walk up to a police officer and ask questions, yes.
Q. Are you saying that when there's a curfew in effect, a citizen does not have the right to walk up to a police officer and ask him or her a question?
MR. SAHASRABUDHE: Objection as to form.
BY MR. WEISBECK:
Q. Is that your testimony?
A. I'm saying under normal circumstances, a person can walk up to a police officer and ask a question, yes.
Q. And what's an abnormal circumstance where a citizen is not permitted to do that?
MR. SAHASRABUDHE: Objection to form.
THE WITNESS: There's a law in effect or any other reason that they were told to leave.
BY MR. WEISBECK:

Q. So if a police officer tells someone to leave and they still question the police officer, that's not permitted under the law?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: If they were given a direct order, yes, to leave or walk away from somewhere, yes.
BY MR. WEISBECK:
Q. Then a citizen loses his or her right to ask a police officer a question, correct?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: If they were given a direct order to leave, yes.
BY MR. WEISBECK:
Q. Where did you learn that?
A. Where did I learn that?
Q. Yes.
A. Police academy.
Q. And whose the -- what course were you taught that where you give an order to leave, give an order to a citizen to leave and they want to ask you a question, they lose that right to ask that question?
MR. SAHASRABUDHE: Objection to form.

BY MR. WEISBECK:
Q. What course at the police academy taught that?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: I don't recall.
BY MR. WEISBECK:
Q. Who was the instructor?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: I don't recall.
BY MR. WEISBECK:
Q. During your time with that military-like unit called the ERT, were you taught that a citizen has a right to walk up and question a police officer?
MR. SAHASRABUDHE: Objection to the form of the question. You can answer.
THE WITNESS: There's no training on people walking up and asking police questions, no.
BY MR. WEISBECK:
Q. During your time with the ERT before June 4, 2020, were you told by anyone that a citizen loses his or her right to walk up and question a police officer merely because there's a curfew in effect?

MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: Can you rephrase the beginning of the question, I'm sorry.
MR. WEISBECK: Could you repeat it to the witness, please?
(Whereupon, the above-requested question was then read back by the reporter.)
MR. SAHASRABUDHE: Same objection.
THE WITNESS: No, I was told that by nobody.
BY MR. WEISBECK:
Q. During your time with ERT before June 4, 2020, were you told by anyone that if a citizen is given an order by a police officer, that citizen loses his or her right to walk up to the police officer and question that police officer?
MR. SAHASRABUDHE: Same objection. You can answer.
THE WITNESS: No.
BY MR. WEISBECK:
Q. During your training at the ECC Police Academy, were you taught that if a citizen walks up to a police officer and the police officer gives that person an order to take certain action and the person does not take that action, then the police

officer is justified in pushing and shoving that citizen to the ground?
MR. SAHASRABUDHE: Objection to the form. You may answer.
THE WITNESS: No.
BY MR. WEISBECK:
Q. You earlier testified that you witnessed other police officers pushing and shoving demonstrators without knowing if they were peaceful or violent, correct?
MR. SAHASRABUDHE: Objection.
THE WITNESS: Yes.
BY MR. WEISBECK:
Q. How many times did you witness and observe that?
A. I do not recall.
Q. Can you tell me which police officers you observed pushing and shoving demonstrators without knowing if they were peaceful or violent?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: You said which police officers?
BY MR. WEISBECK:
Q. Yes.
A. I, ninety percent of the time, did not know who

was standing next to me because of our gear. So people up next to you, you have no idea who they are.

Q. I didn't ask you what the circumstances are, I'm asking whether you can help me which officers you observed?

MR. SAHASRABUDHE: That was answering your question.

MR. WEISBECK: No, that wasn't. That was about people I don't know necessarily. I didn't ask who was next to him.

MR. SAHASRABUDHE: He was explaining his answer. He said he could not identify them --

MR. WEISBECK: He did not say that, he did not say he could not identify them. I asked him a specific question, and if you read the transcript, you'll see he didn't answer it explicitly.

MR. SAHASRABUDHE: Go ahead.

THE WITNESS: I have no idea who it was.

MR. SAHASRABUDHE: Can we go off the record for one minute.

THE VIDEOGRAPHER: Going off the record. Time is 10:35.

(Whereupon, a short recess was then taken.)

THE VIDEOGRAPHER: We're back on the record, time is 10:38.
BY MR. WEISBECK:
Q. During your training at the ECC Police Academy, were you taught and learned about the issues the public has with police officers and the police department?
MR. SAHASRABUDHE: Form.
THE WITNESS: Yes.
BY MR. WEISBECK:
Q. And did you learn at the academy that sometimes the public has complaints that police officers or the police department doesn't respond to calls quickly enough?
A. Yes.
Q. And did you learn that sometimes the public views police officers as being, you know, not diligent in their work and sometimes spend too much time at coffee shops getting coffee?
MR. SAHASRABUDHE: Objection to the form. You can answer.
THE WITNESS: In various ways, but yes, something like that.

BY MR. WEISBECK:
Q. Did you also learn at the police academy that the number one issue the public has with police officers, police departments is aggression against citizens and the unlawful use of force by police officers against citizens?
MR. SAHASRABUDHE: Objection to the form of the question.
THE WITNESS: That was a big priority when I went through the academy, so yes.
BY MR. WEISBECK:
Q. And as part of that training at the ECC Police Academy, was it emphasized that because citizens have rights and because police officers are conferred with special powers under the law, that aggression and the use of force against citizens should be never used unless it's absolutely essential?
MR. SAHASRABUDHE: Objection to the form of the question.
THE WITNESS: I'm sorry, you trailed off into that question. Can you rephrase it for me?
MR. WEISBECK: Can you read it to the witness?

(Whereupon, the above-requested question was then read back by the reporter.)

MR. SAHASRABUDHE: I object on the same grounds.

THE WITNESS: I'll agree with you.

BY MR. WEISBECK:

Q. Prior to May of 2020, were you ever involved as a law enforcement officer in public demonstrations, public protests?

MR. SAHASRABUDHE: Form.

THE WITNESS: I don't recall I was.

BY MR. WEISBECK:

Q. Before June 4, 2020, in those four or five days that you were working with the military-like unit at the Buffalo Police Department, was there a consensus among your fellow officers that the demonstrations that you were policing, the demonstrations against police violence, those protestors were wrong and they shouldn't be out on the streets protesting?

MR. SAHASRABUDHE: Objection to the form of the question.

THE WITNESS: I don't recall any of that, no.

BY MR. WEISBECK:

Q. So you can't deny that that occurred?
MR. SAHASRABUDHE: Object to the form of the question.
THE WITNESS: I can't confirm it either.
BY MR. WEISBECK:
Q. That's what I'm saying, you can't confirm or deny that?
A. Correct.
Q. Can you go back to Video Exhibit 1. We're going to show that again to the witness. We're going to show you thirty-one to thirty-five on this Video Exhibit 1 showing a police officer approaching those two individuals standing in Niagara Square and then pushing and shoving that person to the ground. You saw that again, sir, right?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: I did see it, yes.
BY MR. WEISBECK:
Q. Did you see that citizen starting to walk backwards --
MR. SAHASRABUDHE: Objection to the form.
BY MR. WEISBECK:

Q. -- as the police officer approached her?
A. I believe she took a step, yes.
Q. Now, looking at that video, what, in your view, was this demonstrator committing any kind of legal infraction?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: I don't know the context prior to this incident, but from what I saw, no.
BY MR. WEISBECK:
Q. So you said you don't know the context, but at least what you saw, there's no apparent legal infraction, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: Like I said, I don't know --
BY MR. WEISBECK:
Q. I'm going to move on. I just want to make sure we agree on that.
MR. SAHASRABUDHE: Same objection.
THE WITNESS: Yes. I don't know if she was asked to leave multiple times and they didn't, or I don't know so --
BY MR. WEISBECK:
Q. I want just the video. We're going to talk about

other possibilities in a minute. I just want to lay the ground work here. You agree just looking at that four second clip on Video Exhibit number 1, to your mind, there's no apparent legal infraction being committed by that person, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. Now, let's assume for a minute now that this demonstrator in Video Exhibit number 1 committed some type of legal infraction, okay. And let's further assume that one or more of these Buffalo police officers had a proper legal basis to arrest and take into custody that demonstrator, okay, are you with me?
A. Yes.
Q. Was it the policy of the Buffalo Police Department to shove and assault peaceful demonstrators before arresting them and taking them into custody?
MR. SAHASRABUDHE: Objection as to the form of the question.

THE WITNESS: No, it is not policy.
BY MR. WEISBECK:
Q. Let's assume again that the demonstrator depicted in Video Exhibit number 1 had committed some type of legal infraction. Let's again assume that the Buffalo police had a proper legal basis to arrest her and take her into custody. Was it the custom and practice of the Buffalo Police Department to shove and push to the ground a demonstrator before arresting, taking them into custody, peaceful demonstrator?
MR. SAHASRABUDHE: Objection to the form of the question.
THE WITNESS: No, that was not policy.
BY MR. WEISBECK:
Q. I didn't ask about the policy. Was it the custom and practice?
A. I'm sorry, custom and practice, that's what I meant to say.
MR. SAHASRABUDHE: Note my objection.
THE WITNESS: No, that's not the custom and practice.
BY MR. WEISBECK:
Q. Let's assume again that the demonstrator depicted

in Video Exhibit number 1 had committed some type of legal infraction. Let's further assume that the Buffalo police had a proper legal basis to arrest and take into custody this demonstrator. Was it the policy of the ERT to shove and assault peaceful demonstrators before arresting them and taking them into custody?
MR. SAHASRABUDHE: Objection as to form.
THE WITNESS: No.
BY MR. WEISBECK:
Q. Let's assume that this demonstrator committed a legal infraction, the demonstrator in Video Exhibit number 1. Let's further assume that the Buffalo Police Department had a proper legal basis to arrest and take into custody this demonstrator. Was it the custom and practice of the ERT to shove and assault a peaceful demonstrator before arresting and taking that person into custody?
MR. SAHASRABUDHE: Objection to form.
THE WITNESS: No.
BY MR. WEISBECK:
Q. Again, I'm going to reference you back to Video

Exhibit number 1 in that clip where you see the police officer approaching the two demonstrators standing in Niagara Square. Are you with me?
A. Yes.
Q. Let's assume that you were present near that police officer on May 30, 2020, and let's further assume that the police officer who shoved and pushed that peaceful demonstrator told you in advance that he was going to do so, would you have intervened and prevented that police officer from assaulting that demonstrator?
MR. SAHASRABUDHE: Objection. Answer if you can.
THE WITNESS: Per our policy, yes, I probably would have told him not to do that.
BY MR. WEISBECK:
Q. And when you say per our policy, that's the Buffalo Police Department official written policy, correct?
A. That is correct.
Q. And that places upon any police officer a legal obligation to intervene and prevent another police officer from subjecting a citizen to excessive or unnecessary force, correct?

MR. SAHASRABUDHE: Objection.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. Given what we've seen in Video Exhibit number 1 where that police officer walked up to this citizen with her hands in the air and pushing and shoving her to the ground, I wanted to ask you, does the Buffalo Police Department have a custom and practice of ignoring the duty of a police officer to intervene and prevent another police officer from using unnecessary or excessive force on a citizen?
MR. SAHASRABUDHE: Objection to form.
THE WITNESS: Not to my knowledge.
BY MR. WEISBECK:
Q. So you were given -- the Buffalo Police Department gives you a gun, correct?
A. Yes.
Q. And they have some standard gun that every police officer is given, right?
A. For the Buffalo Police Department, yes.
Q. And they also give you some apparatus to hold the gun to your body, correct?

A. Yes.
Q. What's that apparatus called in police parlance?
A. That holds my weapon?
Q. Yes.
A. It's a level three holster.
Q. And when you say level three, that must mean something in the police business, correct?
A. Correct.
Q. What does level three mean?
A. Level three is the retention level on how the weapon comes out of the holster.
Q. And for those people who are not in the law enforcement industry but only see guns like in westerns, the holsters in the westerns don't have anything keeping the gun in place, right?
A. Correct.
Q. So could you describe for us lay people what's the mechanism or device that holds this gun in that holster?
MR. SAHASRABUDHE: Form. Answer.
THE WITNESS: There's a lever that goes forward, it's called the hood that goes forward. The weapon gets rocked back and you can pull it up.

BY MR. WEISBECK:
Q. So if you were on duty and you wanted to get this gun out of your holster, you would actually have to use your fingers to move this lever forward, correct?
A. Any -- it doesn't have to be just fingers. Like my vest sometimes pushes it forward, so it could be anything.
Q. But somehow it has to be manually moved forward?
MR. SAHASRABUDHE: Form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. And then when it's manually moved forward, only then can the gun come out of a holster, right?
A. Correct.
Q. When you say your vest could move it, move the lever, and you pointed to your chest. It's not -- nothing on your chest can move that lever, right?
A. The way our body armor is when you're sitting or if you're moving, it catches and moves the thing forward.
Q. You've actually experienced that?

A. It's common practice, it happens.
Q. Is that dangerous?
A. Yes.
Q. Have you or other members of the Buffalo Police Department voiced the fact that this occurs merely by your jacket touching the holster and creating this danger?
MR. SAHASRABUDHE: Form.
THE WITNESS: Not myself, but I'm sure other people have.
BY MR. WEISBECK:
Q. Has the Buffalo Police Department taken any action to eliminate that danger of the jacket inadvertently pushing the lever forward so the gun can then we readily pulled out by you without you intending it to occur?
MR. SAHASRABUDHE: Objection.
THE WITNESS: People grow in size, vests get smaller. I actually, I can't speak for the rest of the department, but I asked for a new vest to counteract that.
BY MR. WEISBECK:
Q. Did that eliminate the danger of somehow the

lever being inadvertently pushed forward without your knowledge or consent?

A. Yes.

Q. So I just want to go back to those several days before June 4, 2020 when you were working in this ERT unit -- I'm sorry, let me withdraw that question and start over. Do you agree that the ERT unit of the Buffalo Police Department is a military-like unit?

MR. SAHASRABUDHE: Objection to the form.

THE WITNESS: Are you saying ERT or Buffalo police?

BY MR. WEISBECK:

Q. ERT.

A. I would say Buffalo police and ERT are paramilitary, yes.

Q. So for lay people, common citizens, what does the word paramilitary mean?

A. I would say it's just an organization that resembles military.

Q. So let's talk about the ERT unit within the context of the Buffalo Police Department. Regular street police officers, that's what you are normally, right?

A. Correct.
Q. If you compare what you're wearing normally on the street as a police officer versus what equipment and dress you'd have on and other ERT members have on, they were different, right?
A. Small differences, but yes.
Q. You'd agree that if you were in your regular uniform with your regular equipment and we put someone next to you who's dressed up like ERT, that other person would look more military like, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: It's basically just a helmet, but yes.
BY MR. WEISBECK:
Q. Just a helmet?
A. Helmet and a baton.
Q. When you say a baton, sorry, my knowledge of a baton is that little instrument that a music conductor utilizes to coordinate the music for an orchestra. Or a baton is something that one runner hands off to another runner when they're in a relay race. What are you talking about a baton?

A. A wooden police baton.
Q. Okay. So that's the club that police officers use and hold and put into their, somehow onto their belt?
A. Correct.
Q. So those are, in common language, billy club, right?
MR. SAHASRABUDHE: Form.
THE WITNESS: It's not really a billy club, they're called batons, but in the olden days they were called billy clubs, yes.
BY MR. WEISBECK:
Q. When you say in the olden days they were called billy clubs, is the reason that they changed from billy club to baton was trying to make it sound like some kind of less scary instrument to be used against citizens?
MR. SAHASRABUDHE: Form.
THE WITNESS: I have no idea.
BY MR. WEISBECK:
Q. All right. So anyhow, in the time between May 30, 2020 and June 4, 2020, you said that you were working in this ERT unit and there were times

where you personally shoved and pushed citizens, right?
A. Yes.
Q. And did you do it with your hands?
MR. SAHASRABUDHE: Form.
THE WITNESS: Some instances I had to push people back, yes.
BY MR. WEISBECK:
Q. And did you do it with other instruments?
A. Yes.
Q. What other instruments?
A. The baton.
Q. In those instances -- how many times did you do that?
A. I don't recall.
Q. Was it, in the time where you shoved and pushed citizens in those four or five days before June 4, 2020, were you doing it to move citizens?
MR. SAHASRABUDHE: Form.
BY MR. WEISBECK:
Q. Or were you doing it because you felt you were defending yourself?
MR. SAHASRABUDHE: Form.

THE WITNESS: I would say both, but mostly just to move people.

BY MR. WEISBECK:

Q. Were you attacked personally?

MR. SAHASRABUDHE: Form.

THE WITNESS: Large crowds of people, not just one to move them back. That's the order to move them back and that's what we do.

BY MR. WEISBECK:

Q. When you pushed and shoved those citizens on those different occasions, did any of them fall to the ground?

A. Not that I recall.

Q. Were you doing it in tandem with fellow officers?

MR. SAHASRABUDHE: Form.

THE WITNESS: Usually we'd be in the line, yes.

BY MR. WEISBECK:

Q. When you say in a line, you're saying next to each other, right?

A. Correct, like I spoke of last time.

Q. And were you doing this when these demonstrators were peaceful or was there violence occurring?

MR. SAHASRABUDHE: Form.

THE WITNESS: Mostly violence, but they were told to leave the square or curfew, then we would be peaceful but we just kind of shoo them, not pushing, just walking to make sure they walk in the other direction, walk out of the square.
BY MR. WEISBECK:
Q. How would you do that? When you say shoo them, like you raised your hand, like keep going backwards?
A. Point, tell them to leave, walk in a line, continually telling them, pointing them and telling them to leave.
Q. Were there arrests made from time to time when that didn't occur?
A. There was.
Q. So if you're pointing telling someone to leave, move away, disperse and if a demonstrator didn't do that, they were arrested, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: Yes.
BY MR. WEISBECK:
Q. I'm sorry. Maybe, I probably asked this question and I'm going to apologize in advance if I did.

I'm just trying to understand from May 30, 2020 up to June 4, 2020, had you shoved and pushed demonstrators to the ground when you were just trying to move the line?

MR. SAHASRABUDHE: Objection to the form.

THE WITNESS: I don't recall anyone falling minus the incident at hand.

BY MR. WEISBECK:

Q. So on June 4, 2020, that's the day Martin Gugino was injured in Niagara Square. What time did you begin work that day?

MR. SAHASRABUDHE: Object to the form. Answer.

MR. WEISBECK: The objection to the form?

MR. SAHASRABUDHE: Compound question.

MR. WEISBECK: Compound?

MR. SAHASRABUDHE: Yes.

BY MR. WEISBECK:

Q. Okay. You agree that on June 4, 2020, Martin Gugino was injured in Niagara Square, correct?

A. Yes.

Q. What time did you begin working that day?

A. I don't recall. It was early afternoon, eleven, twelve, I believe.

Q. When were you scheduled to work till, what time?
A. My hours, I worked afternoons normally so it was a call-out for ERT, so I believe that was one of my days off and I just got called in.
Q. What time were you going to work till?
A. We weren't told.
Q. Well, what did you do from eleven or twelve to five p.m. that day?
A. We got briefed in the early afternoon and then basically told us that we were getting in vans. There was multiple of us, multiple vans and there were supposed to be pop-up protests and then we would just stage. Whatever the orders were given that day, we would pop up there, get out, we'd stage with the vans, get out of the vans and we'd walk up and stand there for the protest.
Q. So when you say we were briefed, what's briefed mean?
A. Just in the morning we get told what's going on by our commander or whoever. Usually it was now Captain Pallisay, he was Lieutenant Pallisay then, and Detective Sergeant now Losi, it would be both of them.

Q. So where did you go that day?
A. I don't recall. We drove all over the city. I don't recall exact locations. We were in and out.
Q. Well, all right. Did there come a point in time where you arrived in Niagara Square?
A. Correct.
Q. What time?
A. I would say early evening.
Q. Between when you started and early evening when you arrived at Niagara Square, did you arrest anyone?
A. No.
Q. Did you use any force against anyone?
A. No.
Q. Are you saying you were at a number of different demonstrations that day?
A. No, not demonstrations. Just certain people would get called out to certain locations. We were split up into different groups but we were mostly staging. We really didn't do anything.
Q. That's why I'm asking what you did?
A. No.

Q. So you were not at any demonstrations that day?
A. Prior to the incident, no.
Q. So when you say you were staging say from eleven to noon until early evening, what were you staging?
A. There would be pop-up protests, so by the time we'd get there, they dispersed or they leave or they were being completely peaceful and our lieutenant would make the call, we don't need police presence.
Q. So the lieutenant said we don't need police presence because it was a peaceful protest or demonstration, so you and your fellow ERT members just left, right?
A. Yep.
Q. So would it be fair to say that throughout the day on June 4, 2020, wherever you went on what you call a pop-up protest, there was -- they were peaceful, right?
A. Yes. Not blocking streets, not doing anything, yes.
Q. Wasn't any violence, correct?
A. Not that I recall.

Q. No property damage being committed, right?
A. Not that I recall.
Q. No arrests being made?
A. For me, no.
Q. Well, what about anyone in your unit?
A. I can't speak for anyone else or the other units that were driving around.
Q. Just your unit.
A. Oh, no.
Q. I assume you had many other members in your unit besides you.
A. Correct.
Q. How many were in your unit?
A. I believe there's fifty-seven total.
Q. So you fifty-seven would go around together?
A. No.
Q. You said you couldn't speak to other units.
A. We were in vans. So certain vans, there would be like two vans driving around together and then there'd be another two vans driving around together and then another two vans.
Q. So let's say you're in two vans, right, I'm calling that your unit.

A. Okay.
Q. How many were in your unit?
A. I have no idea. A dozen, twelve, sixteen, I don't know.
Q. So at least with your unit that day, the twelve to sixteen, no one was arrested at whatever pop-up protest you went to?
MR. SAHASRABUDHE: Form.
THE WITNESS: No.
BY MR. WEISBECK:
Q. What's a pop-up protest?
A. Just protests that pop up throughout the city, whatever people want to protest, they're legally allowed to.
Q. So would it be fair to conclude that between the time you started at about noon on June 4 and when you arrived at Niagara Square, you and your particular unit had not had any direct interaction with any demonstrators?
MR. SAHASRABUDHE: Form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. Between when you started at about noon on June 4

when you arrived at Niagara Square, had you received any reports of any demonstrators engaging in violent acts?
A. You're talking about when we arrived at Niagara Square, you said?
Q. No, when you started at noon and arrived at Niagara Square, in that time frame, had you received any reports of any demonstrators engaged in violent acts?
A. No.
Q. Between when you started working at about noon on June 4 and when you arrived at Niagara Square, had you received any reports of any demonstrators engaging in property destruction or damage?
A. No.
Q. Between when you arrived for work at about noon on June 4 when you arrived at Niagara Square and early evening, had any demonstrators injured you?
MR. SAHASRABUDHE: Object to the form. You can answer.
THE WITNESS: No.
BY MR. WEISBECK:
Q. Between when you arrived at work about noon on

June 4 when you arrived at Niagara Square and early evening, had any demonstrators threatened you verbally?
A. No, not that I recall.
Q. When you arrived at Niagara Square in early evening of June 4, 2020, where did you -- where did the van that you were in park?
A. We had different locations. We parked over by, behind the Federal Court building, I believe on Elmwood. That was one, and then we moved over to the -- right behind City Hall there was a parking lot or by the fire department area, I believe, so it's directly west behind City Hall.
Q. So how many people from the ERT had assembled at that location in early evening on June 4, 2020?
A. I couldn't tell you the number. There was a decent amount of people.
Q. Well, was there someone in charge?
A. Yes.
Q. Who was it?
A. At that time I believe it was Pallisay and if you go down it would be Losi, lower Church.
Q. At some point in time, did all fifty-seven

members of this military-like unit called the ERT assemble behind City Hall in early evening on June 4, 2020?
MR. SAHASRABUDHE: Form.
THE WITNESS: It was not all fifty-seven. If I had to guess, it was probably twenty to thirty.
BY MR. WEISBECK:
Q. Had other law enforcement officials assembled in that area as well?
A. Yes, that's probably why I'm not good with the numbers.
Q. Who else -- what other law enforcement officials were present assembling with you?
A. I believe it was State Police and then some Erie County Sheriffs were in there also.
Q. Who was in charge of coordinating these different, the ERT from the Buffalo Police Department and State Police and the Erie County Sheriffs?
A. That's way above me. That would be either Captain Pallisay or higher above him was Deputy Commissioner.
Q. So did you assemble and stay behind City Hall?

A. Yes, we did assemble back there.
Q. Someone was obviously telling you and other people in the ERT what you're going to be doing or what was happening and why you were there?
A. Vaguely, but yes. We weren't really very briefed. We would get little tad bits of information here and there. We didn't get a lot of information.
Q. What information did you get?
A. I believe we marched out there one or two times just to show our presence. They were mostly peaceful protests. I believe Detective Sergeant now Losi spoke with the head of the protest.
Q. I want to know what information you got. I would say who's in charge and how were you learning what was happening?
A. Detective Sergeant Losi.
Q. So he's the one who's communicating with you, right?
A. Correct.
Q. You were told to march out there?
MR. SAHASRABUDHE: Form.
THE WITNESS: Prior to the incident, we did march out

there once or twice.

BY MR. WEISBECK:

Q. Well, how long were you assembled before you did anything?

MR. SAHASRABUDHE: Form.

THE WITNESS: I don't understand the question.

BY MR. WEISBECK:

Q. You said you arrived in early evening so I don't have a time frame. Early evening is really broad. How long were you there before you actually undertook any action?

A. I don't recall. Like I said, I would say early evening, approximately six-thirty, seven we marched out there once or twice to show our presence.

Q. When you say you marched out there, where did you march from and where did you march to?

A. From behind City Hall to the front of City Hall where the protests were happening.

Q. The front of City Hall extends from Perkins Drive to Niagara Street. Did you walk down Perkins Drive across the entire area of City Hall in the front and ended at Niagara Street when you showed

your presence?
MR. SAHASRABUDHE: Form.
THE WITNESS: We marched, so it would be from west to east from behind City Hall coming from the south end side around the circle. Wherever there was a presence of people, we formed a line and we marched them north, try to push them north, but we didn't do that, we just stood there for presence.
BY MR. WEISBECK:
Q. How far did you walk to?
A. We didn't, we stopped.
Q. Where did you stop?
A. Wherever the people were, protestors.
Q. What's your recollection?
A. We stood there and waited for an order.
Q. What's your recollection of where you were when you stopped?
MR. SAHASRABUDHE: Form.
THE WITNESS: Almost a little bit south in front of City Hall.
BY MR. WEISBECK:
Q. What was that, front in City Hall?

A. In front of City Hall, you could push us a little back south, but we were standing south of City Hall.
Q. South of City Hall?
A. Correct.
Q. For lay people, I want to have that visualized. South of City Hall would be between City Hall and the City Court building, correct?
A. Correct.
Q. So you never really went into the front of City Hall or into the square itself, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: Correct. We probably made it to like the southwest corner.
BY MR. WEISBECK:
Q. Of what?
A. City Hall.
Q. So that would have been where one of the statues of one of the presidents is, right?
A. Correct.
Q. Now, you said you went there, you were brought up to that location to show your presence, right?
A. That was my opinion, but yes.

Q. What does show your presence mean?
A. In the use of force continuum, presence is the first one, showing presence.
Q. Was there any indication at that time that someone was engaged in violent activity?
MR. SAHASRABUDHE: Objection, form.
THE WITNESS: Not at all.
BY MR. WEISBECK:
Q. Was there any indication at that time that any citizen in Niagara Square was destroying property?
MR. SAHASRABUDHE: Form.
THE WITNESS: Not at all.
BY MR. WEISBECK:
Q. At that time, any citizens standing in or around City Hall or in Niagara Square had a perfect right to do so, correct?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: You're asking me my opinion?
BY MR. WEISBECK:
Q. I'm asking you if that's true or not?
A. Yes, they had a right to be there.
Q. So what justification did you and those other

police officers have and what you claim is showing your presence?
MR. SAHASRABUDHE: Objection to the form. You may answer.
THE WITNESS: I believe the instance was to let them know the curfew was at eight p.m.
BY MR. WEISBECK:
Q. When you and your fellow ERT people showed your presence, did you also have the State Police and the Sheriffs Department with you?
A. The first time we walked out there?
Q. Yes.
A. I don't believe so.
Q. Did you know that there were undercover law enforcement officers scattered about within those citizens that were in Niagara Square that night?
MR. SAHASRABUDHE: Form.
THE WITNESS: I've heard it, but I wasn't aware of it.
BY MR. WEISBECK:
Q. So you were in the ERT unit actually doing operations for four or five days before June 4th. Isn't it true that the ERT knew that wherever

demonstrations were taking place, that there were undercover law enforcement officers among the demonstrators?
MR. SAHASRABUDHE: Form.
THE WITNESS: Again, that was above my pay grade. That's more the higher ups, not for me.
BY MR. WEISBECK:
Q. I'm asking whether you knew it?
A. I knew of it, yes.
Q. I'm not asking if you were the one that caused it to happen. So you clearly were aware of that, right?
MR. SAHASRABUDHE: Form.
THE WITNESS: Yes.
BY MR. WEISBECK:
Q. In fact, from a law enforcement officer's viewpoint, it's common knowledge that if there's going to be public demonstrations, the law enforcement officials within that area are going to plant undercover officers within the group of demonstrators, correct?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: I mean, it's not my decision, but I've

heard it, so I don't know if it actually really happened. I don't know personally any officers that were in undercover capacity.

BY MR. WEISBECK:

Q. I'm sorry, I didn't ask that. I'm just saying, is it common knowledge in the law enforcement industry, that that's what happened in demonstrations?

MR. SAHASRABUDHE: Object to the form.

THE WITNESS: I would say it's common knowledge, yes.

BY MR. WEISBECK:

Q. I mean, even if it's common knowledge within demonstrators that, you know, the cops are going to be here in undercover clothing and try to infiltrate us and try to find out what's going on, right?

MR. SAHASRABUDHE: Object to the form.

THE WITNESS: Sure.

BY MR. WEISBECK:

Q. So the first time you went out into the edge of Niagara Square to show your presence, how long were you there?

A. I don't recall, but not long.

Q. What did you do?
A. Stood there for a short time until we were told to leave.
Q. Where did you go?
A. Back to our staging area.
Q. For that short time that you were there showing your presence the first time, were you in a line or just a group to show you were there?
A. I don't recall.
Q. Were you able to observe what was happening in Niagara Square?
A. For the most part, yes.
Q. And you could estimate the number of people that you saw that were not dressed like police officers, right?
A. You mean civilians?
Q. Yes.
A. Yes, I did.
Q. What was your estimate of the number of people the first time you went out there?
A. Estimate, twenty to thirty maybe.
Q. And there were police all over the place, right?
A. We had roads blocked and stuff like that.

Q. There were police vehicles blocking access from Niagara Street, correct?
A. Correct.
Q. There were police vehicles on Delaware north of Niagara Square, right?
A. Correct.
Q. And there were police vehicles on Court Street, right?
A. Correct.
Q. And Court Street and Niagara Square, there's police headquarters right there, right?
A. 68 Court Street, correct.
Q. And south of Delaware, south of Niagara Street on Delaware, there were police vehicles there as well, right?
A. I believe so, yes.
Q. This entire area was surrounded by police, right?
A. We had to block the roads, we wanted to make sure none of the protestors got hit.
Q. Is that what you were told?
A. Well, when they're in the streets, I would assume we're blocking streets to make sure that cars weren't coming in.

Q. Is that what you were told?
A. It was my assumption.
Q. So you really don't know the reason why they were in all these locations because it's above your pay grade, right?
MR. SAHASRABUDHE: Form.
THE WITNESS: Yes.
BY MR. WEISBECK:
Q. Now, after this first time of showing your presence, you retreat to what, behind City Hall again?
A. Correct.
Q. Someone gives you some instruction to do what next?
MR. SAHASRABUDHE: Form.
THE WITNESS: When we first went out there, I believe Detective Sergeant Losi spoke with the head of the protestors and --
BY MR. WEISBECK:
Q. I didn't ask you what he did, I asked you what you did next, you?
A. I'm saying, prior to the incident he spoke with him and then we went back to our staging area,

correct.
Q. I didn't ask you what he did. I'm going to ask him what he did. You were told to retreat, right?
A. Correct.
Q. What did you do, where did you go when you retreated?
A. Back to where we were staging.
Q. Behind City Hall?
A. Correct.
Q. How long were you there?
A. Till a little after eight.
Q. Now, you started talking about your belief about what Losi did, right?
MR. SAHASRABUDHE: Form.
THE WITNESS: Right.
BY MR. WEISBECK:
Q. Did you actually hear Losi talking to somebody or were you at a distance and just observing what he was doing?
A. I was at a distance. I observed him and then when we went back to the staging area, I believe I spoke with him.

Q. You're saying when you went back to City Hall, you and Losi had a conversation?
A. Not just he and I but he spoke to a group of us.
Q. What did Losi tell you?
A. From what I recall, I believe he said he spoke with him, they want to do a prayer at, I believe eight o'clock or a little after eight. He was going to give them some time to disperse and they were going to leave peacefully.
Q. So then did you go out a second time?
A. We did.
Q. Was that the last time?
A. Yes.
Q. So one time it was to display police presence, right, and then you said a little after eight you were given some instructions to go back to the square, right?
MR. SAHASRABUDHE: Form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. Now, who's in that group the second time to go back into the square?
MR. SAHASRABUDHE: Form.

THE WITNESS: Are you referring to the civilians or police officers?
BY MR. WEISBECK:
Q. Police officers.
A. Again, I don't know. When wearing riot gear and helmets, I literally, I have no idea who's next to me.
Q. Okay. What I'm getting at, was it in addition to the Buffalo Police Department military unit called the ERT, did you also have State Police and County Sheriffs with you?
A. I did not know until they were behind us, but yes.
Q. So you saw them there?
A. Correct.
Q. And some of them had military guns, right?
MR. SAHASRABUDHE: Form.
THE WITNESS: I believe so, yes.
BY MR. WEISBECK:
Q. And then there was some kind of big truck that looked like a military truck within that group including you, right?
MR. SAHASRABUDHE: Form.

THE WITNESS: The SWAT team was there, yes.
BY MR. WEISBECK:
Q. What's the SWAT team so that the lay people can understand that?
A. Special Weapons and Tactics unit.
Q. What do they do?
A. For breaching houses and -- I don't know their tactics, I don't know everything about them.
Q. So the Buffalo SWAT team was there along with the ERT team, right?
A. Sure.
Q. Plus the New York State police and the Sheriffs Department, right?
A. Correct.
Q. They had military guns, right?
MR. SAHASRABUDHE: Form.
THE WITNESS: Yes.
BY MR. WEISBECK:
Q. All their military equipment, right?
MR. SAHASRABUDHE: Form.
THE WITNESS: Yes.
BY MR. WEISBECK:
Q. Up to this point, there had not been one instance

of any violence or property damage committed on Niagara Square that night, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: On June 4th, that's correct.
BY MR. WEISBECK:
Q. So now you and your fellow law enforcement people come around City Hall to the front, right, and you assemble there at the edge of Perkins Drive and Niagara Square, correct?
A. Correct. Perkins, is that between --
Q. That's the road between City Hall and the City Court ramp.
A. Gotcha. Correct.
Q. So you assemble at the edge of the Niagara Square and Perkins Drive, correct?
A. Correct.
Q. And when you were assembling, did you already know what you were going to be doing?
MR. SAHASRABUDHE: Form.
THE WITNESS: For the most part, yes.
BY MR. WEISBECK:
Q. And Losi said we're coming out now because it's after eight?

A. I believe it was a little after or quarter-after-eight.
Q. And he told you that before you started marching towards the square, right?
A. Correct.
Q. Now, was Losi giving you orders as you were on the edge of the square?
A. I believe we were briefed beforehand, but yes. We call out orders to each other when we're walking.
Q. Did Losi give you orders right before you started walking and assembling in a line?
A. Yes, he briefed us.
Q. What was the order or briefing?
A. We're going to march out in two columns, fan out to a line and then we're going to disperse people and if they refuse to disperse, then we're going to arrest the agitators.
Q. What are agitators?
A. It's a word that's commonly used.
Q. For what?
A. Protests.
Q. Well, are you saying that if you're a

demonstrator or a protestor, you're an agitator?
MR. SAHASRABUDHE: Form.
THE WITNESS: No.
BY MR. WEISBECK:
Q. What's an agitator?
A. There's peaceful protest and then there's people that throw rocks or refuse commands and they want to push the limits. I would assume those are agitators.
MR. WEISBECK: Could you read that answer back to me please, Valerie?
(Whereupon, the above-requested answer was then read back by the reporter.)
BY MR. WEISBECK:
Q. So the instruction was to disperse the crowd and arrest the agitators, those people who throw rocks and refuse commands, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: Or leave peacefully, correct.
BY MR. WEISBECK:
Q. Did you say you were going to form two lines?
MR. SAHASRABUDHE: Form.
THE WITNESS: We walked up in two columns which is

two straight lines walking and then we fanned out into a line.

BY MR. WEISBECK:

Q. One line?

A. One line.

Q. Who was going to be behind you and what was their role?

A. Different agencies.

Q. What was their role?

A. I believe they were just there to arrest individuals as we grabbed them and brought them back.

Q. So before you started moving into the square, you knew that if an arrest was made or you decided an arrest needed to be made, the people behind you would do that, right?

A. Yes. I would get an order from the line commander, which would be Losi, he would grab me and either tell me to move out of the way so the State Police could go arrest that person or tell me to go.

Q. Is it your claim or testimony that you would not have any role in that decision-making process?

A. I believe for the most part I don't. I have an order, I hold the line and that was it.
Q. So you have no role in making decisions about an arrest?
A. At that point?
Q. Right.
A. No. I have people behind me telling me.
Q. So did somebody tell your group, tell the line to move forward?
A. Yes.
Q. Who did that?
A. I believe it was Detective Sergeant Losi.
Q. What did he say?
A. Move forward.
Q. And then what did you and your fellow ERT members do?
A. Close the gaps, make sure we're next to each other and walk.
Q. Were you chanting in some kind of military lingo when you're doing this?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: We did.
BY MR. WEISBECK:

Q. And what was that chant?
MR. SAHASRABUDHE: Form.
THE WITNESS: I currently wasn't chanting anything because I had an individual that was walking towards me.
BY MR. WEISBECK:
Q. What was the chant?
A. I believe was push him back.
Q. That's what you were chanting before you started marching?
A. Before, no.
MR. SAHASRABUDHE: We're talking about when you got to the corner.
THE WITNESS: When I got to the corner, it's move forward.
BY MR. WEISBECK:
Q. Wasn't there a bunch of people in the ERT chanting something as you started moving forward?
MR. SAHASRABUDHE: Form.
THE WITNESS: I don't recall.
BY MR. WEISBECK:
Q. Now, the line forms, the ERT line forms, you clearly visualize what's happening in the square,

right?
A. Yes.
Q. There wasn't any demonstration going on, right?
MR. SAHASRABUDHE: Form.
THE WITNESS: No.
BY MR. WEISBECK:
Q. There was less than a dozen people that you could visualize that were not police officers, right?
MR. SAHASRABUDHE: Form.
THE WITNESS: Majority were news people, so yes, just protestors, very few.
BY MR. WEISBECK:
Q. Less than ten, right?
MR. SAHASRABUDHE: Form.
THE WITNESS: I would agree with that.
BY MR. WEISBECK:
Q. No one was protesting at that time --
MR. SAHASRABUDHE: Form.
BY MR. WEISBECK:
Q. -- correct? They were just standing there, right?
A. Correct.
Q. It was a beautiful June evening, right?

MR. SAHASRABUDHE: Form.
THE WITNESS: Very hot.
BY MR. WEISBECK:
Q. Warm and sunny, right?
A. Correct.
Q. There was a handful of citizens either sitting or standing around near the steps of City Hall and maybe a couple in Niagara Square, right?
MR. SAHASRABUDHE: Form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. There wasn't any chanting going on by the individuals in the square, right, or on City Hall steps?
A. Not that I recall.
Q. They weren't yelling or screaming, correct?
A. Not that I recall.
Q. They weren't even talking about police brutality and police violence at that time, right?
A. No.
Q. If you looked at a photograph from your vantage point out onto the square, other than seeing police cars and police officials, it would look

like a beautiful June night with a couple people hanging around the square and City Hall, right?
MR. SAHASRABUDHE: Objection to form.
THE WITNESS: It's a fair assumption.
BY MR. WEISBECK:
Q. It could have been a group of out-of-town citizens just admiring the architecture of City Hall, right?
MR. SAHASRABUDHE: Objection to form.
THE WITNESS: Sure, yes.
BY MR. WEISBECK:
Q. Could have been a group of citizens from any area of Buffalo just getting together to chitchat, enjoy a summer evening in downtown Buffalo, right?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: Yes.
BY MR. WEISBECK:
Q. And that's an accurate characterization of what you saw as you stood there before you started marching, right?
MR. SAHASRABUDHE: Objection to form.
THE WITNESS: My personal opinion, it was riots every

day prior to that, so I mean, if you didn't watch the news, I'm sure it wouldn't just be some tourist walking around Buffalo viewing the sites in my personal opinion.

BY MR. WEISBECK:

Q. So what you're doing on that night in your personal opinion, you were transferring what occurred on prior evenings into the image of Niagara Square that night on June 4th before you marched, correct?

MR. SAHASRABUDHE: Objection to form.

THE WITNESS: That's not what I was saying.

BY MR. WEISBECK:

Q. You just brought up on prior nights there was rioting, and so when you saw less than a dozen individuals just standing around sitting on the steps of City Hall and Niagara Square not engaging in any activity that indicates a demonstration or violence or anything like that, did you then impose into your mind images of riots going on in other locations on prior nights?

MR. SAHASRABUDHE: Objection to the form of the

question.
THE WITNESS: No, I was going off of your question where you said it could have been a peaceful night and there could of been a tourist and a beautiful June day. I was referring to what you were saying.
BY MR. WEISBECK:
Q. Did you impute to those several individuals milling around the steps of City Hall and standing in Niagara Square that night some ill intent on their part?
MR. SAHASRABUDHE: Objection to the form of the question.
THE WITNESS: No.
BY MR. WEISBECK:
Q. Was there a particular reason that you were located where you were located in the line?
A. No. It's very random, just how it happened.
Q. You just stepped up into that location and decided you were going to be in that location?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: We filled the gap, that's it.
BY MR. WEISBECK:

Q. There wasn't any direction from Losi or some other official as to who should be where, right?
A. No, there's no direction. It's just fill the gap.
Q. Given the fact that, you know, you had been a police officer less than two years, given the fact that you had just joined this ERT military unit and had no prior training, did you go to Losi or some other official and say, you know, I'm not the most experienced guy here, maybe you should put me in a place least likely to have any action?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: I did not.
BY MR. WEISBECK:
Q. Did Losi or any other higher official in the Buffalo Police Department go to you and say, look, you've been a police officer less than two years, you don't have any training in this crowd control and whatever else the ERT is going to do, we're going to put you in a location where you're least likely to have any type of interaction with the public?

MR. SAHASRABUDHE: Objection to the form of the question.
THE WITNESS: No.
BY MR. WEISBECK:
Q. So when you're in line just before you started marching, how far away was the closest citizen to you?
A. When we got in front of City Hall?
Q. Yes.
A. Minus when Gugino walked up to me or you're talking about like the citizens, how far were they when we first started?
Q. You're standing there and Losi is in front of you, he's given you some instruction that you got to march.
A. He's behind us.
MR. SAHASRABUDHE: Form.
BY MR. WEISBECK:
Q. He's behind you. He's giving you instruction to march, you look up, you see less than a dozen citizens in Niagara Square. Whoever is the closest person, how far away from you was that person?

MR. SAHASRABUDHE: Form.
THE WITNESS: Just from going to City Hall and seeing it in the recent days, I would say, I don't know, fifty feet.
BY MR. WEISBECK:
Q. You'd agree there was no citizen -- let me set the scene. There's a crosswalk that goes from Niagara Square to the sidewalk in front of City Hall, correct?
A. There's the statue, correct.
Q. And then there's a traffic control device right at that crosswalk, right?
A. I believe so, yes.
Q. And using the geography to the south side of that crosswalk at the intersection of Perkins Drive and Niagara Square, right?
A. Yes.
Q. Would you agree that there was no citizen to the west -- or I'm sorry, to the south of that crosswalk and that light when you first visualized it immediately before you're starting to walk?
MR. SAHASRABUDHE: Form.

THE WITNESS: Correct.
BY MR. WEISBECK:
Q. And that crosswalk and that traffic light on Niagara Square between the square and City Hall is about halfway -- is the halfway point in front of City Hall, right?
MR. SAHASRABUDHE: Form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. So all the citizens were beyond that point, right?
A. Yes, they were directly in front of City Hall.
Q. Now, closer to Niagara Street, closer to Delaware -- or closer to Niagara Street, I'm sorry, right?
A. I believe they were all on the front steps of City Hall.
Q. Beyond the light closer to Niagara Street?
A. Yes.
Q. Closer to the Federal Court building?
A. Correct, yes.
Q. So you start -- before you start walking, once you saw less than a dozen citizens, did you turn to Losi and say in words or substance, there's

nobody here protesting, there's nothing for us to do, we don't need to do this, we don't need to clear the square --
MR. SAHASRABUDHE: Form.
BY MR. WEISBECK:
Q. -- there's no protestors?
A. I did not.
Q. Once you started walking, did there come a point in time when you visualized an old man who you later learned to be Martin Gugino?
MR. SAHASRABUDHE: Objection to the form.
MR. WEISBECK: What's wrong with the form of that question.
MR. SAHASRABUDHE: That phrase old man assumes facts not in evidence, assumes an observation that he made that he hasn't testified to yet. I'm standing on my objection.
MR. WEISBECK: I'm not asking you to withdraw it.
BY MR. WEISBECK:
Q. Did there come a point in time when you saw an old man who you later learned was Martin Gugino?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: I saw an individual a little bit older,

yes.
BY MR. WEISBECK:
Q. Well, a little bit older, he had gray hair, right --
MR. SAHASRABUDHE: Objection to form.
BY MR. WEISBECK:
Q. -- correct?
A. He had a mask on also, but yes, he had gray hair.
Q. He had gray hair, correct?
A. Correct.
Q. And he was thin, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: Skinny built, yes.
BY MR. WEISBECK:
Q. So where were you when you first observed him?
A. Like I said, where that crosswalk and that statue is, I was approximately right there when I observed him.
Q. You were right where, at the crosswalk?
A. Where the edge of the crosswalk where you're walking to City Hall.
Q. Okay. So you had already marched a certain distance then before you observed Martin Gugino?

A. We were walking a line probably a short distance, maybe ten, fifteen feet before I observed a man walking toward me.
Q. And how far away was he?
MR. SAHASRABUDHE: Form.
THE WITNESS: I don't recall exactly how far he was. I would say forty, fifty feet.
BY MR. WEISBECK:
Q. And when you said he was walking towards you, right?
A. Correct.
Q. Are you saying he was walking towards you particularly or the line in general?
A. I would say it was the line in general, but he was walking directly in my direction.
Q. And you were walking towards him, correct?
A. We were, yes.
Q. And then did there come a point in time when Martin Gugino said something?
MR. SAHASRABUDHE: Form.
THE WITNESS: He had, I believe he had two masks on, he was saying something, I did not make it out.
BY MR. WEISBECK:

Q. And when you first heard him say something that you didn't make out, how far away were you from him?
A. He was, by this time, pretty close.
Q. How far?
A. Probably within ten to fifteen feet by the time he was saying stuff. It was muffled, I couldn't understand it.
Q. And you said he had a mask on, right?
A. I believe two.
Q. And you observed that, right?
A. I did.
Q. And you observed that when he was at least ten or fifteen feet away from you, right?
A. I observed it beforehand, but yes.
Q. Even before you could tell he had two masks on, right?
A. Yes.
Q. And of course that wouldn't be unusual because that was the height of COVID, right?
A. Correct.
Q. In fact you were required to wear a mask, weren't you?

A. I don't know if that was policy yet, but I believe it was up in the air for us.
Q. You didn't have a mask on?
A. I did not.
Q. You just don't know whether it was required or not?
A. I don't know if it was policy at the time.
Q. So anyhow, you're saying that -- are you making the statement that you couldn't understand what Martin was saying because he had a mask on?
MR. SAHASRABUDHE: Form.
THE WITNESS: I'm just saying whatever he was saying was muffled, whether he was speaking to me or the entire police department or the line, I'm sorry, it was muffled, I could not hear.
BY MR. WEISBECK:
Q. You could hear, you couldn't understand.
A. Yes, correct, sorry.
Q. So as he's walking towards the line and you're in the line walking towards him, you hear him talking and speaking but you don't understand his words, that's your testimony today, right?
A. Correct. We usually --

Q. I just asked the question, correct, right?

MR. SAHASRABUDHE: If he wants to explain his answer further he can.

MR. WEISBECK: I'm asking a yes or no question.

MR. SAHASRABUDHE: He can answer the question however he sees fit. You don't get to tell him how to answer the question.

MR. WEISBECK: If I'm cross-examining someone, I do. It's yes or no and when I want an explanation, I'll ask for an explanation.

MR. SAHASRABUDHE: It's a deposition and if your question doesn't call for a certain yes or no and may require an explanation, he as the witness is entitled to give an explanation.

MR. WEISBECK: You keep making these objections again on the record like this, I'm going back to the Judge --

MR. SAHASRABUDHE: I didn't even make an objection.

MR. WEISBECK: You're trying to interrupt what I'm doing. I'm cross-examining a witness because if he goes on the stand and testifies under oath at the trial of this action, I'm going to cross-examine him and that's why I'm doing it

now, and I'm entitled to cross-examine an adverse witness who's a party at any time.

MR. SAHASRABUDHE: Rick, there's no rule that says that a witness must answer a question yes or no, I know that. He doesn't have to answer yes or no if he feels like the question calls for further information.

MR. WEISBECK: Valerie, could you please read the question for the witness again, the last question.

(Whereupon, the above-requested question was then read back by the reporter.)

BY MR. WEISBECK:

Q. Can you answer that yes or no?

A. Yes.

Q. Once you heard Martin Gugino speaking but you couldn't understand his words, did you undertake any effort to say in words or substance to him, I can't understand what you're saying, could you be more clear?

A. No.

Q. You continued to walk toward Martin Gugino after that, right?

A. No.
Q. Did you stop?
A. I did.
Q. And how far away from Martin Gugino were you when you stopped?
A. Probably when I was about fifteen feet is when I stopped.
Q. And why did you stop?
A. Because he continued to walk towards me.
Q. Well, did you stop because you were waiting for him to approach you so you could hear what he was talking about?
A. No. I was giving him multiple commands to turn around and walk away.
Q. How many times did you do that while you were stopped?
A. Approximately three or four.
Q. And what words did you use, because you just characterized something, I want to hear your words, sir?
A. I pointed multiple times and I said get back.
Q. Anything else?
A. I don't recall.

Q. How many times did you point when you were standing still about fifteen feet away from him?
A. At least twice.
Q. It's your testimony that you were standing still and Martin Gugino continued to walk towards you, right?
A. Yes.
Q. And you could clearly see that Martin Gugino had in his hand his cell phone, correct?
A. Yes. At the time I just made sure it wasn't a weapon.
Q. You could see it was a cell phone, you could identify that, right?
A. I just glanced, I was watching him. I glanced at his hands and then glanced back up. I didn't actually make it out as a cell phone until after I watched the video.
Q. Let's put it this way, whatever you saw in his hand, it was in front of him, right?
MR. SAHASRABUDHE: Form.
THE WITNESS: Yes.
BY MR. WEISBECK:
Q. And you've seen cell phones, right?

A. Yes.
Q. Doesn't take long to look at something and say that's a cell phone.
MR. SAHASRABUDHE: Object to the form.
BY MR. WEISBECK:
Q. Are you claiming you couldn't identify that as a cell phone in that glance that you had towards his hand?
MR. SAHASRABUDHE: Objection.
THE WITNESS: It was a black object, I didn't know what it was.
BY MR. WEISBECK:
Q. A black object other than a cell phone, you couldn't identify that as a cell phone?
A. I did not know until afterwards.
Q. It certainly didn't look like a danger to you, right?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: I didn't know.
BY MR. WEISBECK:
Q. If you thought it was dangerous, you would have done something, right?
A. Correct.

Q. So you didn't do something because you perceived that the cell phone in his hand was dangerous, correct?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: No.
BY MR. WEISBECK:
Q. You also saw he had in his hand a helmet, right?
A. Correct.
Q. His left hand.
A. Correct.
Q. Not dissimilar to the helmet you were wearing, right?
A. Correct.
Q. Not dissimilar to a helmet that people wear when they're riding a bike or a motorcycle, right?
A. Correct.
Q. Certainly there's nothing illegal about a person having a cell phone in his or her hand taking a video of police officers doing something, right?
A. No.
MR. SAHASRABUDHE: Objection to form.
BY MR. WEISBECK:
Q. Every citizen has a perfect right to take any

video of any police officer on the street, correct?

MR. SAHASRABUDHE: Objection to the form.

THE WITNESS: They do.

BY MR. WEISBECK:

Q. And there's nothing illegal or wrong about holding a helmet in your hand whether it's a bicycle helmet, a police helmet or a ski helmet or any other helmet, correct?

MR. SAHASRABUDHE: Objection to the form.

THE WITNESS: Correct.

BY MR. WEISBECK:

Q. Now, you said that you stopped and you told him to come towards you and you visualized the cell phone -- or he's walking towards you and you visualize the cell phone in his hand and the helmet in his hand, and as he's getting closer, did you hear him say anything?

MR. SAHASRABUDHE: Objection to the form. Mischaracterizes his prior testimony.

THE WITNESS: Again, the same thing. All I heard was muffled, so I heard him saying something but it was muffled so I could not make it out.

BY MR. WEISBECK:
Q. Again, at that point in time, did you say in words or substance to Martin Gugino, I can't understand what you're saying, be clear or move your mask so I can hear it?
A. No.
Q. You could have done that, correct?
A. No.
Q. Why not?
A. Because I was telling him to get back and turn around and leave.
Q. So you were ignoring whatever he was saying to you, is that what your testimony is?
MR. SAHASRABUDHE: Form.
THE WITNESS: I wanted him out of the square. I wanted him to turn around and leave.
BY MR. WEISBECK:
Q. I didn't ask what you wanted and I didn't ask what you did or said, I already asked you that earlier. I'm asking you a specific question. Were you ignoring whatever he was trying to say to you?
MR. SAHASRABUDHE: Objection to the form.

THE WITNESS: At that time, yes.
BY MR. WEISBECK:
Q. And it's your claim that he continued to walk towards you. At some point in time -- during that time, he's getting closer to you, right?
A. Correct.
Q. And you're standing still waiting for him to come up to you, right?
MR. SAHASRABUDHE: Form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. And it's your testimony that you could clearly, or it's your claim that you told him three or four times to get back and you pointed to him and you could see that he wasn't getting back, correct?
A. Correct.
Q. It's your testimony that as you're stopped, he's actually coming closer and closer to you, right?
A. Accurate, yes.
Q. At some point in time, did he actually walk into you and push you back?
A. No.

Q. So at some point in time, he got close to you within, what, close to your arm's length, right?
A. Closer.
Q. How close?
A. Face-to-face, about one foot.
Q. Face-to-face meaning what? His face is one foot from your face?
A. I was shorter than him, there was a big height difference, but yes, we were pretty close.
Q. How tall are you?
A. Five-seven.
Q. So you're claiming that he -- you're now saying you weren't face-to-face because your face and his face were not at the same height, right?
A. I was giving you a general distance, but yes.
Q. Well, face-to-face would be height. I'm asking distance between your body and his body.
A. Anywhere between one to two feet.
Q. And then did he stop walking or you started moving?
MR. SAHASRABUDHE: Form.
THE WITNESS: When I was stopped, he walked up to me so I believe he stopped walking.

BY MR. WEISBECK:
Q. It's your testimony that he stopped and you stopped, right?
MR. SAHASRABUDHE: Form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. And you're one to two feet from each other, right?
A. Correct.
Q. At that time, is Martin Gugino speaking?
A. I don't recall if he was speaking that time but I assumed he was.
Q. What did he say?
MR. SAHASRABUDHE: Form.
THE WITNESS: Again, I could not hear him, muffled.
BY MR. WEISBECK:
Q. And did you say in words or substance, sir, I can't hear what you're saying, can you please be clear or loud or remove your mask so I can hear or understand you?
MR. SAHASRABUDHE: Objection to form.
THE WITNESS: I did not.
BY MR. WEISBECK:

Q. Now, when you were one to two feet away from each other, Martin Gugino did not push you or shove you, right?
A. He did not.
Q. He did not strike you, correct?
A. He did not.
Q. He had no gun in his hand, right?
MR. SAHASRABUDHE: Objection to form.
THE WITNESS: Not to my knowledge.
BY MR. WEISBECK:
Q. You saw his hands, right?
A. Correct.
Q. There was no gun in his hands?
A. He had a helmet.
Q. Are you equating a gun with a helmet?
MR. SAHASRABUDHE: Form.
THE WITNESS: No, but you can put any kind of weapon you want inside a helmet.
BY MR. WEISBECK:
Q. Isn't that what your union attorney made up at your disciplinary hearing when he threw around all that helmet with all those little things thrown in the helmet to try to excuse the

disciplinary action against you?
MR. SAHASRABUDHE: Object to the form, argumentative.
THE WITNESS: It's my personal opinion.
BY MR. WEISBECK:
Q. I'm not asking what your personal opinion -- I just asked you a question. Isn't that the excuse that the union attorney made up at your disciplinary hearing to get you off those disciplinary charges saying wow, there could have been something in that helmet and therefore I might have been frightened of it, isn't that what --
MR. SAHASRABUDHE: Objection to form. Argumentative, compound, vague. Answer if you can.
THE WITNESS: In the police academy, we were taught that a weapon could be put anywhere.
BY MR. WEISBECK:
Q. I didn't ask you that. I asked you a specific question. Can you answer that?
MR. SAHASRABUDHE: I think he did.
MR. WEISBECK: No, he didn't.
THE WITNESS: Could you repeat the question, please?
MR. WEISBECK: Could you read it back to the witness?

(Whereupon, the above-requested question was then read back by the reporter.)

MR. SAHASRABUDHE: Objection. Vague, compound, argumentative.

MR. WEISBECK: You already said all that.

THE WITNESS: My union attorney did use that, yes.

BY MR. WEISBECK:

Q. So Martin Gugino is one or two feet away from you and he stopped and you're stopped, right?

A. Correct.

Q. And then when he stopped and you're stopped, you shoved and pushed Martin Gugino backwards, correct?

MR. SAHASRABUDHE: Object to the form. You may answer.

THE WITNESS: That's what happened, correct.

BY MR. WEISBECK:

Q. And you intended to shove and push him backward, correct?

MR. SAHASRABUDHE: Object to the form. You may answer.

THE WITNESS: I wanted to push him backwards, I didn't want him to fall, but yes.

BY MR. WEISBECK:
Q. I'll ask this again. You intended to shove and push Martin Gugino backwards, correct?
MR. SAHASRABUDHE: Form. Asked and answered.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. Upon you shoving and pushing Martin Gugino backwards, he fell on to the concrete and struck the back of his head, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. And upon Martin Gugino falling, after you shoved and pushed him backwards and he fell on to the concrete and struck his head, you visualized blood pooling on the sidewalk underneath his head, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. Now, when Martin Gugino was walking on the sidewalk in front of City Hall and you were walking towards him, you did not fear for your

own safety, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: No.
BY MR. WEISBECK:
Q. When Martin Gugino was walking on that public sidewalk in front of City Hall and you were walking towards him, you didn't fear for the safety of any of the other officers either, correct?
MR. SAHASRABUDHE: Objection to form.
THE WITNESS: No.
MR. WEISBECK: Could you read that question back to me?
(Whereupon, the above-requested question was then read back by the reporter.)
MR. WEISBECK: No, you didn't have any fear, correct?
MR. SAHASRABUDHE: Form, asked and answered.
THE WITNESS: I mean, obviously --
BY MR. WEISBECK:
Q. What I'm getting at, I'm trying to clarify that answer. I asked you a question, I said correct and you said no. Are you claiming -- if you didn't have fear, you would have said yes, that's

correct?
MR. SAHASRABUDHE: Form.
BY MR. WEISBECK:
Q. I want to clarify.
A. Yes, I had fear working those days, but --
Q. Not those days, at that moment?
A. Yes, a little bit, not a lot.
Q. Isn't it true that you already testified under oath at your disciplinary hearing that you had no fear of Martin Gugino as he was walking towards you and you were walking towards him, and that testimony was under oath?
MR. SAHASRABUDHE: Objection to form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. So you agree you had no fear of Martin Gugino as he was approaching you?
A. Fair assumption.
Q. And you had no fear for your fellow officers as Martin Gugino was approaching the line?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: Fair assumption.
BY MR. WEISBECK:

Q. You agree Martin Gugino made no threat to you, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: As he was walking up to me?
BY MR. WEISBECK:
Q. Yes.
A. No.
Q. As he was standing there, he didn't threaten you either, correct?
A. I couldn't hear him, so I don't know.
Q. He didn't attack you, correct?
A. Correct.
Q. Isn't is true that you testified under oath at the disciplinary hearing against you that you heard the words Martin Gugino was saying and you had some understanding of what he was saying as he was walking towards you?
MR. SAHASRABUDHE: Form.
THE WITNESS: I don't recall, but what was the words?
BY MR. WEISBECK:
Q. Isn't it true that you acknowledged under oath when you testified at the disciplinary hearing against you that Martin Gugino was saying some

words that related to objecting to the wooden club or stick or what you call a baton in your hands and the hands of other officers?

MR. SAHASRABUDHE: Form. Asked and answered.

THE WITNESS: I don't recall that.

BY MR. WEISBECK:

Q. Does that refresh your recollection that you actually had some understanding of his words as he was walking towards you and you were walking towards him that he was objecting to the use of clubs or what you call batons by your unit as you were approaching the citizens standing around City Hall?

MR. SAHASRABUDHE: Form.

THE WITNESS: It was a lot sooner to the incident, so if I heard baton, if I said baton, then that's an accurate statement, yes.

BY MR. WEISBECK:

Q. So if you testified earlier that you had some understanding that he was objecting to the use by you and your fellow officers in that line of having a club or what you call a baton in your hands, that testimony would be accurate, right?

MR. SAHASRABUDHE: Form, and I'll say for the record whatever the testimony shows speaks for itself. Go ahead and answer.
THE WITNESS: I don't recall anything with clubs. I do recall something with batons, but if I said that, then that's accurate.
BY MR. WEISBECK:
Q. And so your recollection is being refreshed, right?
A. Correct.
Q. Since I pointed it out that you already testified to that, so would it be fair to conclude that by the time you and Martin Gugino were one to two feet away from each other on that public sidewalk in front of City Hall in Niagara Square, you had an understanding that he was objecting to you and these other officers having this wooden stick or club or baton?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: Yes.
BY MR. WEISBECK:
Q. Before you shoved and pushed Martin Gugino and he fell to the concrete sidewalk, was a police

officer next to you by the name of Aaron Torgalski, correct?
A. Correct.
Q. And Torgalski also shoved Martin Gugino, didn't he?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. And you shoved him and at the same time Torgalski shoved Martin Gugino, this old man, correct?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. And in addition to you shoving Martin Gugino and Torgalski shoving Martin Gugino, your supervisor Losi pushed you in the back and pushed you forward as well towards Martin Gugino as you were shoving Martin Gugino, correct?
A. Yes, he did have one hand on my back driving me forward, correct.
Q. Just so we have an understanding, while you were walking towards Martin Gugino and Martin Gugino was walking towards the line and when you stopped

and Martin Gugino stopped, you had in your hand a wooden club, and I call it a billy club and you call it a baton, correct?
MR. SAHASRABUDHE: Objection to form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. And this is, for people who don't know these devices, this is similar to a rounded wooden stick, right?
A. Correct.
Q. And police officers, including you when you hold this billy club, sometimes you have your hand at one end and your hand at the other, right?
A. One is underneath and one is over top, correct.
Q. And you use that as a device, a club or a stick against citizens, right?
MR. SAHASRABUDHE: Form.
BY MR. WEISBECK:
Q. That's what it's used for, right?
A. Correct.
Q. And do you have an understanding of why this club or stick is used against citizens instead of hands?

MR. SAHASRABUDHE: Form.
THE WITNESS: It's easier to use the stick to drive people away from you, get distance.
BY MR. WEISBECK:
Q. It creates more force, doesn't it?
MR. SAHASRABUDHE: Form.
THE WITNESS: It could, I suppose.
BY MR. WEISBECK:
Q. Can you think of any other reason other than it creates more force?
MR. SAHASRABUDHE: Form.
THE WITNESS: My assumption is it opens up more. But I feel like if I put hands on one location, it could create more force as opposed to opening up with a stick, but that's my opinion.
BY MR. WEISBECK:
Q. So actually you never really received any training or instruction as to why a club or a stick is to be used instead of hands?
A. I have.
Q. What -- where did you receive that instruction or direction?
A. Erie County Sheriff's Correction Academy.

Q. What did they tell you about the benefits or the usefulness of a club as opposed to hands --
MR. SAHASRABUDHE: Form.
BY MR. WEISBECK:
Q. -- when interacting with a citizens?
A. Different instances, but they do teach you how to drive people back with the baton, and then they teach points of where to strike on a person when you need to use it.
Q. So one of the benefits of having a club as opposed to the hand is that if you strike a citizen with the club, it's less likely that the police officer's hand is going to get injured, because if you strike a citizen with your hand, you might injure your hand?
MR. SAHASRABUDHE: Form.
BY MR. WEISBECK:
Q. Is that one of the benefits of the club?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: It's more pain compliant and you're supposed to mainly use it below the waist unless you're trying to push him, then it's obviously above the waist.

MR. WEISBECK: It's 12:20, let's take a break.
THE VIDEOGRAPHER: Off the record, it's 12:23.
(Whereupon, a short recess was then taken.)
THE VIDEOGRAPHER: Back on the record, time is 13:13.
BY MR. WEISBECK:
Q. Sir, before we broke, I was asking you some questions about your training concerning use of club, a police club or what you've been calling a baton. The actual instrument you had in your hand when you shoved and pushed Martin Gugino, what color was it?
A. We got issued them on different days out of the week. I would believe it was dark brown.
Q. And what was the material?
A. I don't know. It's a hard wood, I don't know what it is.
Q. What's the size of this instrument, this club?
A. Approximately two, two and a half feet.
Q. And did it have a handle on it?
A. No handle.
Q. So each end of the club was identical?
A. It has grooving around it like a design, but yes, same identical.

Q. Is it an instrument, this club, does it extend?
A. No.
Q. And you said you were issued different ones each day. Are you saying you were issued one each day while working for the ERT unit?
A. That is correct.
Q. As a regular street police officer, are you issued a club?
MR. SAHASRABUDHE: Form.
THE WITNESS: No.
BY MR. WEISBECK:
Q. So you only had access to and could use it when you were with the ERT?
MR. SAHASRABUDHE: Form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. Earlier we got diverted a little bit, I asked you a question about what was in Martin Gugino's hands as he was walking towards you. I want to ask this question. Martin Gugino did not have a gun in either hand, correct?
A. Correct.
Q. We're going to play a video, Exhibit number 3,

this is from the night of June 4, 2020.
MR. SAHASRABUDHE: Just clarify, there has been no Video 2, yet, correct?
BY MR. WEISBECK:
Q. We'll mark it as Video 2. I'm going to ask you, sir, to view this video and we're playing it from twenty-one seconds to one-fourteen, and before we commence the video, sir, the still photo on the screen, you agree is City Hall, right?
A. Correct.
Q. And that shows Perkins Street where you assembled before you were starting to enter Niagara Square, correct?
A. Correct.
Q. And you wouldn't have any reason to dispute this is June 4, 2020 as you and members of this unit were approaching Niagara Square, correct?
A. Correct.
Q. We're going to start the video. As it's playing, can you identify who's in the front, those two law enforcement people?
A. I don't know who's to the right. I do know the one with the helmet in front to the left would be

Losi.

Q. And can you visualize yourself yet?

A. No idea.

Q. We'll continue to play it.

MS. WISCHERATH: For the record, can we say twenty-three seconds.

BY MR. WEISBECK:

Q. Twenty-three seconds, okay. We'll continue to play it. We're going to stop at twenty-eight seconds. Are you able to visualize yourself in that video yet?

A. No idea.

Q. This, you agree is your unit marching in a column to get ready to make a line before you enter Niagara Square, correct?

MR. SAHASRABUDHE: Form.

THE WITNESS: That is correct.

MR. WEISBECK:

Q. At twenty-eight seconds, you can visualize some citizens to the north side of City Hall, correct?

A. Correct.

Q. And some of them are media persons, right?

A. That is correct.

Q. And whether there is any undercover law enforcement people in that group, you don't know?
A. I do not.
Q. We're going to continue to play it. We're stopping at thirty-six and you can see in the background on the left-hand side there's some kind of military vehicle turning onto Perkins from South Elmwood, correct?
A. The BearCat, yes.
Q. What's it called?
A. A BearCat.
Q. For lay people, what is a BearCat vehicle?
A. I don't know why they call it -- it's an armored vehicle.
Q. And armored vehicle for people not in the military or don't have knowledge of that, what's an armored vehicle mean?
A. Bullets can't penetrate it. Well, certain bullets can't penetrate it.
Q. Was that part of -- that armored vehicle that's depicted in Video Exhibit 2 at thirty-six seconds, is that part of the ERT unit?
A. It is not.

Q. Where did that come from?
A. I believe, I'm not sure, that's -- the truck behind it and that is one of the mobile command centers along with the command center that's at headquarters. So that's the one on the ground, I believe there was one in headquarters but I'm not sure.
Q. So are you saying that that armored vehicle was not part of the ERT unit but part of the Buffalo Police Department?
A. Correct.
Q. We're going to continue to play it. We're going to stop right there. We're stopping at forty-two seconds, sir.
A. Yes.
Q. And do you see where you and your fellow officers are assembling just to the right, there's a blond-haired citizen, do you see that, next to the bus stop area?
A. Correct.
Q. Did you or any other members of the ERT confront her and tell her to move away?
A. I did not. I'm not sure but I do believe she had

a media pass on. I could be wrong.
Q. What makes you believe that?
A. Because usually we didn't bother the people with media passes.
Q. I see. You're saying that if you and your fellow ERT members didn't bother her, it's likely because she has a media pass?
A. Usually that's the case, yes.
Q. But in this instance, you don't really know one way or the other?
A. I don't recall.
Q. Was there some instruction given by your superiors to not bother people with media passes when you're enforcing either the curfew or you're trying to do some type of things to demonstrators?
MR. SAHASRABUDHE: Form.
THE WITNESS: Usually it came down that we don't bother people with the media passes on, and if we were told to move them, we would just tell them to please move to the side of the road or over here, but that's for higher ups, not from me.
BY MR. WEISBECK:

Q. That's what I'm getting at. Did somebody tell you that from higher up?
A. Yes. We were told not to bother the media.
Q. Who told you that?
A. I believe it just came down the chain of command so probably like Losi or someone else in the command.
Q. So assuming, and I'm not saying you did this, but assume you're there and it became necessary for you to speak to that blond-hair person in the video and she had a media pass, you would have asked her to please step aside, correct?
A. I'm sorry, can you rephrase the question?
Q. I want you to assume that you, if you would have encountered that blond-haired woman in the video at forty-two seconds and you were starting to march and you encountered her, you would have politely asked her to move or step aside, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. You would not have yelled at her, correct?

MR. SAHASRABUDHE: Form.
THE WITNESS: No.
BY MR. WEISBECK:
Q. And you would not have pushed her or shoved her, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. Let's continue on. Let's stop at fifty-five. Are you able to identify yourself in this section of the video?
A. No.
Q. Let's continue on. I'll stop it there. Do you see the blond-hair woman walking through the ranks of the police officers?
A. Yes.
Q. Did you have any interaction with her?
A. I did not, no.
Q. Continue on.
MS. WISCHERATH: Just for the record, that was one-o-nine.
BY MR. WEISBECK:
Q. One-o-nine, we're going to continue to play it.

Stop right there, one-twenty-five, do you hear that noise?
A. Yes.
Q. And was that noise coming from the police unit?
A. Correct.
Q. What was that noise?
A. Forward march.
Q. Was that one or more people speaking?
A. The commander, which would be Losi, would call out the command and we would echo it.
Q. When I was asking you about chanting before, is that what you were doing, you would yell back when he would make a command?
A. To say that we acknowledged it basically, yes.
Q. So what did he say at this point?
A. Forward march.
Q. Is that something that you also learned when you were a soldier in the Army?
MR. SAHASRABUDHE: Form.
BY MR. WEISBECK:
Q. Meaning somebody who's in charge yells a command when you're in formation and then you yell it back?

A. Yes and no. Like in combat you wouldn't say that, but --
Q. In training?
A. In training you would, yes, for safety.
Q. How is that for safety?
A. To make sure you understood the command like on a range or something.
Q. What was the purpose here of the unit members yelling back to Losi when he said --
A. To make sure we all echoed the command and knew what he were doing so we all moved as a unit.
Q. Earlier, sir, you testified that when you walked further into Niagara Square, there came a point in time when you were about fifteen feet from Martin Gugino when you stopped walking, correct?
A. Correct.
Q. And that you stayed in that position until he came face-to-face with you, right?
A. Correct.
Q. Now, isn't it true that once you stopped walking -- started walking and you saw Martin Gugino, you never stopped, you continued to walk right up until the point where you pushed Martin

Gugino and you never stopped?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: I would have to see the video, but I'm pretty sure I did stutter steps or stopped. I was pretty sure I was stopped.
BY MR. WEISBECK:
Q. Isn't it true that as Martin Gugino got closer to you, that Martin Gugino in fact stopped walking forward?
MR. SAHASRABUDHE: Form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. Isn't it true that before you shoved and pushed him to the ground, Martin Gugino started stepping backwards?
MR. SAHASRABUDHE: Form.
THE WITNESS: Once he was pushed, yes, he stumbled backwards.
BY MR. WEISBECK:
Q. Before he was pushed, it's true that he started stepping backwards, isn't that true?
MR. SAHASRABUDHE: Form.
THE WITNESS: I don't recall that.

BY MR. WEISBECK:
Q. Let's play Video Exhibit number 3, and this is a video taken by a member of the media from WBFO News and Radio, and just so it's clear, this is a slow motion video of showing Martin Gugino walking on the sidewalk of Niagara Square in one direction and police officers walking on the sidewalk on Niagara Square in the opposite direction. Before we start the video, what's up there now, sir, is a still, correct?
A. Correct.
Q. And you could see yourself, right?
A. Correct.
Q. And you have a helmet on with a face shield and this club in your right hand, correct?
A. Baton, correct.
MR. SAHASRABUDHE: Form.
BY MR. WEISBECK:
Q. And Martin Gugino has a cell phone in his right hand and a helmet in his left hand, correct?
A. That's correct.
Q. And you don't have on a COVID mask, correct?
A. I do not.

Q. Martin Gugino has a COVID mask on, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: He does.
BY MR. WEISBECK:
Q. And the person next to you to your left, that would be right, on the right side of this still video is Aaron Torgalski, correct?
A. Correct.
Q. He does not have a shield face down, correct?
A. He does not.
Q. And he doesn't have any COVID mask protection, correct?
A. He does not.
Q. We're going to play the video starting at zero seconds. Do you see your feet continue to move forward?
MR. SAHASRABUDHE: Form.
THE WITNESS: I do.
BY MR. WEISBECK:
Q. Keep playing it. Do you see your right foot moving forward?
A. Correct.
Q. Do you see your left foot moving forward?

A. Yes.
Q. Do you see Martin Gugino standing still with his feet next to each other?
A. Yes.
MR. SAHASRABUDHE: Can we clarify, it's seven seconds into the slow motion video.
BY MR. WEISBECK:
Q. Yes. At eight seconds, you continue to walk towards Martin Gugino when he's stopped, right?
MR. SAHASRABUDHE: Form.
BY MR. WEISBECK:
Q. Eight to twelve seconds.
MR. SAHASRABUDHE: Form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. And at the twelve second mark on this slow motion video, Martin Gugino has slightly turned his body to the right to face Aaron Torgalski who took steps towards Martin Gugino, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. And he, Torgalski actually got out of his

position in the line and moved in towards you and Martin Gugino, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: Fair statement, yes.
BY MR. WEISBECK:
Q. And at this point, he's either equal to or behind Martin Gugino, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. I'll play the video. Twelve to fifteen, do you see that Martin Gugino stepped backwards with his right foot, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: I believe he stepped over to get closer to Aaron, but --
BY MR. WEISBECK:
Q. What his intent was, I'm not asking you. Did you visualize his right foot moving backwards?
MR. SAHASRABUDHE: Form. Are you saying just now when he saw it, as he's observing the video?
MR. WEISBECK: Yes.
MR. SAHASRABUDHE: Not on that day. I just want to

make sure.

MR. WEISBECK: I'm sorry. I'm not going to ask you to ask questions anymore. Please don't do that. You've done it too often already where you've had speaking objections, you're interjecting to try to clarify things. Please, if you want to question this witness when I'm finished, you're permitted to do so.

MR. SAHASRABUDHE: It wasn't clear from the question. I want the record to be clear.

MR. WEISBECK: It doesn't have to be clear for you.

MR. SAHASRABUDHE: Note my objection to the unclear question. You can answer if you understand, sir.

MR. WEISBECK: Okay. I'm going to make this record one hundred percent clear. You are not permitted to coach a witness to say you can answer if you understand. That is prohibited, and if you do it one more time, we're going to stop this deposition and we're going to have the Judge again order you to stop obstructing and interfering.

MR. SAHASRABUDHE: Rick, I'm comfortable this record shows I have not obstructed the deposition

whatsoever. You've asked the question, I've stated my objection, the witness may answer.

MR. WEISBECK: Before he answers, I want to make sure that there's never going to be another statement of if you understand. If you're not going to agree to that, we're going to stop this deposition and go back to Judge Foschio.

MR. SAHASRABUDHE: Rick, I'm not obstructing the deposition. The question wasn't clear, I wanted to make sure we're all on the same page. I'm letting the witness answer the question, move on.

MR. WEISBECK: You don't have a choice as to let the witness answer the question, and you are not the Judge and you're not entitled to tell me to move on. So let's lay some ground rules here.

MR. SAHASRABUDHE: Rick, the rules are the rules. I've stated my objection. Do you have another one, do you want to reask the question?

MR. WEISBECK: No. I want a commitment from you that you're not going to coach the witness once more with if you know or understand.

MR. SAHASRABUDHE: I will state the objections that I feel are appropriate.

MR. WEISBECK: The next time you say if you know, the deposition will stop and we're going to Judge Foschio.

MR. SAHASRABUDHE: Okay. I will state the objections I feel are appropriate.

MR. WEISBECK: I know you weren't in Court the other day, but I assume that Hugh Russ gave you a complete rundown of what Judge Foschio said.

MR. SAHASRABUDHE: He did. And in fact, he told me that Judge Foschio instructed him to explain his objections on the record and then there was a back and forth wherein he said well, Judge, if I explain my objections on the record, I'll get accused of coaching the witness. So I mean, I've stated my objection. I don't think anything I've done is obstruction or controversial. We're ready to move on, continue this deposition. This witness will continue to answer the questions forthrightly and honestly as he has done for hours.

MR. WEISBECK: Play it back.

MS. WISCHERATH: Eleven seconds.

BY MR. WEISBECK:

Q. Go back to eight. Between eight and fifteen on this video screen, did you observe Martin Gugino moving his right foot backwards?
MR. SAHASRABUDHE: Objection to the form of the question. You may answer.
THE WITNESS: From the way his body is turned, he's facing Aaron. My opinion, he stepped to his right, not behind him. His body is directly facing Aaron. I believe he stepped to the right to continue to scan Aaron with his cell phone, that's my answer.
BY MR. WEISBECK:
Q. What are you talking about when you're saying scan?
MR. SAHASRABUDHE: Objection to the form of the question.
THE WITNESS: I'm going off to what his cell phone is doing. Okay. Waving his cell phone. I apologize for saying the word scan.
BY MR. WEISBECK:
Q. Where did you come up with this concept of scan?
MR. SAHASRABUDHE: Objection to the form of the question.

THE WITNESS: From the video, it looks like he has a video on his phone and he was scanning our badges, that's my assumption.

BY MR. WEISBECK:

Q. What do you mean by the word scan? How is that different than recording?

A. Okay, recording, scanning, I'm sorry.

Q. Is this something unique to police culture saying when a citizen is using their cell phone to record a video, that in your culture that's called scanning versus just taking a video?

MR. SAHASRABUDHE: Object to the form of the question. Answer.

THE WITNESS: I would say walking up that close to an officer is unique, yes, but recording, no, not at all.

MR. WEISBECK: Can you read the question to the witness and I'll ask you to answer the question, sir.

MR. SAHASRABUDHE: I believe he did.

MR. WEISBECK: I'm sorry, what did you say?

MR. SAHASRABUDHE: I said I believe he did answer the question.

(Whereupon, the above-requested question was then read back by the reporter.)

BY MR. WEISBECK:

Q. Do you understand that question?

A. No. I do understand, so that's not unique.

Q. I'm sorry?

A. It's common practice.

Q. What is common practice?

A. Taking a video.

Q. What I'm asking is, the use of the word scanning, is that something that is unique to the police culture that you use the word scanning when a citizen is recording a video?

MR. SAHASRABUDHE: Object to the form.

THE WITNESS: No.

BY MR. WEISBECK:

Q. Wouldn't you agree that before June 4, 2020 when you pushed and shoved Martin Gugino to the ground, you had never heard the word scanning in relationship to a telephone, a cell phone?

MR. SAHASRABUDHE: Objection.

THE WITNESS: It's a fair assumption.

BY MR. WEISBECK:

Q. Let's go back to Video Deposition Exhibit number 3. It's your testimony that Martin Gugino did not step back as depicted in this video but he stepped to the right, is that your testimony?
A. Yes.
Q. At that point in time, you had not yet began to shove Martin Gugino, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: I don't believe so. I did not touch him yet.
BY MR. WEISBECK:
Q. We're going to continue with Video Deposition Exhibit 3 commencing at the fifteen second mark. I'm going to stop at eighteen. Do you see Martin Gugino's left foot moved back?
A. Correct.
Q. That was before you began to shove and push him, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: Could you replay it again?
BY MR. WEISBECK:
Q. Go back to fifteen. Stop at eighteen.
A. Correct, that is right.

Q. Martin Gugino moved backwards with his left foot before you began to shove and push him, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: Yes.
BY MR. WEISBECK:
Q. So from this video, Exhibit number 3, Martin Gugino stopped walking and you continued to walk towards him, true?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: That's true.
BY MR. WEISBECK:
Q. Martin Gugino stepped with his right foot either to the side or backwards before you shoved and pushed him, correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. Martin Gugino continued to move backwards with his left foot before you began to shove and push him, correct?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: Correct.
BY MR. WEISBECK:

Q. And the only words you used with Martin Gugino at any time between when he started walking towards the line and you started walking towards him was to yell the word move, correct?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: I believe it was get back, but I did yell that a couple times.
BY MR. WEISBECK:
Q. Now, at that point when Martin Gugino stopped walking forward, you could have also stopped walking forward, correct?
MR. SAHASRABUDHE: Objection.
THE WITNESS: I was moving with the line. We have to stay as a unit.
BY MR. WEISBECK:
Q. Isn't it true that you could have stopped walking forward?
MR. SAHASRABUDHE: Form.
BY MR. WEISBECK:
Q. You could control your actions by stopping and not moving forward, correct?
A. Correct.
Q. You could have taken a step back away from Martin

Gugino, true?
MR. SAHASRABUDHE: Form.
THE WITNESS: True.
BY MR. WEISBECK:
Q. Not only could you have taken a step back away from Martin Gugino when he stopped, you could have said in words or substance to him what are you saying and listen what he had to say, true?
MR. SAHASRABUDHE: Form.
THE WITNESS: True.
BY MR. WEISBECK:
Q. And if Martin Gugino had been voicing a concern about the clubs that you and your fellow officers had in your hands for use against the citizens in the square, you could have listened to him, correct?
A. Correct.
MR. SAHASRABUDHE: Form.
BY MR. WEISBECK:
Q. And you could have responded in words or substance in an effort to defuse the situation without shoving and pushing him, true?
MR. SAHASRABUDHE: Object to the form.

THE WITNESS: True.

BY MR. WEISBECK:

Q. Once Martin Gugino stopped walking, had you stopped moving towards him and stepped back, listen to what his concerns were about the type of weapons that you had for your use and after hearing him and defusing the situation, had you said in words or substance at this point, sir, we're going to have you step back and move away from the square or we're going to have to arrest you, you could have done that, true?

MR. SAHASRABUDHE: Object to the form. You may answer.

THE WITNESS: I could have, but it was already announced multiple times over a bull horn.

BY MR. WEISBECK:

Q. What was announced?

A. Leave the square at eight p.m., the city curfew is in effect.

Q. There's nothing stopping you from repeating that to him personally, correct?

MR. SAHASRABUDHE: Object to the form.

THE WITNESS: I mean, I could have repeated it to

him, yes.

BY MR. WEISBECK:

Q. And you don't even know if he was in the square when those bull horn announcements were made because you were behind City Hall, correct?

A. I believe he actually walked up to two other police officers and they told him.

Q. Did you know that before you shoved and pushed him?

A. I did not.

Q. So at that time you didn't know whether he had been in the square earlier, correct?

A. I did not.

Q. Now, had you stepped back, listened to the concerns that Martin Gugino had, made a statement to defuse the situation and told him that he's going to have to now leave the square, step back and leave and he didn't do so, he could have been arrested, right?

MR. SAHASRABUDHE: Object to the form.

THE WITNESS: Yes, he could have.

BY MR. WEISBECK:

Q. And that arrest could have been effectuated

without Martin Gugino being pushed and shoved to the ground and being injured, correct?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. In fact, just seconds after you and Torgalski and Losi shoved and pushed Martin Gugino to the ground causing his head to strike the concrete, causing his head to bleed on the concrete, another citizen several feet behind him was immediately arrested without anybody being injured, true?
MR. SAHASRABUDHE: Object to the form of the question.
THE WITNESS: True.
BY MR. WEISBECK:
Q. Had you undertaken those actions that I just suggested when Martin Gugino stopped walking, you stopped walking, you decide to ensure more space between you and he, you could have stepped back, you could have asked him what he was saying, listened to his concerns, then voiced that he was going to have to leave the square and had he not

done so, he was going to be arrested and you and your fellow officers could have arrested him without him being pushed and shoved to the ground causing injury to him, true?

MR. SAHASRABUDHE: Objection to the form.

THE WITNESS: True.

BY MR. WEISBECK:

Q. Now, you're familiar with the City of Buffalo Police Department's use of force policy?

A. Yes.

Q. You received training in that, right?

A. Correct.

Q. You were required to read and understand it, correct?

A. Correct.

Q. And you read and understood the use of force policy before March of -- or June 4, 2020, correct?

A. Correct.

Q. We agree that a citizen like Martin Gugino has a right in a public sidewalk to walk up and speak to a police officer, correct?

MR. SAHASRABUDHE: Objection to the form.

THE WITNESS: Correct.

BY MR. WEISBECK:

Q. In fact, whether it's me, whether it's your attorney Peter, whether it's Martin Gugino, each one of us has a First Amendment right to walk up to a police officer on a public street and make a statement to him or her, correct?

MR. SAHASRABUDHE: Objection. Calls for a legal conclusion.

THE WITNESS: Yes.

BY MR. WEISBECK:

Q. You have an understanding that the Buffalo Police Department's use of force policy prohibits a member of the Buffalo Police Department from using force against a person engaged in First Amendment protected activities, correct?

MR. SAHASRABUDHE: Objection to the form.

THE WITNESS: Can you say that one more time, please?

MR. WEISBECK: Could you read the question to the witness again please, Valerie?

(Whereupon, the above-requested question was then read back by the reporter.)

THE WITNESS: Correct.

BY MR. WEISBECK:
Q. Martin Gugino, when he walked up and walked towards you and you walked towards him and he was making a statement that you understood it had something to do with voicing objections to you and your fellow members having batons or weapons such as clubs, that constituted a First Amendment protected activity, true?
MR. SAHASRABUDHE: Objection to the form. Calls a lay witness to make a legal conclusion.
THE WITNESS: In this instance, I don't think it was him walking up to us -- sure, yes.
BY MR. WEISBECK:
Q. True?
A. True.
MR. SAHASRABUDHE: Objection to the form.
BY MR. WEISBECK:
Q. Now, the Buffalo Police Department use of force policy also requires any member to engage in deescalation activities so as to not use any force against a citizen, correct?
A. Correct.
Q. And one of the explicit instructions in the use

of force policy to engage in deescalation is to withdraw to a position that is tactically advantageous, correct?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: Under what circumstance?
BY MR. WEISBECK:
Q. Under the policy of the Buffalo Police Department.
A. To retreat?
MR. SAHASRABUDHE: Objection to the form.
BY MR. WEISBECK:
Q. To withdraw to a position that is tactically advantageous.
MR. SAHASRABUDHE: Objection to the form of the question.
THE WITNESS: Yes, if that's what it says, I agree with you.
BY MR. WEISBECK:
Q. Another part of the Buffalo Police Department use of force policy involving deescalation directs members to take actions so that the member of the police department has greater distance, true?
MR. SAHASRABUDHE: Object to the form.

THE WITNESS: Can you repeat that back to me, I'm sorry.
BY MR. WEISBECK:
Q. I'll repeat it. The Buffalo Police Department use of force policy deescalation section tells members that they must use greater distance in order to deescalate a situation, true?
MR. SAHASRABUDHE: Form.
THE WITNESS: True.
BY MR. WEISBECK:
Q. The Buffalo Police Department use of force policy, the deescalation section also instructs members to take actions to allow greater time in order to deescalate a situation, true?
MR. SAHASRABUDHE: Form.
THE WITNESS: True.
BY MR. WEISBECK:
Q. In the instance regarding Martin Gugino, stepping backwards provides greater distance for you, the member of the police department, correct?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: Yes.
BY MR. WEISBECK:

Q. And it provides you with greater time to deescalate the situation with Martin Gugino, true?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: True.
BY MR. WEISBECK:
Q. Now, after you shoved and pushed Martin Gugino where he fell to the ground and suffered a skull fracture and a brain bleed, you testified under oath concerning your actions, correct?
A. Administratively, yes.
Q. So when you say administratively, just so anyone hearing your testimony will understand, administratively you testified under oath at a hearing where disciplinary charges were brought against you by the Buffalo Police Department, correct?
A. That is correct.
Q. And you also testified under oath when you made a statement to a Buffalo Police Department official who was a part of what's called the Internal Affairs Unit as well, correct?
A. I did.

Q. And during one or both of those prior testimonies at the disciplinary hearing or the sworn testimony you gave to the Internal Affairs Unit, you described your actions against Martin Gugino that day, correct?
A. I believe so, yes.
Q. And you also characterized your actions as well, didn't you?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: I did.
BY MR. WEISBECK:
Q. And in one or both of those sworn testimonies, you characterized your shoving and pushing Martin Gugino to the concrete sidewalk as a love tap, correct?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: I did.
BY MR. WEISBECK:
Q. Do you use a club and shove and push your spouse when you're giving her a love tap?
MR. SAHASRABUDHE: Objection to the form. Now we're getting to the point of harassment. Answer that question if you can.

MR. WEISBECK: Please don't do that.
MR. SAHASRABUDHE: I just did.
MR. WEISBECK: I'm going to stop you. I'm entitled to ask these questions.
MR. SAHASRABUDHE: If we're going to get into wife and family questions and that line of questioning continues, I'm comfortable going to a Judge. You can answer that question.
THE WITNESS: No.
BY MR. WEISBECK:
Q. Do you use a club and shove and push your child when you're giving her a love tap?
MR. SAHASRABUDHE: Are you serious? Are you serious? Are you serious?
THE WITNESS: No.
MR. SAHASRABUDHE: Are you serious? Objection on many different grounds.
BY MR. WEISBECK:
Q. Do you use a club and shove and push your mother when you're giving her a love tap?
MR. SAHASRABUDHE: Objection, and note for the record, Mr. Weisbeck is harassing and badgering the witness. Answer if you can.

THE WITNESS: It's called a baton, but no.
BY MR. WEISBECK:
Q. Would you agree that a love tap is a light touch used to show affection?
A. I believe in my testimony I said love tap or nudge.
Q. I didn't ask you what your testimony is, I'm asking about a definition of love tap right now, sir. Do you agree a love tap is a light touch that is used to show affection?
MR. SAHASRABUDHE: Form.
THE WITNESS: It can be used in that instance, yes.
BY MR. WEISBECK:
Q. You weren't showing any affection to Martin Gugino when you shoved and pushed him to the ground, correct?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: No, I was not showing him love and affection.
BY MR. WEISBECK:
Q. Now, you've also now made the claim that you previously characterized your shoving and pushing Martin Gugino as a nudge, right?

A. Yes.
Q. We're going to go back to Video Exhibit number 3, we're going to move back to the fifteen second mark on this video, or fourteen. At fourteen, you had not yet began to shove and push Martin Gugino, correct?
A. Correct.
Q. And you've already seen this up to eighteen and you know by the eighteen second mark you were shoving and pushing Martin Gugino, correct?
A. Correct.
Q. In a minute we're going to play this between fourteen and eighteen and I want you to focus your attention on movement of your feet. We'll stop at nineteen. Your legs and feet are bent and moving forward as you're shoving Martin Gugino, correct?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: My feet are bent, yes, correct.
BY MR. WEISBECK:
Q. And you agree that when you bend your legs and your feet in a forward position, that gives you greater force when you're moving forward,

correct?
MR. SAHASRABUDHE: Form.
THE WITNESS: Depends if your arms are fully extended, but yes.
BY MR. WEISBECK:
Q. Let's play from nineteen to twenty-five. During that portion of the clip on Video Exhibit number 3, you extended your arms fully, correct?
MR. SAHASRABUDHE: Form.
BY MR. WEISBECK:
Q. True?
A. True.
Q. Now, in your prior testimony at the disciplinary hearing and/or your testimony to the Internal Affairs official, you testified concerning the fact that you were very physically fit on June 4, 2020, correct?
A. Yes. I didn't know that was a crime.
Q. I don't think it's a crime. I'm just asking whether you testified to that effect about your physical abilities that you were in very good physical shape.
A. Yes, I take care of myself.

Q. And you also testified concerning some sports you played before, correct?
A. Correct.
Q. And you played football?
MR. SAHASRABUDHE: Form.
THE WITNESS: Yes, I played football.
BY MR. WEISBECK:
Q. And did you play hockey?
A. I never played hockey.
Q. Have you watched hockey?
A. Yes.
Q. Are you a Buffalo Sabres fan?
A. Not really, but I do watch them.
Q. Over the years, you've watched hockey games, right?
A. Yes.
Q. And so you're familiar with the game at least, correct?
A. Correct.
Q. You watch games on TV, right?
A. Correct.
Q. You've seen maybe some live hockey games, right?
A. Correct.

Q. After having viewed your actions of shoving and pushing Martin Gugino with that stick or club or what you call baton in your hands, would you agree with what you did to Martin Gugino was a cross-check as they say in hockey?
MR. SAHASRABUDHE: Object to the form of the question.
THE WITNESS: I would say it's similar, yes.
BY MR. WEISBECK:
Q. In the disciplinary hearing or the sworn testimony you gave to the Internal Affairs Unit, you said in words or substance that when you saw Martin Gugino walking on the sidewalk in Niagara Square towards you and your fellow officers as you and your fellow officers walked towards him, you thought he was crazy, correct?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: I don't recall saying that. I might have said that I don't know how a logical person would walk towards a riot line of police, but if I said the word crazy, then --
BY MR. WEISBECK:
Q. I'm sorry, that he had mental health issues.

A. He could have had mental health issues, I do recall saying that.
Q. That's what you thought. Your testimony is you thought that as he was approaching, right?
MR. SAHASRABUDHE: Form.
THE WITNESS: My personal opinion walking to a riot line of police, yes, that would be my personal opinion.
BY MR. WEISBECK:
Q. So assuming you were under the belief that Martin Gugino may have had mental health issues, would you agree that that's a further reason for you to take deescalation action when interacting with that citizen?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: It could have been, yes.
BY MR. WEISBECK:
Q. You've had other encounters as a police officer with people with mental health issues, correct?
A. Many times.
Q. And you know in those situations under the policy of the Buffalo Police Department, it's all the more reason to make space and create more time to

defuse or deescalate the situation so the person with the mental health issues can be dealt with without using physical force against that person, true?

MR. SAHASRABUDHE: Objection.

THE WITNESS: That's true, but in any instance, this took twenty-two seconds, you have to react, so I reacted.

BY MR. WEISBECK:

Q. Isn't the policy for you to react by deescalation rather than escalating a situation?

A. Yes.

Q. And in fact, it only took the number of seconds it did because you failed to undertake deescalation?

MR. SAHASRABUDHE: Objection to the form.

BY MR. WEISBECK:

Q. True?

A. True.

Q. Now, given the fact that you thought Martin Gugino may have some mental health issues, instead of yelling at him, you could have lowered the tone of your voice to try to deescalate the

situation, correct?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: I could have done a lot of things, but yes.
BY MR. WEISBECK:
Q. In fact, from your prior experience, you know that one of a very effective method of deescalating with a mental health individual is to lower your voice so that starts to calm that person down, true?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: That is true.
BY MR. WEISBECK:
Q. You've employed that technique many times, isn't that true?
A. I have.
Q. And if someone is excited, maybe someone is having a problem, one of the best and most effective methods of deescalation is to lower the tone of your voice which that in turn allows that person to essentially mimic you, true?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: That is true.

BY MR. WEISBECK:
Q. And another technique that you've used, I assume when you have an encounter with a citizen, whether they're agitated or they have mental health issues is to say in words or substance I'm going to step back a moment, please, you step back a moment so we can discuss this, true?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: True.
BY MR. WEISBECK:
Q. And your experience has taught you that by lowering the tone of your voice, stepping back, creating distance and time, the citizen frequently will lower his or her voice, step back and the situation begins to deescalate, true?
MR. SAHASRABUDHE: Objection.
THE WITNESS: In a perfect world, yes.
BY MR. WEISBECK:
Q. Of course, there are times when that technique doesn't always work, true?
A. Correct.
Q. And then you have to start employing a different technique?

A. Correct.
Q. But in this instance with Martin Gugino, you did not step back, you did not create time, you did not speak to him or listen to him to defuse the situation, true?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: It's true.
BY MR. WEISBECK:
Q. In the police academy at Erie Community College, you learned about not just policies concerning use of force, but actually you were trained to use force, true?
A. Correct.
Q. You learn how to shoot a gun as a police officer, right?
A. Correct.
Q. You know how to use a club or baton or a stick, right?
A. And an asp, correct, A-S-P.
Q. What's an asp?
A. It's the retractable baton basically.
Q. You also learned that if you, whether it's using a club or baton or a stick, if you push someone

backward, they're more likely to fall to the ground than if they're moving forward, true?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. In fact, your own life experience teaches you that if you push someone backwards, they're more than likely to fall to the ground than if they're pushed forward, true?
A. In my duties I've pushed many people in situations and on the job, and they've never always fallen backwards, so it goes both ways.
Q. I'm asking if you push someone backwards, they're more likely to fall to the ground than if you push them forward, true?
MR. SAHASRABUDHE: Form.
THE WITNESS: Okay, yes.
BY MR. WEISBECK:
Q. And if someone is pushed forward and they're not off balance and they fall to the ground, they can break their fall with their hands in front of them, true?
MR. SAHASRABUDHE: Form.

THE WITNESS: True.

BY MR. WEISBECK:

Q. Whereas if someone is pushed backwards and they lost their balance and fall to the ground, it's much more difficult to break your fall when you're falling backwards, true?

MR. SAHASRABUDHE: Form.

THE WITNESS: Okay, it's more difficult, yes.

BY MR. WEISBECK:

Q. Now, on June 4, 2020 when you were walking up to Martin Gugino and Martin Gugino was walking up to the line of police officers, instead of him stopping, as he did, you stopped and Martin Gugino continued forward and he shoved and pushed you backwards causing you to fall to the ground striking your head on the ground, fracturing your skull and causing a brain bleed, he would have been charged with a felony assault crime against you, true?

MR. SAHASRABUDHE: Objection.

THE WITNESS: True.

BY MR. WEISBECK:

Q. And on June 4, 2020, as you and your fellow

officers were walking down the sidewalk of Niagara Square in front of City Hall and Martin Gugino was walking in the opposite direction towards you and Aaron Torgalski had stopped moving forward, you stopped moving forward and Martin Gugino continued forward and shoved and pushed Aaron Torgalski causing him to fall to the ground striking his head, fracturing his skull and causing a brain bleed, Martin Gugino would have been charged with a felony assault against him too, isn't that true?

MR. SAHASRABUDHE: Objection.

THE WITNESS: True.

BY MR. WEISBECK:

Q. The Buffalo City -- I'm sorry, let me start over. The City of Buffalo Police Department has a custom and practice that when a member uses physical force against a citizen, then criminal charges are going to be made against that citizen, true?

MR. SAHASRABUDHE: Objection.

THE WITNESS: I don't know anything about that.

BY MR. WEISBECK:

Q. Isn't it true that you previously testified under oath, either at the disciplinary hearing or during the statement you gave to the Internal Affairs Unit, that if police officers touch a citizen, then they bring criminal charges against that citizen?
MR. SAHASRABUDHE: Form, vague.
THE WITNESS: If I put my hands on someone, usually yes, I have to charge them.
BY MR. WEISBECK:
Q. And that's the custom and practice within the City of Buffalo Police Department, true?
A. Correct.
Q. Is there a written policy that says that as well?
A. You're arresting or if you charge someone with obstruction or resisting, usually that's the instance.
Q. I'm asking you, is there a written policy that says if you put your hands on a citizen, then you have to charge them with a crime?
A. No, it's not a custom. There's not a policy at work, but we do have to do what's called a Blue Team, which if you use physical force on a

citizen, you have to depict why you did that.
Q. That's different than what you just testified to. You just said if you put your hands on a citizen, then you have to charge them with a crime, right?
A. Yes. Usually there's a crime that occurs with that. I'm not saying it's a policy that we put our hands on someone we have to arrest them or charge them with anything is what I'm saying.
Q. In fact, you testified to that, right, if you put your hands on a citizen, you're going to bring charges against them, that citizen?
MR. SAHASRABUDHE: Form.
THE WITNESS: I'm just telling you it's not policy. I'm telling you if I put my hands on someone, usually there's a crime involved, and yes, I charge them.
BY MR. WEISBECK:
Q. Did you review your testimony previously, your previous testimony in preparation for your testimony here today?
A. Briefly.
Q. Did you read that section where you testified under oath that if you put your hands on a

citizen that you're going to charge them with a crime?
MR. SAHASRABUDHE: Objection to the form. Answer.
THE WITNESS: I wasn't disagreeing with you.
BY MR. WEISBECK:
Q. So now what I'm getting at is, I asked you about that being a custom and practice in the City of Buffalo and you acknowledged that. The next question is, is that actually in writing, where there's a policy in writing, yes or no?
MR. SAHASRABUDHE: Asked and answered.
THE WITNESS: I don't know personally.
BY MR. WEISBECK:
Q. Now, in this instance with Martin Gugino, you not only put your hands on him, but you shoved him, pushed him, cross-checked him and knocked him to the ground.
MR. SAHASRABUDHE: Objection to the form.
BY MR. WEISBECK:
Q. After that, you went to the police headquarters and in accordance with that custom and practice, you were attempting to place charges against Martin Gugino, true?

MR. SAHASRABUDHE: Objection to the multiple
questions that are all argumentative. Answer.
THE WITNESS: I was for violating the curfew.
BY MR. WEISBECK:
Q. For violating the curfew?
A. There was multiple charges being placed, but I
believe that was just one of them.
Q. What other ones were you charging him with?
A. This was all new. I never charged the city
ordinance or whatever it was for the curfew.
This was new to me, so I was referring to another
officer more senior so I didn't know at the time.
Q. You're saying there was multiple charges, right?
A. I think he was just getting dis-con, disorderly
conduct.
Q. And a violation of the curfew, right?
A. And violation of curfew, correct.
Q. Now, you had never brought charges against anyone
from violating a curfew before, right?
A. I never had, no.
Q. Some kind of infraction, right?
A. Yes, it's very minor.
Q. It's not a crime?

MR. SAHASRABUDHE: Object to the form.
BY MR. WEISBECK:
Q. True?
A. I believe it's the city ordinance or violation. I don't know honestly, I never reviewed it.
Q. The charge of disorderly conduct is not a crime, true?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: It's just a violation, correct.
BY MR. WEISBECK:
Q. There's a difference between a violation and a crime?
A. Correct.
Q. For us lay people, I want it to be fully understood that if a police officer charges somebody with disorderly conduct, that does not constitute a crime, it's a mere violation, right?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. It's an infraction, correct?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: Correct.

BY MR. WEISBECK:
Q. But in this instance, if you were charging Martin Gugino with violating the curfew, you could have taken him into custody before you shoved him and pushed him for violating that curfew, true?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: True.
BY MR. WEISBECK:
Q. If you believe that his mere action of having the gumption to walk up to a line of police officers with riot gear on constituted a disorderly act, you could have taken him into custody before you shoved and pushed him, true?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: True.
BY MR. WEISBECK:
Q. And was his, what you claim to be his disorderly conduct, was that him walking up to you and your fellow officers --
MR. SAHASRABUDHE: Form.
BY MR. WEISBECK:
Q. -- and voicing his objection to you using clubs and sticks?

A. Yes.
MR. WEISBECK: Let's take a couple minute break.
THE VIDEOGRAPHER: Going off the record. The time is 14:26.
(Whereupon, a short recess was then taken.)
THE VIDEOGRAPHER: Back on the record, time is 14:32.
BY MR. WEISBECK:
Q. When Martin Gugino was walking on the sidewalk in front of City Hall on June 4, 2020 and he stopped, was your superior officer Losi behind you?
A. Yes, I believe at the time he was directly behind me.
Q. And at the point where you, using the club or stick, shoved and pushed Martin Gugino, Losi was pushing you, correct?
MR. SAHASRABUDHE: Objection to form.
THE WITNESS: Simultaneous, yes.
BY MR. WEISBECK:
Q. Did Losi make a statement at that time as he was pushing you or just before he pushed you as you were pushing Martin Gugino and shoving him?
MR. SAHASRABUDHE: Form.

THE WITNESS: Like the loud order, you're talking about?
BY MR. WEISBECK:
Q. I'm just asking whether he said anything.
A. He did order push them back.
Q. Losi said that to you?
A. No. It was ordered to the line to push them back, that's what was being echoed.
Q. He said that when he was pushing you?
A. Prior to that.
Q. I'm asking at the point where Losi -- at or before Losi, just before Losi pushed you, did Losi say anything?
A. No.
Q. You're saying earlier than that point, Losi had said push the line?
MR. SAHASRABUDHE: Form.
THE WITNESS: Yes. So right before when Gugino was one to two feet from me, there was an order that said push him or push them back and that was echoed and you'll hear it over the video.
BY MR. WEISBECK:
Q. Who gave that statement, push them back or push

him back?
A. I assume it was Losi, and then the line echoed it.
Q. Now, you were referencing the video. Did you view and listen to some video to either understand what was being said or to refresh your recollection as to what was said by Losi in the line?
A. Well, me testifying multiple times and watching the video probably over a hundred times, so yes. Are you talking about that point in time? I remember hearing the line push him back.
Q. Is that a statement or instruction that you had heard on previous occasions?
A. Yes.
MR. SAHASRABUDHE: Form.
BY MR. WEISBECK:
Q. And before you ever heard that statement, push them back, did anyone from the Buffalo Police Department instruct you as to what that meant?
MR. SAHASRABUDHE: Form.
THE WITNESS: No, I had no previous training.
BY MR. WEISBECK:

Q. Even in the five days or four days that you worked before June 4, 2020, did anyone tell you what that meant from the Buffalo Police Department?
MR. SAHASRABUDHE: Form.
THE WITNESS: Basically they summed it up that the line moves until people disperse and you just keep pushing people out of the way. Not actually pushing people, but driving them back.
BY MR. WEISBECK:
Q. Sir, you previously testified that you worked a number of days in the ERT unit before June 4, 2020, right?
A. Correct.
Q. Did you work the day or night before on June 3, 2020?
A. I don't recall. I think that Wednesday or Tuesday, because this happened on Thursday, I believe the Wednesday I was off, I'm not sure.
Q. Let's assume for a moment that in fact you were off and you had not worked in the ERT unit on that Wednesday. Did anyone from the Buffalo Police Department or the ERT unit tell you in

words or substance that on Wednesday, June 3, 2020 that whatever demonstrations took place, there was no violence in Niagara Square?
MR. SAHASRABUDHE: Form.
THE WITNESS: No.
BY MR. WEISBECK:
Q. Assume that you did not work on June 3, that Wednesday, June 3, 2020. When you came to work on June 4, did anyone from the Buffalo Police Department or the ERT unit tell you in words or substance that there was no property damage that occurred on that Wednesday in Niagara Square?
MR. SAHASRABUDHE: Objection to form.
THE WITNESS: No, I didn't hear anything about that.
BY MR. WEISBECK:
Q. Assume you were off on June 3, 2020, that Wednesday and you reported to work on the following day, June 4, 2020, did anyone report to you in words or substance that on Wednesday, Niagara Square had completely peaceful demonstrations?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: No, I didn't hear anything.

BY MR. WEISBECK:
Q. Or that it appears that whatever occurred earlier in the week, things are calming down and there really wasn't anything of substance to report about Niagara Square on Wednesday, just peaceful demonstrations?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: I didn't hear anything, no.
BY MR. WEISBECK:
Q. You're familiar with the Buffalo Police Department body worn camera policy, true?
A. I am.
Q. And for shorthand, they call it BWC, body worn cam, right?
A. Correct.
Q. Now, the policy states that the body cam must be activated when assigned to any protest, true?
MR. SAHASRABUDHE: Form.
THE WITNESS: I believe that came out afterwards, but I don't think -- there's a very small policy but they haven't agreed on a full policy, I believe. But at that time, I don't believe there was a policy for the protest, but we were advised to,

so to answer your question, yes, we were advised to.

BY MR. WEISBECK:

Q. My next question was if there was not a policy in place, were your superiors, had your superiors given instructions to you and your fellow police officers that if you're assigned to a protest, you shall activate your body camera?

MR. SAHASRABUDHE: Form.

THE WITNESS: Correct.

BY MR. WEISBECK:

Q. So on June 4, 2020 when you and your fellow officers assembled at the edge of Niagara Square to begin marching across the front of City Hall, did you at that time activate your body cam?

A. I did not.

Q. And why didn't you activate it?

A. I was going on and off all day with just going back and forth and usually I keep it off when we're staging and I just forgot to turn it back on, so it was just buffering.

Q. After you shoved and pushed Martin Gugino, you then, in fact, activated your body cam, true?

A. I immediately did as soon as the incident happened, yes.
Q. So you knew that you didn't have your body cam on because you then activated it?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: Immediately after the incident, I looked down and I seen the green light, which I mean it wasn't recording, it was buffering, so I immediately turned it on, yes.
BY MR. WEISBECK:
Q. In your testimony in this lawsuit, you've already told us that after Martin Gugino is shoved and pushed and knocked to the ground where he suffered serious physical injury, other public officials charged you with a crime, true?
MR. SAHASRABUDHE: Objection to the form of the question.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. And after Martin Gugino was shoved and pushed to the ground and suffered serious personal injury, other public officials charged Aaron Torgalski with a crime, true?

MR. SAHASRABUDHE: Objection to the form of the question.

THE WITNESS: Correct.

BY MR. WEISBECK:

Q. And after you and Torgalski were charged with a crime, you told us that all fifty-seven members of this military-like unit resigned, true?

MR. SAHASRABUDHE: Objection to the form of the question.

THE WITNESS: That is true.

BY MR. WEISBECK:

Q. And this complete resignation by all fifty-seven members of the unit was discussed before it occurred, true?

MR. SAHASRABUDHE: Object to the form.

THE WITNESS: Myself or Aaron were not there, but I believe so. They had a meeting and it was on police property, which I wasn't allowed because I was suspended.

BY MR. WEISBECK:

Q. So the members of the unit had a meeting on police property where there was a decision made to resign, right?

A. Correct. I believe it was the next day.
Q. And the reason they decided to resign from this unit was because you and Torgalski were charged with a crime, true?
MR. SAHASRABUDHE: Form.
THE WITNESS: There was more than that, but yes.
BY MR. WEISBECK:
Q. And then once the decision was made for this mass resignation from the ERT unit, there was a plan to announce that, right?
A. I believe so, yes.
Q. And that announcement was to ensure that officials knew about it, true?
MR. SAHASRABUDHE: Form.
THE WITNESS: I don't know why it went public or not, but yes, I would assume so, yes.
BY MR. WEISBECK:
Q. That announcement of the mass resignation from the ERT unit in part was announced publicly so that members of the public knew about it, true?
MR. SAHASRABUDHE: Form.
THE WITNESS: I would assume so.
BY MR. WEISBECK:

Q. And that all fifty-seven members of this military unit resigned simply because there was action taken to hold you accountable for pushing, shoving and injuring Martin Gugino, true?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: I can't state for other members or why they quit, but I mean, if you want to assume that, sure.
BY MR. WEISBECK:
Q. Did you resign?
A. Oh, yes. I was suspended, so yes, I resigned.
Q. Suspended is different than resigned. Suspension is someone taking action against you. Resigning is you taking action yourself.
A. I never formally wrote in writing I resigned from the ERT, but I assumed they thought I wasn't coming back.
Q. The mass resignation by the members of the ERT one day after you were charged with criminally assaulting Martin Gugino, this was a message by the Buffalo Police Department being sent to the public that we the police should not be held accountable when we push, shove and injure a

citizen, true?
MR. SAHASRABUDHE: Is that a question? Objection.
THE WITNESS: I wouldn't agree with that, no.
BY MR. WEISBECK:
Q. What message was the members of this ERT unit sending to the public if that wasn't the message?
MR. SAHASRABUDHE: Objection. Asked and answered.
THE WITNESS: I don't think it was a message to the public. I think it was more to the higher ups in the Buffalo Police Department trying to say you don't back your police officers. It had nothing to do with the public.
BY MR. WEISBECK:
Q. So the mass resignation by members of the Buffalo Police Department was to the higher ups in the Buffalo Police Department that we the rank and file should not be held accountable when we shove, push and injure a citizen, true?
MR. SAHASRABUDHE: Objection.
THE WITNESS: Not true.
BY MR. WEISBECK:
Q. Well, I thought you just said that the message to the higher ups was that you don't back us, right?

A. Correct.
Q. Now I'm trying to understand what that means, and the way you said it, it seems that the logical conclusion was, we the rank and file should not be held accountable, and you, the management of the Buffalo Police Department should back us and avoid any accountability, true?
MR. SAHASRABUDHE: Objection, that testimony as opposed to the question.
THE WITNESS: Not true. There was no internal investigation done and we were charged immediately. Usually if there's a crime or something involved, you get to do an investigation. They went off strictly on public's opinion and we were charged, so I think that was more. There was no internal investigation. We weren't defended, we weren't put on admin and then suspended because we were charged, there was none of that. We were immediately charged with a crime within -- they were trying to do it the night of.
BY MR. WEISBECK:
Q. When a crime is committed on the streets of the

City of Buffalo, an assault where an individual is injured and has to be taken to the hospital and people witness that crime, the perpetrator of the crime is usually immediately arrested, true?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: That is true.
BY MR. WEISBECK:
Q. And are you telling us that the culture of the Buffalo police rank and file is that if we push and shove and injure a citizen, that unlike members of the public, we should not be charged with a crime even if it's recorded on video until there's an internal investigation, administrative proceedings and the like?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: I agree, that's why I was cleared of my charges. If they would have did an investigation, they would have seen more.
BY MR. WEISBECK:
Q. What would they have seen?
A. I don't know, I wasn't the Grand Jury that cleared me.
Q. Is there any law that you're aware of that says

that Buffalo police officers cannot be charged with a crime immediately when it's recorded on video --

MR. SAHASRABUDHE: Objection to form.

BY MR. WEISBECK:

Q. -- when there's a violent assault?

MR. SAHASRABUDHE: Objection to form.

THE WITNESS: No.

BY MR. WEISBECK:

Q. Is there anything in the collective bargaining agreement between the City of Buffalo and the police department and its union that says no police officers can be charged with a crime immediately upon committing that crime and then instead the criminal charges cannot be brought until there's an internal investigation, administrative proceeding?

MR. SAHASRABUDHE: Objection on many grounds.

THE WITNESS: Not to my knowledge.

BY MR. WEISBECK:

Q. Now, the mass resignation by the members of the ERT unit was sending a message that in effect was telling the public that we the police are above

the law when we push and shove a citizen, true?
MR. SAHASRABUDHE: Objection. Argumentative, asked and answered.
THE WITNESS: No. I'll say my answer again. It wasn't for the public.
BY MR. WEISBECK:
Q. The message that the Buffalo Police Department ERT unit was sending to the Buffalo Police Department management was we the rank and file police officers should be above the law when we push and shove or injure a citizen, true?
MR. SAHASRABUDHE: Objection. Argumentative.
THE WITNESS: Absolutely not.
BY MR. WEISBECK:
Q. When the fifty-seven members of this military-like unit resigned, no officials made a public statement asking the group to reconsider and rescind their mass resignation, true?
MR. SAHASRABUDHE: Form.
THE WITNESS: I believe the Buffalo police, not initially, but they tried to get the ERT back.
BY MR. WEISBECK:
Q. What official made that public announcement?

MR. SAHASRABUDHE: Objection.
THE WITNESS: It wasn't official in the city, it was more inner department.
BY MR. WEISBECK:
Q. When the fifty-seven members of the military-like unit resigned, no official publicly said we need this military unit and we cannot maintain public order without you, true?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: No official said that.
BY MR. WEISBECK:
Q. And when the fifty-seven members of the ERT unit resigned, citizens did not publicly demonstrate saying in words or substance, the people of the City of Buffalo need this military unit patrolling our streets, true?
MR. SAHASRABUDHE: Objection to form.
THE WITNESS: ERT doesn't patrol, but no official made that statement.
BY MR. WEISBECK:
Q. No citizens made that statement.
MR. SAHASRABUDHE: Objection to form.
THE WITNESS: Right.

BY MR. WEISBECK:
Q. When the fifty-seven members of the ERT unit resigned, no citizen or citizens publicly demonstrated saying we the people of the City of Buffalo cannot live without having this unit in the Buffalo Police Department?
MR. SAHASRABUDHE: Objection to the form.
BY MR. WEISBECK:
Q. True?
A. True.
Q. Was it, was the intent of this collective resignation from the ERT unit to send a message that if a police official pushes and shoves and injures a citizen and the government tries to hold that police officer accountable, then we the police are not going to put up with that --
MR. SAHASRABUDHE: Objection to form.
BY MR. WEISBECK:
Q. -- and we're going to refuse to do certain police work?
MR. SAHASRABUDHE: Objection to form. Asked and answered multiple times.
THE WITNESS: No, not at all.

BY MR. WEISBECK:
Q. Within the Buffalo Police Department, there's a culture that includes the belief that when police assault a citizen, the police should not be held accountable for that assault, true?
MR. SAHASRABUDHE: Objection. Counsel is testifying.
THE WITNESS: That's not true.
BY MR. WEISBECK:
Q. Within the Buffalo Police Department, there's a culture that includes the belief that when a Buffalo police officer is accused of unlawfully assaulting a citizen, the police department will undertake all necessary efforts to exonerate that police officer, true?
MR. SAHASRABUDHE: Objection. Counsel continues to testify and add the word true at the end of the testimony. Answer.
THE WITNESS: That is not true.
BY MR. WEISBECK:
Q. Isn't it true that these efforts to exonerate the Buffalo police officer accused of unlawfully assaulting a citizen includes blaming the victim of the assault?

MR. SAHASRABUDHE: Same objection.
THE WITNESS: That's not true.
BY MR. WEISBECK:
Q. Isn't it true that these efforts to exonerate a Buffalo police officer include getting the fellow officers to make statements helpful to the accused police officer?
MR. SAHASRABUDHE: Same objection.
THE WITNESS: That's not true.
BY MR. WEISBECK:
Q. Isn't it true that these efforts to exonerate the Buffalo police officer include asking the accused police officer leading questions during the Internal Affairs investigation that are designed to help the accused officer to beat the charges?
MR. SAHASRABUDHE: Objection, same objection.
THE WITNESS: It's not true.
BY MR. WEISBECK:
Q. Isn't it true that these efforts to exonerate the Buffalo police officer include having the official investigating the police misconduct to assist in the defense of that accused police officer by gathering evidence to exonerate him?

MR. SAHASRABUDHE: Form, same objection.
THE WITNESS: That's not true.
BY MR. WEISBECK:
Q. Isn't it true that in your case when there was an Internal Affairs investigation and you were accused of misconduct for injuring Martin Gugino, the head of the Internal Affairs Unit spent hours with you personally in a video booth crafting evidence to assist in your defense at the administrative disciplinary hearing?
MR. SAHASRABUDHE: Objection.
THE WITNESS: That is absolutely not true.
BY MR. WEISBECK:
Q. Did you spend hours in a video booth going over videos to craft your defense?
MR. SAHASRABUDHE: Objection.
THE WITNESS: With my lawyer and the video person, that was it.
MR. SAHASRABUDHE: Don't divulge any private conversation with any attorney, whether it's me or --
MR. WEISBECK: Let me state for the record, any conversation that he had in the presence of

someone other than his attorney when his attorney was present is not privileged.

MR. SAHASRABUDHE: If he had a private conversation with his attorney, I'm letting him know don't divulge.

MR. WEISBECK: But you started saying that and what I'm saying is that if there was another person present, there's no attorney/client privilege.

MR. SAHASRABUDHE: That may not be true. If someone who works for the attorney like a staff member, paralegal, someone whose been hired by that attorney to do special work. I don't think this is an issue we need to fight about right now, I'm just letting him know.

MR. WEISBECK: You keep bringing things up and you're not supposed to be making any speaking statements. Honestly, you keep violating the rules.

MR. SAHASRABUDHE: I don't think I am.

MR. WEISBECK: Neither did Hugh and the Judge said I'm right.

MR. SAHASRABUDHE: I don't think I'm violating any rules. I don't think I violated one.

BY MR. WEISBECK:

Q. So when you were in the video booth looking at videos extracting stills and doing other things in defense of this disciplinary charge, it's your testimony that no one from Internal Affairs was present, true?

A. True. No one was from Internal Affairs or Buffalo PD were there minus me being there.

Q. Minus you and who?

A. First time I was there, it was me and Burton and the nurse that aids him and the videographer. Second time, it was me, Aaron, Burton, Burton's aide and the videographer, that was it.

Q. Who's the videographer?

A. I don't know his name.

Q. Was it from the Buffalo Police Department?

A. No, it's outside.

Q. Was it on Military Road?

A. Correct.

Q. You were present throughout all the testimony at the administrative disciplinary hearing against you, true?

A. The three days, correct, yes.

Q. And you know who Robert Rosensweig is, true?
A. Rosensweig, correct.
Q. What position does he have with the Buffalo Police Department?
MR. SAHASRABUDHE: Form.
THE WITNESS: I believe he's retired, but he was inspector with the Internal Affairs.
BY MR. WEISBECK:
Q. And you were present during his testimony at the disciplinary hearing against you, true?
A. The majority of it, yes.
Q. And did you hear his testimony concerning him being present in that video booth with you?
MR. SAHASRABUDHE: Form.
THE WITNESS: He was not with me.
BY MR. WEISBECK:
Q. Did you hear his testimony?
MR. SAHASRABUDHE: Form.
THE WITNESS: No. I must have missed it.
BY MR. WEISBECK:
Q. Did you have an understanding that Robert Rosensweig was in charge of Internal Affairs when the disciplinary charges were brought against

you?

A. Yes, I was aware.

Q. And in the context of the Buffalo Police Department, the Internal Affairs Unit is supposed to investigate misconduct committed by police officers, true?

A. True.

MR. SAHASRABUDHE: Form.

BY MR. WEISBECK:

Q. Whether that misconduct is on the job or off the job, true?

MR. SAHASRABUDHE: Form.

THE WITNESS: Correct.

BY MR. WEISBECK:

Q. And that the Internal Affairs Unit is not conducting investigations to determine whether criminal charges should be brought against the police officer, that's for other law enforcement agencies and the District Attorney, true?

MR. SAHASRABUDHE: Form.

THE WITNESS: I agree.

BY MR. WEISBECK:

Q. That in the context of the Buffalo Police

Department, the Internal Affairs Unit essentially acts as an investigatory unit, true?
MR. SAHASRABUDHE: Form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. And then there's recommendations made as to whether disciplinary charges should be brought against a police officer, true?
MR. SAHASRABUDHE: Form.
THE WITNESS: Yes. IAU makes an investigative and then they put it in front of the commissioner and the commissioner makes the final.
BY MR. WEISBECK:
Q. So that the members of the Internal Affairs Unit who are doing investigations about police misconduct are acting similar to police investigating crimes, true?
MR. SAHASRABUDHE: Form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. Allowed to gather the evidence and come up with some conclusions and present it to whoever is supposed to make a decision, true?

MR. SAHASRABUDHE: Form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. And is it your understanding that in the context of the Internal Affairs Unit and the rank and file of Buffalo police officers like you, that there's an adversarial process between the two of you?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: Can you rephrase that?
BY MR. WEISBECK:
Q. Sure. Is it your understanding that the Internal Affairs Unit investigating police misconduct, are they essentially in an adversarial position concerning rank and file members when those rank and file members are accused of misconduct?
A. Agree, yes.
Q. And is it your understanding that the members of the Internal Affairs Unit when they're testifying or presenting evidence at a disciplinary hearing, they're essentially working on behalf of a commissioner and the management of the Buffalo Police Department against the accused officer,

true?
MR. SAHASRABUDHE: Objection to the form.
THE WITNESS: Correct.
BY MR. WEISBECK:
Q. Before you shoved and pushed Martin Gugino on June 4, 2020, did the act of the law enforcement officers behind you yelling push him cause you to act and push Martin Gugino?
MR. SAHASRABUDHE: Object to the form.
THE WITNESS: No, I wouldn't say that.
MR. WEISBECK: Let's take a break. I'm almost near the end.
THE VIDEOGRAPHER: Off the record. The time is 15:12.
(Whereupon, a short recess was then taken.)
THE VIDEOGRAPHER: We're back on the record. Time is 15:19.
BY MR. WEISBECK:
Q. Sir, while you were working in the ERT unit, was there a method to communicate, other than person-to-person, you know, directly me talking to you, you talking to somebody else?
MR. SAHASRABUDHE: Objection to form.

THE WITNESS: We had radios but we always had a team leader or someone in charge that would speak on the radio. I would overhear conversations.
BY MR. WEISBECK:
Q. And you could speak as well, right?
A. If I needed to, correct.
Q. So when you say a radio, is this actually communicating through a radio?
A. If we needed to communicate for long distances, yes.
Q. Was there like a chat group or would the entire -- or was it limited to the ERT?
A. We had a special channel.
Q. What about texting, could you text each other through that radio or no?
A. Not through the radio, no.
Q. There wasn't any apps being used for this unit?
A. Not that I recall.
Q. So was there a special radio channel?
A. Yes. We had channel one and channel five are special events, so we'd either use channel one or channel five. We'd be told earlier in the day.
Q. Would this radio also be utilized for regular

patrol-like activities when you weren't on the unit?
A. On different channels patrol would use, yes, different channels.
Q. So let's say one and five were reserved for special events?
A. Special circumstances, yes. And then two, three and four are used for patrol.
Q. And is each person in the ERT, each member have a radio assigned to him or her?
A. We do.
Q. Is that radio different than the radio assigned to you as a patrol officer?
A. No, the same one.
Q. So the only difference is you just change the channel?
A. Correct.
Q. Did the ERT members have a grouping text to use through the phones as well?
A. They may have. I was so new to the unit, I wasn't in any group texts, but I know afterwards, I don't know if it was made afterwards, there was. I'm not in any.

Q. There was one but you weren't fully aware of it because you didn't have enough time in yet?
MR. SAHASRABUDHE: Form.
THE WITNESS: It would be like a call-out group or this is your platoon, you're getting called out, you're in ERT, you're getting called out so whoever was in that group would get texted.
BY MR. WEISBECK:
Q. How did you receive your call-out?
A. My partner I rode with who was in ERT.
Q. He got the group text and told you?
A. She.
Q. She?
A. Correct.
Q. Since June 4, 2020, I'm assuming, but maybe I'm wrong, have you also continued to receive training as a police officer?
A. I have.
Q. Is that something that's required periodically in the Buffalo Police Department?
A. Yes. We have semi and annual trainings that they have to basically go through and make sure you get the training.

Q. So that's mandatory?
A. Correct.
Q. And when you get the training, you're being paid for that, true?
A. It's usually during your workday, yes.
Q. And is it -- you said annual training, is that the same training each year or does it change year to year, the topic?
A. Certain topics for certain time frames. I'm not in the academy so I don't know what they have to do to teach, but there's certain things they have to get in at a certain time.
Q. What I'm getting at is, after this incident, either annually or semi-annually, you went for certain training, true?
A. When I came back, yes.
Q. That's with the academy at ECC?
A. No, it's in the headquarters at 68 Court Street.
Q. How many hours of training would you have each annual or semi-annual period?
A. It all depends on what they're teaching. Some are longer, some are shorter, some are only two hours, some are four hours, some are eight. Some

are like, I think when they brought out tasers, tasers were eighty hours or forty hours.
Q. Well, since you've been back in the police, Buffalo Police Department, have you received specific training concerning use of force?
MR. SAHASRABUDHE: Form.
THE WITNESS: Yes, I believe that's annual or semi-annual.
BY MR. WEISBECK:
Q. Since you've been back in the Buffalo Police Department, have you received training in deescalation methods and techniques and policy?
A. I always have. You mean have they changed anything?
Q. Have you had further training in that area?
MR. SAHASRABUDHE: Form.
THE WITNESS: There's always refreshers that I have to do, yes.
BY MR. WEISBECK:
Q. So you personally have?
A. Yes.
Q. Since you've been back to the Buffalo Police Department after June of 2020, have you also

received training in terms of you as a police officer interacting with citizens who are exercising their First Amendment rights?

MR. SAHASRABUDHE: Form.

THE WITNESS: Have I received training?

BY MR. WEISBECK:

Q. Yes.

A. Yes. I mean, just not -- I wouldn't say just First Amendment rights, just deescalation in general.

Q. Did that training include anything in particular about dealing with citizens exercising their First Amendment rights?

MR. SAHASRABUDHE: Form.

THE WITNESS: Nothing particular just about people exercising the First Amendment, no.

BY MR. WEISBECK:

Q. Did the ERT unit during the time you were part of that unit, was it mostly males?

A. Majority, yes.

Q. Were they mostly people who had been soldiers?

A. No. There's veterans in there, but --

Q. You mentioned that your partner was in the ERT,

true?
A. Before me, yes.
Q. And you said she, what's her name?
A. Lindsey.
Q. What's her last name?
A. Zagoda.
Q. And are you aware of any other female ERT members other than your partner Lindsey Zagoda?
A. Yes, Morgan. One of her body cams is on there. I can't say her last name. It starts with an H.
Q. One of her body cams were where?
A. When I was going for my administrative, her body cam was on there, so I'm sure you have her last name if you needed it.
MR. SAHASRABUDHE: Haddish.
THE WITNESS: Haddish, yes.
BY MR. WEISBECK:
Q. Was your partner Lindsey Zagoda, was she present on Niagara Square or at Niagara Square on June 4, 2020?
A. She was.
Q. Was she in the line with you?
A. She was.

Q. Where was she in terms of where you were?
A. Where I was standing, she was probably three people down from me.
Q. To your right or your left?
A. To my right. She's the shortest one there, you can't miss her.
MR. WEISBECK: I'm all set. Thank you, sir.
THE VIDEOGRAPHER: Going off the record and concluding, the time is 15:29.
MR. SAHASRABUDHE: Reserve the right to read and sign.

(Whereupon, three Excerpts of Videos were then received and marked as Video Exhibits 1, 2 and 3, for identification.)

* * * * *

I HEREBY CERTIFY that I have read the foregoing 206 pages and that, except as to those changes set forth in the attached errata form(s), they are a true and accurate transcript of the testimony given by me in the above-entitled action on February 17, 2023.

______________________________
ROBERT McCABE

Sworn to before me this

_______ day of ____________ 2023.

__________________________
Notary Public.

STATE OF NEW YORK)
SS:
COUNTY OF ERIE)

I, Valerie White, a Notary Public in and for the State of New York, County of Erie, DO HEREBY CERTIFY that the testimony of ROBERT McCABE was taken down by me in a verbatim manner by means of Machine Shorthand, on February 17, 2023. That the testimony was then reduced into writing under my direction. That the testimony was taken to be used in the above-entitled action. That the said deponent, before examination, was duly sworn by me to testify to the truth, the whole truth and nothing but the truth, relative to said action.

I further CERTIFY that the above-described transcript constitutes a true and accurate and complete transcript of the testimony.

Valerie White
VALERIE WHITE,
Notary Public.

ERRATA FORM

PAGE ______ LINE _______ CORRECTION: ____________________________________

____________________________________________

REASON: ____________________________________

PAGE ______ LINE _______ CORRECTION: ____________________________________

____________________________________________

REASON: ____________________________________

PAGE ______ LINE _______ CORRECTION: ____________________________________

____________________________________________

REASON: ____________________________________

PAGE ______ LINE _______ CORRECTION: ____________________________________

____________________________________________

REASON: ____________________________________

PAGE ______ LINE _______ CORRECTION: ____________________________________

____________________________________________

REASON: ____________________________________

PAGE ______ LINE _______ CORRECTION: ____________________________________

____________________________________________

REASON: ____________________________________

PAGE ______ LINE _______ CORRECTION: ____________________________________

____________________________________________

REASON: ____________________________________

ERRATA FORM

PAGE ______ LINE _______ CORRECTION: ____________________________________
____________________________________
REASON: ____________________________________

PAGE ______ LINE _______ CORRECTION: ____________________________________
____________________________________
REASON: ____________________________________

PAGE ______ LINE _______ CORRECTION: ____________________________________
____________________________________
REASON: ____________________________________

PAGE ______ LINE _______ CORRECTION: ____________________________________
____________________________________
REASON: ____________________________________

PAGE ______ LINE _______ CORRECTION: ____________________________________
____________________________________
REASON: ____________________________________

PAGE ______ LINE _______ CORRECTION: ____________________________________
____________________________________
REASON: ____________________________________

PAGE ______ LINE _______ CORRECTION: ____________________________________
____________________________________
REASON: ____________________________________

ERRATA FORM

PAGE ______ LINE _______ CORRECTION: ________________________________

________________________________________

REASON: ________________________________

PAGE ______ LINE _______ CORRECTION: ________________________________

________________________________________

REASON: ________________________________

PAGE ______ LINE _______ CORRECTION: ________________________________

________________________________________

REASON: ________________________________

PAGE ______ LINE _______ CORRECTION: ________________________________

________________________________________

REASON: ________________________________

PAGE ______ LINE _______ CORRECTION: ________________________________

________________________________________

REASON: ________________________________

PAGE ______ LINE _______ CORRECTION: ________________________________

________________________________________

REASON: ________________________________

PAGE ______ LINE _______ CORRECTION: ________________________________

________________________________________

REASON: ________________________________

ERRATA FORM

PAGE ______ LINE _______ CORRECTION: ______________________________________

______________________________________________

REASON: ______________________________________

PAGE ______ LINE _______ CORRECTION: ______________________________________

______________________________________________

REASON: ______________________________________

PAGE ______ LINE _______ CORRECTION: ______________________________________

______________________________________________

REASON: ______________________________________

PAGE ______ LINE _______ CORRECTION: ______________________________________

______________________________________________

REASON: ______________________________________

PAGE ______ LINE _______ CORRECTION: ______________________________________

______________________________________________

REASON: ______________________________________

PAGE ______ LINE _______ CORRECTION: ______________________________________

______________________________________________

REASON: ______________________________________

PAGE ______ LINE _______ CORRECTION: ______________________________________

______________________________________________

REASON: ______________________________________

## 1

**1** [19] - 48:5, 51:11, 51:14, 52:1, 52:17, 53:8, 53:18, 54:5, 55:23, 77:9, 77:12, 79:4, 79:11, 80:4, 81:1, 81:13, 82:1, 83:4, 252:14
**100** [1] - 49:7
**10:05** [2] - 47:20, 50:1
**10:35** [1] - 73:22
**10:38** [1] - 74:2
**120** [2] - 47:19, 49:4
**12:20** [1] - 161:1
**12:23** [1] - 161:2
**13:13** [1] - 161:4
**140** [1] - 49:7
**14202** [1] - 49:4
**14202-4040** [1] - 49:8
**14220** [1] - 50:17
**14:26** [1] - 217:4
**14:32** [1] - 217:6
**15:12** [1] - 244:14
**15:19** [1] - 244:17
**15:29** [1] - 252:9
**17** [4] - 47:19, 49:23, 253:6, 254:9

## 2

**2** [5] - 48:5, 163:3, 163:5, 165:21, 252:14
**2020** [48] - 51:23, 54:10, 56:7, 57:15, 58:8, 58:19, 59:1, 59:8, 59:14, 62:17, 64:11, 70:20, 71:11, 76:6, 76:12, 82:6, 87:5, 89:22, 90:18, 93:1, 93:2, 93:9, 93:18, 96:17, 100:6, 100:15, 101:3, 163:1, 163:16, 182:17, 190:17, 200:17, 209:10, 209:23, 217:9, 220:2, 220:13, 220:16, 221:2, 221:8, 221:16, 221:18, 223:12, 244:6, 247:15, 249:23, 251:20
**2023** [5] - 47:19, 49:23, 253:6, 253:16, 254:9
**206** [1] - 253:2
**214** [1] - 50:17
**252** [1] - 48:5

## 3

**3** [16] - 48:5, 51:1, 52:1, 162:23, 173:2, 183:2, 183:13, 184:6, 199:2, 200:8, 220:15, 221:1, 221:7, 221:8, 221:16, 252:15
**30** [4] - 51:23, 82:6, 89:22, 93:1

## 4

**4** [44] - 54:10, 54:18, 56:7, 58:8, 58:19, 59:1, 59:8, 59:14, 59:22, 60:4, 70:19, 71:11, 76:12, 87:5, 89:22, 90:18, 93:2, 93:9, 93:18, 96:17, 98:16, 98:23, 99:12, 99:17, 100:1, 100:6, 100:15, 101:3, 163:1, 163:16, 182:17, 190:17, 200:16, 209:10, 209:23, 217:9, 220:2, 220:12, 221:9, 221:18, 223:12, 244:6, 247:15, 251:19
**42** [2] - 47:18, 49:3
**4th** [3] - 107:22, 117:4, 126:9

## 6

**68** [2] - 111:12, 248:18

## A

**A-S-P** [1] - 207:19
**A.M** [1] - 47:20
**Aaron** [12] - 157:1, 174:7, 175:18, 176:16, 180:7, 180:9, 180:10, 210:4, 210:7, 224:22, 225:16, 239:12
**AARON** [1] - 47:10
**abilities** [1] - 200:21
**able** [4] - 52:9, 110:10, 164:10, 169:10
**abnormal** [1] - 68:18
**above-described** [1] - 254:16
**above-entitled** [2] - 253:5, 254:12
**above-requested** [9] - 56:20, 71:6, 76:1, 119:12, 138:11, 150:1, 152:14, 182:1, 191:21
**absolutely** [3] - 75:17, 232:13, 237:12
**Academy** [8] - 53:4, 63:6, 63:11, 66:22, 71:19, 74:4, 75:13, 159:23
**academy** [9] - 69:17, 70:2, 74:11, 75:2, 75:10, 149:15, 207:9, 248:10, 248:17
**access** [2] - 111:1, 162:12
**accordance** [1] - 213:21
**accountability** [1] - 229:7
**accountable** [6] - 227:3, 227:23, 228:17, 229:5, 234:15, 235:5
**accurate** [7] - 125:19, 145:20, 155:17, 155:23, 156:6, 253:4, 254:17
**accurately** [1] - 56:22
**accused** [10] - 179:14, 235:11, 235:21, 236:7, 236:12, 236:15, 236:22, 237:6, 243:16, 243:23
**acknowledged** [3] - 154:21, 170:14, 213:8
**act** [4] - 63:19, 216:11, 244:6, 244:8
**acting** [1] - 242:16
**action** [15] - 71:22, 71:23, 86:13, 103:11, 128:12, 137:22, 149:1, 203:13, 216:9, 227:2, 227:13, 227:14, 253:6, 254:12, 254:15
**actions** [8] - 185:20, 189:17, 193:21, 194:13, 195:10, 196:4, 196:7, 202:1
**activate** [3] - 223:8, 223:15, 223:17
**activated** [3] - 222:17, 223:23, 224:4
**activities** [3] - 191:16, 192:20, 246:1
**activity** [3] - 106:5, 126:18, 192:8
**acts** [3] - 99:3, 99:9, 242:2
**actual** [1] - 161:9
**add** [1] - 235:16
**addition** [2] - 115:8, 157:14
**admin** [1] - 229:18
**administrative** [5] - 230:13, 231:17, 237:10, 239:21, 251:12
**administratively** [3] - 195:11, 195:12, 195:14
**admiring** [1] - 125:7
**advance** [2] - 82:9, 92:23
**advantageous** [2] - 193:3, 193:13
**adversarial** [2] - 243:7, 243:14
**adverse** [1] - 138:1
**advised** [2] - 222:23, 223:1
**Affairs** [19] - 195:22, 196:3, 200:15, 202:11, 211:4, 236:14, 237:5, 237:7, 239:5, 239:7, 240:7, 240:22, 241:4, 241:15, 242:1, 242:14, 243:5, 243:13, 243:19
**affection** [4] - 198:4, 198:10, 198:14, 198:19
**afternoon** [2] - 93:22, 94:9
**afternoons** [1] - 94:2
**afterwards** [4] - 141:15, 222:19, 246:21, 246:22
**agencies** [2] - 120:8, 241:19
**aggression** [3] - 64:14, 75:4, 75:16
**aggressive** [1] - 66:10
**agitated** [1] - 206:4
**agitator** [2] - 119:1, 119:5
**agitators** [4] - 118:18, 118:19, 119:9, 119:16
**agree** [29] - 57:3, 57:7, 57:15, 76:4, 78:17, 79:2, 87:7, 88:7, 93:18, 123:15, 130:6, 130:18, 153:16, 154:1, 163:9, 164:13, 178:6, 182:17, 190:20, 193:16, 198:3, 198:9, 199:21, 202:4, 203:12, 228:3, 230:16, 241:21, 243:17
**agreed** [1] - 222:21
**agreement** [1] - 231:11
**ahead** [2] - 73:17, 156:3
**aide** [1] - 239:13
**aids** [1] - 239:11
**air** [5] - 53:7, 53:17, 54:4, 83:6, 136:2
**al** [1] - 50:4
**allow** [1] - 194:13
**allowed** [3] - 98:14, 225:18, 242:21
**allows** [1] - 205:20
**almost** [2] - 104:20, 244:11
**Amendment** [7] - 191:5, 191:16, 192:7, 250:3, 250:9, 250:13, 250:16
**amount** [1] - 100:17
**Ann** [1] - 50:5
**announce** [1] - 226:10
**announced** [3] - 187:15, 187:17, 226:19
**announcement** [3] - 226:12, 226:18, 232:23
**announcements** [1] - 188:4
**annual** [6] - 247:21, 248:6, 248:20, 249:7, 249:8
**annually** [2] - 248:14
**answer** [68] - 51:8, 52:14, 52:21, 53:10, 53:20, 54:7, 54:14, 54:21, 55:5, 55:13, 55:17, 56:2, 56:12, 56:22, 57:6, 58:3, 58:10, 59:3, 60:16, 63:3, 63:8, 63:22, 65:13, 66:12, 68:4, 70:15, 71:16, 72:4, 73:11, 73:16, 74:21, 82:12, 84:20, 93:12, 99:20, 107:4, 119:10, 119:12, 137:2, 137:5, 137:7, 138:4, 138:5, 138:14, 149:19, 150:15, 150:21, 152:21, 156:3, 177:13, 177:16,

178:2, 178:11, 178:13, 179:18, 180:5, 180:11, 181:13, 181:18, 181:22, 187:13, 196:22, 197:8, 213:3, 214:2, 223:1, 232:4, 235:17
**Answer** [2] - 149:14, 197:23
**answered** [7] - 151:4, 152:17, 155:4, 213:11, 228:7, 232:3, 234:22
**answering** [1] - 73:7
**answers** [1] - 178:3
**anyhow** [2] - 89:21, 136:8
**apologize** [2] - 92:23, 180:19
**apparatus** [2] - 83:22, 84:2
**apparent** [2] - 78:11, 79:4
**APPEARANCES** [1] - 49:1
**Appearing** [1] - 49:5
**appearing** [3] - 49:8, 50:8, 50:10
**approach** [2] - 67:13, 139:11
**approached** [1] - 78:1
**approaching** [7] - 77:13, 82:2, 153:17, 153:20, 155:12, 163:17, 203:4
**appropriate** [2] - 178:23, 179:5
**apps** [1] - 245:17
**architecture** [1] - 125:7
**area** [11] - 100:12, 101:9, 103:22, 108:19, 110:5, 111:17, 112:23, 113:22, 125:12, 166:19, 249:15
**areas** [1] - 59:15
**arena** [1] - 55:12
**argumentative** [6] - 149:2, 149:13, 150:4, 214:2, 232:2, 232:12
**arm's** [1] - 146:2
**armor** [1] - 85:20
**armored** [5] - 165:13, 165:15, 165:17, 165:20, 166:8
**arms** [2] - 200:3, 200:8
**Army** [1] - 170:18
**arrest** [15] - 79:15, 80:6, 81:4, 81:15, 95:11, 118:18, 119:16, 120:10, 120:14, 120:15, 120:20, 121:4, 187:10, 188:23, 212:7
**arrested** [7] - 92:18, 98:6, 188:19, 189:11, 190:1, 190:2, 230:4
**arresting** [5] - 79:20, 80:10, 81:6, 81:18, 211:15
**arrests** [2] - 92:13, 97:3
**arrived** [13] - 95:6, 95:11, 98:17, 99:1, 99:4, 99:6, 99:12, 99:16, 99:17, 99:23, 100:1, 100:5, 103:8
**aside** [2] - 168:12, 168:18
**asp** [2] - 207:19, 207:20
**assault** [13] - 51:5, 52:11, 58:1, 79:19, 81:5, 81:17, 209:18, 210:10, 230:1, 231:6, 235:4, 235:5, 235:23
**assaulting** [4] - 82:11, 227:20, 235:12, 235:22
**assemble** [5] - 101:2, 101:23, 102:1, 117:8, 117:14
**assembled** [5] - 100:14, 101:8, 103:3, 163:11, 223:13
**assembling** [4] - 101:13, 117:17, 118:12, 166:17
**assigned** [4] - 222:17, 223:7, 246:10, 246:12
**assist** [2] - 236:22, 237:9
**assume** [24] - 79:10, 79:13, 80:3, 80:5, 80:23, 81:2, 81:11, 81:13, 82:5, 82:7, 97:10, 111:21, 119:8, 168:9, 168:14, 179:7, 206:2, 219:2, 220:20, 221:7, 221:16, 226:16, 226:22, 227:7
**assumed** [2] - 147:12, 227:16
**assumes** [2] - 132:14, 132:15
**assuming** [3] - 168:8, 203:10, 247:15
**assumption** [7] - 112:2, 125:4, 153:18, 153:22, 159:12, 181:3, 182:22
**attached** [1] - 253:3
**attack** [1] - 154:11
**attacked** [1] - 91:4
**attempting** [1] - 213:22
**attention** [1] - 199:14
**Attorney** [1] - 241:19
**attorney** [10] - 148:20, 149:7, 150:6, 191:4, 237:20, 238:1, 238:4, 238:10, 238:12
**attorney/client** [1] - 238:8
**Avenue** [2] - 47:18, 49:3
**avoid** [1] - 229:7
**aware** [6] - 107:18, 108:11, 230:23, 241:2, 247:1, 251:7

## B

**background** [1] - 165:6
**backpacks** [1] - 61:16
**backward** [2] - 150:18, 208:1
**backwards** [23] - 77:21, 92:9, 150:12, 150:22, 151:3, 151:8, 151:14, 172:15, 172:18, 172:21, 176:12, 176:19, 180:3, 184:1, 184:13, 184:18, 194:19, 208:7, 208:12, 208:13, 209:3, 209:6, 209:15
**badgering** [1] - 197:22
**badges** [1] - 181:3
**balance** [2] - 208:20, 209:4
**bargaining** [1] - 231:10
**basis** [4] - 79:14, 80:6, 81:3, 81:15
**baton** [22] - 88:16, 88:17, 88:18, 88:20, 88:23, 89:1, 89:15, 90:12, 155:2, 155:16, 155:22, 156:18, 158:3, 160:7, 161:9, 173:16, 198:1, 202:3, 207:17, 207:21, 207:23
**batons** [4] - 89:10, 155:11, 156:5, 192:6
**BearCat** [3] - 165:9, 165:11, 165:12
**beat** [1] - 236:15
**beautiful** [3] - 123:23, 125:1, 127:5
**became** [1] - 168:9
**beforehand** [2] - 118:8, 135:15
**began** [5] - 183:6, 183:17, 184:2, 184:19, 199:5
**begin** [3] - 93:11, 93:21, 223:14
**beginning** [1] - 71:2
**begins** [1] - 206:15
**behalf** [1] - 243:21
**behind** [23] - 100:9, 100:11, 100:13, 101:2, 101:23, 103:18, 104:4, 112:10, 113:9, 115:12, 120:6, 120:15, 121:7, 129:16, 129:19, 166:3, 176:6, 180:8, 188:5, 189:10, 217:10, 217:12, 244:7
**belief** [4] - 113:13, 203:10, 235:3, 235:10
**believes** [1] - 62:21
**below** [1] - 160:21
**belt** [1] - 89:4
**bend** [1] - 199:21
**benefits** [3] - 160:1, 160:10, 160:18
**bent** [2] - 199:15, 199:19
**best** [1] - 205:18
**between** [24] - 49:14, 57:16, 60:9, 63:12, 89:21, 95:10, 98:15, 98:23, 99:11, 99:16, 99:23, 105:7, 117:10, 117:11, 131:4, 146:17, 146:18, 180:1, 185:2, 189:20, 199:12, 215:11, 231:11, 243:7
**beyond** [2] - 131:10, 131:17
**bicycle** [1] - 143:8
**big** [4] - 66:4, 75:9, 115:20, 146:8
**bike** [1] - 142:15
**billy** [7] - 89:6, 89:9, 89:11, 89:14, 89:15, 158:2, 158:12
**bit** [5] - 104:20, 132:23, 133:3, 153:7, 162:17
**bits** [1] - 102:6
**black** [3] - 61:16, 141:10, 141:13
**blaming** [1] - 235:22
**bleed** [4] - 189:9, 195:9, 209:17, 210:9
**block** [1] - 111:18
**blocked** [1] - 110:23
**blocking** [3] - 96:20, 111:1, 111:22
**blond** [4] - 166:18, 168:10, 168:15, 169:14
**blond-hair** [2] - 168:10, 169:14
**blond-haired** [2] - 166:18, 168:15
**blood** [1] - 151:16
**Blue** [1] - 211:22
**body** [17] - 83:23, 85:20, 146:17, 175:17, 180:6, 180:8, 222:11, 222:13, 222:16, 223:8, 223:15, 223:23, 224:3, 251:9, 251:11, 251:12
**booth** [4] - 237:8, 237:14, 239:2, 240:13
**bother** [5] - 167:3, 167:6, 167:13, 167:19, 168:3
**brain** [3] - 195:9, 209:17, 210:9
**breaching** [1] - 116:7
**break** [5] - 161:1, 208:21, 209:5, 217:2, 244:11
**bricks** [5] - 56:4, 56:10, 56:23, 57:10, 57:22
**briefed** [6] - 94:9, 94:17, 102:6, 118:8, 118:13
**briefing** [1] - 118:14
**briefly** [1] - 212:21
**bring** [2] - 211:5, 212:10
**bringing** [1] - 238:15
**broad** [1] - 103:10
**broke** [1] - 161:6
**brought** [10] - 105:21, 120:11, 126:14, 195:15, 214:18, 231:15,

240:23, 241:17, 242:7, 249:1
**BROWN** [1] - 47:9
**brown** [1] - 161:13
**brutality** [1] - 124:18
**BUFFALO** [1] - 47:9
**Buffalo** [94] - 47:19, 49:4, 49:8, 50:4, 50:17, 53:14, 54:1, 54:12, 55:9, 64:2, 64:13, 66:7, 66:9, 66:17, 66:18, 76:14, 79:13, 79:18, 80:6, 80:8, 81:3, 81:14, 82:17, 83:8, 83:16, 83:21, 86:4, 86:12, 87:8, 87:11, 87:14, 87:21, 101:17, 115:9, 116:9, 125:13, 125:14, 126:3, 128:17, 166:9, 190:8, 191:12, 191:14, 192:18, 193:7, 193:19, 194:4, 194:11, 195:16, 195:20, 201:12, 203:22, 210:15, 210:16, 211:12, 213:8, 219:19, 220:3, 220:22, 221:9, 222:10, 227:21, 228:10, 228:14, 228:16, 229:6, 230:1, 230:9, 231:1, 231:11, 232:7, 232:8, 232:20, 233:15, 234:5, 234:6, 235:2, 235:9, 235:11, 235:21, 236:5, 236:12, 236:20, 239:8, 239:16, 240:3, 241:3, 241:23, 243:6, 243:22, 247:20, 249:4, 249:10, 249:22
**buffering** [2] - 223:21, 224:8
**Building** [1] - 49:7
**building** [3] - 100:9, 105:8, 131:19
**built** [1] - 133:13
**bull** [2] - 187:15, 188:4
**bullets** [2] - 165:18, 165:19
**bunch** [1] - 122:17
**Burton** [2] - 239:10, 239:12
**Burton's** [1] - 239:12
**bus** [1] - 166:19
**business** [1] - 84:7
**BWC** [1] - 222:13
**BY** [375] - 50:21, 51:10, 51:21, 52:16, 53:1, 53:12, 53:22, 54:9, 54:16, 54:23, 55:8, 55:18, 56:5, 57:2, 57:8, 58:5, 58:12, 59:5, 59:13, 60:18, 61:21, 62:3, 62:8, 62:15, 63:5, 63:10, 63:17, 64:1, 66:5, 66:15, 66:21, 67:5, 67:20, 68:2, 68:13, 68:23, 69:7, 69:13, 70:1, 70:5, 70:9, 70:18, 71:10, 71:18, 72:6, 72:13, 72:21, 74:3, 74:10, 75:1, 75:11, 76:5, 76:11, 76:23, 77:5, 77:19, 77:23, 78:9, 78:15, 78:22, 79:9, 80:2, 80:15, 80:22, 81:10, 81:22, 82:15, 83:3, 83:15, 85:1, 85:12, 86:11, 86:22, 87:12, 88:14, 89:12, 89:20, 90:8, 90:20, 91:3, 91:9, 91:17, 92:6, 92:21, 93:8, 93:17, 98:10, 98:22, 99:22, 101:7, 103:2, 103:7, 104:10, 104:22, 105:15, 106:8, 106:14, 106:20, 107:7, 107:20, 108:7, 108:15, 109:4, 109:11, 109:19, 112:8, 112:19, 113:17, 114:20, 115:3, 115:19, 116:2, 116:18, 116:22, 117:5, 117:21, 119:4, 119:14, 119:20, 120:3, 121:23, 122:6, 122:16, 122:21, 123:6, 123:12, 123:16, 123:19, 124:3, 124:11, 125:5, 125:11, 125:18, 126:5, 126:13, 127:7, 127:15, 127:23, 128:15, 129:4, 129:18, 130:5, 131:2, 131:9, 132:5, 132:19, 133:2, 133:6, 133:14, 134:8, 134:23, 136:16, 138:13, 140:22, 141:5, 141:12, 141:20, 142:6, 142:22, 143:5, 143:12, 144:1, 144:17, 145:2, 145:11, 147:1, 147:6, 147:16, 147:23, 148:10, 148:19, 149:4, 149:17, 150:7, 150:17, 151:1, 151:6, 151:12, 151:20, 152:4, 152:19, 153:3, 153:15, 153:23, 154:5, 154:20, 155:6, 155:18, 156:7, 156:21, 157:8, 157:13, 158:6, 158:18, 159:4, 159:8, 159:16, 160:4, 160:17, 161:5, 162:11, 162:16, 163:4, 164:7, 167:23, 168:22, 169:3, 169:8, 169:22, 170:20, 172:6, 172:12, 172:19, 173:1, 173:18, 174:4, 174:19, 175:7, 175:11, 175:15, 175:22, 176:5, 176:10, 176:17, 179:23, 180:12, 180:20, 181:4, 182:3, 182:16, 182:23, 183:11, 183:21, 184:5, 184:11, 184:17, 184:23, 185:8, 185:15, 185:19, 186:4, 186:11, 186:19, 187:2, 187:16, 188:2, 188:22, 189:5, 189:16, 190:7, 191:2, 191:11, 192:1, 192:13, 192:17, 193:6, 193:11, 193:18, 194:3, 194:10, 194:17, 194:23, 195:6, 196:11, 196:18, 197:10, 197:18, 198:2, 198:13, 198:20, 199:20, 200:5, 200:10, 201:7, 202:9, 202:22, 203:9, 203:17, 204:9, 204:17, 205:5, 205:13, 206:1, 206:10, 206:18, 207:8, 208:5, 208:18, 209:2, 209:9, 209:22, 210:14, 210:23, 211:10, 212:17, 213:5, 213:13, 213:19, 214:4, 215:2, 215:10, 215:20, 216:1, 216:8, 216:16, 216:21, 217:7, 217:19, 218:3, 218:22, 219:17, 219:23, 220:10, 221:6, 221:15, 222:1, 222:9, 223:3, 223:11, 224:10, 224:19, 225:4, 225:11, 225:20, 226:7, 226:17, 226:23, 227:9, 228:4, 228:13, 228:21, 229:22, 230:7, 230:19, 231:5, 231:9, 231:20, 232:6, 232:14, 232:22, 233:4, 233:11, 233:20, 234:1, 234:8, 234:18, 235:1, 235:8, 235:19, 236:3, 236:10, 236:18, 237:3, 237:13, 239:1, 240:8, 240:16, 240:20, 241:9, 241:14, 241:22, 242:5, 242:13, 242:20, 243:3, 243:11, 244:4, 244:18, 245:4, 247:8, 249:9, 249:19, 250:6, 250:17, 251:17
**BYRON** [2] - 47:9, 47:11

## C

**call-out** [3] - 94:3, 247:4, 247:9
**calm** [1] - 205:9
**calming** [1] - 222:3
**cam** [6] - 222:14, 222:16, 223:15, 223:23, 224:3, 251:13
**CAMBRIA** [2] - 47:18, 49:2
**camera** [2] - 222:11, 223:8
**cams** [2] - 251:9, 251:11
**cannot** [4] - 231:1, 231:15, 233:7, 234:5
**capacity** [1] - 109:3
**Captain** [2] - 94:21, 101:21
**care** [1] - 200:23
**cars** [2] - 111:22, 124:23
**case** [2] - 167:8, 237:4
**catches** [1] - 85:21
**caused** [1] - 108:10
**causing** [7] - 189:8, 189:9, 190:4, 209:15, 209:17, 210:7, 210:9
**cell** [18] - 140:9, 140:12, 140:16, 140:23, 141:3, 141:7, 141:13, 141:14, 142:2, 142:18, 143:14, 143:16, 173:19, 180:10, 180:17, 180:18, 181:9, 182:20
**center** [1] - 166:4
**centers** [1] - 166:4
**certain** [15] - 57:21, 60:3, 71:22, 95:18, 95:19, 97:18, 133:22, 137:12, 165:18, 234:19, 248:9, 248:11, 248:12, 248:15
**certainly** [2] - 141:16, 142:17
**certification** [1] - 49:16
**CERTIFY** [3] - 253:1, 254:7, 254:16
**chain** [1] - 168:5
**change** [2] - 246:15, 248:7
**changed** [2] - 89:14, 249:13
**changes** [1] - 253:3
**channel** [7] - 245:13, 245:19, 245:20, 245:21, 245:22, 246:16
**channels** [2] - 246:3, 246:4
**chant** [2] - 122:1, 122:7
**chanting** [6] - 121:19, 122:3, 122:9, 122:18, 124:12, 170:11
**characterization** [1] - 125:19
**characterized** [4] - 139:19, 196:7, 196:13, 198:22
**charge** [15] - 100:18, 101:16, 102:15, 170:21, 211:9, 211:15, 211:20, 212:4, 212:8, 212:16, 213:1, 215:6, 239:4, 240:22, 245:2
**charged** [15] -

209:18, 210:10, 214:9, 224:15, 224:22, 225:5, 226:3, 227:19, 229:11, 229:15, 229:19, 229:20, 230:11, 231:1, 231:13
**charges** [16] - 149:9, 195:15, 210:19, 211:5, 212:11, 213:22, 214:6, 214:13, 214:18, 215:15, 230:17, 231:15, 236:15, 240:23, 241:17, 242:7
**charging** [2] - 214:8, 216:2
**chat** [1] - 245:11
**check** [1] - 202:5
**checked** [1] - 213:16
**chest** [2] - 85:17, 85:18
**child** [1] - 197:11
**chitchat** [1] - 125:13
**choice** [1] - 178:12
**Church** [1] - 100:22
**circle** [1] - 104:5
**circumstance** [2] - 68:18, 193:5
**circumstances** [6] - 67:4, 67:7, 68:6, 68:15, 73:4, 246:7
**citizen** [72] - 51:5, 52:11, 52:19, 52:22, 53:2, 53:6, 53:16, 54:3, 57:9, 57:11, 61:17, 61:22, 62:4, 62:9, 63:12, 63:13, 63:18, 66:8, 66:10, 66:23, 67:12, 68:9, 68:19, 69:8, 69:20, 70:11, 70:20, 71:12, 71:13, 71:20, 72:2, 77:20, 82:22, 83:6, 83:12, 106:10, 129:6, 130:6, 130:18, 142:23, 160:12, 160:14, 166:18, 181:9, 182:13, 189:10, 190:20, 192:21, 203:14, 206:3, 206:13, 210:18, 210:20, 211:5, 211:6, 211:19, 212:1, 212:3, 212:10, 212:11, 213:1, 228:1, 228:18, 230:10, 232:1, 232:11, 234:3, 234:14, 235:4, 235:12, 235:22
**citizens** [42] - 55:11, 55:22, 56:3, 56:9, 57:5, 58:9, 58:13, 58:17, 58:21, 61:9, 64:5, 64:15, 75:5, 75:6, 75:13, 75:16, 87:16, 89:17, 90:1, 90:17, 90:18, 91:10, 106:15, 107:16, 124:6, 125:7, 125:12, 129:11, 129:21, 131:10, 131:22, 155:12, 158:16, 158:22, 160:5, 164:20, 186:14, 233:13, 233:21, 234:3, 250:2, 250:12
**CITY** [1] - 47:9
**City** [60] - 50:4, 100:11, 100:13, 101:2, 101:23, 103:18, 103:20, 103:22, 104:4, 104:21, 104:23, 105:1, 105:2, 105:4, 105:7, 105:8, 105:10, 105:17, 106:16, 112:10, 113:9, 114:1, 117:7, 117:11, 124:7, 124:13, 125:2, 125:7, 126:17, 127:9, 129:8, 130:2, 130:8, 131:4, 131:6, 131:12, 131:16, 133:21, 151:22, 152:6, 155:13, 156:15, 163:9, 164:20, 188:5, 190:8, 210:2, 210:15, 210:16, 211:12, 213:7, 217:9, 223:14, 230:1, 231:11, 233:15, 234:4
**city** [6] - 95:2, 98:12, 187:18, 214:9, 215:4, 233:2
**Civil** [1] - 47:17
**civilians** [4] - 55:15, 60:20, 110:16, 115:1
**claim** [6] - 107:1, 120:22, 145:3, 145:13, 198:21, 216:17
**claiming** [3] - 141:6, 146:12, 152:22
**clarify** [5] - 152:20, 153:4, 163:2, 175:5, 177:6
**clear** [10] - 132:3, 138:20, 144:4, 147:19, 173:4, 177:9, 177:10, 177:11, 177:15, 178:9
**cleared** [2] - 230:16, 230:22
**clearly** [4] - 108:11, 122:23, 140:8, 145:12
**clip** [3] - 79:3, 82:1, 200:7
**close** [7] - 121:17, 135:4, 146:1, 146:2, 146:4, 146:9, 181:14
**closer** [11] - 131:13, 131:14, 131:17, 143:17, 145:5, 145:19, 146:3, 172:7, 176:15
**Closer** [1] - 131:19
**closest** [2] - 129:6, 129:22
**clothing** [1] - 109:14
**club** [31] - 89:2, 89:6, 89:9, 89:15, 155:2, 155:22, 156:18, 158:2, 158:12, 158:15, 158:21, 159:18, 160:2, 160:10, 160:12, 160:18, 161:8, 161:17, 161:21, 162:1, 162:8, 173:15, 196:19, 197:11, 197:19, 202:2, 207:17, 207:23, 217:14
**clubs** [7] - 89:11, 89:14, 155:11, 156:4, 186:13, 192:7, 216:22
**coach** [2] - 177:16, 178:20
**coaching** [1] - 179:14
**cocktails** [1] - 61:3
**coffee** [2] - 74:19
**collective** [2] - 231:10, 234:11
**College** [1] - 207:9
**color** [1] - 161:11
**column** [1] - 164:13
**columns** [2] - 118:15, 119:23
**combat** [1] - 171:1
**comfortable** [2] - 177:22, 197:7
**coming** [6] - 104:4, 111:23, 117:22, 145:19, 170:4, 227:17
**command** [9] - 166:3, 166:4, 168:5, 168:7, 170:10, 170:13, 170:21, 171:6, 171:10
**commander** [3] - 94:20, 120:18, 170:9
**commands** [3] - 119:7, 119:17, 139:13
**commence** [1] - 163:8
**commencing** [2] - 47:20, 183:13
**commissioner** [3] - 242:11, 242:12, 243:22
**Commissioner** [1] - 101:22
**COMMISSIONER** [2] - 47:11, 47:12
**commitment** [1] - 178:19
**committed** [11] - 51:4, 52:10, 79:5, 79:11, 80:4, 81:1, 81:11, 97:1, 117:1, 229:23, 241:5
**committing** [2] - 78:4, 231:14
**common** [9] - 86:1, 87:16, 89:6, 108:17, 109:6, 109:10, 109:12, 182:7, 182:8
**commonly** [1] - 118:20
**communicate** [2] - 244:20, 245:9
**communicating** [2] - 102:18, 245:8
**Community** [1] - 207:9
**compare** [1] - 88:2
**Complaint** [2] - 51:19, 51:20
**complaints** [1] - 74:12
**complete** [3] - 179:8, 225:12, 254:18
**completely** [2] - 96:8, 221:20
**compliant** [1] - 160:20
**comply** [2] - 64:15, 66:9
**compound** [4] - 93:14, 93:15, 149:14, 150:3
**con** [1] - 214:14
**concept** [1] - 180:21
**concern** [1] - 186:12
**concerning** [8] - 161:7, 195:10, 200:15, 201:1, 207:10, 240:12, 243:15, 249:5
**concerns** [3] - 187:5, 188:15, 189:22
**conclude** [2] - 98:15, 156:12
**concluding** [1] - 252:9
**conclusion** [3] - 191:9, 192:10, 229:4
**conclusions** [1] - 242:22
**concrete** [6] - 151:8, 151:15, 156:23, 189:8, 189:9, 196:14
**conduct** [9] - 57:5, 57:12, 57:17, 57:18, 57:22, 214:15, 215:6, 215:16, 216:18
**conducting** [1] - 241:16
**conductor** [1] - 88:19
**conferred** [1] - 75:15
**confirm** [2] - 77:4, 77:6
**confront** [1] - 166:21
**confused** [6] - 65:6, 65:9, 65:16, 65:20, 65:23, 66:4
**consensus** [1] - 76:15
**consent** [1] - 87:2
**consider** [1] - 62:19
**constitute** [1] - 215:17
**constituted** [2] - 192:7, 216:11
**constitutes** [1] - 254:17
**context** [6] - 78:7, 78:10, 87:21, 241:3, 241:23, 243:4
**continually** [1] - 92:11
**continuation** [1] - 50:2
**continue** [14] - 164:4, 164:8, 165:4, 166:12, 169:9, 169:13, 169:19, 169:23, 174:15, 175:8, 179:17, 179:18, 180:10, 183:12
**continued** [10] - 138:22, 139:9, 140:5, 145:3, 171:22, 184:7, 184:18, 209:14, 210:6, 247:16
**continues** [2] -

197:7, 235:15
**CONTINUING** [1] - 50:21
**Continuing** [1] - 47:15
**continuum** [2] - 55:15, 106:2
**control** [5] - 56:17, 61:1, 128:20, 130:11, 185:20
**controversial** [1] - 179:16
**conversation** [4] - 114:2, 237:20, 237:23, 238:3
**conversations** [1] - 245:3
**coordinate** [1] - 88:19
**coordinating** [1] - 101:16
**cops** [1] - 109:13
**corner** [3] - 105:14, 122:13, 122:14
**correct** [285] - 54:12, 57:12, 57:13, 57:18, 57:19, 58:2, 58:4, 60:5, 62:5, 62:10, 64:12, 69:9, 72:10, 77:8, 78:12, 79:6, 79:8, 82:18, 82:19, 82:23, 83:2, 83:17, 83:23, 84:7, 84:8, 84:16, 85:5, 85:11, 85:15, 88:1, 88:11, 89:5, 91:20, 92:18, 93:19, 95:7, 96:22, 97:12, 98:21, 102:20, 105:5, 105:8, 105:9, 105:11, 105:13, 105:20, 106:17, 108:21, 111:2, 111:3, 111:6, 111:9, 111:12, 112:12, 113:1, 113:5, 113:10, 114:19, 115:15, 116:14, 117:2, 117:4, 117:9, 117:10, 117:13, 117:15, 117:16, 118:5, 119:17, 119:19, 123:20, 123:22, 124:5, 124:10, 124:16, 126:10, 130:9, 130:10, 131:1, 131:8, 131:20, 133:7, 133:9, 133:10, 133:11, 134:11, 134:16, 135:21, 136:18, 136:23, 137:1, 140:9, 141:23, 142:3, 142:8, 142:10, 142:13, 142:16, 143:2, 143:9, 143:11, 144:7, 145:6, 145:10, 145:16, 145:17, 147:5, 147:9, 148:5, 148:12, 150:10, 150:13, 150:16, 150:19, 151:3, 151:5, 151:9, 151:11, 151:17, 151:19, 152:1, 152:9, 152:16, 152:21, 153:1, 153:14, 154:2, 154:9, 154:11, 154:12, 156:10, 157:2, 157:3, 157:7, 157:10, 157:12, 157:18, 157:20, 158:3, 158:5, 158:10, 158:14, 158:20, 162:6, 162:15, 162:21, 162:22, 163:3, 163:10, 163:13, 163:14, 163:17, 163:18, 164:15, 164:17, 164:20, 164:21, 164:23, 165:8, 166:11, 166:20, 168:12, 168:19, 168:21, 168:23, 169:5, 169:7, 170:5, 171:15, 171:16, 171:19, 172:11, 173:10, 173:11, 173:13, 173:15, 173:16, 173:20, 173:21, 173:22, 174:1, 174:7, 174:8, 174:9, 174:12, 174:22, 175:14, 175:19, 175:21, 176:2, 176:7, 176:9, 176:13, 183:7, 183:16, 183:18, 183:23, 184:2, 184:14, 184:16, 184:20, 184:22, 185:4, 185:11, 185:21, 185:22, 186:16, 186:17, 187:21, 188:5, 188:12, 189:2, 189:4, 190:12, 190:14, 190:15, 190:18, 190:19, 190:22, 191:1, 191:7, 191:16, 191:23, 192:21, 192:22, 193:3, 194:20, 195:10, 195:17, 195:18, 195:22, 196:5, 196:15, 198:16, 199:6, 199:7, 199:10, 199:11, 199:17, 199:19, 200:1, 200:8, 200:17, 201:2, 201:3, 201:18, 201:19, 201:21, 201:23, 202:16, 203:19, 205:1, 206:21, 207:1, 207:13, 207:16, 207:19, 208:4, 211:13, 214:17, 215:9, 215:13, 215:19, 215:21, 215:23, 217:16, 220:14, 222:15, 223:10, 224:18, 225:3, 226:1, 229:1, 239:19, 239:23, 240:2, 241:13, 242:4, 242:19, 243:2, 244:3, 245:6, 246:17, 247:14, 248:2
**Correction** [1] - 159:23
**counsel** [4] - 49:14, 50:6, 235:6, 235:15
**counteract** [1] - 86:21
**County** [5] - 101:15, 101:18, 115:11, 159:23, 254:6
**COUNTY** [1] - 254:3
**couple** [5] - 64:10, 124:8, 125:1, 185:7, 217:2
**course** [4] - 69:18, 70:2, 135:19, 206:19
**court** [1] - 50:4
**COURT** [1] - 47:3
**Court** [13] - 50:6, 65:10, 65:11, 66:2, 100:9, 105:8, 111:7, 111:10, 111:12, 117:12, 131:19, 179:6, 248:18
**covered** [1] - 61:16
**COVID** [4] - 135:20, 173:22, 174:1, 174:11
**craft** [1] - 237:15
**crafting** [1] - 237:8
**crazy** [2] - 202:16, 202:21
**create** [3] - 159:14, 203:23, 207:3
**creates** [2] - 159:5, 159:10
**creating** [2] - 86:7, 206:13
**crime** [25] - 200:18, 200:19, 209:18, 211:20, 212:4, 212:5, 212:15, 213:2, 214:23, 215:6, 215:12, 215:17, 224:15, 224:23, 225:6, 226:4, 229:12, 229:20, 229:23, 230:3, 230:4, 230:12, 231:2, 231:13, 231:14
**crimes** [1] - 242:17
**criminal** [4] - 210:18, 211:5, 231:15, 241:17
**criminally** [1] - 227:19
**cross** [6] - 137:8, 137:20, 137:23, 138:1, 202:5, 213:16
**cross-check** [1] - 202:5
**cross-checked** [1] - 213:16
**cross-examine** [2] - 137:23, 138:1
**cross-examining** [2] - 137:8, 137:20
**crosswalk** [8] - 130:7, 130:12, 130:15, 130:20, 131:3, 133:16, 133:19, 133:20
**crowd** [2] - 119:15, 128:19
**crowds** [2] - 56:13, 91:6
**cuing** [2] - 65:12, 66:1
**culture** [10] - 64:13, 66:6, 66:16, 66:17, 181:8, 181:10, 182:12, 230:8, 235:3, 235:10
**Cumberland** [1] - 50:17
**curfew** [17] - 67:8, 67:15, 67:21, 68:8, 70:22, 92:2, 107:6, 167:14, 187:18, 214:3, 214:5, 214:10, 214:16, 214:17, 214:19, 216:3, 216:5
**custody** [10] - 79:15, 79:21, 80:7, 80:10, 81:4, 81:7, 81:15, 81:19, 216:4, 216:12
**custom** [11] - 80:7, 80:16, 80:18, 80:21, 81:16, 83:8, 210:17, 211:11, 211:21, 213:7, 213:21

## D

**damage** [4] - 97:1, 99:14, 117:1, 221:11
**danger** [4] - 86:7, 86:13, 86:23, 141:16
**dangerous** [3] - 86:2, 141:21, 142:2
**dark** [1] - 161:13
**date** [1] - 49:23
**days** [30] - 54:10, 54:17, 54:22, 55:1, 55:19, 56:7, 58:6, 58:18, 58:23, 59:7, 59:14, 59:21, 60:3, 60:4, 60:14, 76:12, 87:4, 89:10, 89:13, 90:17, 94:4, 107:22, 130:3, 153:5, 153:6, 161:12, 220:1, 220:12, 239:23
**deal** [1] - 66:4
**dealing** [1] - 250:12
**dealt** [1] - 204:2
**decent** [1] - 100:17
**decide** [1] - 189:19
**decided** [3] - 120:14, 127:20, 226:2
**decides** [1] - 62:5
**decision** [5] - 108:23, 120:23, 225:22, 226:8, 242:23
**decision-making** [1] - 120:23
**decisions** [1] - 121:3
**deescalate** [6] - 194:7, 194:14, 195:2, 204:1, 204:23, 206:15
**deescalating** [1] - 205:8
**deescalation** [11] - 192:20, 193:1, 193:20, 194:5, 194:12, 203:13, 204:10, 204:15, 205:19, 249:12, 250:9
**Defendant** [1] - 47:16
**Defendants** [3] - 47:13, 49:8, 50:13
**defended** [1] - 229:17
**defending** [1] - 90:22
**defense** [4] - 236:22, 237:9, 237:15, 239:4
**definition** [1] - 198:8
**deflect** [1] - 60:23

**defuse** [4] - 186:21, 188:16, 204:1, 207:4
**defusing** [1] - 187:7
**Delaware** [6] - 47:18, 49:3, 111:4, 111:13, 111:14, 131:13
**demonstrate** [1] - 233:13
**demonstrated** [1] - 234:4
**demonstrating** [3] - 51:5, 52:11, 58:22
**demonstration** [5] - 57:20, 58:2, 96:13, 123:3, 126:19
**demonstrations** [12] - 76:7, 76:16, 76:17, 95:17, 95:18, 96:1, 108:1, 108:18, 109:8, 221:2, 221:21, 222:6
**demonstrator** [16] - 78:4, 79:11, 79:15, 80:3, 80:9, 80:11, 80:23, 81:4, 81:11, 81:12, 81:16, 81:18, 82:8, 82:11, 92:17, 119:1
**demonstrators** [18] - 55:3, 72:8, 72:17, 79:20, 81:6, 82:2, 91:21, 93:3, 98:19, 99:2, 99:8, 99:13, 99:18, 100:2, 108:3, 108:21, 109:13, 167:16
**deny** [2] - 77:1, 77:6
**Department** [59] - 53:14, 54:1, 54:12, 64:3, 64:14, 66:7, 76:14, 79:19, 80:8, 81:14, 82:17, 83:8, 83:17, 83:21, 86:5, 86:12, 87:8, 87:21, 101:18, 107:10, 115:9, 116:13, 128:17, 166:10, 191:14, 192:18, 193:8, 193:19, 194:4, 194:11, 195:16, 195:20, 203:22, 210:16, 211:12, 219:20, 220:4, 220:23, 221:10, 222:11, 227:21, 228:10, 228:15, 228:16, 229:6, 232:7, 232:9, 234:6, 235:2, 235:9, 239:16, 240:4, 241:4, 242:1, 243:23, 247:20, 249:4, 249:11, 249:23
**department** [10] - 74:7, 74:13, 86:20, 100:12, 136:14, 193:22, 194:20, 231:12, 233:3, 235:12
**Department's** [2] - 190:9, 191:13
**departments** [1] - 75:4
**depict** [1] - 212:1
**depicted** [8] - 53:7, 53:18, 54:4, 55:22, 80:3, 80:23, 165:21, 183:3
**deponent** [1] - 254:13
**Deposition** [5] - 51:1, 51:13, 52:1, 183:1, 183:12
**deposition** [7] - 137:11, 177:19, 177:23, 178:7, 178:9, 179:2, 179:17
**Deputy** [1] - 101:21
**DEPUTY** [1] - 47:12
**describe** [1] - 84:17
**described** [2] - 196:4, 254:16
**design** [1] - 161:22
**designed** [1] - 236:14
**destroying** [1] - 106:10
**destruction** [1] - 99:14
**detective** [1] - 102:17
**Detective** [4] - 94:22, 102:12, 112:17, 121:12
**determine** [1] - 241:16
**develop** [1] - 58:21
**device** [3] - 84:18, 130:11, 158:15
**devices** [1] - 158:8
**difference** [4] - 63:12, 146:9, 215:11, 246:15
**differences** [1] - 88:6
**different** [18] - 88:5, 91:11, 95:16, 95:20, 100:8, 101:17, 120:8, 160:6, 161:12, 162:3, 181:6, 197:17, 206:22, 212:2, 227:12, 246:3, 246:4, 246:12
**difficult** [2] - 209:5, 209:8
**diligent** [1] - 74:17
**direct** [3] - 69:5, 69:11, 98:18
**direction** [10] - 64:15, 92:5, 128:1, 128:3, 134:15, 159:22, 173:7, 173:9, 210:3, 254:11
**directly** [6] - 100:13, 131:12, 134:15, 180:8, 217:12, 244:21
**directs** [1] - 193:20
**dis** [1] - 214:14
**dis-con** [1] - 214:14
**disagreeing** [1] - 213:4
**disciplinary** [19] - 148:21, 149:1, 149:8, 149:9, 153:9, 154:14, 154:22, 195:15, 196:2, 200:13, 202:10, 211:2, 237:10, 239:4, 239:21, 240:10, 240:23, 242:7, 243:20
**discovery** [1] - 51:18
**discuss** [1] - 206:7
**discussed** [1] - 225:13
**disorderly** [5] - 214:14, 215:6, 215:16, 216:11, 216:17
**disperse** [6] - 92:17, 114:8, 118:16, 118:17, 119:15, 220:7
**dispersed** [1] - 96:7
**display** [1] - 114:14
**dispute** [1] - 163:15
**dissimilar** [2] - 142:11, 142:14
**distance** [11] - 113:19, 113:21, 133:23, 134:1, 146:15, 146:17, 159:3, 193:22, 194:6, 194:19, 206:13
**distances** [1] - 245:9
**distinguish** [1] - 57:16
**DISTRICT** [2] - 47:3, 47:4
**District** [1] - 241:19
**diverted** [1] - 162:17
**divulge** [2] - 237:19, 238:5
**DO** [1] - 254:6
**done** [9] - 141:22, 144:7, 177:4, 179:16, 179:19, 187:11, 190:1, 205:3, 229:11
**down** [11] - 100:22, 103:21, 167:18, 168:5, 174:9, 205:10, 210:1, 222:3, 224:7, 252:3, 254:8
**downtown** [1] - 125:14
**dozen** [5] - 98:3, 123:7, 126:15, 129:20, 131:22
**dress** [2] - 62:4, 88:4
**dressed** [4] - 61:16, 61:17, 88:9, 110:14
**drive** [2] - 159:2, 160:7
**Drive** [6] - 50:17, 103:20, 103:22, 117:8, 117:15, 130:15
**driving** [6] - 56:16, 97:7, 97:19, 97:20, 157:19, 220:9
**drove** [1] - 95:2
**duly** [2] - 50:18, 254:13
**during** [24] - 53:4, 53:13, 53:23, 55:1, 55:9, 55:19, 56:6, 57:14, 58:6, 63:6, 64:7, 70:10, 70:19, 71:11, 71:19, 74:4, 145:4, 196:1, 200:6, 211:3, 236:13, 240:9, 248:5, 250:18
**duties** [1] - 208:10
**duty** [2] - 83:9, 85:2

## E

**early** [13] - 93:22, 94:9, 95:9, 95:10, 96:4, 99:18, 100:2, 100:5, 100:15, 101:2, 103:8, 103:9, 103:12
**easier** [1] - 159:2
**east** [1] - 104:4
**ECC** [8] - 53:4, 63:6, 63:11, 66:22, 71:19, 74:4, 75:12, 248:17
**echo** [1] - 170:10
**echoed** [4] - 171:10, 218:8, 218:21, 219:2
**edge** [6] - 109:20, 117:8, 117:14, 118:7, 133:20, 223:13
**effect** [8] - 67:8, 67:15, 68:9, 68:21, 70:23, 187:19, 200:20, 231:22
**effective** [2] - 205:7, 205:19
**effectuated** [1] - 188:23
**effort** [3] - 62:23, 138:18, 186:21
**efforts** [5] - 235:13, 235:20, 236:4, 236:11, 236:19
**eight** [16] - 60:7, 107:6, 113:12, 114:7, 114:15, 117:23, 118:2, 164:9, 164:19, 175:8, 175:12, 180:1, 187:18, 248:23
**eight-hour** [1] - 60:7
**eighteen** [6] - 60:9, 183:14, 183:22, 199:8, 199:9, 199:13
**eighty** [1] - 249:2
**either** [14] - 77:4, 101:20, 120:19, 124:6, 152:8, 154:9, 162:21, 167:14, 176:6, 184:12, 211:2, 219:5, 245:21, 248:14
**eleven** [4] - 93:22, 94:7, 96:3, 179:22
**eliminate** [2] - 86:13, 86:23
**Elmwood** [2] - 100:10, 165:8
**emphasized** [1] - 75:13
**employed** [1] - 205:14
**employing** [1] - 206:22
**encounter** [1] - 206:3
**encountered** [2] - 168:15, 168:17
**encounters** [1] - 203:18
**end** [5] - 104:5, 158:13, 161:21, 235:16, 244:12
**ended** [1] - 103:23
**enforcement** [14] - 76:7, 84:13, 101:8, 101:12, 107:15, 108:2, 108:16, 108:19, 109:6, 117:6, 163:21, 165:2, 241:18, 244:6
**enforcing** [1] - 167:14
**engage** [2] - 192:19, 193:1
**engaged** [9] - 56:9, 57:5, 57:12, 57:17,

57:21, 99:8, 106:5, 191:15
**engaging** [3] - 99:3, 99:14, 126:18
**enjoy** [1] - 125:14
**ensure** [2] - 189:19, 226:12
**enter** [2] - 163:12, 164:14
**entered** [1] - 49:12
**entire** [4] - 103:22, 111:17, 136:14, 245:11
**entitle** [1] - 57:10
**entitled** [7] - 58:1, 137:14, 138:1, 178:14, 197:3, 253:5, 254:12
**equal** [1] - 176:6
**equating** [1] - 148:15
**equipment** [3] - 88:4, 88:8, 116:19
**Erie** [5] - 101:14, 101:18, 159:23, 207:9, 254:6
**ERIE** [1] - 254:3
**errata** [1] - 253:3
**ERT** [74] - 54:1, 54:11, 54:19, 55:1, 55:20, 56:6, 56:17, 57:14, 58:7, 58:18, 58:23, 59:23, 60:1, 70:11, 70:19, 71:11, 81:5, 81:17, 87:6, 87:8, 87:11, 87:13, 87:14, 87:20, 88:4, 88:9, 89:23, 94:3, 96:13, 100:14, 101:1, 101:17, 102:3, 107:8, 107:21, 107:23, 115:10, 116:10, 121:15, 122:17, 122:22, 128:7, 128:20, 162:5, 162:13, 165:22, 166:9, 166:21, 167:6, 220:12, 220:21, 220:23, 221:10, 226:9, 226:19, 227:16, 227:18, 228:5, 231:22, 232:8, 232:21, 233:12, 233:18, 234:2, 234:12, 244:19, 245:12, 246:9, 246:18, 247:6, 247:10, 250:18, 250:23, 251:7
**escalating** [1] - 204:11
**ESQ** [3] - 49:2, 49:3, 49:6
**essential** [1] - 75:18
**essentially** [4] - 205:21, 242:1, 243:14, 243:21
**estimate** [3] - 110:13, 110:19, 110:21
**et** [1] - 50:4
**evening** [13] - 95:9, 95:10, 96:4, 99:18, 100:2, 100:6, 100:15, 101:2, 103:8, 103:9, 103:13, 123:23, 125:14
**evenings** [1] - 126:8
**events** [2] - 245:21, 246:6
**evidence** [5] - 132:15, 236:23, 237:9, 242:21, 243:20
**exact** [1] - 95:3
**exactly** [1] - 134:6
**EXAMINATION** [1] - 50:21
**Examination** [1] - 47:15
**examination** [1] - 254:13
**examine** [2] - 137:23, 138:1
**examining** [2] - 137:8, 137:20
**example** [1] - 67:19
**except** [2] - 49:18, 253:2
**Excerpts** [2] - 48:5, 252:13
**excessive** [2] - 82:23, 83:11
**excited** [1] - 205:17
**excuse** [2] - 148:23, 149:6
**exercising** [3] - 250:3, 250:12, 250:16
**Exhibit** [25] - 51:1, 51:11, 51:14, 52:17, 53:7, 53:18, 54:5, 55:23, 77:9, 77:12, 79:3, 79:11, 80:4, 81:1, 81:13, 82:1, 83:4, 162:23, 165:21, 173:2, 183:1, 183:13, 184:6, 199:2, 200:7
**EXHIBITS** [1] - 48:1
**Exhibits** [4] - 48:4, 51:13, 52:1, 252:14
**exonerate** [6] - 235:13, 235:20, 236:4, 236:11, 236:19, 236:23
**experience** [5] - 62:16, 64:10, 205:6, 206:11, 208:6
**experienced** [2] - 85:23, 128:10
**explain** [3] - 137:2, 179:10, 179:13
**explaining** [1] - 73:11
**explanation** [4] - 137:9, 137:10, 137:13, 137:14
**explicit** [1] - 192:23
**explicitly** [1] - 73:16
**extend** [1] - 162:1
**extended** [2] - 200:4, 200:8
**extends** [1] - 103:20
**extracting** [1] - 239:3

## F

**face** [18] - 61:16, 146:5, 146:6, 146:7, 146:13, 146:14, 146:16, 171:18, 173:14, 174:9, 175:18
**face-to-face** [5] - 146:5, 146:6, 146:13, 146:16, 171:18
**facing** [2] - 180:7, 180:9
**fact** [18] - 62:4, 86:5, 108:16, 128:5, 128:7, 135:22, 172:8, 179:9, 189:6, 191:3, 200:16, 204:13, 204:20, 205:6, 208:6, 212:9, 220:20, 223:23
**facts** [1] - 132:14
**failed** [1] - 204:14
**fair** [8] - 96:16, 98:15, 125:4, 153:18, 153:22, 156:12, 176:4, 182:22
**fall** [11] - 91:11, 150:23, 208:1, 208:8, 208:14, 208:20, 208:21, 209:4, 209:5, 209:15, 210:7
**fallen** [1] - 208:12
**falling** [3] - 93:6, 151:13, 209:6
**familiar** [3] - 190:8, 201:17, 222:10
**family** [1] - 197:6
**fan** [2] - 118:15, 201:12
**fanned** [1] - 120:1
**far** [9] - 104:11, 129:6, 129:11, 129:22, 134:4, 134:6, 135:2, 135:5, 139:4
**fear** [8] - 151:23, 152:7, 152:16, 152:23, 153:5, 153:10, 153:16, 153:19
**February** [4] - 47:19, 49:23, 253:6, 254:9
**Federal** [4] - 47:17, 66:2, 100:9, 131:19
**feet** [22] - 130:4, 134:2, 134:7, 135:6, 135:14, 139:6, 140:2, 146:18, 147:7, 148:1, 150:8, 156:14, 161:18, 171:14, 174:15, 175:3, 189:10, 199:14, 199:15, 199:19, 199:22, 218:19
**fell** [4] - 151:8, 151:14, 156:23, 195:8
**fellow** [20] - 76:15, 91:14, 96:13, 107:8, 117:6, 121:15, 153:19, 155:21, 166:16, 167:5, 186:13, 190:2, 192:6, 202:14, 202:15, 209:23, 216:19, 223:6, 223:12, 236:5
**felony** [2] - 209:18, 210:10
**felt** [1] - 90:21
**female** [1] - 251:7
**few** [1] - 123:11
**fifteen** [11] - 134:2, 135:6, 135:14, 139:6, 140:2, 171:14, 176:11, 180:1, 183:13, 183:22, 199:3
**fifty** [14] - 97:14, 97:15, 100:23, 101:5, 130:4, 134:7, 169:9, 225:6, 225:12, 227:1, 232:15, 233:5, 233:12, 234:2
**fifty-five** [1] - 169:9
**fifty-seven** [11] - 97:14, 97:15, 100:23, 101:5, 225:6, 225:12, 227:1, 232:15, 233:5, 233:12, 234:2
**fight** [1] - 238:13
**file** [7] - 228:17, 229:4, 230:9, 232:9, 243:6, 243:15, 243:16
**filing** [1] - 49:16
**fill** [1] - 128:3
**filled** [1] - 127:22
**final** [1] - 242:12
**fingers** [2] - 85:4, 85:6
**finished** [1] - 177:7
**fire** [1] - 100:12
**fired** [1] - 61:4
**fires** [1] - 61:3
**first** [13] - 64:3, 106:3, 107:11, 109:20, 110:7, 110:20, 112:9, 112:16, 129:12, 130:20, 133:15, 135:1, 239:10
**First** [7] - 191:5, 191:15, 192:7, 250:3, 250:9, 250:13, 250:16
**fit** [2] - 137:6, 200:16
**five** [29] - 51:15, 52:6, 52:7, 54:17, 54:22, 55:1, 55:19, 56:6, 58:6, 58:18, 58:23, 59:7, 59:14, 59:21, 60:3, 60:13, 76:12, 77:11, 90:17, 94:8, 107:22, 146:11, 169:9, 170:1, 200:6, 220:1, 245:20, 245:22, 246:5
**five-seven** [1] - 146:11
**focus** [2] - 67:22, 199:13
**following** [2] - 49:12, 221:18
**follows** [1] - 50:19
**foot** [11] - 146:5, 146:6, 174:20, 174:23, 176:13, 176:19, 180:3, 183:15, 184:1, 184:12, 184:19
**football** [2] - 201:4, 201:6
**force** [29] - 55:14, 55:15, 55:16, 75:5, 75:16, 82:23, 83:11, 95:14, 106:2, 159:5, 159:10, 159:14, 190:9, 190:16, 191:13, 191:15, 192:18, 192:21, 193:1, 193:20, 194:5, 194:11, 199:23, 204:3, 207:11, 207:12, 210:18,

211:23, 249:5
**foregoing** [1] - 253:2
**forgot** [1] - 223:20
**Form** [3] - 62:11, 201:5, 242:18
**form** [332] - 49:18, 51:7, 52:13, 52:20, 53:9, 53:19, 54:6, 54:13, 54:20, 55:4, 55:13, 56:1, 56:11, 57:6, 58:3, 58:10, 59:2, 59:10, 60:15, 61:19, 62:1, 62:6, 63:2, 63:8, 63:15, 63:22, 64:17, 65:3, 65:4, 66:11, 66:19, 67:3, 67:17, 68:1, 68:12, 68:20, 69:4, 69:10, 69:23, 70:3, 70:7, 70:14, 71:1, 72:3, 72:19, 74:8, 74:20, 75:7, 75:19, 76:9, 76:20, 77:2, 77:17, 77:22, 78:6, 78:13, 79:7, 79:22, 80:12, 81:8, 81:20, 83:13, 84:20, 85:10, 86:8, 87:10, 88:12, 89:8, 89:18, 90:5, 90:19, 90:23, 91:5, 91:15, 91:23, 92:19, 93:5, 93:12, 93:13, 98:8, 98:20, 99:19, 101:4, 102:22, 103:5, 104:2, 104:19, 105:12, 106:6, 106:12, 106:18, 107:3, 107:17, 108:4, 108:13, 108:22, 109:9, 109:17, 112:6, 112:15, 113:15, 114:18, 114:23, 115:17, 115:23, 116:16, 116:20, 117:3, 117:19, 119:2, 119:18, 119:21, 119:22, 121:21, 122:2, 122:19, 123:4, 123:9, 123:14, 123:18, 124:1, 124:9, 125:3, 125:9, 125:16, 125:22, 126:11, 126:23, 127:12, 127:21, 128:13, 129:1, 129:17, 130:1, 130:23, 131:7, 132:4, 132:11, 132:12, 132:22, 133:5, 133:12, 134:5, 134:20, 136:11, 140:20, 141:4, 141:18, 142:4, 142:21, 143:3, 143:10, 143:19, 144:14, 144:23, 145:9, 146:21, 147:4, 147:14, 147:21, 148:8, 148:16, 149:2, 149:13, 150:14, 150:20, 151:4, 151:10, 151:18, 152:2, 152:10, 152:17, 153:2, 153:13, 153:21, 154:3, 154:18, 155:4, 155:14, 156:1, 156:19, 157:6, 157:11, 158:4, 158:17, 159:1, 159:6, 159:11, 160:3, 160:16, 160:19, 162:9, 162:14, 164:16, 167:17, 168:20, 169:1, 169:6, 170:19, 172:2, 172:10, 172:16, 172:22, 173:17, 174:2, 174:17, 175:10, 175:13, 175:20, 176:3, 176:8, 176:14, 176:20, 180:4, 180:15, 180:22, 181:12, 182:14, 183:8, 183:19, 184:3, 184:9, 184:15, 184:21, 185:5, 185:18, 186:2, 186:9, 186:18, 186:23, 187:12, 187:22, 188:20, 189:3, 189:13, 190:5, 190:23, 191:17, 192:9, 192:16, 193:4, 193:10, 193:14, 193:23, 194:8, 194:15, 194:21, 195:4, 196:9, 196:16, 196:21, 198:11, 198:17, 199:18, 200:2, 200:9, 202:6, 202:17, 203:5, 203:15, 204:16, 205:2, 205:11, 205:22, 206:8, 207:6, 208:3, 208:16, 208:23, 209:7, 211:7, 212:12, 213:3, 213:18, 215:1, 215:8, 215:18, 215:22, 216:6, 216:14, 216:20, 217:17, 217:23, 218:17, 219:16, 219:21, 220:5, 221:4, 221:13, 221:22, 222:7, 222:18, 223:9, 224:5, 224:16, 225:1, 225:8, 225:15, 226:5, 226:14, 226:21, 227:5, 230:5, 230:15, 231:4, 231:7, 232:19, 233:9, 233:17, 233:22, 234:7, 234:17, 234:21, 237:1, 240:5, 240:14, 240:18, 241:8, 241:12, 241:20, 242:3, 242:9, 243:1, 243:9, 244:2, 244:9, 244:23, 247:3, 249:6, 249:16, 250:4, 250:14
**form(s** [1] - 253:3
**formally** [1] - 227:15
**formation** [1] - 170:22
**formed** [1] - 104:6
**forms** [2] - 122:22
**forth** [3] - 179:12, 223:19, 253:3
**forthrightly** [1] - 179:19
**forty** [4] - 134:7, 166:13, 168:16, 249:2
**forty-two** [2] - 166:13, 168:16
**forward** [36] - 84:21, 84:22, 85:4, 85:7, 85:9, 85:13, 85:22, 86:14, 87:1, 121:9, 121:14, 122:15, 122:18, 157:17, 157:20, 170:7, 170:16, 172:9, 174:16, 174:21, 174:23, 185:10, 185:11, 185:17, 185:21, 199:16, 199:22, 199:23, 208:2, 208:9, 208:15, 208:19, 209:14, 210:5, 210:6
**Foschio** [5] - 65:14, 178:7, 179:3, 179:8, 179:10
**four** [20] - 54:17, 56:6, 58:6, 58:17, 58:23, 59:7, 59:14, 59:21, 60:3, 60:13, 64:7, 76:12, 79:3, 90:17, 107:22, 139:17, 145:14, 220:1, 246:8, 248:23
**fourteen** [5] - 60:9, 163:7, 199:4, 199:13
**fracture** [1] - 195:9
**fracturing** [2] - 209:16, 210:8
**frame** [2] - 99:7, 103:9
**frames** [1] - 248:9
**frequently** [1] - 206:14
**frightened** [1] - 149:11
**front** [25] - 103:18, 103:20, 103:23, 104:20, 104:23, 105:1, 105:10, 117:7, 129:8, 129:13, 130:8, 131:5, 131:12, 131:15, 140:19, 151:22, 152:6, 156:15, 163:20, 163:23, 208:21, 210:2, 217:9, 223:14, 242:11
**full** [1] - 222:21
**fully** [4] - 200:3, 200:8, 215:14, 247:1

## G

**game** [1] - 201:17
**games** [3] - 201:14, 201:20, 201:22
**gap** [2] - 127:22, 128:4
**gaps** [1] - 121:17
**gas** [10] - 60:21, 60:22, 61:10, 61:15, 61:23, 62:10, 62:13, 62:20, 62:22, 63:1
**gather** [1] - 242:21
**gathering** [1] - 236:23
**gear** [8] - 60:21, 61:9, 61:12, 61:18, 62:5, 73:1, 115:5, 216:11
**general** [4] - 134:13, 134:14, 146:15, 250:10
**geography** [1] - 130:14
**given** [15] - 69:5, 69:11, 71:13, 83:4, 83:16, 83:20, 94:13, 114:16, 128:5, 128:6, 129:14, 167:12, 204:20, 223:6, 253:5
**glance** [1] - 141:7
**glanced** [3] - 140:14, 140:15
**Gotcha** [1] - 117:13
**government** [1] - 234:14
**grab** [1] - 120:18
**grabbed** [1] - 120:11
**grade** [2] - 108:5, 112:5
**GRAMAGLIA** [1] - 47:12
**Grand** [1] - 230:21
**gray** [3] - 133:3, 133:8, 133:9
**greater** [6] - 193:22, 194:6, 194:13, 194:19, 195:1, 199:23
**green** [1] - 224:7
**GREEN** [2] - 47:18, 49:2
**grooving** [1] - 161:22
**ground** [44] - 52:18, 53:2, 53:5, 53:16, 54:2, 55:2, 55:7, 55:11, 55:21, 56:9, 57:4, 57:11, 58:9, 58:14, 58:17, 59:7, 63:21, 72:2, 77:15, 79:2, 80:9, 83:7, 91:12, 93:3, 166:5, 172:14, 178:15, 182:19, 189:2, 189:8, 190:3, 195:8, 198:16, 208:2, 208:8, 208:14, 208:20, 209:4, 209:15, 209:16, 210:8, 213:17, 224:13, 224:21
**grounds** [3] - 76:3, 197:17, 231:18
**group** [16] - 66:16, 108:20, 110:8, 114:3, 114:21, 115:21, 121:8, 125:6, 125:12, 165:2, 232:17, 245:11, 246:21, 247:4, 247:7, 247:11
**grouping** [1] - 246:18
**groups** [1] - 95:20
**grow** [1] - 86:18
**Guaranty** [1] - 49:7
**guess** [1] - 101:6
**GUGINO** [1] - 47:6
**Gugino** [118] - 50:3, 50:9, 50:11, 93:9, 93:19, 129:10, 132:10, 132:21, 133:23, 134:19, 138:16, 138:22,

139:4, 140:5, 140:8, 144:3, 147:10, 148:2, 150:8, 150:12, 151:3, 151:7, 151:13, 151:21, 152:5, 153:10, 153:16, 153:20, 154:1, 154:15, 154:23, 156:13, 156:22, 157:4, 157:10, 157:14, 157:15, 157:17, 157:18, 157:22, 158:1, 161:10, 162:20, 171:15, 171:22, 172:1, 172:7, 172:8, 172:14, 173:5, 173:19, 174:1, 175:2, 175:9, 175:17, 175:19, 176:2, 176:7, 176:12, 180:2, 182:18, 183:2, 183:7, 184:1, 184:7, 184:12, 184:18, 185:1, 185:9, 186:1, 186:6, 186:12, 187:3, 188:15, 189:1, 189:7, 189:18, 190:20, 191:4, 192:2, 194:18, 195:2, 195:7, 196:4, 196:14, 198:15, 198:23, 199:6, 199:10, 199:17, 202:2, 202:4, 202:13, 203:11, 204:21, 207:2, 209:11, 209:14, 210:3, 210:6, 210:9, 213:14, 213:23, 216:3, 217:8, 217:15, 217:22, 218:18, 223:22, 224:12, 224:20, 227:4, 227:20, 237:6, 244:5, 244:8

**Gugino's** [2] - 162:18, 183:15

**gumption** [1] - 216:10

**gun** [13] - 83:17, 83:19, 83:23, 84:15, 84:18, 85:3, 85:14, 86:15, 148:7, 148:13, 148:15, 162:21, 207:14

**guns** [3] - 84:13, 115:16, 116:15

**guy** [1] - 128:10

**H**

**Haddish** [2] - 251:15, 251:16

**hair** [5] - 133:3, 133:8, 133:9, 168:10, 169:14

**haired** [2] - 166:18, 168:15

**half** [1] - 161:18

**halfway** [2] - 131:5

**Hall** [48] - 100:11, 100:13, 101:2, 101:23, 103:18, 103:20, 103:22, 104:4, 104:21, 104:23, 105:1, 105:3, 105:4, 105:7, 105:11, 105:17, 106:16, 112:10, 113:9, 114:1, 117:7, 117:11, 124:7, 124:13, 125:2, 125:8, 126:17, 127:9, 129:8, 130:2, 130:9, 131:4, 131:6, 131:12, 131:16, 133:21, 151:22, 152:6, 155:13, 156:15, 163:9, 164:20, 188:5, 210:2, 217:9, 223:14

**hand** [28] - 59:11, 92:8, 93:7, 140:9, 140:19, 141:8, 142:2, 142:7, 142:9, 142:18, 143:7, 143:16, 143:17, 148:7, 157:19, 158:1, 158:12, 158:13, 160:11, 160:13, 160:14, 160:15, 161:10, 162:21, 165:6, 173:15, 173:20

**handful** [1] - 124:6

**handle** [2] - 161:19, 161:20

**hands** [28] - 53:7, 53:17, 54:4, 83:6, 88:21, 90:4, 140:15, 148:11, 148:13, 155:3, 155:23, 158:23, 159:13, 159:19, 160:2, 162:19, 186:14, 202:3, 208:21, 211:8, 211:19, 212:3, 212:7, 212:10, 212:14, 212:23, 213:15

**hanging** [1] - 125:2

**happy** [1] - 65:14

**harassing** [1] - 197:22

**harassment** [1] - 196:22

**hard** [1] - 161:15

**head** [10] - 102:13, 112:17, 151:9, 151:15, 151:17, 189:8, 189:9, 209:16, 210:8, 237:7

**headquarters** [5] - 111:11, 166:5, 166:6, 213:20, 248:18

**health** [8] - 202:23, 203:1, 203:11, 203:19, 204:2, 204:21, 205:8, 206:5

**hear** [19] - 113:18, 136:15, 136:17, 136:20, 139:11, 139:19, 143:18, 144:5, 147:15, 147:18, 147:19, 154:10, 170:1, 218:21, 221:14, 221:23, 222:8, 240:12, 240:17

**heard** [11] - 107:18, 109:1, 135:1, 138:16, 143:21, 143:22, 154:15, 155:16, 182:19, 219:14, 219:18

**hearing** [17] - 148:21, 149:8, 153:9, 154:14, 154:22, 187:7, 195:13, 195:15, 196:2, 200:14, 202:10, 211:2, 219:12, 237:10, 239:21, 240:10, 243:20

**height** [4] - 135:20, 146:8, 146:14, 146:16

**held** [4] - 227:22, 228:17, 229:5, 235:4

**helmet** [21] - 88:13, 88:15, 88:16, 142:7, 142:11, 142:14, 143:7, 143:8, 143:9, 143:17, 148:14, 148:15, 148:18, 148:22, 148:23, 149:10, 163:23, 173:14, 173:20

**helmets** [3] - 61:14, 61:15, 115:6

**help** [2] - 73:5, 236:15

**helpful** [1] - 236:6

**hereby** [1] - 49:14

**HEREBY** [2] - 253:1, 254:6

**higher** [8] - 101:21, 108:6, 128:16, 167:22, 168:2, 228:9, 228:15, 228:23

**hired** [1] - 238:11

**hit** [1] - 111:19

**hockey** [7] - 61:14, 201:8, 201:9, 201:10, 201:14, 201:22, 202:5

**HODGSON** [1] - 49:6

**Hodgson** [1] - 50:12

**hold** [6] - 83:22, 89:3, 121:2, 158:11, 227:3, 234:15

**holding** [1] - 143:7

**holds** [2] - 84:3, 84:18

**holster** [6] - 84:5, 84:11, 84:19, 85:3, 85:14, 86:6

**holsters** [1] - 84:14

**Honestly** [1] - 238:17

**honestly** [2] - 179:19, 215:5

**hood** [1] - 84:22

**horn** [2] - 187:15, 188:4

**hospital** [2] - 59:9, 230:2

**hostility** [1] - 58:21

**hot** [1] - 124:2

**hour** [2] - 60:7, 60:8

**hours** [10] - 60:9, 94:2, 179:20, 237:7, 237:14, 248:19, 248:23, 249:2

**houses** [1] - 116:7

**Hugh** [2] - 179:7, 238:20

**hundred** [2] - 177:15, 219:10

**I**

**IAU** [1] - 242:10

**idea** [9] - 51:9, 52:15, 73:2, 73:18, 89:19, 98:3, 115:6, 164:3, 164:12

**identical** [2] - 161:21, 161:23

**identification** [1] - 252:15

**Identification** [1] - 48:4

**identify** [8] - 51:22, 73:12, 73:14, 140:13, 141:6, 141:14, 163:20, 169:10

**ignoring** [3] - 83:9, 144:12, 144:21

**II** [1] - 47:2

**ill** [1] - 127:10

**illegal** [4] - 61:17, 61:22, 142:17, 143:6

**image** [1] - 126:8

**images** [1] - 126:20

**immediately** [10] - 130:21, 189:11, 224:1, 224:6, 224:9, 229:12, 229:20, 230:4, 231:2, 231:14

**impose** [1] - 126:20

**improper** [1] - 66:2

**impute** [1] - 127:8

**inadvertently** [2] - 86:14, 87:1

**incident** [11] - 59:11, 67:22, 78:8, 93:7, 96:2, 102:23, 112:22, 155:15, 224:1, 224:6, 248:13

**include** [4] - 236:5, 236:12, 236:20, 250:11

**includes** [3] - 235:3, 235:10, 235:22

**including** [2] - 115:22, 158:11

**INDEX** [1] - 48:1

**indicates** [1] - 126:18

**indication** [2] - 106:4, 106:9

**individual** [5] - 64:5, 122:4, 132:23, 205:8, 230:1

**individuals** [8] - 57:21, 59:6, 59:8, 77:13, 120:11, 124:13, 126:16, 127:8

**industry** [2] - 84:13, 109:7

**infiltrate** [1] - 109:15

**information** [5] - 102:7, 102:8, 102:9, 102:14, 138:7

**infraction** [9] - 78:5, 78:12, 79:5, 79:12, 80:5, 81:2, 81:12, 214:21, 215:21

**injure** [5] - 160:15, 227:23, 228:18, 230:10, 232:11

**injured** [9] - 59:8, 62:23, 93:10, 93:19, 99:18, 160:13, 189:2, 189:12, 230:2

**injures** [1] - 234:14

**injuring** [2] - 227:4, 237:6

**injury** [3] - 190:4, 224:14, 224:21
**inner** [1] - 233:3
**inside** [1] - 148:18
**inspector** [1] - 240:7
**instance** [12] - 67:14, 107:5, 116:23, 167:9, 192:11, 194:18, 198:12, 204:6, 207:2, 211:17, 213:14, 216:2
**instances** [7] - 66:20, 67:10, 67:12, 67:18, 90:6, 90:13, 160:6
**instead** [5] - 158:22, 159:19, 204:22, 209:12, 231:15
**instruct** [1] - 219:20
**instructed** [1] - 179:10
**instruction** [8] - 112:13, 119:15, 129:14, 129:19, 159:18, 159:21, 167:12, 219:13
**instructions** [3] - 114:16, 192:23, 223:6
**instructor** [1] - 70:6
**instructs** [1] - 194:12
**instrument** [5] - 88:18, 89:16, 161:9, 161:17, 162:1
**instruments** [2] - 90:9, 90:11
**intended** [2] - 150:18, 151:2
**intending** [1] - 86:16
**intent** [3] - 127:11, 176:18, 234:11
**interact** [3] - 55:16, 63:7, 64:5
**interacting** [3] - 160:5, 203:13, 250:2
**interaction** [3] - 98:19, 128:22, 169:17
**interfering** [1] - 177:21
**interjecting** [1] - 177:5
**Internal** [19] - 195:21, 196:3, 200:14, 202:11, 211:3, 236:14, 237:5, 237:7, 239:5, 239:7, 240:7, 240:22, 241:4, 241:15, 242:1, 242:14, 243:5, 243:12, 243:19
**internal** [4] - 229:10, 229:16, 230:13, 231:16
**interrupt** [1] - 137:19
**intersection** [1] - 130:15
**intervene** [2] - 82:21, 83:10
**intervened** [1] - 82:10
**introduce** [1] - 50:7
**investigate** [1] - 241:5
**investigating** [3] - 236:21, 242:17, 243:13
**investigation** [8] - 229:11, 229:14, 229:17, 230:13, 230:18, 231:16, 236:14, 237:5
**investigations** [2] - 241:16, 242:15
**investigative** [1] - 242:10
**investigatory** [1] - 242:2
**involved** [3] - 76:6, 212:15, 229:13
**involving** [1] - 193:20
**issue** [2] - 75:3, 238:13
**issued** [4] - 161:12, 162:3, 162:4, 162:8
**issues** [8] - 74:5, 202:23, 203:1, 203:11, 203:19, 204:2, 204:21, 206:5
**itself** [2] - 105:11, 156:2

**J**

**jacket** [2] - 86:6, 86:13
**job** [4] - 59:23, 208:11, 241:10, 241:11
**JOHN** [1] - 47:11
**joined** [1] - 128:7
**JOSEPH** [1] - 47:12
**JR** [1] - 49:2
**Judge** [11] - 65:13, 137:17, 177:19, 178:7, 178:14, 179:2, 179:8, 179:10, 179:12, 197:7, 238:20
**June** [57] - 54:10, 54:18, 56:7, 57:15, 58:7, 58:19, 59:1, 59:8, 59:14, 59:22, 60:4, 70:19, 71:11, 76:12, 87:5, 89:22, 90:17, 93:2, 93:9, 93:18, 96:17, 98:16, 98:23, 99:12, 99:17, 100:1, 100:6, 100:15, 101:3, 107:22, 117:4, 123:23, 125:1, 126:9, 127:5, 163:1, 163:16, 182:17, 190:17, 200:16, 209:10, 209:23, 217:9, 220:2, 220:12, 220:15, 221:1, 221:7, 221:8, 221:9, 221:16, 221:18, 223:12, 244:6, 247:15, 249:23, 251:19
**Jury** [1] - 230:21
**justification** [1] - 106:23
**justified** [1] - 72:1

**K**

**keep** [7] - 92:8, 137:15, 174:20, 220:8, 223:19, 238:15, 238:17
**keeping** [1] - 84:15
**kind** [8] - 78:4, 89:16, 92:3, 115:20, 121:19, 148:17, 165:7, 214:21
**knock** [7] - 53:5, 53:16, 54:2, 55:11, 57:4, 57:11, 63:20
**knocked** [2] - 213:16, 224:13
**knocking** [1] - 56:8
**knowing** [2] - 72:9, 72:18
**knowledge** [10] - 83:14, 87:2, 88:17, 108:17, 109:6, 109:10, 109:12, 148:9, 165:16, 231:19

**L**

**lacrosse** [1] - 61:15
**language** [1] - 89:6
**large** [2] - 56:13, 91:6
**last** [6] - 91:20, 114:12, 138:9, 251:5, 251:10, 251:13
**launch** [1] - 62:22
**law** [21] - 47:17, 68:21, 69:3, 75:15, 76:7, 84:12, 101:8, 101:12, 107:14, 108:2, 108:16, 108:18, 109:6, 117:6, 163:21, 165:1, 230:23, 232:1, 232:10, 241:18, 244:6
**lawful** [2] - 57:5, 57:18
**lawsuit** [2] - 67:22, 224:11
**lawyer** [1] - 237:17
**lay** [9] - 79:2, 84:17, 87:16, 105:6, 116:3, 165:12, 178:15, 192:10, 215:14
**leader** [1] - 245:2
**leading** [1] - 236:13
**learn** [6] - 69:14, 69:15, 74:11, 74:16, 75:2, 207:14
**learned** [6] - 74:5, 132:10, 132:21, 170:17, 207:10, 207:22
**learning** [1] - 102:15
**least** [7] - 78:11, 98:5, 128:11, 128:22, 135:13, 140:3, 201:17
**leave** [21] - 68:22, 69:1, 69:6, 69:12, 69:19, 69:20, 78:20, 92:2, 92:10, 92:12, 92:16, 96:7, 110:3, 114:9, 119:19, 144:11, 144:16, 187:18, 188:17, 188:18, 189:23
**left** [11] - 96:14, 142:9, 163:23, 165:6, 173:20, 174:5, 174:23, 183:15, 184:1, 184:19, 252:4
**left-hand** [1] - 165:6
**legal** [14] - 78:5, 78:11, 79:4, 79:12, 79:14, 80:5, 80:6, 81:2, 81:3, 81:12, 81:14, 82:20, 191:8, 192:10
**Legal** [2] - 49:10, 49:22
**legally** [1] - 98:13
**legs** [2] - 199:15, 199:21
**length** [1] - 146:2
**less** [9] - 89:16, 123:7, 123:13, 126:15, 128:6, 128:18, 129:20, 131:22, 160:12
**letting** [3] - 178:11, 238:4, 238:14
**level** [5] - 84:5, 84:6, 84:9, 84:10
**lever** [6] - 84:21, 85:4, 85:17, 85:18, 86:14, 87:1
**Lieutenant** [1] - 94:21
**lieutenant** [2] - 96:9, 96:11
**life** [1] - 208:6
**light** [6] - 130:20, 131:3, 131:17, 198:3, 198:9, 224:7
**likely** [7] - 128:11, 128:22, 160:12, 167:6, 208:1, 208:8, 208:14
**limited** [2] - 67:15, 245:12
**limiting** [1] - 67:21
**limits** [1] - 119:8
**Lindsey** [3] - 251:4, 251:8, 251:18
**line** [43] - 91:16, 91:18, 92:10, 93:4, 104:6, 110:7, 118:12, 118:16, 120:2, 120:4, 120:5, 120:17, 121:2, 121:8, 122:22, 127:17, 129:5, 134:1, 134:13, 134:14, 136:14, 136:19, 136:20, 153:20, 155:21, 157:23, 164:14, 176:1, 185:3, 185:13, 197:6, 202:20, 203:7, 209:12, 216:10, 218:7, 218:16, 219:2, 219:8, 219:12, 220:7, 251:22
**lines** [2] - 119:21, 120:1
**lingo** [1] - 121:19
**LIPSITZ** [2] - 47:18, 49:2
**listen** [4] - 186:8, 187:5, 207:4, 219:5
**listened** [3] - 186:15, 188:14, 189:22
**literally** [1] - 115:6
**live** [2] - 201:22, 234:5
**LLP** [3] - 47:18, 49:2, 49:6
**located** [2] - 127:17
**location** [6] - 100:15, 105:22, 127:19,

127:20, 128:21, 159:13
**locations** [5] - 95:3, 95:19, 100:8, 112:4, 126:21
**LOCKWOOD** [1] - 47:11
**logical** [2] - 202:19, 229:3
**look** [8] - 51:1, 52:3, 88:10, 124:23, 128:18, 129:20, 141:2, 141:16
**looked** [3] - 115:21, 124:21, 224:7
**looking** [3] - 78:3, 79:2, 239:2
**looks** [1] - 181:1
**lose** [1] - 69:21
**loses** [3] - 69:8, 70:21, 71:14
**Losi** [36] - 94:22, 100:22, 102:13, 102:17, 112:17, 113:14, 113:18, 114:2, 114:4, 117:22, 118:6, 118:11, 120:18, 121:12, 128:1, 128:9, 128:16, 129:13, 131:23, 157:16, 164:1, 168:6, 170:9, 171:9, 189:7, 217:10, 217:15, 217:20, 218:6, 218:11, 218:12, 218:13, 218:15, 219:2, 219:7
**LOSI** [1] - 47:11
**lost** [1] - 209:4
**loud** [2] - 147:19, 218:1
**love** [9] - 196:14, 196:20, 197:12, 197:20, 198:3, 198:5, 198:8, 198:9, 198:18
**lower** [4] - 100:22, 205:9, 205:19, 206:14
**lowered** [1] - 204:22
**lowering** [1] - 206:12

**M**

**Machine** [1] - 254:9
**maintain** [1] - 233:7
**majority** [4] - 59:19, 123:10, 240:11, 250:20
**males** [1] - 250:19
**man** [5] - 132:9, 132:14, 132:21, 134:2, 157:10
**management** [3] - 229:5, 232:9, 243:22
**mandatory** [1] - 248:1
**manner** [1] - 254:8
**manually** [2] - 85:9, 85:13
**March** [1] - 190:17
**march** [10] - 102:21, 102:23, 103:17, 118:15, 129:15, 129:20, 168:17, 170:7, 170:16
**marched** [7] - 102:10, 103:14, 103:16, 104:3, 104:7, 126:10, 133:22
**marching** [6] - 118:3, 122:10, 125:21, 129:6, 164:13, 223:14
**mark** [6] - 51:11, 163:5, 175:16, 183:13, 199:4, 199:9
**marked** [3] - 50:23, 51:12, 252:14
**MARTIN** [1] - 47:6
**Martin** [118] - 50:3, 50:9, 50:11, 93:9, 93:18, 132:10, 132:21, 133:23, 134:19, 136:10, 138:16, 138:22, 139:4, 140:5, 140:8, 144:3, 147:10, 148:2, 150:8, 150:12, 151:3, 151:7, 151:13, 151:21, 152:5, 153:10, 153:16, 153:20, 154:1, 154:15, 154:23, 156:13, 156:22, 157:4, 157:10, 157:14, 157:15, 157:17, 157:18, 157:22, 158:1, 161:10, 162:18, 162:20, 171:15, 171:21, 171:23, 172:7, 172:8, 172:14, 173:5, 173:19, 174:1, 175:2, 175:9, 175:17, 175:19, 176:2, 176:7, 176:12, 180:2, 182:18, 183:2, 183:7, 183:14, 184:1, 184:6, 184:12, 184:18, 185:1, 185:9, 185:23, 186:6, 186:12, 187:3, 188:15, 189:1, 189:7, 189:18, 190:20, 191:4, 194:18, 195:2, 195:7, 196:4, 196:13, 198:14, 198:23, 199:5, 199:10, 199:16, 202:2, 202:4, 202:13, 203:10, 204:20, 207:2, 209:11, 209:13, 210:2, 210:6, 210:9, 213:14, 213:23, 216:2, 217:8, 217:15, 217:22, 223:22, 224:12, 224:20, 227:4, 227:20, 237:6, 244:5, 244:8
**martin** [1] - 192:2
**mask** [14] - 61:23, 62:10, 62:13, 62:20, 133:8, 135:9, 135:22, 136:3, 136:10, 144:5, 147:19, 173:22, 174:1, 174:11
**masks** [6] - 60:21, 60:22, 61:10, 61:15, 134:21, 135:16
**mass** [7] - 57:20, 226:8, 226:18, 227:18, 228:14, 231:21, 232:18
**material** [1] - 161:14
**Matt** [1] - 49:22
**matter** [1] - 50:3
**Matthew** [1] - 49:9
**MAYOR** [1] - 47:9
**McCabe** [7] - 47:2, 47:10, 47:16, 50:3, 50:14, 253:11, 254:7
**mean** [20] - 61:12, 67:6, 84:6, 84:9, 87:17, 94:18, 106:1, 108:23, 109:12, 110:16, 126:1, 152:18, 165:17, 179:14, 181:5, 187:23, 224:8, 227:7, 249:13, 250:8
**meaning** [2] - 146:6, 170:21
**means** [2] - 229:2, 254:8
**meant** [3] - 80:19, 219:20, 220:3
**mechanism** [1] - 84:18
**media** [9] - 164:22, 167:1, 167:4, 167:7, 167:13, 167:19, 168:3, 168:11, 173:3
**meeting** [2] - 225:17, 225:21
**MELISSA** [1] - 49:3
**melissa** [1] - 50:10
**member** [8] - 173:3, 191:14, 192:19, 193:21, 194:20, 210:17, 238:10, 246:9
**members** [36] - 56:17, 86:4, 88:5, 96:13, 97:10, 101:1, 121:15, 163:16, 166:21, 167:6, 171:8, 192:6, 193:21, 194:6, 194:13, 225:6, 225:13, 225:21, 226:20, 227:1, 227:6, 227:18, 228:5, 228:14, 230:11, 231:21, 232:15, 233:5, 233:12, 234:2, 242:14, 243:15, 243:16, 243:18, 246:18, 251:7
**mental** [8] - 202:23, 203:1, 203:11, 203:19, 204:2, 204:21, 205:8, 206:4
**mentioned** [1] - 250:23
**mere** [2] - 215:17, 216:9
**merely** [3] - 57:9, 70:22, 86:6
**message** [8] - 227:20, 228:5, 228:6, 228:8, 228:22, 231:22, 232:7, 234:12
**Messing** [2] - 49:9, 49:22
**method** [2] - 205:7, 244:20
**methods** [2] - 205:19, 249:12
**might** [3] - 149:11, 160:15, 202:18
**Military** [1] - 239:18
**military** [26] - 53:23, 54:11, 54:18, 55:20, 58:7, 70:10, 76:13, 87:9, 87:19, 88:10, 101:1, 115:9, 115:16, 115:21, 116:15, 116:19, 121:19, 128:7, 165:7, 165:16, 225:7, 227:1, 232:16, 233:5, 233:7, 233:15
**military-like** [12] - 53:23, 54:11, 54:18, 55:20, 58:7, 70:10, 76:13, 87:9, 101:1, 225:7, 232:16, 233:5
**milling** [1] - 127:9
**mimic** [1] - 205:21
**mind** [2] - 79:4, 126:20
**minor** [1] - 214:22
**minus** [4] - 93:6, 129:10, 239:8, 239:9
**minute** [5] - 73:20, 79:1, 79:10, 199:12, 217:2
**mischaracterizes** [1] - 143:20
**misconduct** [7] - 236:21, 237:6, 241:5, 241:10, 242:16, 243:13, 243:16
**miss** [1] - 252:6
**missed** [1] - 240:19
**mobile** [1] - 166:3
**molotov** [1] - 61:3
**moment** [4] - 153:6, 206:6, 206:7, 220:20
**monitor** [1] - 50:1
**Morgan** [1] - 251:9
**morning** [1] - 94:19
**most** [5] - 110:12, 117:20, 121:1, 128:10, 205:18
**mostly** [6] - 91:1, 92:1, 95:21, 102:11, 250:19, 250:21
**mother** [1] - 197:19
**motion** [3] - 173:5, 175:6, 175:16
**motorcycle** [1] - 142:15
**move** [28] - 78:16, 85:4, 85:16, 85:18, 90:18, 91:2, 91:7, 92:17, 93:4, 120:19, 121:9, 121:14, 122:14, 144:4, 166:22, 167:20, 167:21, 168:18, 174:15, 178:11, 178:14, 179:17, 184:18, 185:4, 187:9, 199:3
**moved** [7] - 85:9, 85:13, 100:10, 171:11, 176:1, 183:15, 184:1
**movement** [1] - 199:14
**moves** [2] - 85:21, 220:7
**moving** [16] - 85:21, 120:13, 122:18, 146:20, 174:21, 174:23, 176:19,

180:3, 185:13, 185:21, 187:4, 199:16, 199:23, 208:2, 210:5
**MR** [840] - 50:8, 50:12, 50:21, 51:7, 51:10, 51:17, 51:21, 52:13, 52:16, 52:20, 53:1, 53:9, 53:12, 53:19, 53:22, 54:6, 54:9, 54:13, 54:16, 54:20, 54:23, 55:4, 55:8, 55:13, 55:18, 56:1, 56:5, 56:11, 56:18, 57:2, 57:6, 57:8, 58:3, 58:5, 58:10, 58:12, 59:2, 59:5, 59:10, 59:13, 60:15, 60:18, 61:19, 61:21, 62:1, 62:3, 62:6, 62:8, 62:11, 62:15, 63:2, 63:5, 63:8, 63:10, 63:15, 63:17, 63:22, 64:1, 64:17, 64:20, 64:21, 64:23, 65:2, 65:3, 65:4, 65:5, 65:6, 65:8, 65:15, 65:18, 65:19, 65:22, 66:3, 66:5, 66:11, 66:15, 66:19, 66:21, 67:3, 67:5, 67:17, 67:20, 68:1, 68:2, 68:12, 68:13, 68:20, 68:23, 69:4, 69:7, 69:10, 69:13, 69:23, 70:1, 70:3, 70:5, 70:7, 70:9, 70:14, 70:18, 71:1, 71:4, 71:8, 71:10, 71:16, 71:18, 72:3, 72:6, 72:11, 72:13, 72:19, 72:21, 73:7, 73:8, 73:11, 73:13, 73:17, 73:19, 74:3, 74:8, 74:10, 74:20, 75:1, 75:7, 75:11, 75:19, 75:23, 76:3, 76:5, 76:9, 76:11, 76:20, 76:23, 77:2, 77:5, 77:17, 77:19, 77:22, 77:23, 78:6, 78:9, 78:13, 78:15, 78:18, 78:22, 79:7, 79:9, 79:22, 80:2, 80:12, 80:15, 80:20, 80:22, 81:8, 81:10, 81:20, 81:22, 82:12, 82:15, 83:1, 83:3, 83:13, 83:15, 84:20, 85:1, 85:10, 85:12, 86:8, 86:11, 86:17, 86:22, 87:10, 87:12, 88:12, 88:14, 89:8, 89:12, 89:18, 89:20, 90:5, 90:8, 90:19, 90:20, 90:23, 91:3, 91:5, 91:9, 91:15, 91:17, 91:23, 92:6, 92:19, 92:21, 93:5, 93:8, 93:12, 93:13, 93:14, 93:15, 93:16, 93:17, 98:8, 98:10, 98:20, 98:22, 99:19, 99:22, 101:4, 101:7, 102:22, 103:2, 103:5, 103:7, 104:2, 104:10, 104:19, 104:22, 105:12, 105:15, 106:6, 106:8, 106:12, 106:14, 106:18, 106:20, 107:3, 107:7, 107:17, 107:20, 108:4, 108:7, 108:13, 108:15, 108:22, 109:4, 109:9, 109:11, 109:17, 109:19, 112:6, 112:8, 112:15, 112:19, 113:15, 113:17, 114:18, 114:20, 114:23, 115:3, 115:17, 115:19, 115:23, 116:2, 116:16, 116:18, 116:20, 116:22, 117:3, 117:5, 117:19, 117:21, 119:2, 119:4, 119:10, 119:14, 119:18, 119:20, 119:22, 120:3, 121:21, 121:23, 122:2, 122:6, 122:12, 122:16, 122:19, 122:21, 123:4, 123:6, 123:9, 123:12, 123:14, 123:16, 123:18, 123:19, 124:1, 124:3, 124:9, 124:11, 125:3, 125:5, 125:9, 125:11, 125:16, 125:18, 125:22, 126:5, 126:11, 126:13, 126:23, 127:7, 127:12, 127:15, 127:21, 127:23, 128:13, 128:15, 129:1, 129:4, 129:17, 129:18, 130:1, 130:5, 130:23, 131:2, 131:7, 131:9, 132:4, 132:5, 132:11, 132:12, 132:14, 132:18, 132:19, 132:22, 133:2, 133:5, 133:6, 133:12, 133:14, 134:5, 134:8, 134:20, 134:23, 136:11, 136:16, 137:2, 137:4, 137:5, 137:8, 137:11, 137:15, 137:18, 137:19, 138:3, 138:8, 138:13, 140:20, 140:22, 141:4, 141:5, 141:9, 141:12, 141:18, 141:20, 142:4, 142:6, 142:21, 142:22, 143:3, 143:5, 143:10, 143:12, 143:19, 144:1, 144:14, 144:17, 144:23, 145:2, 145:9, 145:11, 146:21, 147:1, 147:4, 147:6, 147:14, 147:16, 147:21, 147:23, 148:8, 148:10, 148:16, 148:19, 149:2, 149:4, 149:13, 149:17, 149:20, 149:21, 149:23, 150:3, 150:5, 150:7, 150:14, 150:17, 150:20, 151:1, 151:4, 151:6, 151:10, 151:12, 151:18, 151:20, 152:2, 152:4, 152:10, 152:12, 152:16, 152:17, 152:19, 153:2, 153:3, 153:13, 153:15, 153:21, 153:23, 154:3, 154:5, 154:18, 154:20, 155:4, 155:6, 155:14, 155:18, 156:1, 156:7, 156:19, 156:21, 157:6, 157:8, 157:11, 157:13, 158:4, 158:6, 158:17, 158:18, 159:1, 159:4, 159:6, 159:8, 159:11, 159:16, 160:3, 160:4, 160:16, 160:17, 160:19, 161:1, 161:5, 162:9, 162:11, 162:14, 162:16, 163:2, 163:4, 164:7, 164:16, 164:18, 167:17, 167:23, 168:20, 168:22, 169:1, 169:3, 169:6, 169:8, 169:22, 170:19, 170:20, 172:2, 172:6, 172:10, 172:12, 172:16, 172:19, 172:22, 173:1, 173:17, 173:18, 174:2, 174:4, 174:17, 174:19, 175:5, 175:7, 175:10, 175:11, 175:13, 175:15, 175:20, 175:22, 176:3, 176:5, 176:8, 176:10, 176:14, 176:17, 176:20, 176:22, 176:23, 177:2, 177:9, 177:11, 177:12, 177:14, 177:22, 178:3, 178:8, 178:12, 178:16, 178:19, 178:22, 179:1, 179:4, 179:6, 179:9, 179:21, 179:23, 180:4, 180:12, 180:15, 180:20, 180:22, 181:4, 181:12, 181:17, 181:20, 181:21, 181:22, 182:3, 182:14, 182:16, 182:21, 182:23, 183:8, 183:11, 183:19, 183:21, 184:3, 184:5, 184:9, 184:11, 184:15, 184:17, 184:21, 184:23, 185:5, 185:8, 185:12, 185:15, 185:18, 185:19, 186:2, 186:4, 186:9, 186:11, 186:18, 186:19, 186:23, 187:2, 187:12, 187:16, 187:22, 188:2, 188:20, 188:22, 189:3, 189:5, 189:13, 189:16, 190:5, 190:7, 190:23, 191:2, 191:8, 191:11, 191:17, 191:19, 192:1, 192:9, 192:13, 192:16, 192:17, 193:4, 193:6, 193:10, 193:11, 193:14, 193:18, 193:23, 194:3, 194:8, 194:10, 194:15, 194:17, 194:21, 194:23, 195:4, 195:6, 196:9, 196:11, 196:16, 196:18, 196:21, 197:1, 197:2, 197:3, 197:5, 197:10, 197:13, 197:16, 197:18, 197:21, 198:2, 198:11, 198:13, 198:17, 198:20, 199:18, 199:20, 200:2, 200:5, 200:9, 200:10, 201:5, 201:7, 202:6, 202:9, 202:17, 202:22, 203:5, 203:9, 203:15, 203:17, 204:5, 204:9, 204:16, 204:17, 205:2, 205:5, 205:11, 205:13, 205:22, 206:1, 206:8, 206:10, 206:16, 206:18, 207:6, 207:8, 208:3, 208:5, 208:16, 208:18, 208:23, 209:2, 209:7, 209:9, 209:20, 209:22, 210:12, 210:14, 210:21, 210:23, 211:7, 211:10, 212:12, 212:17, 213:3, 213:5, 213:11, 213:13, 213:18, 213:19, 214:1, 214:4, 215:1, 215:2, 215:8, 215:10, 215:18, 215:20, 215:22, 216:1, 216:6, 216:8, 216:14, 216:16, 216:20, 216:21, 217:2, 217:7, 217:17, 217:19, 217:23, 218:3, 218:17, 218:22, 219:16, 219:17, 219:21, 219:23, 220:5, 220:10, 221:4, 221:6, 221:13, 221:15, 221:22, 222:1, 222:7, 222:9, 222:18, 223:3, 223:9, 223:11, 224:5, 224:10, 224:16, 224:19, 225:1, 225:4, 225:8, 225:11, 225:15, 225:20, 226:5, 226:7, 226:14, 226:17, 226:21, 226:23, 227:5, 227:9, 228:2, 228:4, 228:7, 228:13, 228:19, 228:21, 229:8, 229:22, 230:5, 230:7, 230:15, 230:19, 231:4, 231:5, 231:7, 231:9, 231:18, 231:20, 232:2, 232:6, 232:12, 232:14, 232:19, 232:22, 233:1, 233:4, 233:9,

233:11, 233:17, 233:20, 233:22, 234:1, 234:7, 234:8, 234:17, 234:18, 234:21, 235:1, 235:6, 235:8, 235:15, 235:19, 236:1, 236:3, 236:8, 236:10, 236:16, 236:18, 237:1, 237:3, 237:11, 237:13, 237:16, 237:19, 237:22, 238:3, 238:6, 238:9, 238:15, 238:19, 238:20, 238:22, 239:1, 240:5, 240:8, 240:14, 240:16, 240:18, 240:20, 241:8, 241:9, 241:12, 241:14, 241:20, 241:22, 242:3, 242:5, 242:9, 242:13, 242:18, 242:20, 243:1, 243:3, 243:9, 243:11, 244:2, 244:4, 244:9, 244:11, 244:18, 244:23, 245:4, 247:3, 247:8, 249:6, 249:9, 249:16, 249:19, 250:4, 250:6, 250:14, 250:17, 251:15, 251:17, 252:7, 252:10
**MS** [6] - 50:10, 51:14, 51:20, 164:5, 169:20, 179:22
**muffled** [6] - 135:7, 136:13, 136:15, 143:22, 143:23, 147:15
**multiple** [11] - 78:20, 94:11, 139:13, 139:21, 187:15, 214:1, 214:6, 214:13, 219:9, 234:22
**music** [2] - 88:18, 88:19
**must** [5] - 84:6, 138:4, 194:6, 222:16, 240:19

## N

**name** [7] - 49:21, 157:1, 239:15, 251:3, 251:5, 251:10, 251:14
**near** [3] - 82:5, 124:7, 244:11
**necessarily** [1] - 73:9
**necessary** [2] - 168:9, 235:13
**need** [8] - 96:9, 96:11, 132:2, 160:9, 233:6, 233:15, 238:13
**needed** [4] - 120:15, 245:6, 245:9, 251:14
**never** [15] - 55:6, 75:17, 105:10, 159:17, 171:22, 172:1, 178:4, 182:19, 201:9, 208:11, 214:9, 214:18, 214:20, 215:5, 227:15
**new** [4] - 86:20, 214:9, 214:11, 246:20
**NEW** [2] - 47:4, 254:1
**New** [6] - 47:19, 49:4, 49:8, 50:17, 116:12, 254:6
**news** [3] - 66:14, 123:10, 126:2
**News** [1] - 173:4
**next** [17] - 73:1, 73:2, 73:10, 88:9, 91:18, 112:14, 112:21, 115:6, 121:17, 157:1, 166:18, 174:5, 175:3, 179:1, 213:8, 223:4, 226:1
**Niagara** [56] - 51:23, 77:14, 82:3, 93:10, 93:19, 95:6, 95:11, 98:17, 99:1, 99:4, 99:7, 99:12, 99:17, 100:1, 100:5, 103:21, 103:23, 106:10, 106:16, 107:16, 109:21, 110:11, 111:2, 111:5, 111:10, 111:13, 117:2, 117:9, 117:14, 124:8, 126:9, 126:17, 127:10, 129:21, 130:8, 130:16, 131:4, 131:13, 131:14, 131:17, 156:15, 163:12, 163:17, 164:15, 171:13, 173:6, 173:8, 202:13, 210:2, 221:3, 221:12, 221:20, 222:5, 223:13, 251:19
**night** [10] - 107:16, 117:2, 125:1, 126:6, 126:9, 127:4, 127:10, 163:1, 220:15, 229:21
**nights** [2] - 126:14, 126:22
**nine** [2] - 169:21, 169:23
**nineteen** [2] - 199:15, 200:6
**ninety** [1] - 72:23
**nobody** [2] - 71:9, 132:1
**noise** [3] - 170:2, 170:4, 170:6
**non** [1] - 55:3
**non-violent** [1] - 55:3
**none** [2] - 111:19, 229:19
**noon** [7] - 96:4, 98:16, 98:23, 99:6, 99:11, 99:16, 99:23
**normal** [5] - 67:4, 67:7, 67:10, 68:6, 68:15
**normally** [3] - 87:23, 88:2, 94:2
**north** [4] - 104:7, 111:4, 164:20
**Notary** [4] - 47:20, 253:20, 254:5, 254:21
**note** [3] - 80:20, 177:12, 197:21
**nothing** [8] - 85:18, 132:1, 142:17, 143:6, 187:20, 228:11, 250:15, 254:15
**notion** [1] - 65:8
**nudge** [2] - 198:6, 198:23
**number** [28] - 51:11, 52:17, 53:8, 53:18, 54:5, 54:10, 55:23, 57:21, 75:3, 79:3, 79:11, 80:4, 81:1, 81:13, 82:1, 83:4, 95:16, 100:16, 110:13, 110:19, 162:23, 173:2, 183:1, 184:6, 199:2, 200:7, 204:13, 220:12
**numbers** [1] - 101:11
**nurse** [1] - 239:11

## O

**o'clock** [1] - 114:7
**oath** [11] - 49:15, 137:21, 153:9, 153:12, 154:13, 154:21, 195:10, 195:14, 195:19, 211:2, 212:23
**Object** [1] - 52:13
**object** [51] - 52:20, 53:9, 66:19, 67:17, 70:3, 70:7, 72:19, 76:3, 77:2, 93:12, 99:19, 106:18, 109:9, 109:17, 121:21, 125:16, 127:21, 128:13, 141:4, 141:10, 141:13, 149:2, 150:14, 150:20, 153:21, 157:6, 172:2, 181:12, 182:14, 185:5, 186:23, 187:12, 187:22, 188:20, 189:13, 193:4, 193:23, 196:16, 202:6, 203:15, 205:2, 205:22, 206:8, 215:1, 216:14, 222:7, 224:5, 225:15, 230:5, 230:15, 244:9
**objected** [1] - 65:4
**objecting** [4] - 155:1, 155:10, 155:20, 156:16
**Objection** [5] - 141:9, 157:11, 160:19, 217:17, 244:23
**objection** [156] - 51:7, 53:19, 54:6, 54:13, 54:20, 55:4, 56:1, 56:11, 59:2, 60:15, 63:2, 64:17, 65:3, 66:11, 67:3, 68:1, 68:12, 68:20, 69:4, 69:10, 69:23, 70:14, 71:1, 71:8, 71:16, 72:3, 72:11, 74:20, 75:7, 75:19, 76:20, 77:17, 77:22, 78:6, 78:18, 79:22, 80:12, 80:20, 81:8, 81:20, 82:12, 83:1, 83:13, 86:17, 87:10, 93:5, 93:13, 106:6, 107:3, 108:22, 125:3, 125:9, 125:22, 126:11, 126:23, 127:12, 129:1, 132:11, 132:17, 132:22, 133:5, 137:18, 141:18, 142:4, 142:21, 143:3, 143:10, 143:19, 144:23, 147:21, 148:8, 149:13, 150:3, 152:10, 153:13, 156:19, 158:4, 177:12, 178:2, 178:17, 179:15, 180:4, 180:15, 180:22, 182:21, 184:9, 184:21, 185:12, 189:3, 190:5, 190:23, 191:8, 191:17, 192:9, 192:16, 193:10, 193:14, 194:21, 195:4, 196:9, 196:21, 197:16, 197:21, 198:17, 199:18, 202:17, 204:5, 204:16, 205:11, 206:16, 207:6, 208:3, 209:20, 210:12, 210:21, 213:3, 213:18, 214:1, 215:8, 215:18, 215:22, 216:6, 216:22, 221:13, 221:22, 224:16, 225:1, 225:8, 227:5, 228:2, 228:7, 228:19, 229:8, 231:4, 231:7, 231:18, 232:2, 232:12, 233:1, 233:9, 233:17, 233:22, 234:7, 234:17, 234:21, 235:6, 235:15, 236:1, 236:8, 236:16, 237:1, 237:11, 237:16, 243:9, 244:2
**objections** [9] - 49:18, 65:12, 137:15, 177:5, 178:22, 179:4, 179:11, 179:13, 192:5
**obligation** [1] - 82:21
**observation** [1] - 132:15
**observe** [4] - 52:17, 72:14, 110:10, 180:2
**observed** [10] - 72:17, 73:6, 113:21, 133:15, 133:18, 133:23, 134:2, 135:11, 135:13, 135:15
**observing** [2] - 113:19, 176:21
**obstructed** [1] - 177:23
**obstructing** [2] - 177:20, 178:8
**obstruction** [2] - 179:16, 211:16
**obstructionist** [1] - 65:15
**obviously** [3] - 102:2, 152:18, 160:22
**occasions** [2] - 91:11, 219:14

**occur** [2] - 86:16, 92:14
**occurred** [5] - 77:1, 126:8, 221:12, 222:2, 225:14
**occurring** [1] - 91:22
**occurs** [2] - 86:5, 212:5
**OF** [4] - 47:4, 47:9, 254:1, 254:3
**officer** [69] - 51:4, 52:10, 52:18, 55:9, 57:10, 64:16, 67:1, 67:2, 67:11, 67:13, 67:14, 68:7, 68:10, 68:16, 69:1, 69:2, 69:9, 70:13, 70:22, 71:13, 71:15, 71:21, 72:1, 76:7, 77:12, 78:1, 82:2, 82:6, 82:7, 82:10, 82:20, 82:22, 83:5, 83:10, 83:11, 83:20, 88:3, 128:6, 128:18, 143:1, 157:1, 162:7, 181:15, 190:22, 191:6, 203:18, 207:14, 214:12, 215:15, 217:10, 234:15, 235:11, 235:14, 235:21, 236:5, 236:7, 236:12, 236:13, 236:15, 236:20, 236:23, 241:18, 242:8, 243:23, 246:13, 247:17, 250:2
**OFFICER** [3] - 47:10, 47:10, 47:11
**officer's** [2] - 108:16, 160:13
**officers** [62] - 55:21, 56:8, 56:10, 57:3, 57:16, 57:23, 66:9, 72:8, 72:16, 72:20, 73:5, 74:6, 74:12, 74:17, 75:4, 75:6, 75:14, 76:15, 79:14, 87:22, 89:2, 91:14, 107:1, 107:15, 108:2, 108:20, 109:2, 110:15, 115:2, 115:4, 123:8, 142:19, 152:8, 153:19, 155:3, 155:21, 156:17, 158:11, 166:16, 169:15, 173:7, 186:13, 188:7, 190:2, 202:14, 202:15, 209:12, 210:1, 211:4, 216:10, 216:19, 223:7, 223:13, 228:11, 231:1, 231:13, 232:10, 236:6, 241:6, 243:6, 244:7
**offices** [1] - 47:17
**official** [13] - 82:17, 128:2, 128:9, 128:16, 195:20, 200:15, 232:23, 233:2, 233:6, 233:10, 233:18, 234:13, 236:21
**officials** [8] - 101:8, 101:12, 108:19, 124:23, 224:15, 224:22, 226:13, 232:16
**often** [2] - 61:11, 177:4
**old** [4] - 132:9, 132:14, 132:21, 157:10
**olden** [2] - 89:10, 89:13
**older** [2] - 132:23, 133:3
**once** [10] - 103:1, 103:14, 131:21, 132:8, 138:16, 171:20, 172:17, 178:20, 187:3, 226:8
**One** [1] - 169:23
**one** [73] - 52:6, 52:7, 57:9, 73:19, 75:3, 77:11, 79:13, 88:20, 91:6, 94:3, 98:6, 100:10, 102:10, 102:18, 105:18, 105:19, 106:3, 108:10, 114:14, 116:23, 120:4, 120:5, 123:17, 146:5, 146:6, 146:18, 147:7, 148:1, 150:8, 156:13, 157:19, 158:13, 158:14, 159:13, 160:10, 160:18, 162:4, 163:7, 163:23, 166:3, 166:5, 166:6, 167:9, 169:21, 170:1, 170:8, 173:6, 177:15, 177:18, 178:18, 191:5, 191:18, 192:23, 196:1, 196:12, 205:7, 205:18, 214:7, 218:19, 227:19, 238:23, 239:5, 239:7, 245:20, 245:21, 246:5, 246:14, 247:1, 251:9, 251:11, 252:5
**one-fourteen** [1] - 163:7
**one-o-nine** [1] - 169:21
**One-o-nine** [1] - 169:23
**one-twenty-five** [1] - 170:1
**ones** [3] - 59:19, 162:3, 214:8
**opening** [1] - 159:14
**opens** [1] - 159:12
**operations** [1] - 107:22
**opinion** [14] - 60:23, 62:12, 105:23, 106:19, 125:23, 126:4, 126:7, 149:3, 149:5, 159:15, 180:7, 203:6, 203:8, 229:15
**opposed** [5] - 51:13, 159:14, 160:2, 160:11, 229:9
**opposite** [2] - 173:8, 210:3
**orchestra** [1] - 88:20
**order** [19] - 66:8, 69:5, 69:11, 69:19, 71:13, 71:22, 91:7, 104:16, 118:14, 120:17, 121:2, 177:20, 194:7, 194:14, 218:1, 218:5, 218:19, 233:8
**ordered** [1] - 218:7
**ordering** [1] - 63:13
**orders** [4] - 94:13, 118:6, 118:9, 118:11
**ordinance** [2] - 214:10, 215:4
**organization** [3] - 53:15, 64:4, 87:18
**out-of-town** [1] - 125:6
**outside** [1] - 239:17
**overhear** [1] - 245:3
**own** [2] - 152:1, 208:6

**P**

**p.m** [3] - 94:8, 107:6, 187:18
**page** [1] - 178:10
**pages** [1] - 253:2
**paid** [1] - 248:3
**pain** [1] - 160:20
**Pallisay** [4] - 94:21, 100:21, 101:21
**paper** [1] - 51:13
**paralegal** [1] - 238:11
**paramilitary** [2] - 87:15, 87:17
**park** [1] - 100:7
**parked** [1] - 100:8
**parking** [1] - 100:11
**parlance** [1] - 84:2
**part** [13] - 75:12, 110:12, 117:20, 121:1, 127:11, 165:20, 165:22, 166:9, 193:19, 195:21, 226:19, 250:18
**particular** [4] - 98:18, 127:16, 250:11, 250:15
**particularly** [1] - 134:13
**parties** [2] - 49:13, 49:15
**partner** [4] - 247:10, 250:23, 251:8, 251:18
**party** [1] - 138:2
**pass** [3] - 167:1, 167:7, 168:11
**passes** [3] - 167:4, 167:13, 167:19
**patrol** [5] - 233:18, 246:1, 246:3, 246:8, 246:13
**patrol-like** [1] - 246:1
**patrolling** [2] - 59:16, 233:16
**pay** [2] - 108:5, 112:5
**PD** [1] - 239:8
**peaceful** [18] - 62:20, 72:9, 72:18, 79:19, 80:11, 81:6, 81:17, 82:8, 91:22, 92:3, 96:8, 96:12, 96:19, 102:12, 119:6, 127:3, 221:20, 222:5
**peacefully** [5] - 51:5, 52:11, 62:14, 114:9, 119:19
**Pearl** [1] - 49:7
**penetrate** [2] - 165:18, 165:19
**people** [61] - 56:13, 60:20, 60:21, 61:5, 70:16, 73:2, 73:9, 84:12, 84:17, 86:9, 86:18, 87:16, 90:6, 91:2, 91:6, 95:18, 98:13, 100:14, 100:17, 102:3, 104:6, 104:14, 105:6, 107:8, 110:13, 110:19, 116:3, 117:6, 118:16, 119:6, 119:16, 120:15, 121:7, 122:17, 123:7, 123:10, 125:1, 142:14, 158:7, 159:3, 160:7, 163:21, 165:2, 165:12, 165:15, 167:3, 167:13, 167:19, 170:8, 203:19, 208:10, 215:14, 220:7, 220:8, 220:9, 230:3, 233:14, 234:4, 250:15, 250:21, 252:3
**per** [3] - 60:10, 82:13, 82:16
**perceived** [1] - 142:1
**percent** [2] - 72:23, 177:15
**perfect** [3] - 106:16, 142:23, 206:17
**period** [1] - 248:20
**periodically** [1] - 247:19
**Perkins** [8] - 103:20, 103:21, 117:8, 117:10, 117:15, 130:15, 163:11, 165:7
**permitted** [7] - 57:4, 63:20, 67:13, 68:19, 69:3, 177:8, 177:15
**perpetrator** [1] - 230:3
**person** [30] - 58:1, 63:19, 63:20, 67:10, 68:6, 68:15, 71:22, 71:23, 77:15, 79:5, 81:19, 88:10, 120:20, 129:22, 129:23, 142:17, 160:8, 168:10, 174:5, 191:15, 202:19, 204:1, 204:3, 205:10, 205:21, 237:17, 238:7, 244:21, 246:9
**person-to-person** [1] - 244:21
**personal** [8] - 125:23, 126:4, 126:7, 149:3, 149:5, 203:6, 203:7, 224:21
**personally** [10] - 58:8, 58:13, 58:16, 90:1, 91:4, 109:2, 187:21, 213:12, 237:8, 249:20
**persons** [1] - 164:22
**peter** [1] - 50:12

**Peter** [1] - 191:4
**PETER** [1] - 49:6
**phone** [18] - 140:9, 140:12, 140:16, 141:3, 141:7, 141:13, 141:14, 142:2, 142:18, 143:15, 143:16, 173:19, 180:10, 180:17, 180:18, 181:2, 181:9, 182:20
**phones** [2] - 140:23, 246:19
**photo** [1] - 163:8
**photograph** [1] - 124:21
**photographs** [1] - 52:2
**phrase** [1] - 132:14
**physical** [6] - 200:21, 200:22, 204:3, 210:18, 211:23, 224:14
**physically** [1] - 200:16
**place** [7] - 84:15, 108:1, 110:22, 128:11, 213:22, 221:2, 223:5
**placed** [1] - 214:6
**places** [1] - 82:20
**Plaintiff** [4] - 47:7, 49:5, 50:9, 50:11
**plan** [1] - 226:9
**plant** [1] - 108:20
**planted** [1] - 65:8
**platoon** [1] - 247:5
**play** [14] - 52:5, 162:23, 164:4, 164:9, 165:4, 166:12, 169:23, 173:2, 174:14, 176:11, 179:21, 199:12, 200:6, 201:8
**played** [4] - 201:2, 201:4, 201:6, 201:9
**playing** [3] - 163:6, 163:19, 174:20
**pleasure** [1] - 60:22
**plus** [1] - 116:12
**point** [28] - 92:10, 95:5, 100:23, 116:23, 121:5, 124:22, 131:5, 131:10, 132:8, 132:20, 134:18, 140:1, 144:2, 145:4, 145:21, 146:1, 170:15, 171:13, 171:23, 176:6, 183:6, 185:9, 187:8, 196:22, 217:14, 218:11, 218:15, 219:11
**pointed** [4] - 85:17, 139:21, 145:14, 156:11
**pointing** [2] - 92:11, 92:16
**points** [1] - 160:8
**Police** [71] - 53:4, 53:14, 54:1, 54:12, 63:6, 63:11, 64:2, 64:14, 66:7, 66:22, 71:19, 74:4, 75:12, 76:14, 79:18, 80:8, 81:14, 82:17, 83:8, 83:16, 83:21, 86:4, 86:12, 87:8, 87:21, 101:14, 101:17, 101:18, 107:9, 115:9, 115:10, 120:20, 128:17, 166:10, 190:9, 191:12, 191:14, 192:18, 193:7, 193:19, 194:4, 194:11, 195:16, 195:20, 203:22, 210:16, 211:12, 219:19, 220:3, 220:23, 221:9, 222:10, 227:21, 228:10, 228:15, 228:16, 229:6, 232:7, 232:8, 234:6, 235:2, 235:9, 239:16, 240:4, 241:3, 241:23, 243:23, 247:20, 249:4, 249:10, 249:22
**police** [173] - 51:4, 51:6, 52:10, 52:12, 52:18, 55:9, 55:21, 56:8, 56:10, 57:3, 57:10, 57:15, 57:23, 58:22, 61:4, 62:21, 64:11, 64:16, 66:9, 66:17, 66:18, 67:1, 67:11, 67:13, 67:14, 68:7, 68:10, 68:16, 69:1, 69:2, 69:9, 69:17, 70:2, 70:12, 70:17, 70:22, 71:13, 71:14, 71:15, 71:21, 71:23, 72:8, 72:16, 72:20, 74:6, 74:12, 74:13, 74:17, 75:2, 75:3, 75:4, 75:6, 75:14, 76:17, 77:12, 78:1, 79:14, 80:6, 81:3, 82:2, 82:6, 82:7, 82:10, 82:20, 82:22, 83:5, 83:9, 83:10, 83:19, 84:2, 84:7, 87:11, 87:14, 87:22, 88:3, 89:1, 89:2, 96:10, 96:11, 107:1, 110:14, 110:22, 111:1, 111:4, 111:7, 111:11, 111:14, 111:17, 114:14, 115:2, 115:4, 116:12, 123:8, 124:18, 124:19, 124:23, 128:6, 128:18, 136:14, 142:19, 143:1, 143:8, 149:15, 156:23, 158:11, 160:13, 161:8, 162:7, 169:15, 170:4, 173:7, 181:8, 182:11, 188:7, 190:22, 191:6, 193:22, 194:20, 202:20, 203:7, 203:18, 207:9, 207:14, 209:12, 211:4, 213:20, 215:15, 216:10, 223:6, 225:18, 225:22, 227:22, 228:11, 230:9, 231:1, 231:12, 231:13, 231:23, 232:10, 232:20, 234:13, 234:15, 234:16, 234:19, 235:3, 235:4, 235:11, 235:12, 235:14, 235:21, 236:5, 236:7, 236:12, 236:13, 236:20, 236:21, 236:22, 241:5, 241:18, 242:8, 242:15, 242:16, 243:6, 243:13, 247:17, 249:3, 250:1
**POLICE** [5] - 47:10, 47:10, 47:11, 47:11, 47:12
**policies** [1] - 207:10
**policing** [1] - 76:16
**policy** [34] - 79:18, 80:1, 80:14, 80:16, 81:5, 82:13, 82:16, 82:18, 136:1, 136:7, 190:9, 190:17, 191:13, 192:19, 193:1, 193:7, 193:20, 194:5, 194:12, 203:21, 204:10, 211:14, 211:18, 211:21, 212:6, 212:13, 213:10, 222:11, 222:16, 222:20, 222:21, 222:23, 223:4, 249:12
**politely** [1] - 168:18
**pooling** [1] - 151:16
**pop** [7] - 94:12, 94:14, 96:6, 96:18, 98:7, 98:11, 98:12
**pop-up** [5] - 94:12, 96:6, 96:18, 98:7, 98:11
**portion** [1] - 200:7
**posing** [1] - 58:14
**position** [7] - 171:17, 176:1, 193:2, 193:12, 199:22, 240:3, 243:14
**possibilities** [1] - 79:1
**powers** [1] - 75:15
**practice** [13] - 80:8, 80:17, 80:18, 80:21, 81:16, 83:9, 86:1, 182:7, 182:8, 210:17, 211:11, 213:7, 213:21
**prayer** [1] - 114:6
**preparation** [1] - 212:19
**presence** [18] - 96:10, 96:12, 102:11, 103:15, 104:1, 104:6, 104:9, 105:22, 106:1, 106:2, 106:3, 107:2, 107:9, 109:21, 110:7, 112:10, 114:14, 237:23
**PRESENT** [1] - 49:9
**present** [10] - 82:5, 101:13, 238:2, 238:8, 239:6, 239:20, 240:9, 240:13, 242:22, 251:18
**presenting** [1] - 243:20
**presidents** [1] - 105:19
**pretty** [4] - 135:4, 146:9, 172:4, 172:5
**prevent** [2] - 82:21, 83:10
**prevented** [1] - 82:10
**previous** [3] - 212:19, 219:14, 219:22
**previously** [4] - 198:22, 211:1, 212:18, 220:11
**priority** [1] - 75:9
**private** [2] - 237:19, 238:3
**privilege** [1] - 238:8
**privileged** [1] - 238:2
**problem** [2] - 65:1, 205:18
**Procedure** [1] - 47:17
**proceeding** [1] - 231:17
**proceedings** [1] - 230:14
**process** [2] - 120:23, 243:7
**produced** [1] - 51:18
**prohibited** [1] - 177:17
**prohibits** [1] - 191:13
**proper** [4] - 79:14, 80:6, 81:3, 81:14
**property** [7] - 97:1, 99:14, 106:11, 117:1, 221:11, 225:18, 225:22
**protected** [2] - 191:16, 192:8
**protection** [1] - 174:11
**protest** [13] - 62:14, 62:20, 94:16, 96:12, 96:18, 98:7, 98:11, 98:13, 102:13, 119:6, 222:17, 222:23, 223:7
**protesting** [4] - 60:20, 76:19, 123:17, 132:1
**protestor** [1] - 119:1
**protestors** [6] - 76:18, 104:14, 111:19, 112:18, 123:11, 132:6
**protests** [9] - 59:17, 61:11, 76:8, 94:12, 96:6, 98:12, 102:12, 103:19, 118:22
**provides** [2] - 194:19, 195:1
**public** [34] - 53:6, 53:17, 54:3, 55:12, 63:7, 64:5, 66:14, 74:6, 74:12, 74:16, 75:3, 76:7, 76:8, 108:18, 128:23, 152:5, 156:14, 190:21, 191:6, 224:14, 224:22, 226:15, 226:20, 227:22, 228:6, 228:9, 228:12, 230:11, 231:23, 232:5, 232:17, 232:23, 233:7
**Public** [4] - 47:21, 253:20, 254:5, 254:21
**public's** [1] - 229:15

**publicly** [4] - 226:19, 233:6, 233:13, 234:3
**pull** [1] - 84:23
**pulled** [1] - 86:15
**purpose** [1] - 171:8
**purposes** [1] - 51:17
**pursuant** [1] - 47:16
**push** [43] - 55:2, 55:6, 58:8, 58:13, 80:9, 90:6, 104:7, 105:1, 119:8, 122:8, 145:22, 148:2, 150:18, 150:22, 151:3, 160:22, 183:17, 184:2, 184:19, 196:19, 197:11, 197:19, 199:5, 207:23, 208:7, 208:13, 208:15, 218:5, 218:7, 218:16, 218:20, 218:23, 219:12, 219:18, 227:23, 228:18, 230:9, 232:1, 232:11, 244:7, 244:8
**pushed** [44] - 52:22, 58:16, 59:6, 82:8, 87:1, 90:1, 90:16, 91:10, 93:2, 150:12, 151:14, 156:22, 157:16, 161:10, 169:4, 171:23, 172:13, 172:17, 172:20, 182:18, 184:14, 188:8, 189:1, 189:7, 190:3, 195:7, 198:15, 208:9, 208:10, 208:19, 209:3, 209:14, 210:7, 213:16, 216:5, 216:13, 217:15, 217:21, 218:12, 223:22, 224:13, 224:20, 244:5
**pushes** [2] - 85:7, 234:13
**pushing** [22] - 52:18, 55:21, 72:1, 72:8, 72:17, 77:14, 83:6, 86:14, 92:4, 151:7, 186:22, 196:13, 198:22, 199:10, 202:2, 217:16, 217:21, 217:22, 218:9, 220:8, 220:9, 227:3
**put** [19] - 88:8, 89:3, 128:11, 128:21, 140:18, 148:17, 149:16, 159:13, 211:8, 211:19, 212:3, 212:6, 212:9, 212:14, 212:23, 213:15, 229:18, 234:16, 242:11

## Q

**qualification** [1] - 67:6
**quarter** [1] - 118:2
**quarter-after-eight** [1] - 118:2
**questioning** [1] - 197:6
**questions** [10] - 49:19, 68:7, 70:17, 161:7, 177:3, 179:18, 197:4, 197:6, 214:2, 236:13
**quickly** [1] - 74:14
**quit** [1] - 227:7

## R

**race** [1] - 88:22
**Radio** [1] - 173:4
**radio** [10] - 245:3, 245:7, 245:8, 245:15, 245:16, 245:19, 245:23, 246:10, 246:12
**radios** [1] - 245:1
**raised** [2] - 55:17, 92:8
**ramp** [1] - 117:12
**random** [1] - 127:18
**range** [1] - 171:7
**rank** [7] - 228:16, 229:4, 230:9, 232:9, 243:5, 243:15
**ranks** [1] - 169:15
**rather** [1] - 204:11
**react** [2] - 204:7, 204:10
**reacted** [1] - 204:8
**read** [23] - 56:18, 56:21, 71:7, 73:15, 75:23, 76:2, 119:10, 119:13, 138:8, 138:12, 149:23, 150:2, 152:12, 152:15, 181:17, 182:2, 190:13, 190:16, 191:19, 191:22, 212:22, 252:10, 253:1
**readily** [1] - 86:15
**ready** [2] - 164:14, 179:17
**really** [11] - 89:9, 95:21, 102:5, 103:9, 105:10, 109:1, 112:3, 159:17, 167:9, 201:13, 222:4
**reask** [1] - 178:18
**reason** [9] - 68:22, 89:14, 112:3, 127:16, 159:9, 163:15, 203:12, 203:23, 226:2
**receive** [3] - 159:21, 247:9, 247:16
**received** [10] - 99:2, 99:8, 99:13, 159:17, 190:11, 249:4, 249:11, 250:1, 250:5, 252:14
**recent** [1] - 130:3
**recess** [4] - 73:23, 161:3, 217:5, 244:15
**recollection** [5] - 104:15, 104:17, 155:7, 156:8, 219:7
**recommendations** [1] - 242:6
**reconsider** [1] - 232:17
**record** [27] - 49:21, 50:7, 51:17, 65:21, 65:23, 73:19, 73:21, 74:1, 137:16, 156:1, 161:2, 161:4, 164:5, 169:20, 177:10, 177:14, 177:22, 179:11, 179:13, 181:10, 197:22, 217:3, 217:6, 237:22, 244:13, 244:16, 252:8
**recorded** [3] - 50:2, 230:12, 231:2
**recording** [5] - 181:6, 181:7, 181:15, 182:13, 224:8
**reduced** [1] - 254:10
**Referee** [1] - 49:16
**reference** [1] - 81:23
**referencing** [1] - 219:4
**referring** [3] - 115:1, 127:5, 214:11
**refresh** [2] - 155:7, 219:6
**refreshed** [1] - 156:8
**refreshers** [1] - 249:17
**refuse** [4] - 118:17, 119:7, 119:17, 234:19
**regarding** [1] - 194:18
**regular** [5] - 87:22, 88:7, 88:8, 162:7, 245:23
**related** [1] - 155:1
**relationship** [1] - 182:20
**relative** [1] - 254:15
**relay** [1] - 88:22
**remember** [1] - 219:12
**remove** [1] - 147:19
**repeat** [5] - 64:19, 71:4, 149:22, 194:1, 194:4
**repeated** [1] - 187:23
**repeating** [1] - 187:20
**rephrase** [5] - 68:4, 71:2, 75:22, 168:13, 243:10
**replay** [1] - 183:20
**report** [2] - 221:18, 222:4
**reported** [1] - 221:17
**reporter** [10] - 50:5, 56:21, 71:7, 76:2, 119:13, 138:12, 150:2, 152:15, 182:2, 191:22
**Reporting** [1] - 50:6
**reports** [3] - 99:2, 99:8, 99:13
**represent** [2] - 50:13, 50:14
**request** [3] - 63:18, 65:10, 66:8
**requested** [9] - 56:20, 71:6, 76:1, 119:12, 138:11, 150:1, 152:14, 182:1, 191:21
**requesting** [1] - 63:12
**require** [1] - 137:13
**required** [4] - 135:22, 136:5, 190:13, 247:19
**requires** [1] - 192:19
**rescind** [1] - 232:18
**resembles** [1] - 87:19
**Reserve** [1] - 252:10
**reserved** [2] - 49:19, 246:5
**resign** [3] - 225:23, 226:2, 227:10
**resignation** [8] - 225:12, 226:9, 226:18, 227:18, 228:14, 231:21, 232:18, 234:12
**resigned** [9] - 225:7, 227:2, 227:11, 227:12, 227:15, 232:16, 233:6, 233:13, 234:3
**resigning** [1] - 227:13
**resisting** [1] - 211:16
**respective** [1] - 49:15
**respond** [1] - 74:13
**responded** [1] - 186:20
**rest** [1] - 86:19
**retention** [1] - 84:10
**retired** [1] - 240:6
**retractable** [1] - 207:21
**retreat** [3] - 112:10, 113:3, 193:9
**retreated** [1] - 113:7
**review** [1] - 212:18
**reviewed** [1] - 215:5
**RICHARD** [1] - 49:2
**richard** [1] - 50:8
**Rick** [4] - 138:3, 177:22, 178:8, 178:16
**riding** [1] - 142:15
**rights** [4] - 75:14, 250:3, 250:9, 250:13
**riot** [12] - 56:16, 60:21, 60:23, 61:9, 61:12, 61:18, 62:5, 62:13, 115:5, 202:20, 203:6, 216:11
**rioting** [1] - 126:15
**riots** [3] - 67:9, 125:23, 126:21
**road** [2] - 117:11, 167:21
**Road** [1] - 239:18
**roads** [2] - 110:23, 111:18
**Robert** [4] - 50:3, 50:14, 240:1, 240:21
**ROBERT** [5] - 47:2, 47:10, 47:16, 253:11, 254:7
**rocked** [1] - 84:23
**rocks** [3] - 60:20, 119:7, 119:17
**rode** [1] - 247:10
**role** [4] - 120:7, 120:9, 120:23, 121:3
**Rosensweig** [3] - 240:1, 240:2, 240:22
**rounded** [1] - 158:8
**rule** [1] - 138:3
**rules** [5] - 178:15, 178:16, 238:18, 238:23

**Rules** [1] - 47:17
**rundown** [1] - 179:8
**runner** [2] - 88:21
**running** [1] - 61:5
**RUSS** [1] - 49:6
**Russ** [2] - 50:13, 179:7

## S

**Sabres** [1] - 201:12
**safety** [4] - 152:1, 152:8, 171:4, 171:5
**Sahasrabudhe** [1] - 50:12
**SAHASRABUDHE** [414] - 49:6, 50:12, 51:7, 51:17, 52:13, 52:20, 53:9, 53:19, 54:6, 54:13, 54:20, 55:4, 55:13, 56:1, 56:11, 57:6, 58:3, 58:10, 59:2, 59:10, 60:15, 61:19, 62:1, 62:6, 62:11, 63:2, 63:8, 63:15, 63:22, 64:17, 64:21, 65:2, 65:4, 65:6, 65:15, 65:19, 66:3, 66:11, 66:19, 67:3, 67:17, 68:1, 68:12, 68:20, 69:4, 69:10, 69:23, 70:3, 70:7, 70:14, 71:1, 71:8, 71:16, 72:3, 72:11, 72:19, 73:7, 73:11, 73:17, 73:19, 74:8, 74:20, 75:7, 75:19, 76:3, 76:9, 76:20, 77:2, 77:17, 77:22, 78:6, 78:13, 78:18, 79:7, 79:22, 80:12, 80:20, 81:8, 81:20, 82:12, 83:1, 83:13, 84:20, 85:10, 86:8, 86:17, 87:10, 88:12, 89:8, 89:18, 90:5, 90:19, 90:23, 91:5, 91:15, 91:23, 92:19, 93:5, 93:12, 93:14, 93:16, 98:8, 98:20, 99:19, 101:4, 102:22, 103:5, 104:2, 104:19, 105:12, 106:6, 106:12, 106:18, 107:3, 107:17, 108:4, 108:13, 108:22, 109:9, 109:17, 112:6, 112:15, 113:15, 114:18, 114:23, 115:17, 115:23, 116:16, 116:20, 117:3, 117:19, 119:2, 119:18, 119:22, 121:21, 122:2, 122:12, 122:19, 123:4, 123:9, 123:14, 123:18, 124:1, 124:9, 125:3, 125:9, 125:16, 125:22, 126:11, 126:23, 127:12, 127:21, 128:13, 129:1, 129:17, 130:1, 130:23, 131:7, 132:4, 132:11, 132:14, 132:22, 133:5, 133:12, 134:5, 134:20, 136:11, 137:2, 137:5, 137:11, 137:18, 138:3, 140:20, 141:4, 141:9, 141:18, 142:4, 142:21, 143:3, 143:10, 143:19, 144:14, 144:23, 145:9, 146:21, 147:4, 147:14, 147:21, 148:8, 148:16, 149:2, 149:13, 149:20, 150:3, 150:14, 150:20, 151:4, 151:10, 151:18, 152:2, 152:10, 152:17, 153:2, 153:13, 153:21, 154:3, 154:18, 155:4, 155:14, 156:1, 156:19, 157:6, 157:11, 158:4, 158:17, 159:1, 159:6, 159:11, 160:3, 160:16, 160:19, 162:9, 162:14, 163:2, 164:16, 167:17, 168:20, 169:1, 169:6, 170:19, 172:2, 172:10, 172:16, 172:22, 173:17, 174:2, 174:17, 175:5, 175:10, 175:13, 175:20, 176:3, 176:8, 176:14, 176:20, 176:23, 177:9, 177:12, 177:22, 178:8, 178:16, 178:22, 179:4, 179:9, 180:4, 180:15, 180:22, 181:12, 181:20, 181:22, 182:14, 182:21, 183:8, 183:19, 184:3, 184:9, 184:15, 184:21, 185:5, 185:12, 185:18, 186:2, 186:9, 186:18, 186:23, 187:12, 187:22, 188:20, 189:3, 189:13, 190:5, 190:23, 191:8, 191:17, 192:9, 192:16, 193:4, 193:10, 193:14, 193:23, 194:8, 194:15, 194:21, 195:4, 196:9, 196:16, 196:21, 197:2, 197:5, 197:13, 197:16, 197:21, 198:11, 198:17, 199:18, 200:2, 200:9, 201:5, 202:6, 202:17, 203:5, 203:15, 204:5, 204:16, 205:2, 205:11, 205:22, 206:8, 206:16, 207:6, 208:3, 208:16, 208:23, 209:7, 209:20, 210:12, 210:21, 211:7, 212:12, 213:3, 213:11, 213:18, 214:1, 215:1, 215:8, 215:18, 215:22, 216:6, 216:14, 216:20, 217:17, 217:23, 218:17, 219:16, 219:21, 220:5, 221:4, 221:13, 221:22, 222:7, 222:18, 223:9, 224:5, 224:16, 225:1, 225:8, 225:15, 226:5, 226:14, 226:21, 227:5, 228:2, 228:7, 228:19, 229:8, 230:5, 230:15, 231:4, 231:7, 231:18, 232:2, 232:12, 232:19, 233:1, 233:9, 233:17, 233:22, 234:7, 234:17, 234:21, 235:6, 235:15, 236:1, 236:8, 236:16, 237:1, 237:11, 237:16, 237:19, 238:3, 238:9, 238:19, 238:22, 240:5, 240:14, 240:18, 241:8, 241:12, 241:20, 242:3, 242:9, 242:18, 243:1, 243:9, 244:2, 244:9, 244:23, 247:3, 249:6, 249:16, 250:4, 250:14, 251:15, 252:10
**saw** [16] - 77:15, 78:8, 78:11, 110:14, 115:14, 125:20, 126:15, 131:22, 132:20, 132:23, 140:18, 142:7, 148:11, 171:21, 176:21, 202:12
**scan** [5] - 180:10, 180:14, 180:19, 180:21, 181:5
**scanning** [6] - 181:2, 181:7, 181:11, 182:10, 182:12, 182:19
**scary** [1] - 89:16
**scattered** [1] - 107:15
**scene** [1] - 130:7
**scheduled** [1] - 94:1
**SCIME** [2] - 47:18, 49:2
**screaming** [1] - 124:16
**screen** [2] - 163:9, 180:2
**Second** [1] - 239:12
**second** [7] - 79:3, 114:10, 114:21, 175:16, 183:13, 199:3, 199:9
**seconds** [17] - 51:15, 163:7, 164:6, 164:8, 164:10, 164:19, 165:22, 166:14, 168:16, 174:15, 175:5, 175:8, 175:12, 179:22, 189:6, 204:7, 204:13
**section** [4] - 169:10, 194:5, 194:12, 212:22
**see** [30] - 52:5, 52:8, 52:22, 53:2, 55:20, 56:7, 61:11, 73:16, 77:18, 77:20, 82:1, 84:13, 129:20, 140:8, 140:12, 145:15, 165:5, 166:16, 166:18, 167:5, 169:14, 172:3, 173:12, 174:15, 174:20, 174:23, 175:2, 176:12, 183:14
**seeing** [2] - 124:22, 130:2
**sees** [1] - 137:6
**semi** [4] - 247:21, 248:14, 248:20, 249:8
**semi-annual** [2] - 248:20, 249:8
**semi-annually** [1] - 248:14
**send** [1] - 234:12
**sending** [3] - 228:6, 231:22, 232:8
**senior** [1] - 214:12
**sense** [2] - 65:19, 66:1
**sent** [1] - 227:21
**Sergeant** [5] - 94:22, 102:12, 102:17, 112:17, 121:12
**serious** [6] - 197:13, 197:14, 197:16, 224:14, 224:21
**set** [3] - 130:6, 252:7, 253:3
**seven** [14] - 97:14, 97:15, 100:23, 101:5, 103:13, 146:11, 175:5, 225:6, 225:12, 227:1, 232:15, 233:5, 233:12, 234:2
**several** [3] - 87:4, 127:8, 189:10
**shall** [1] - 223:8
**shape** [1] - 200:22
**Sheriff's** [1] - 159:23
**Sheriffs** [5] - 101:15, 101:19, 107:10, 115:11, 116:12
**shield** [2] - 173:14, 174:9
**shift** [1] - 60:10
**shifts** [3] - 55:10, 60:7, 60:8
**shoo** [2] - 92:3, 92:7
**shoot** [1] - 207:14
**shooting** [5] - 56:4, 56:10, 56:15, 57:1, 57:23
**shops** [1] - 74:19
**short** [7] - 73:23, 110:2, 110:6, 134:1, 161:3, 217:5, 244:15
**shorter** [2] - 146:8, 248:22
**shortest** [1] - 252:5
**shorthand** [1] - 222:13
**Shorthand** [1] - 254:9
**shots** [1] - 61:4
**shove** [30] - 53:5, 53:15, 54:2, 55:2, 55:11, 57:4, 57:11, 58:8, 58:13, 63:20, 79:19, 80:9, 81:5,

81:17, 148:2, 150:18, 151:2, 183:7, 183:17, 184:2, 184:19, 196:19, 197:11, 197:19, 199:5, 227:23, 228:18, 230:10, 232:1, 232:11
**shoved** [34] - 58:17, 59:6, 82:7, 90:1, 90:16, 91:10, 93:2, 150:12, 151:13, 156:22, 157:4, 157:9, 157:10, 161:10, 169:4, 172:13, 182:18, 184:13, 188:8, 189:1, 189:7, 190:3, 195:7, 198:15, 209:14, 210:6, 213:15, 216:4, 216:13, 217:15, 223:22, 224:12, 224:20, 244:5
**shoves** [1] - 234:13
**shoving** [20] - 52:18, 55:21, 56:8, 72:1, 72:8, 72:17, 77:14, 83:7, 151:7, 157:14, 157:15, 157:18, 186:22, 196:13, 198:22, 199:10, 199:16, 202:1, 217:22, 227:4
**show** [11] - 51:23, 77:10, 77:11, 102:11, 103:14, 105:22, 106:1, 109:21, 110:8, 198:4, 198:10
**showed** [3] - 59:19, 103:23, 107:8
**showing** [10] - 50:23, 62:13, 77:12, 106:3, 107:2, 110:6, 112:9, 173:5, 198:14, 198:18
**shows** [3] - 156:2, 163:11, 177:23
**side** [7] - 104:5, 130:14, 164:20, 165:6, 167:21, 174:6, 184:13
**sidewalk** [13] - 130:8, 151:16, 151:22, 152:6, 156:14, 156:23, 173:6, 173:8, 190:21, 196:14, 202:13, 210:1, 217:8
**sign** [1] - 252:11
**similar** [5] - 55:22, 61:13, 158:8, 202:8, 242:16
**Simonin** [1] - 50:6
**simply** [1] - 227:2
**simultaneous** [1] - 217:18
**sites** [1] - 126:3
**sitting** [3] - 85:20, 124:6, 126:16
**situation** [11] - 186:21, 187:7, 188:16, 194:7, 194:14, 195:2, 204:1, 204:11, 205:1, 206:15, 207:5
**situations** [2] - 203:21, 208:11
**six** [5] - 53:13, 64:2, 103:13, 165:5, 165:21
**six-thirty** [1] - 103:13
**sixteen** [2] - 98:3, 98:6
**size** [2] - 86:18, 161:17
**ski** [1] - 143:8
**skinny** [1] - 133:13
**skull** [3] - 195:8, 209:17, 210:8
**slightly** [1] - 175:17
**slow** [3] - 173:5, 175:6, 175:16
**small** [2] - 88:6, 222:20
**smaller** [1] - 86:18
**soldier** [1] - 170:18
**soldiers** [1] - 250:21
**sole** [1] - 59:23
**solely** [1] - 60:2
**someone** [26] - 62:19, 69:1, 88:9, 92:16, 100:18, 102:2, 106:5, 112:13, 137:8, 168:6, 205:17, 207:23, 208:7, 208:13, 208:19, 209:3, 211:8, 211:15, 212:7, 212:14, 227:13, 238:1, 238:9, 238:11, 245:2
**sometimes** [5] - 74:11, 74:16, 74:18, 85:7, 158:12
**somewhere** [1] - 69:6
**soon** [1] - 224:1
**sooner** [1] - 155:15
**sorry** [20] - 64:19, 71:3, 75:21, 80:18, 87:6, 88:17, 92:22, 109:5, 130:19, 131:14, 136:14, 136:18, 168:13, 177:2, 181:7, 181:21, 182:6, 194:2, 202:23, 210:15
**sound** [1] - 89:15
**South** [1] - 165:8
**south** [10] - 104:4, 104:20, 105:2, 105:4, 105:7, 111:13, 130:14, 130:19
**southwest** [1] - 105:14
**space** [2] - 189:19, 203:23
**speaking** [9] - 65:12, 136:13, 136:21, 138:16, 147:10, 147:11, 170:8, 177:5, 238:16
**speaks** [1] - 156:2
**special** [8] - 75:15, 116:5, 238:12, 245:13, 245:19, 245:21, 246:6, 246:7
**specific** [4] - 73:14, 144:20, 149:18, 249:5
**spend** [2] - 74:18, 237:14
**spent** [1] - 237:7
**split** [1] - 95:20
**sports** [1] - 201:1
**spouse** [1] - 196:19
**square** [23] - 67:9, 92:2, 92:5, 105:11, 114:17, 114:22, 118:4, 118:7, 120:13, 122:23, 124:13, 124:22, 125:2, 131:4, 132:3, 144:15, 186:15, 187:10, 187:18, 188:3, 188:12, 188:17, 189:23
**Square** [49] - 52:1, 77:14, 82:3, 93:10, 93:19, 95:6, 95:11, 98:17, 99:1, 99:5, 99:7, 99:12, 99:17, 100:1, 100:5, 106:10, 106:16, 107:16, 109:21, 110:11, 111:5, 111:10, 117:2, 117:9, 117:14, 124:8, 126:9, 126:17, 127:10, 129:21, 130:8, 130:16, 131:4, 156:15, 163:12, 163:17, 164:15, 171:13, 173:6, 173:8, 202:14, 210:2, 221:3, 221:12, 221:20, 222:5, 223:13, 251:19
**SS** [1] - 254:2
**staff** [1] - 238:10
**stage** [2] - 94:13, 94:15
**staging** [8] - 95:21, 96:3, 96:5, 110:5, 112:23, 113:8, 113:22, 223:20
**stand** [2] - 94:16, 137:21
**standard** [2] - 55:10, 83:19
**standing** [22] - 53:6, 53:16, 54:3, 55:11, 73:1, 77:13, 82:3, 105:2, 106:15, 123:20, 124:7, 126:16, 127:10, 129:13, 132:17, 140:2, 140:4, 145:7, 154:8, 155:12, 175:2, 252:2
**start** [7] - 87:7, 131:21, 163:19, 173:9, 206:22, 210:15
**started** [24] - 53:14, 64:3, 95:10, 98:16, 98:23, 99:6, 99:11, 113:13, 118:3, 118:11, 120:13, 122:9, 122:18, 125:20, 129:5, 129:12, 132:8, 146:19, 171:21, 172:14, 172:20, 185:2, 185:3, 238:6
**starting** [5] - 77:20, 130:21, 163:12, 168:16, 174:14
**starts** [2] - 205:9, 251:10
**state** [4] - 178:22, 179:4, 227:6, 237:22
**State** [7] - 101:14, 101:18, 107:9, 115:10, 116:12, 120:20, 254:6
**STATE** [1] - 254:1
**statement** [16] - 136:9, 155:17, 176:4, 178:4, 188:15, 191:7, 192:4, 195:20, 211:3, 217:20, 218:23, 219:13, 219:18, 232:17, 233:19, 233:21
**statements** [2] - 236:6, 238:17
**states** [1] - 222:16
**STATES** [1] - 47:3
**statue** [2] - 130:10, 133:16
**statues** [1] - 105:18
**stay** [2] - 101:23, 185:14
**stayed** [1] - 171:17
**step** [12] - 78:2, 168:12, 168:18, 183:3, 185:23, 186:5, 187:9, 188:17, 206:6, 206:14, 207:3
**stepped** [10] - 127:19, 176:12, 176:15, 180:7, 180:9, 183:4, 184:12, 187:4, 188:14, 189:20
**stepping** [4] - 172:14, 172:21, 194:18, 206:12
**steps** [7] - 124:7, 124:14, 126:17, 127:9, 131:15, 172:4, 175:19
**stick** [12] - 155:2, 156:17, 158:9, 158:15, 158:22, 159:2, 159:15, 159:19, 202:2, 207:17, 207:23, 217:15
**sticks** [1] - 216:23
**still** [9] - 52:1, 69:2, 140:2, 140:4, 145:7, 163:8, 173:10, 174:6, 175:2
**stills** [1] - 239:3
**stipulated** [1] - 49:14
**stipulations** [1] - 49:12
**stood** [4] - 104:8, 104:16, 110:2, 125:20
**stop** [19] - 104:13, 139:2, 139:8, 139:10, 146:19, 164:9, 166:13, 166:19, 169:9, 169:13, 170:1, 177:18, 177:20, 178:6, 179:2, 183:14, 183:22, 197:3, 199:15
**stopped** [38] - 104:12, 104:18, 139:5, 139:7, 139:16, 143:13, 145:18, 146:22, 146:23, 147:2, 147:3, 150:9, 150:11, 157:23, 158:1, 171:15, 171:20, 171:22, 172:1, 172:4, 172:5,

172:8, 175:9, 184:7, 185:9, 185:10, 185:16, 186:6, 187:3, 187:4, 189:18, 189:19, 209:13, 210:4, 210:5, 217:10
**stopping** [5] - 165:5, 166:13, 185:20, 187:20, 209:13
**straight** [1] - 120:1
**Street** [13] - 49:7, 103:21, 103:23, 111:2, 111:7, 111:10, 111:12, 111:13, 131:13, 131:14, 131:17, 163:11, 248:18
**street** [5] - 87:22, 88:3, 143:1, 162:7, 191:6
**streets** [8] - 57:15, 61:4, 76:19, 96:20, 111:21, 111:22, 229:23, 233:16
**strictly** [1] - 229:14
**strike** [5] - 148:5, 160:8, 160:11, 160:14, 189:8
**striking** [2] - 209:16, 210:8
**struck** [2] - 151:8, 151:15
**stuff** [2] - 110:23, 135:7
**stumbled** [1] - 172:17
**stutter** [1] - 172:4
**subjecting** [1] - 82:22
**substance** [14] - 131:23, 138:18, 144:3, 147:17, 186:7, 186:21, 187:8, 202:12, 206:5, 221:1, 221:11, 221:19, 222:4, 233:14
**Sue** [1] - 50:5
**suffered** [3] - 195:8, 224:14, 224:21
**suggested** [1] - 189:18
**Suite** [3] - 47:18, 49:4, 49:7
**summed** [1] - 220:6
**summer** [1] - 125:14
**sunny** [1] - 124:4
**superior** [1] - 217:10
**superiors** [3] - 167:13, 223:5
**supervisor** [1] - 157:15
**suppose** [1] - 159:7
**supposed** [5] - 94:12, 160:21, 238:16, 241:4, 242:23
**surrounded** [1] - 111:17
**suspended** [4] - 225:19, 227:11, 227:12, 229:18
**suspension** [1] - 227:12
**SWAT** [3] - 116:1, 116:3, 116:9
**Sworn** [1] - 253:14
**sworn** [5] - 50:18, 196:2, 196:12, 202:10, 254:13

## T

**tactically** [2] - 193:2, 193:12
**Tactics** [1] - 116:5
**tactics** [1] - 116:8
**tad** [1] - 102:6
**tall** [1] - 146:10
**tandem** [1] - 91:14
**tap** [8] - 196:14, 196:20, 197:12, 197:20, 198:3, 198:5, 198:8, 198:9
**tasers** [2] - 249:1, 249:2
**taught** [18] - 53:5, 53:15, 54:2, 55:6, 55:10, 55:14, 63:7, 63:11, 63:18, 64:4, 66:23, 69:18, 70:2, 70:11, 71:20, 74:5, 149:15, 206:11
**teach** [3] - 160:6, 160:8, 248:11
**teaches** [1] - 208:6
**teaching** [1] - 248:21
**team** [5] - 116:1, 116:3, 116:9, 116:10, 245:1
**Team** [1] - 211:23
**tear** [2] - 62:22, 63:1
**technique** [4] - 205:14, 206:2, 206:19, 206:23
**techniques** [1] - 249:12
**telephone** [1] - 182:20
**ten** [4] - 123:13, 134:2, 135:6, 135:13
**terms** [2] - 250:1, 252:1
**testified** [20] - 50:19, 72:7, 132:16, 153:8, 154:13, 154:22, 155:19, 156:11, 171:12, 195:9, 195:14, 195:19, 200:15, 200:20, 201:1, 211:1, 212:2, 212:9, 212:22, 220:11
**testifies** [1] - 137:21
**testify** [2] - 235:16, 254:14
**testifying** [3] - 219:9, 235:6, 243:19
**testimonies** [2] - 196:1, 196:12
**testimony** [39] - 50:2, 68:14, 120:22, 136:22, 140:4, 143:20, 144:13, 145:12, 145:18, 147:2, 153:12, 155:23, 156:2, 183:2, 183:4, 195:13, 196:3, 198:5, 198:7, 200:13, 200:14, 202:11, 203:3, 212:18, 212:19, 212:20, 224:11, 229:8, 235:17, 239:5, 239:20, 240:9, 240:12, 240:17, 253:5, 254:7, 254:10, 254:11, 254:18
**text** [3] - 245:14, 246:18, 247:11
**texted** [1] - 247:7
**texting** [1] - 245:14
**texts** [1] - 246:21
**THE** [348] - 49:21, 51:9, 52:15, 52:22, 53:11, 53:21, 54:8, 54:15, 54:22, 55:6, 55:14, 56:3, 56:13, 56:22, 57:7, 58:4, 58:11, 59:4, 59:11, 60:17, 61:20, 62:2, 62:7, 62:12, 63:4, 63:9, 63:16, 63:23, 64:19, 66:13, 66:20, 67:4, 67:18, 68:21, 69:5, 69:11, 70:4, 70:8, 70:16, 71:2, 71:9, 71:17, 72:5, 72:12, 72:20, 73:18, 73:21, 74:1, 74:9, 74:22, 75:9, 75:21, 76:4, 76:10, 76:22, 77:4, 77:18, 78:7, 78:14, 78:19, 79:8, 80:1, 80:14, 80:21, 81:9, 81:21, 82:13, 83:2, 83:14, 84:21, 85:11, 86:9, 86:18, 87:11, 88:13, 89:9, 89:19, 90:6, 91:1, 91:6, 91:16, 92:1, 92:20, 93:6, 98:9, 98:21, 99:21, 101:5, 102:23, 103:6, 104:3, 104:20, 105:13, 106:7, 106:13, 106:19, 107:5, 107:18, 108:5, 108:14, 108:23, 109:10, 109:18, 112:7, 112:16, 113:16, 114:19, 115:1, 115:18, 116:1, 116:17, 116:21, 117:4, 117:20, 119:3, 119:19, 119:23, 121:22, 122:3, 122:14, 122:20, 123:5, 123:10, 123:15, 124:2, 124:10, 125:4, 125:10, 125:17, 125:23, 126:12, 127:2, 127:14, 127:22, 128:14, 129:3, 130:2, 131:1, 131:8, 132:23, 133:13, 134:6, 134:21, 136:12, 140:21, 141:10, 141:19, 142:5, 143:4, 143:11, 143:21, 144:15, 145:1, 145:10, 146:22, 147:5, 147:15, 147:22, 148:9, 148:17, 149:3, 149:15, 149:22, 150:6, 150:16, 150:22, 151:5, 151:11, 151:19, 152:3, 152:11, 152:18, 153:14, 153:22, 154:4, 154:19, 155:5, 155:15, 156:4, 156:20, 157:7, 157:12, 158:5, 159:2, 159:7, 159:12, 160:20, 161:2, 161:4, 162:10, 162:15, 164:17, 167:18, 168:21, 169:2, 169:7, 172:3, 172:11, 172:17, 172:23, 174:3, 174:18, 175:14, 175:21, 176:4, 176:9, 176:15, 180:6, 180:17, 181:1, 181:14, 182:15, 182:22, 183:9, 183:20, 184:4, 184:10, 184:16, 184:22, 185:6, 185:13, 186:3, 186:10, 187:1, 187:14, 187:23, 188:21, 189:4, 189:15, 190:6, 191:1, 191:10, 191:18, 191:23, 192:11, 193:5, 193:16, 194:1, 194:9, 194:16, 194:22, 195:5, 196:10, 196:17, 197:9, 197:15, 198:1, 198:12, 198:18, 199:19, 200:3, 201:6, 202:8, 202:18, 203:6, 203:16, 204:6, 205:3, 205:12, 205:23, 206:9, 206:17, 207:7, 208:4, 208:17, 209:1, 209:8, 209:21, 210:13, 210:22, 211:8, 212:13, 213:4, 213:12, 214:3, 215:9, 215:19, 215:23, 216:7, 216:15, 217:3, 217:6, 217:18, 218:1, 218:18, 219:22, 220:6, 221:5, 221:14, 221:23, 222:8, 222:19, 223:10, 224:6, 224:18, 225:3, 225:10, 225:16, 226:6, 226:15, 226:22, 227:6, 228:3, 228:8, 228:20, 229:10, 230:6, 230:16, 231:8, 231:19, 232:4, 232:13, 232:20, 233:2, 233:10, 233:18, 233:23, 234:23, 235:7, 235:18, 236:2, 236:9, 236:17, 237:2, 237:12, 237:17, 240:6, 240:15, 240:19, 241:13, 241:21, 242:4, 242:10, 242:19, 243:2, 243:10, 244:3, 244:10, 244:13,

244:16, 245:1, 247:4, 249:7, 249:17, 250:5, 250:15, 251:16, 252:8
**there'd** [1] - 97:20
**therefore** [1] - 149:10
**they've** [1] - 208:11
**thin** [1] - 133:11
**thirty** [13] - 51:15, 52:6, 52:7, 77:11, 101:6, 103:13, 110:21, 165:5, 165:21
**thirty-five** [4] - 51:15, 52:6, 52:7, 77:11
**thirty-one** [3] - 52:6, 52:7, 77:11
**thirty-six** [2] - 165:5, 165:21
**thirty-three** [1] - 51:15
**threat** [2] - 58:14, 154:1
**threaten** [1] - 154:8
**threatened** [1] - 100:2
**three** [15] - 48:5, 51:15, 54:17, 84:5, 84:6, 84:9, 84:10, 139:17, 145:13, 164:6, 164:8, 239:23, 246:7, 252:2, 252:13
**threw** [1] - 148:21
**throughout** [3] - 96:16, 98:12, 239:20
**throw** [2] - 119:7, 119:16
**throwing** [6] - 56:3, 56:9, 56:14, 56:23, 57:9, 57:22
**thrown** [3] - 60:20, 61:3, 148:23
**Thursday** [1] - 220:18
**timing** [1] - 52:7
**TO** [1] - 48:1
**today** [4] - 50:5, 50:14, 136:22, 212:20
**today's** [1] - 49:22
**together** [4] - 97:15, 97:19, 97:21, 125:13
**tone** [3] - 204:23, 205:20, 206:12
**took** [5] - 78:2, 175:18, 204:7, 204:13, 221:2
**top** [1] - 158:14
**topic** [1] - 248:8
**topics** [1] - 248:9
**TORGALSKI** [1] - 47:10
**Torgalski** [13] - 157:2, 157:4, 157:9, 157:15, 174:7, 175:18, 175:23, 189:6, 210:4, 210:7, 224:22, 225:5, 226:3
**total** [1] - 97:14
**touch** [4] - 183:9, 198:3, 198:9, 211:4
**touching** [1] - 86:6
**tourist** [2] - 126:3, 127:4
**toward** [2] - 134:3, 138:22
**towards** [37] - 118:4, 122:5, 134:9, 134:12, 134:16, 136:19, 136:20, 139:9, 140:5, 141:7, 143:14, 143:15, 145:4, 151:23, 152:7, 153:10, 153:11, 154:17, 155:9, 155:10, 157:17, 157:22, 157:23, 162:19, 175:9, 175:19, 176:1, 184:8, 185:2, 185:3, 187:4, 192:3, 202:14, 202:15, 202:20, 210:4
**town** [1] - 125:6
**traffic** [2] - 130:11, 131:3
**trailed** [1] - 75:21
**trained** [3] - 53:11, 54:8, 207:11
**training** [31] - 53:4, 53:13, 63:6, 64:2, 66:22, 70:16, 71:19, 74:4, 75:12, 128:8, 128:19, 159:18, 161:7, 171:3, 171:4, 190:11, 219:22, 247:17, 247:23, 248:3, 248:6, 248:7, 248:15, 248:19, 249:5, 249:11, 249:15, 250:1, 250:5, 250:11
**trainings** [1] - 247:21
**transcript** [5] - 49:17, 73:15, 253:4, 254:17, 254:18
**transferring** [1] - 126:7
**trial** [2] - 49:19, 137:22
**Trial** [1] - 47:16
**tried** [1] - 232:21
**tries** [1] - 234:14
**truck** [3] - 115:20, 115:21, 166:2
**true** [135] - 64:13, 66:6, 106:21, 107:23, 153:8, 154:13, 154:21, 171:20, 172:7, 172:13, 172:20, 172:21, 184:8, 184:10, 185:16, 186:1, 186:3, 186:8, 186:10, 186:22, 187:1, 187:11, 189:12, 189:15, 190:4, 190:6, 192:8, 192:14, 192:15, 193:22, 194:7, 194:9, 194:14, 194:16, 195:3, 195:5, 200:11, 200:12, 204:4, 204:6, 204:18, 204:19, 205:10, 205:12, 205:15, 205:21, 205:23, 206:7, 206:9, 206:15, 206:20, 207:5, 207:7, 207:12, 208:2, 208:9, 208:15, 208:22, 209:1, 209:6, 209:19, 209:21, 210:11, 210:13, 210:20, 211:1, 211:12, 213:23, 215:3, 215:7, 216:5, 216:7, 216:13, 216:15, 222:11, 222:17, 223:23, 224:15, 224:23, 225:7, 225:10, 225:14, 226:4, 226:13, 226:20, 227:4, 228:1, 228:18, 228:20, 229:7, 229:10, 230:4, 230:6, 232:1, 232:11, 232:18, 233:8, 233:16, 234:9, 234:10, 235:5, 235:7, 235:14, 235:16, 235:18, 235:20, 236:2, 236:4, 236:9, 236:11, 236:17, 236:19, 237:2, 237:4, 237:12, 238:9, 239:6, 239:7, 239:22, 240:1, 240:10, 241:6, 241:7, 241:11, 241:19, 242:2, 242:8, 242:17, 242:23, 244:1, 248:4, 248:15, 251:1, 253:4, 254:17
**truth** [3] - 254:14, 254:15
**try** [6] - 104:7, 109:14, 109:15, 148:23, 177:5, 204:23
**trying** [13] - 60:23, 67:21, 89:15, 93:1, 93:4, 137:19, 144:21, 152:20, 160:22, 167:15, 228:10, 229:2, 229:21
**Tuesday** [1] - 220:18
**turn** [6] - 131:22, 139:13, 144:10, 144:16, 205:20, 223:20
**turned** [3] - 175:17, 180:6, 224:9
**turning** [1] - 165:7
**TV** [1] - 201:20
**twelve** [8] - 60:8, 93:23, 94:7, 98:3, 98:5, 175:12, 175:16, 176:11
**twelve-hour** [1] - 60:8
**twenty** [10] - 101:6, 110:21, 163:7, 164:6, 164:8, 164:9, 164:19, 170:1, 200:6, 204:7
**twenty-eight** [2] - 164:9, 164:19
**twenty-five** [1] - 200:6
**twenty-one** [1] - 163:7
**twenty-three** [2] - 164:6, 164:8
**twenty-two** [1] - 204:7
**twice** [3] - 103:1, 103:14, 140:3
**two** [33] - 67:12, 77:13, 82:2, 97:19, 97:20, 97:21, 97:22, 102:10, 118:15, 119:21, 119:23, 120:1, 128:6, 128:18, 134:21, 135:10, 135:16, 146:18, 147:7, 148:1, 150:8, 156:13, 161:18, 163:20, 166:13, 168:16, 188:6, 204:7, 218:19, 243:7, 246:7, 248:22
**type** [6] - 79:12, 80:4, 81:1, 128:22, 167:15, 187:5

**U**

**unclear** [1] - 177:12
**under** [21] - 67:4, 67:6, 68:6, 68:15, 69:3, 75:15, 137:21, 153:8, 153:12, 154:13, 154:21, 193:5, 193:7, 195:9, 195:14, 195:19, 203:10, 203:21, 211:1, 212:23, 254:10
**undercover** [6] - 107:14, 108:2, 108:20, 109:3, 109:14, 165:1
**underlying** [1] - 67:22
**underneath** [2] - 151:16, 158:14
**understood** [4] - 171:6, 190:16, 192:4, 215:15
**undertake** [3] - 138:17, 204:14, 235:13
**undertaken** [1] - 189:17
**undertook** [1] - 103:11
**uniform** [1] - 88:8
**union** [4] - 148:20, 149:7, 150:6, 231:12
**unique** [4] - 181:8, 181:15, 182:5, 182:11
**Unit** [12] - 195:22, 196:3, 202:11, 211:4, 237:7, 241:4, 241:15, 242:1, 242:14, 243:5, 243:13, 243:19
**unit** [65] - 53:23, 54:11, 54:18, 55:19, 55:20, 58:7, 70:10, 76:13, 87:6, 87:8, 87:9, 87:20, 89:23, 97:5, 97:8, 97:10, 97:13, 97:23, 98:2, 98:5, 98:18, 101:1, 107:21, 115:9, 116:5, 128:8, 155:11, 162:5, 163:16, 164:13, 165:22, 166:9, 170:4, 171:8, 171:11, 185:14, 220:12, 220:21, 220:23, 221:10, 225:7, 225:13, 225:21, 226:3, 226:9, 226:19, 227:2, 228:5, 231:22, 232:8, 232:16, 233:6, 233:7, 233:12, 233:15, 234:2, 234:5, 234:12, 242:2,

244:19, 245:17, 246:2, 246:20, 250:18, 250:19
**UNITED** [1] - 47:3
**units** [2] - 97:6, 97:17
**unlawful** [4] - 57:12, 57:17, 57:22, 75:5
**unlawfully** [3] - 62:21, 235:11, 235:21
**unless** [3] - 60:23, 75:17, 160:21
**unlike** [1] - 230:10
**unnecessary** [2] - 82:23, 83:11
**unusual** [1] - 135:19
**up** [61] - 59:19, 62:13, 66:23, 67:10, 68:6, 68:10, 68:16, 70:12, 70:17, 70:21, 71:14, 71:20, 73:2, 83:5, 84:23, 88:9, 93:2, 94:12, 94:14, 94:16, 95:20, 96:6, 96:18, 98:7, 98:11, 98:12, 105:21, 116:23, 119:23, 126:14, 127:19, 129:10, 129:20, 136:2, 140:15, 145:8, 146:22, 148:20, 149:7, 154:4, 159:12, 159:14, 168:2, 171:23, 173:9, 180:21, 181:14, 188:6, 190:21, 191:5, 192:2, 192:12, 199:8, 209:10, 209:11, 216:10, 216:18, 220:6, 234:16, 238:15, 242:21
**ups** [5] - 108:6, 167:22, 228:9, 228:15, 228:23
**usefulness** [1] - 160:2
**uses** [1] - 210:17
**utilized** [1] - 245:23
**utilizes** [1] - 88:19

## V

**vacate** [1] - 67:9
**vague** [4] - 65:2, 149:14, 150:3, 211:7
**vaguely** [1] - 102:5
**Valerie** [6] - 50:5, 56:19, 119:11, 138:8, 191:20, 254:5
**VALERIE** [2] - 47:20, 254:20
**van** [1] - 100:7
**vans** [10] - 94:10, 94:11, 94:15, 97:18, 97:19, 97:20, 97:21, 97:22
**vantage** [1] - 124:21
**various** [1] - 74:22
**vehicle** [7] - 165:7, 165:12, 165:14, 165:15, 165:17, 165:20, 166:8
**vehicles** [6] - 56:16, 61:4, 111:1, 111:4, 111:7, 111:14
**verbally** [1] - 100:3
**verbatim** [1] - 254:8
**versus** [3] - 50:4, 88:3, 181:11
**vest** [3] - 85:7, 85:16, 86:20
**vests** [1] - 86:18
**veterans** [1] - 250:22
**victim** [1] - 235:22
**Video** [28] - 48:4, 49:22, 51:11, 51:12, 51:14, 52:17, 53:7, 53:18, 54:4, 55:22, 77:9, 77:12, 79:3, 79:11, 80:4, 81:1, 81:12, 81:23, 83:4, 163:3, 163:5, 165:21, 173:2, 183:1, 183:12, 199:2, 200:7, 252:14
**video** [51] - 50:1, 50:2, 51:23, 52:2, 52:6, 52:8, 52:9, 78:3, 78:23, 140:17, 142:19, 143:1, 162:23, 163:6, 163:8, 163:19, 164:11, 168:11, 168:15, 169:11, 172:3, 173:3, 173:5, 173:9, 174:7, 174:14, 175:6, 175:17, 176:11, 176:21, 180:2, 181:1, 181:2, 181:10, 181:11, 182:9, 182:13, 183:3, 184:6, 199:4, 218:21, 219:4, 219:5, 219:10, 230:12, 231:3, 237:8, 237:14, 237:17, 239:2, 240:13
**videographer** [3] - 239:11, 239:13, 239:14
**VIDEOGRAPHER** [10] - 49:21, 73:21, 74:1, 161:2, 161:4, 217:3, 217:6, 244:13, 244:16, 252:8
**Videographer** [1] - 49:10
**videos** [2] - 237:15, 239:3
**Videos** [2] - 48:5, 252:13
**view** [3] - 78:3, 163:6, 219:5
**viewed** [1] - 202:1
**viewing** [1] - 126:3
**viewpoint** [1] - 108:17
**views** [1] - 74:16
**violated** [1] - 238:23
**violating** [7] - 214:3, 214:5, 214:19, 216:3, 216:5, 238:17, 238:22
**violation** [6] - 214:16, 214:17, 215:4, 215:9, 215:11, 215:17
**violence** [16] - 51:6, 52:12, 58:22, 59:15, 60:5, 60:12, 60:13, 60:17, 76:17, 91:22, 92:1, 96:22, 117:1, 124:19, 126:19, 221:3
**violent** [9] - 55:3, 59:17, 59:20, 72:9, 72:18, 99:3, 99:9, 106:5, 231:6
**visualize** [8] - 60:13, 122:23, 123:8, 143:16, 164:2, 164:10, 164:19, 176:19
**visualized** [5] - 105:6, 130:21, 132:9, 143:14, 151:15
**voice** [5] - 204:23, 205:9, 205:20, 206:12, 206:14
**voiced** [2] - 86:5, 189:22
**voicing** [3] - 186:12, 192:5, 216:22
**VOLUME** [1] - 47:2
**vs** [1] - 47:8

## W

**waist** [2] - 160:21, 160:23
**waited** [1] - 104:16
**waiting** [2] - 139:10, 145:7
**waived** [2] - 49:16, 49:17
**walk** [32] - 60:22, 66:23, 67:10, 68:6, 68:9, 68:16, 69:6, 70:12, 70:21, 71:14, 77:20, 92:4, 92:5, 92:10, 94:16, 103:21, 104:11, 121:18, 130:22, 138:22, 139:9, 139:14, 140:5, 145:3, 145:21, 171:22, 175:8, 184:7, 190:21, 191:5, 202:20, 216:10
**walked** [11] - 83:5, 107:11, 119:23, 129:10, 146:22, 171:12, 188:6, 192:2, 192:3, 202:15
**walking** [60] - 70:16, 92:4, 118:10, 118:12, 120:1, 122:4, 126:3, 131:21, 132:8, 133:21, 134:1, 134:3, 134:9, 134:12, 134:15, 134:16, 136:19, 136:20, 143:15, 146:19, 146:23, 151:21, 151:23, 152:5, 152:7, 153:10, 153:11, 154:4, 154:17, 155:9, 157:22, 157:23, 162:19, 169:14, 171:15, 171:21, 172:8, 173:6, 173:7, 181:14, 184:7, 185:2, 185:3, 185:10, 185:11, 185:16, 187:3, 189:18, 189:19, 192:12, 202:13, 203:6, 209:10, 209:11, 210:1, 210:3, 216:18, 217:8
**walks** [1] - 71:20
**wants** [2] - 62:9, 137:2
**warm** [1] - 124:4
**watch** [3] - 126:1, 201:13, 201:20
**watched** [3] - 140:17, 201:10, 201:14
**watching** [2] - 140:14, 219:9
**waving** [1] - 180:18
**ways** [2] - 74:22, 208:12
**WBFO** [1] - 173:3
**weapon** [6] - 84:3, 84:11, 84:22, 140:11, 148:17, 149:16
**Weapons** [1] - 116:5
**weapons** [2] - 187:6, 192:6
**wear** [4] - 62:10, 62:20, 135:22, 142:14
**wearing** [4] - 61:22, 88:2, 115:5, 142:11
**Wednesday** [9] - 220:17, 220:19, 220:22, 221:1, 221:8, 221:12, 221:17, 221:19, 222:5
**week** [3] - 53:13, 161:13, 222:3
**weeks** [2] - 64:2, 64:7
**WEISBECK** [428] - 49:2, 50:8, 50:21, 51:10, 51:21, 52:16, 53:1, 53:12, 53:22, 54:9, 54:16, 54:23, 55:8, 55:18, 56:5, 56:18, 57:2, 57:8, 58:5, 58:12, 59:5, 59:13, 60:18, 61:21, 62:3, 62:8, 62:15, 63:5, 63:10, 63:17, 64:1, 64:20, 64:23, 65:3, 65:5, 65:8, 65:18, 65:22, 66:5, 66:15, 66:21, 67:5, 67:20, 68:2, 68:13, 68:23, 69:7, 69:13, 70:1, 70:5, 70:9, 70:18, 71:4, 71:10, 71:18, 72:6, 72:13, 72:21, 73:8, 73:13, 74:3, 74:10, 75:1, 75:11, 75:23, 76:5, 76:11, 76:23, 77:5, 77:19, 77:23, 78:9, 78:15, 78:22, 79:9, 80:2, 80:15, 80:22, 81:10, 81:22, 82:15, 83:3, 83:15, 85:1, 85:12, 86:11, 86:22, 87:12, 88:14, 89:12, 89:20, 90:8, 90:20, 91:3, 91:9, 91:17, 92:6, 92:21, 93:8, 93:13, 93:15, 93:17, 98:10, 98:22, 99:22, 101:7, 103:2, 103:7, 104:10, 104:22, 105:15, 106:8, 106:14, 106:20, 107:7, 107:20, 108:7, 108:15, 109:4,

109:11, 109:19, 112:8, 112:19, 113:17, 114:20, 115:3, 115:19, 116:2, 116:18, 116:22, 117:5, 117:21, 119:4, 119:10, 119:14, 119:20, 120:3, 121:23, 122:6, 122:16, 122:21, 123:6, 123:12, 123:16, 123:19, 124:3, 124:11, 125:5, 125:11, 125:18, 126:5, 126:13, 127:7, 127:15, 127:23, 128:15, 129:4, 129:18, 130:5, 131:2, 131:9, 132:5, 132:12, 132:18, 132:19, 133:2, 133:6, 133:14, 134:8, 134:23, 136:16, 137:4, 137:8, 137:15, 137:19, 138:8, 138:13, 140:22, 141:5, 141:12, 141:20, 142:6, 142:22, 143:5, 143:12, 144:1, 144:17, 145:2, 145:11, 147:1, 147:6, 147:16, 147:23, 148:10, 148:19, 149:4, 149:17, 149:21, 149:23, 150:5, 150:7, 150:17, 151:1, 151:6, 151:12, 151:20, 152:4, 152:12, 152:16, 152:19, 153:3, 153:15, 153:23, 154:5, 154:20, 155:6, 155:18, 156:7, 156:21, 157:8, 157:13, 158:6, 158:18, 159:4, 159:8, 159:16, 160:4, 160:17, 161:1, 161:5, 162:11, 162:16, 163:4, 164:7, 164:18, 167:23, 168:22, 169:3, 169:8, 169:22, 170:20, 172:6, 172:12, 172:19, 173:1, 173:18, 174:4, 174:19, 175:7, 175:11, 175:15, 175:22, 176:5, 176:10, 176:17, 176:22, 177:2, 177:11, 177:14, 178:3, 178:12, 178:19, 179:1, 179:6, 179:21, 179:23, 180:12, 180:20, 181:4, 181:17, 181:21, 182:3, 182:16, 182:23, 183:11, 183:21, 184:5, 184:11, 184:17, 184:23, 185:8, 185:15, 185:19, 186:4, 186:11, 186:19, 187:2, 187:16, 188:2, 188:22, 189:5, 189:16, 190:7, 191:2, 191:11, 191:19, 192:1, 192:13, 192:17, 193:6, 193:11, 193:18, 194:3, 194:10, 194:17, 194:23, 195:6, 196:11, 196:18, 197:1, 197:3, 197:10, 197:18, 198:2, 198:13, 198:20, 199:20, 200:5, 200:10, 201:7, 202:9, 202:22, 203:9, 203:17, 204:9, 204:17, 205:5, 205:13, 206:1, 206:10, 206:18, 207:8, 208:5, 208:18, 209:2, 209:9, 209:22, 210:14, 210:23, 211:10, 212:17, 213:5, 213:13, 213:19, 214:4, 215:2, 215:10, 215:20, 216:1, 216:8, 216:16, 216:21, 217:2, 217:7, 217:19, 218:3, 218:22, 219:17, 219:23, 220:10, 221:6, 221:15, 222:1, 222:9, 223:3, 223:11, 224:10, 224:19, 225:4, 225:11, 225:20, 226:7, 226:17, 226:23, 227:9, 228:4, 228:13, 228:21, 229:22, 230:7, 230:19, 231:5, 231:9, 231:20, 232:6, 232:14, 232:22, 233:4, 233:11, 233:20, 234:1, 234:8, 234:18, 235:1, 235:8, 235:19, 236:3, 236:10, 236:18, 237:3, 237:13, 237:22, 238:6, 238:15, 238:20, 239:1, 240:8, 240:16, 240:20, 241:9, 241:14, 241:22, 242:5, 242:13, 242:20, 243:3, 243:11, 244:4, 244:11, 244:18, 245:4, 247:8, 249:9, 249:19, 250:6, 250:17, 251:17, 252:7

**Weisbeck** [2] - 50:8, 197:22

**west** [3] - 100:13, 104:3, 130:19

**WESTERN** [1] - 47:4

**westerns** [2] - 84:14

**whatsoever** [1] - 178:1

**whereas** [1] - 209:3

**wherein** [1] - 179:12

**White** [2] - 50:5, 254:5

**WHITE** [2] - 47:20, 254:20

**whole** [1] - 254:14

**wife** [1] - 197:5

**WISCHERATH** [7] - 49:3, 50:10, 51:14, 51:20, 164:5, 169:20, 179:22

**Wischerath** [1] - 50:10

**withdraw** [4] - 87:6, 132:18, 193:2, 193:12

**witness** [28] - 56:19, 65:6, 65:12, 65:20, 66:1, 71:4, 72:14, 75:23, 77:10, 137:13, 137:20, 138:2, 138:4, 138:9, 149:23, 177:7, 177:16, 178:2, 178:11, 178:13, 178:20, 179:14, 179:18, 181:18, 191:20, 192:10, 197:23, 230:3

**WITNESS** [338] - 51:9, 52:15, 52:22, 53:11, 53:21, 54:8, 54:15, 54:22, 55:6, 55:14, 56:3, 56:13, 56:22, 57:7, 58:4, 58:11, 59:4, 59:11, 60:17, 61:20, 62:2, 62:7, 62:12, 63:4, 63:9, 63:16, 63:23, 64:19, 66:13, 66:20, 67:4, 67:18, 68:21, 69:5, 69:11, 70:4, 70:8, 70:16, 71:2, 71:9, 71:17, 72:5, 72:12, 72:20, 73:18, 74:9, 74:22, 75:9, 75:21, 76:4, 76:10, 76:22, 77:4, 77:18, 78:7, 78:14, 78:19, 79:8, 80:1, 80:14, 80:21, 81:9, 81:21, 82:13, 83:2, 83:14, 84:21, 85:11, 86:9, 86:18, 87:11, 88:13, 89:9, 89:19, 90:6, 91:1, 91:6, 91:16, 92:1, 92:20, 93:6, 98:9, 98:21, 99:21, 101:5, 102:23, 103:6, 104:3, 104:20, 105:13, 106:7, 106:13, 106:19, 107:5, 107:18, 108:5, 108:14, 108:23, 109:10, 109:18, 112:7, 112:16, 113:16, 114:19, 115:1, 115:18, 116:1, 116:17, 116:21, 117:4, 117:20, 119:3, 119:19, 119:23, 121:22, 122:3, 122:14, 122:20, 123:5, 123:10, 123:15, 124:2, 124:10, 125:4, 125:10, 125:17, 125:23, 126:12, 127:2, 127:14, 127:22, 128:14, 129:3, 130:2, 131:1, 131:8, 132:23, 133:13, 134:6, 134:21, 136:12, 140:21, 141:10, 141:19, 142:5, 143:4, 143:11, 143:21, 144:15, 145:1, 145:10, 146:22, 147:5, 147:15, 147:22, 148:9, 148:17, 149:3, 149:15, 149:22, 150:6, 150:16, 150:22, 151:5, 151:11, 151:19, 152:3, 152:11, 152:18, 153:14, 153:22, 154:4, 154:19, 155:5, 155:15, 156:4, 156:20, 157:7, 157:12, 158:5, 159:2, 159:7, 159:12, 160:20, 162:10, 162:15, 164:17, 167:18, 168:21, 169:2, 169:7, 172:3, 172:11, 172:17, 172:23, 174:3, 174:18, 175:14, 175:21, 176:4, 176:9, 176:15, 180:6, 180:17, 181:1, 181:14, 182:15, 182:22, 183:9, 183:20, 184:4, 184:10, 184:16, 184:22, 185:6, 185:13, 186:3, 186:10, 187:1, 187:14, 187:23, 188:21, 189:4, 189:15, 190:6, 191:1, 191:10, 191:18, 191:23, 192:11, 193:5, 193:16, 194:1, 194:9, 194:16, 194:22, 195:5, 196:10, 196:17, 197:9, 197:15, 198:1, 198:12, 198:18, 199:19, 200:3, 201:6, 202:8, 202:18, 203:6, 203:16, 204:6, 205:3, 205:12, 205:23, 206:9, 206:17, 207:7, 208:4, 208:17, 209:1, 209:8, 209:21, 210:13, 210:22, 211:8, 212:13, 213:4, 213:12, 214:3, 215:9, 215:19, 215:23, 216:7, 216:15, 217:18, 218:1, 218:18, 219:22, 220:6, 221:5, 221:14, 221:23, 222:8, 222:19, 223:10, 224:6, 224:18, 225:3, 225:10, 225:16, 226:6, 226:15, 226:22, 227:6, 228:3, 228:8, 228:20, 229:10, 230:6, 230:16, 231:8, 231:19, 232:4, 232:13, 232:20, 233:2, 233:10, 233:18, 233:23, 234:23, 235:7, 235:18, 236:2, 236:9,

236:17, 237:2, 237:12, 237:17, 240:6, 240:15, 240:19, 241:13, 241:21, 242:4, 242:10, 242:19, 243:2, 243:10, 244:3, 244:10, 245:1, 247:4, 249:7, 249:17, 250:5, 250:15, 251:16
**witnessed** [1] - 72:7
**WNY** [1] - 49:22
**woman** [2] - 168:15, 169:14
**wood** [1] - 161:15
**wooden** [5] - 89:1, 155:1, 156:17, 158:2, 158:8
**word** [10] - 87:17, 118:20, 180:19, 181:5, 182:10, 182:12, 182:19, 185:4, 202:21, 235:16
**words** [22] - 131:23, 136:22, 138:17, 138:18, 139:18, 139:20, 144:3, 147:17, 154:15, 154:19, 155:1, 155:8, 185:1, 186:7, 186:20, 187:8, 202:12, 206:5, 221:1, 221:10, 221:19, 233:14
**workday** [1] - 248:5
**works** [1] - 238:10
**world** [1] - 206:17
**worn** [2] - 222:11, 222:13
**wow** [1] - 149:9
**writing** [4] - 213:9, 213:10, 227:15, 254:10
**written** [3] - 82:17, 211:14, 211:18
**wrote** [1] - 227:15

## Y

**year** [3] - 248:7, 248:8
**years** [4] - 64:10, 128:6, 128:19, 201:14
**yell** [4] - 170:12, 170:22, 185:4, 185:7
**yelled** [1] - 168:23
**yelling** [4] - 124:16, 171:9, 204:22, 244:7
**yells** [1] - 170:21
**YORK** [2] - 47:4, 254:1
**York** [6] - 47:19, 49:4, 49:8, 50:17, 116:12, 254:6
**yourself** [7] - 50:7, 90:22, 164:2, 164:10, 169:10, 173:12, 227:14

## Z

**Zagoda** [3] - 251:6, 251:8, 251:18
**zero** [1] - 174:14