UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARTIN GUGINO,
Plaintiff,

                                                                                             **NOTICE OF MOTION**

                                                                                            Case No.: 1:21-cv-00283

v.

CITY OF BUFFALO,
MAYOR BYRON BROWN,
POLICE OFFICER ROBERT MCCABE,
POLICE OFFICER AARON TORGALSKI,
POLICE OFFICER JOHN LOSI,
POLICE COMMISSIONER BYRON C. LOCKWOOD,
DEPUTY POLICE COMMISSIONER JOSEPH GRAMAGLIA,

                                        Defendants.
_____

      **PLEASE TAKE NOTICE**, upon the annexed Declaration of Melissa D. Wischerath, Esq., sworn to November 12, 2025, together with the annexed exhibits annexed thereto, a motion will be made by Plaintiff, MARTIN GUGINO, at a motion term of this Court, to be held before the Hon. Leslie G. Foschio at the United States Courthouse, 2 Niagara Square, Buffalo, New York 14202, on a date and time to be set by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Plaintiff, MARTIN GUGINO, partial summary judgment against Defendants, City of Buffalo, Mayor Byron Brown, Police Officer Robert McCabe, Police Officer Aaron Torgalski, Police Officer John Losi, Police Commissioner Byron C. Lockwood, Deputy Police Commissioner Joseph Gramaglia; together with such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Rule 7(a)(1) of the Local Rules of this court, Defendants are required to serve responding papers, if any, at least seven (7) days prior to the return date of this motion.

Dated:   Buffalo, New York
         November 12, 2025         **LIPSITZ GREEN SCIME CAMBRIA, LLP**

                                   /s/ Melissa D. Wischerath
                                   Melissa D. Wischerath, Esq.
                                   Lipsitz Green Scime Cambria LLP
                                   42 Delaware Avenue, #120
                                   Buffalo, NY 14202
                                   (716) 849-1333
                                   mwischerath@lglaw.com
                                   Attorneys for Plaintiff


TO:

Hugh M. Russ, Esq.
HODGSON RUSS LLP
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202
hruss@hodgsonruss.com

Peter A. Sahasrabudhe, Esq.
HODGSON RUSS LLP
The Guaranty Building
140 Pearl Street, Suite 100
psahasra@hodgsonruss.com

Attorneys for Defendants