**EXHIBIT 8**



**Byron C Lockwood/BPD**
06/02/2020 05:57 PM

To: Davette M Patton/BPD@BuffaloPoliceDept
Subject: Re: Curfew

No

Byron C. Lockwood
Commissioner of Police
Buffalo Police Department
68 Court Street
Buffalo, New York 14202
(716) 851-4571

**Davette M Patton/BPD**
06/02/2020 01:33 PM

To: Byron C Lockwood/BPD@BuffaloPoliceDept
Subject: Curfew

Afternoon Commissioner,

Been receiving numerous calls now regarding curfew and concerns about being arrested. There is a graduation scheduled tomorrow at 7:30 and I was asked about people leaving ceremony and traveling home will they have any problems?

Davette M. Patton
Confidential Secretary to
Police Commissioner Byron C. Lockwood
68 Court Street
Buffalo, New York 14202
(716) 851-4571 (p)
dmpatton@bpdny.org



EXHIBIT 68