**EXHIBIT 18**

JACQUELINE COSTANTINO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------------------

MARTIN GUGINO,

                        Plaintiff,

        -vs-

CITY OF BUFFALO,
MAYOR BYRON BROWN,
POLICE OFFICER ROBERT McCABE,
POLICE OFFICER AARON TORGALSKI,
POLICE OFFICER JOHN LOSI,
POLICE COMMISSIONER BYRON C. LOCKWOOD,
DEPUTY POLICE COMMISSIONER JOSEPH GRAMAGLIA,

                        Defendants.

------------------------------------------------

                        Remote Examination Before

Trial of JACQUELINE COSTANTINO, taken pursuant to the

Federal Rules of Civil Procedure, at SUE ANN SIMONIN COURT

REPORTING, 421 Franklin Street, Buffalo, New York, taken on

May 22, 2023, commencing at 10:00 A.M., before SUE ANN

SIMONIN, Notary Public.

2

1                        <u>INDEX TO EXHIBITS</u>

2

3

4    Exhibits                            For Identification

5    1       twenty-one-page Document, the          3
             first being a Subpoena to Testify
6            at a Deposition in a Civil
             Action dated April 27, 2023
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

3

```
 1        APPEARANCES:

 2        LIPSITZ GREEN SCIME CAMBRIA, LLP,
          By MELISSA D. WISCHERATH, ESQ.,
 3        42 Delaware Avenue,
          Suite 120,
 4        Buffalo, New York 14202,
          Appearing for the Plaintiff.
 5
          HODGSON RUSS LLP,
 6        By PETER A. SAHASRABUDHE, ESQ.,
          The Guaranty Building,
 7        140 Pearl Street, Suite 100,
          Buffalo, New York 14202,
 8        Appearing for the Defendants.

 9        PRESENT with The Witness:  Kevin Linder, Esq.

10

11            (The following stipulations were entered

12        into by both parties.)

13            It is hereby stipulated by and between counsel

14        for the respective parties that the oath of the

15        Referee is waived, that filing and certification

16        of the transcript are waived, and that all

17        objections, except as to the form of the

18        questions, are reserved until the time of trial.

19

20            (A twenty-one-page Document, the first being

21        a Subpoena to Testify at a Deposition in a Civil

22        Action dated April 27, 2023, was received and

23        marked as Exhibit 1, for identification.)
```

4

1    MS. WISCHERATH:  At the end of today you're entitled

2        to a copy, at no cost, of the transcript.  So if

3        you would like to have that option, it can be

4        mailed to you and then you can read and sign, or

5        you can decline.  It's your choice, either way.

6    JACQUELINE COSTANTINO:  I'll take a copy.  Thank you.

7

8

9    THE REPORTER:  Do all parties involved agree to this

10       deposition being conducted by remote video and to

11       the witness being sworn in remotely?

12   MS. WISCHERATH:  Yes.

13   MR. SAHASRABUDHE:  Yes.

14   JACQUELINE COSTANTINO:  Yes.

15

16          J A C Q U E L I N E   C O S T A N T I N O,

17       11 Colette Avenue, Cheektowaga, New York, 14227,

18            after being duly called and sworn,

19          testified via videoconference as follows:

20

21   EXAMINATION BY MS. WISCHERATH:

22

23   Q.  Good morning, Miss Costantino.  My name is

1     Melissa Wischerath and I represent the Plaintiff,

2     Martin Gugino.  And you're not a party here

3     today, but you were -- your office received a

4     Subpoena.  And really the purpose of today is

5     just to identify some records and ask you some

6     questions about very specific records.  Okay?

7  A.  Okay.

8  Q.  Now, what is your role within the Erie County

9     Clerk's Office?

10  A.  I am the supervisor of records.

11  Q.  Okay.  And in preparation for your testimony

12     today, did you review anything?

13  A.  I was given copies of the documents that are

14     attached to the Subpoena.

15  Q.  Okay.  Great.  We marked those in advance today

16     as Exhibit 1.  And I'm going to go ahead and

17     share my screen with you.  If there's any delay

18     or glitch, just let me know.

19  A.  Okay.

20  Q.  Okay.  So what you should be seeing, there's a

21     sticker at the top, it says Exhibit 1, United

22     States District Court.  Are you able to see that?

23  A.  Yes.

6

```
 1   Q.   Okay.  And I'm just going to go through it very
 2        quickly just so we can identify it, but it's a
 3        twenty-one-page document, the first page is the
 4        actual Subpoena for today.  And then at page four
 5        there were three matters of examination
 6        identified.  That's page four of Exhibit 1.
 7             And then beginning at page five, and it goes
 8        through nineteen, so five through nineteen of
 9        Exhibit 1, is a copy of a FOIL that my office
10        sent to the clerk and the response that we
11        received.  Did you review that before you
12        appeared today?
13   A.   I reviewed the documents, yes.  I didn't read the
14        FOIL request.
15   Q.   Okay.  And do you know, are those, the attached
16        records, and I can slow down and go through each
17        page if you would like, are those true and
18        accurate copies of original records that were
19        filed and kept in the course of Erie County
20        Clerk's Office business?
21   A.   They appear to be, yes.
22   Q.   And these were filed within the office of the
23        Erie County Clerk, correct?
```

7

```
1   A.   Yes.
2   Q.   And if I go to page six, the recording page, are
3        you able to identify the date that this document
4        was recorded?
5   A.   June 12th of 2020.
6   Q.   And would that date have been made at or near the
7        time the information was received by the county?
8   A.   Yes.
9   Q.   And then turning to page eight, there's another
10       recording page.  Are you able to identify when
11       this record was filed with the county?
12  A.   June 12th, 2020.
13  Q.   And would that have been made at or near the time
14       the information was received by the county?
15  A.   Yes.
16  Q.   And then turning to page ten of Exhibit 1, the
17       recording page, are you able to tell me when this
18       document was filed with the county?
19  A.   June 12th, 2020.
20  Q.   And would that have been made at or near the time
21       the information was recorded?
22  A.   Yes.
23  Q.   And I'm going to look at page twelve of Exhibit
```

8

```
 1        1, the recording page.  Can you tell me when this
 2        -- when these records were filed with the county?
 3   A.   June 12th of 2020.
 4   Q.   And would the attached record have been made at
 5        or near the time the information was recorded
 6        with the county?
 7   A.   Yes.
 8   Q.   And we're looking at page fourteen of Exhibit 1.
 9        Are you able to identify when the attached record
10        was filed with the county?
11   A.   June 12th of 2020.
12   Q.   And would the attached record have been made at
13        or near the time the information was recorded?
14   A.   Yes.
15   Q.   Now we're down at page sixteen of Exhibit 1.
16        This attached copy of the record, was this filed
17        with the county and are you able to tell me when?
18   A.   June 12th of 2020.
19   Q.   And would this attached copy of the record have
20        been made at or near the time the information was
21        recorded?
22   A.   Maybe I'm misunderstanding what you're saying.
23        Are you asking me if the document that's recorded
```

9

1     was made on that date?

2  Q.  Yes.  I guess, was it received by the county and

3     filed at or near the time it was received?

4  A.  Yes.  When it was received, yes, but if you said

5     when the documents were made, those were made

6     whenever they're signed and dated.  So maybe I

7     misunderstood at some point, but yes, we would

8     have received them and filed them around the same

9     date.

10  Q.  So when they came into -- so whenever these were

11     presented at the county, they would have been --

12     the information would be recorded at or near the

13     same time they were presented to the county,

14     correct?

15  A.  Correct, yes.

16  Q.  Thank you.  Now we're down at page eighteen of

17     Exhibit 1.  And the recording page, the attached

18     record, was this filed with the county and are

19     you able to tell me the date?

20  A.  Yes, July 22nd, 2020.

21  Q.  And the recording page and the record that we're

22     looking at at page eighteen of Exhibit 1, would

23     the recording have been made at or near the time

10

1      that the information was received by the county?

2  A.  Yes.

3  Q.  We got through Exhibit 1.

4        And is it the regular practice of the Erie

5      County Clerk's Office to record the information

6      that was set forth in Exhibit 1?

7  A.  Yes.

8  Q.  And are you familiar with the records and the

9      circumstances under which the documents at

10     Exhibit 1 were kept and filed?

11  A.  Yes.

12  MS. WISCHERATH:  I don't have anything further for

13     you.  That being said, Mr. Sahasrabudhe may have

14     some questions.

15  MR. SAHASRABUDHE:  No, I don't have any.

16  MS. WISCHERATH:  Thank you for your time this

17     morning.

18  THE WITNESS:  You're welcome.

19

20            *   *   *   *   *

21

22

23

11

1        I HEREBY CERTIFY that I have read the

2    foregoing 10 pages and that, except as to those

3    changes set forth in the attached errata form(s),

4    they are a true and accurate transcript of the

5    testimony given by me in the above-entitled

6    action on May 22, 2023.

7

8

9

10                        ------------------------------

11                    JACQUELINE COSTANTINO

12

13

14    Sworn to before me this

15

16    _____ day of May_____ 2023.

17

18

19    ------------------------------

20          Notary Public.

21

22           **SCOTT SHUGARTS**
              Notary Public, State of New York
               Qualified in Erie County

23          My Commission Expires 5/1/25
          04SH6357850

12

1    STATE OF NEW YORK)

2                    SS:

3    COUNTY OF ERIE)

4

5        I, Sue Ann Simonin, a Notary Public in and

6    for the State of New York, County of Erie, DO

7    HEREBY CERTIFY that the testimony of JACQUELINE

8    COSTANTINO was taken down by me in a verbatim

9    manner by means of Machine Shorthand, on May 22,

10   2023.  That the testimony was then reduced into

11   writing under my direction.  That the testimony

12   was taken to be used in the above-entitled

13   action.  That the said deponent, before

14   examination, was duly sworn by me to testify to

15   the truth, the whole truth and nothing but the

16   truth, relative to said action.

17       I further CERTIFY that the above-described

18   transcript constitutes a true and accurate and

19   complete transcript of the testimony.

20

21   _____

22                SUE ANN SIMONIN,
              Notary Public.

23

Sue Ann Simonin Court Reporting

# ERRATA FORM

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

Jacqueline Costantino

1

**1**

**1** [15] - 2:5, 3:23, 5:16, 5:21, 6:6, 6:9, 7:16, 8:1, 8:8, 8:15, 9:17, 9:22, 10:3, 10:6, 10:10
**10** [1] - 11:2
**100** [1] - 3:7
**10:00** [1] - 1:19
**11** [1] - 4:17
**120** [1] - 3:3
**12th** [6] - 7:5, 7:12, 7:19, 8:3, 8:11, 8:18
**140** [1] - 3:7
**14202** [2] - 3:4, 3:7
**14227** [1] - 4:17

**2**

**2020** [7] - 7:5, 7:12, 7:19, 8:3, 8:11, 8:18, 9:20
**2023** [6] - 1:19, 2:6, 3:22, 11:6, 11:16, 12:10
**22** [3] - 1:19, 11:6, 12:9
**22nd** [1] - 9:20
**27** [2] - 2:6, 3:22

**3**

**3** [1] - 2:5

**4**

**42** [1] - 3:3
**421** [1] - 1:18

**A**

**A.M** [1] - 1:19
**AARON** [1] - 1:10
**able** [7] - 5:22, 7:3, 7:10, 7:17, 8:9, 8:17, 9:19
**above-described** [1] - 12:17
**above-entitled** [2] - 11:5, 12:12
**accurate** [3] - 6:18, 11:4, 12:18
**Action** [2] - 2:6, 3:22
**action** [3] - 11:6, 12:13, 12:16
**actual** [1] - 6:4
**advance** [1] - 5:15
**agree** [1] - 4:9
**ahead** [1] - 5:16
**Ann** [1] - 12:5
**ANN** [3] - 1:17, 1:19,

12:21
**appear** [1] - 6:21
**APPEARANCES** [1] - 3:1
**appeared** [1] - 6:12
**Appearing** [1] - 3:4
**appearing** [1] - 3:8
**April** [2] - 2:6, 3:22
**attached** [9] - 5:14, 6:15, 8:4, 8:9, 8:12, 8:16, 8:19, 9:17, 11:3
**Avenue** [2] - 3:3, 4:17

**B**

**beginning** [1] - 6:7
**between** [1] - 3:13
**BROWN** [1] - 1:9
**BUFFALO** [1] - 1:9
**Buffalo** [3] - 1:18, 3:4, 3:7
**Building** [1] - 3:6
**business** [1] - 6:20
**BY** [1] - 4:21
**BYRON** [2] - 1:9, 1:11

**C**

**CAMBRIA** [1] - 3:2
**certification** [1] - 3:15
**CERTIFY** [3] - 11:1, 12:7, 12:17
**changes** [1] - 11:3
**Cheektowaga** [1] - 4:17
**choice** [1] - 4:5
**circumstances** [1] - 10:9
**CITY** [1] - 1:9
**Civil** [3] - 1:17, 2:6, 3:21
**clerk** [1] - 6:10
**Clerk** [1] - 6:23
**Clerk's** [3] - 5:9, 6:20, 10:5
**Colette** [1] - 4:17
**commencing** [1] - 1:19
**COMMISSIONER** [2] - 1:11, 1:12
**complete** [1] - 12:19
**conducted** [1] - 4:10
**constitutes** [1] - 12:18
**copies** [2] - 5:13, 6:18
**copy** [5] - 4:2, 4:6, 6:9, 8:16, 8:19

**correct** [3] - 6:23, 9:14, 9:15
**cost** [1] - 4:2
**COSTANTINO** [6] - 1:2, 1:16, 4:6, 4:14, 11:11, 12:8
**Costantino** [1] - 4:23
**counsel** [1] - 3:13
**county** [13] - 7:7, 7:11, 7:14, 7:18, 8:2, 8:6, 8:10, 8:17, 9:2, 9:11, 9:13, 9:18, 10:1
**County** [5] - 5:8, 6:19, 6:23, 10:5, 12:6
**COUNTY** [1] - 12:3
**course** [1] - 6:19
**COURT** [2] - 1:3, 1:17
**Court** [1] - 5:22

**D**

**date** [5] - 7:3, 7:6, 9:1, 9:9, 9:19
**dated** [3] - 2:6, 3:22, 9:6
**decline** [1] - 4:5
**Defendants** [2] - 1:13, 3:8
**Delaware** [1] - 3:3
**delay** [1] - 5:17
**deponent** [1] - 12:13
**Deposition** [2] - 2:6, 3:21
**deposition** [2] - 4:10
**DEPUTY** [1] - 1:12
**described** [1] - 12:17
**direction** [1] - 12:11
**District** [1] - 5:22
**DISTRICT** [2] - 1:3, 1:4
**DO** [1] - 12:6
**document** [4] - 6:3, 7:3, 7:18, 8:23
**Document** [2] - 2:5, 3:20
**documents** [4] - 5:13, 6:13, 9:5, 10:9
**down** [4] - 6:16, 8:15, 9:16, 12:8
**duly** [2] - 4:18, 12:14

**E**

**eight** [1] - 7:9
**eighteen** [2] - 9:16, 9:22
**either** [1] - 4:5
**end** [1] - 4:1
**entered** [1] - 3:11
**entitled** [3] - 4:1,

11:5, 12:12
**ERIE** [1] - 12:3
**Erie** [5] - 5:8, 6:19, 6:23, 10:4, 12:6
**errata** [1] - 11:3
**ESQ** [2] - 3:2, 3:6
**Esq** [1] - 3:9
**Examination** [1] - 1:15
**EXAMINATION** [1] - 4:21
**examination** [2] - 6:5, 12:14
**except** [2] - 3:17, 11:2
**Exhibit** [14] - 3:23, 5:16, 5:21, 6:6, 6:9, 7:16, 7:23, 8:8, 8:15, 9:17, 9:22, 10:3, 10:6, 10:10
**EXHIBITS** [1] - 2:1
**Exhibits** [1] - 2:4

**F**

**familiar** [1] - 10:8
**Federal** [1] - 1:17
**filed** [11] - 6:19, 6:22, 7:11, 7:18, 8:2, 8:10, 8:16, 9:3, 9:8, 9:18, 10:10
**filing** [1] - 3:15
**first** [3] - 2:5, 3:20, 6:3
**five** [2] - 6:7, 6:8
**FOIL** [2] - 6:9, 6:14
**following** [1] - 3:11
**follows** [1] - 4:19
**foregoing** [1] - 11:2
**form** [1] - 3:17
**form(s** [1] - 11:3
**forth** [2] - 10:6, 11:3
**four** [2] - 6:4, 6:6
**fourteen** [1] - 8:8
**Franklin** [1] - 1:18

**G**

**given** [2] - 5:13, 11:5
**glitch** [1] - 5:18
**GRAMAGLIA** [1] - 1:12
**great** [1] - 5:15
**GREEN** [1] - 3:2
**Guaranty** [1] - 3:6
**guess** [1] - 9:2
**GUGINO** [1] - 1:6
**Gugino** [1] - 5:2

**H**

**hereby** [1] - 3:13
**HEREBY** [2] - 11:1, 12:7
**HODGSON** [1] - 3:5

**I**

**identification** [1] - 3:23
**Identification** [1] - 2:4
**identified** [1] - 6:6
**identify** [5] - 5:5, 6:2, 7:3, 7:10, 8:9
**INDEX** [1] - 2:1
**information** [9] - 7:7, 7:14, 7:21, 8:5, 8:13, 8:20, 9:12, 10:1, 10:5
**involved** [1] - 4:9

**J**

**JACQUELINE** [6] - 1:2, 1:16, 4:6, 4:14, 11:11, 12:7
**JOHN** [1] - 1:11
**JOSEPH** [1] - 1:12
**July** [1] - 9:20
**June** [6] - 7:5, 7:12, 7:19, 8:3, 8:11, 8:18

**K**

**kept** [2] - 6:19, 10:10
**Kevin** [1] - 3:9

**L**

**Linder** [1] - 3:9
**LIPSITZ** [1] - 3:2
**LLP** [2] - 3:2, 3:5
**LOCKWOOD** [1] - 1:11
**look** [1] - 7:23
**looking** [2] - 8:8, 9:22
**LOSI** [1] - 1:11

**M**

**Machine** [1] - 12:9
**mailed** [1] - 4:4
**manner** [1] - 12:9
**marked** [2] - 3:23, 5:15
**MARTIN** [1] - 1:6
**Martin** [1] - 5:2
**matters** [1] - 6:5
**MAYOR** [1] - 1:9
**McCABE** [1] - 1:10

Sue Ann Simonin Court Reporting

Jacqueline Costantino

means [1] - 12:9
Melissa [1] - 5:1
MELISSA [1] - 3:2
Miss [1] - 4:23
misunderstanding [1] - 8:22
misunderstood [1] - 9:7
morning [2] - 4:23, 10:17
MR [2] - 4:13, 10:15
MS [5] - 4:1, 4:12, 4:21, 10:12, 10:16

**N**

name [1] - 4:23
near [9] - 7:6, 7:13, 7:20, 8:5, 8:13, 8:20, 9:3, 9:12, 9:23
NEW [2] - 1:4, 12:1
New [5] - 1:18, 3:4, 3:7, 4:17, 12:6
nineteen [2] - 6:8
Notary [4] - 1:20, 11:20, 12:5, 12:22
nothing [1] - 12:15

**O**

oath [1] - 3:14
objections [1] - 3:17
OF [4] - 1:4, 1:9, 12:1, 12:3
office [3] - 5:3, 6:9, 6:22
Office [3] - 5:9, 6:20, 10:5
OFFICER [3] - 1:10, 1:10, 1:11
one [3] - 2:5, 3:20, 6:3
option [1] - 4:3
original [1] - 6:18

**P**

page [22] - 2:5, 3:20, 6:3, 6:4, 6:6, 6:7, 6:17, 7:2, 7:9, 7:10, 7:16, 7:17, 7:23, 8:1, 8:8, 8:15, 9:16, 9:17, 9:21, 9:22
pages [1] - 11:2
parties [3] - 3:12, 3:14, 4:9
party [1] - 5:2
Pearl [1] - 3:7
PETER [1] - 3:6
Plaintiff [3] - 1:7, 3:4, 5:1

point [1] - 9:7
POLICE [5] - 1:10, 1:10, 1:11, 1:11, 1:12
practice [1] - 10:4
preparation [1] - 5:11
PRESENT [1] - 3:9
presented [2] - 9:11, 9:13
Procedure [1] - 1:17
Public [4] - 1:20, 11:20, 12:5, 12:22
purpose [1] - 5:4
pursuant [1] - 1:16

**Q**

questions [3] - 3:18, 5:6, 10:14
quickly [1] - 6:2

**R**

read [3] - 4:4, 6:13, 11:1
really [1] - 5:4
received [10] - 3:22, 5:3, 6:11, 7:7, 7:14, 9:2, 9:3, 9:4, 9:8, 10:1
record [9] - 7:11, 8:4, 8:9, 8:12, 8:16, 8:19, 9:18, 9:21, 10:5
recorded [7] - 7:4, 7:21, 8:5, 8:13, 8:21, 8:23, 9:12
recording [7] - 7:2, 7:10, 7:17, 8:1, 9:17, 9:21, 9:23
records [7] - 5:5, 5:6, 5:10, 6:16, 6:18, 8:2, 10:8
reduced [1] - 12:10
Referee [1] - 3:15
regular [1] - 10:4
relative [1] - 12:16
Remote [1] - 1:15
remote [1] - 4:10
remotely [1] - 4:11
REPORTER [1] - 4:9
REPORTING [1] - 1:18
represent [1] - 5:1
request [1] - 6:14
reserved [1] - 3:18
respective [1] - 3:14
response [1] - 6:10
review [2] - 5:12, 6:11
reviewed [1] - 6:13
ROBERT [1] - 1:10
role [1] - 5:8

Rules [1] - 1:17
RUSS [1] - 3:5

**S**

sahasrabudhe [1] - 10:13
SAHASRABUDHE [3] - 3:6, 4:13, 10:15
SCIME [1] - 3:2
screen [1] - 5:17
see [1] - 5:22
seeing [1] - 5:20
sent [1] - 6:10
set [2] - 10:6, 11:3
share [1] - 5:17
Shorthand [1] - 12:9
sign [1] - 4:4
signed [1] - 9:6
SIMONIN [3] - 1:17, 1:20, 12:21
Simonin [1] - 12:5
six [1] - 7:2
sixteen [1] - 8:15
slow [1] - 6:16
specific [1] - 5:6
SS [1] - 12:2
STATE [1] - 12:1
State [1] - 12:6
STATES [1] - 1:3
States [1] - 5:22
sticker [1] - 5:21
stipulated [1] - 3:13
stipulations [1] - 3:11
Street [2] - 1:18, 3:7
Subpoena [5] - 2:5, 3:21, 5:4, 5:14, 6:4
Sue [1] - 12:5
SUE [3] - 1:17, 1:19, 12:21
Suite [2] - 3:3, 3:7
supervisor [1] - 5:10
Sworn [1] - 11:14
sworn [3] - 4:11, 4:18, 12:14

**T**

ten [1] - 7:16
testified [1] - 4:19
Testify [2] - 2:5, 3:21
testify [1] - 12:14
testimony [6] - 5:11, 11:5, 12:7, 12:10, 12:11, 12:19
THE [2] - 4:9, 10:18
three [1] - 6:5
TO [1] - 2:1
today [7] - 4:1, 5:3,

5:4, 5:12, 5:15, 6:4, 6:12
top [1] - 5:21
TORGALSKI [1] - 1:10
transcript [5] - 3:16, 4:2, 11:4, 12:18, 12:19
trial [1] - 3:18
Trial [1] - 1:16
true [3] - 6:17, 11:4, 12:18
truth [3] - 12:15, 12:16
turning [2] - 7:9, 7:16
twelve [1] - 7:23
twenty [3] - 2:5, 3:20, 6:3
twenty-one-page [3] - 2:5, 3:20, 6:3

**U**

under [2] - 10:9, 12:11
UNITED [1] - 1:3
United [1] - 5:21

**V**

verbatim [1] - 12:8
via [1] - 4:19
video [1] - 4:10
videoconference [1] - 4:19
vs [1] - 1:8

**W**

waived [2] - 3:15, 3:16
welcome [1] - 10:18
WESTERN [1] - 1:4
whole [1] - 12:15
WISCHERATH [6] - 3:2, 4:1, 4:12, 4:21, 10:12, 10:16
Wischerath [1] - 5:1
WITNESS [1] - 10:18
witness [1] - 4:11
Witness [1] - 3:9
writing [1] - 12:11

**Y**

YORK [2] - 1:4, 12:1
York [5] - 1:18, 3:4, 3:7, 4:17, 12:6

AO 88A  (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of New York

| | |
|---|---|
| MARTIN GUGINO | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   21-cv-283VA |
| CITY OF BUFFALO, et al | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:      RECORD ACCESS OFFICER, ERIE COUNTY CLERK'S OFFICE,
              92 Franklin Street, Buffalo, New York 14202
              *(Name of person to whom this subpoena is directed)*

☑ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:    SEE ATTACHED EXHIBIT "A".

| Place:  Via Remote Means, Link attached | Date and Time: |
|---|---|
| | 05/22/2023 10:00 am |

The deposition will be recorded by this method:     Stenographically, via remote

☐ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      04/27/2023

          *CLERK OF COURT*
                                                      OR

      _____                    _____
        *Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*     Plaintiff
                                                              , who issues or requests this subpoena, are:
Melissa D. Wischerath, Esq., Lipsitz Green Scime Cambria, 42 Delaware Ave., #120, Buffalo, NY 14202; 716-849-1333; mwischerath@lglaw.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 21-cv-283VA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
        (i) is a party or a party's officer; or
        (ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
        (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
        (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

        (i) fails to allow a reasonable time to comply;
        (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
        (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
        (iv) subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

        (i) disclosing a trade secret or other confidential research, development, or commercial information; or
        (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
        (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
        (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
        (i) expressly make the claim; and
        (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# EXHIBIT "A"

**MATTERS OF EXAMINATION:**

1.     When Mayor Brown's State of Emergency Order, emergency and/or curfew order(s), and any extensions thereof in the City of Buffalo for the period of May 15, 2020 through June 7, 2020 were filed, if any;

2.     Documents showing when the above Order(s) identified in no. 1 were received and filed.

3.     FOIL response of  Records Access Officer, Erie County Clerk's Office (see attached)



# Lipsitz Green Scime Cambria LLP

Attorneys at Law          42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924  P 716 849 1333  F 716 855 1580 (Not for Service)  www.lglaw.com

Paul J. Cambria, Jr. [1,3,5]
James T. Scime
Herbert L. Greenman
Michael Schiavone
Loraine Kelley
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Robert L. Boreanaz
Thomas M. Mercure
John A. Collins
Michael P. Stuermer [3]
Jeffrey F. Reina
Cherie L. Peterson
Joseph J. Manna
William P. Moore
Thomas C. Burnham
Jonathan W. Brown [3]
Diane M. Perri Roberts
Matthew B. Morey
Sharon M. Heim
Paul J. Cieslik
Gregory P. Krull
Robert E. Ziske
Patrick J. Mackey [4]
Max Humann
Lynn M. Bochenek
Joseph L. Guza
Richard A. Maltese, Jr.
Justin D. Ginter
Erin McCampbell Paris
Jeffrey B. Novak
Lucy M. Berkman [2]
Dale J. Bauman [2,6]
Karoline R. Faltas
Melissa D. Wischerath [2]
Alexander E. Basinski
Taylor D. Golba
Todd J. Aldinger
Christina M. Croglio
Maxwell J. Adler [2]
Amy C. Keller [8]

OF COUNSEL
Patrick C. O'Reilly
Joseph J. Gumkowski
George E. Riedel, Jr. [3]

SPECIAL COUNSEL
Richard D. Furlong
Scott M. Schwartz
Mark S. Carney
Robert A. Scalione [2]

LICENSED WORKERS'
COMPENSATION
REPRESENTATIVE
Keith T. Williams

[1] Also admitted in District of Columbia
[2] Also admitted in Florida
[3] Also admitted in California
[4] Also admitted in Illinois
[5] Also admitted in Pennsylvania
[6] Also admitted in New Jersey
[7] Also admitted in Oregon
[8] Also admitted in Massachusetts

August 10, 2020

Erie County Clerk's Office
Attn:  Legal Dept.
95 Franklin Street
Buffalo, New York 14202

**Re:    FOIL Request**
**File No.: 67543.0001**

Dear Ms. Fulwiler:

Pursuant to the applicable provisions of the New York State Freedom of Information Law, we respectfully request the following from the Erie County Clerk's Office:

1.    A copy of Mayor Brown's State of Emergency Order, curfew orders and any extensions thereof in the City of Buffalo for the period of May 30, 2020 through June 7, 2020.

In accordance with the applicable provisions of the New York State Freedom of Information Law, we will pay for copying expenses.

Very truly yours,

Lipsitz Green Scime Cambria LLP

By:    Melissa D. Wischerath, Esq.
MDW/jaw

Writer's Extension:  397
E-Mail:  mwischerath@lglaw.com

3921549, 1, 067543.0001

**ERIE COUNTY CLERK'S OFFICE**



County Clerk's Recording Page

Return to:

Party 1:
CITY OF BUFFALO

Party 2:
STATE OF EMERGENCY

**Recording Fees:**

| | |
|---|---|
| RECORDING | $0.00 |

Book Type: **Q**  Book: **331**  Page: **4657**
Page Count:  2
Doc Type:  MISC-FILE
Rec Date:  06/12/2020
Rec Time:  01:57:43 PM
Control #:  2020094894
UserID:  Sharon
Trans #:  20282999
Document Sequence Number

**Consideration Amount:**

| | |
|---|---|
| BASIC MT | $0.00 |
| SONYMA MT | $0.00 |
| ADDL MT/NFTA | $0.00 |
| SP MT/M-RAIL | $0.00 |
| NY STATE TT | $0.00 |
| ROAD FUND TT | $0.00 |

**Total: $0.00**

STATE OF NEW YORK
ERIE COUNTY CLERK'S OFFICE

FILED DOCUMENT SCANNED TO CREATE ELECTRONIC RECORD

Michael P. Kearns
Erie County Clerk

Book331/Page4657



**CITY OF BUFFALO**
OFFICE OF THE MAYOR

BYRON W. BROWN
MAYOR

# DECLARATION OF STATE OF EMERGENCY

I, Byron W. Brown, Mayor of the City of Buffalo, hereby declare a State of Emergency in the City of Buffalo beginning on the 15th day of March, 2020 pursuant to the powers vested in me under Section 24 of the New York State Executive Law to preserve the public safety and to render all required and available assistance vital to the security, well-being and health of the citizens of the City of Buffalo.

This State of Emergency has been declared due to the global pandemic created by the spread of SARS-COVID-19, which continues across our nation, state and region and of a resident of Buffalo has a confirmed case. These conditions continue to threaten the public safety.

This State of Emergency will remain in effect until rescinded by a subsequent order or suspended by operation of law.

I hereby further direct all departments and agencies of the City of Buffalo to take whatever steps are necessary to protect life and property, public infrastructure, and provide such emergency assistance deemed necessary.

I further direct that this emergency declaration be filed with the Office of the City Clerk, the County Clerk, the Secretary of State and the State Office of Emergency Management within the Division of Homeland Security and Emergency Services as soon as practicable.

Mayor Byron W. Brown
City of Buffalo
State of New York

March 15, 2020
**Date**

94894
499-1

Book331/Page4658

**ERIE COUNTY CLERK'S OFFICE**



County Clerk's Recording Page

<u>Return to:</u>

Party 1:
CITY OF BUFFALO

Party 2:
STATE OF EMERGENCY

**Recording Fees:**

| RECORDING | $0.00 |
|---|---|

Book Type: **Q** Book: **331** Page: **4659**
Page Count:   2
Doc Type:     MISC-FILE
Rec Date:     06/12/2020
Rec Time:    01:57:43 PM
Control #:    2020094895
UserID:      Sharon
Trans #:     20282999
Document Sequence Number

**Consideration Amount:**

| BASIC MT | $0.00 |
|---|---|
| SONYMA MT | $0.00 |
| ADDL MT/NFTA | $0.00 |
| SP MT/M-RAIL | $0.00 |
| NY STATE TT | $0.00 |
| ROAD FUND TT | $0.00 |

**Total: $0.00**

STATE OF NEW YORK
ERIE COUNTY CLERK'S OFFICE

FILED DOCUMENT SCANNED TO CREATE ELECTRONIC RECORD

Michael P. Kearns
Erie County Clerk

CITY OF BUFFALO
OFFICE OF THE MAYOR

BYRON W. BROWN
MAYOR

# DECLARATION OF STATE OF EMERGENCY

I, Byron W. Brown, Mayor of the City of Buffalo, in accordance with a declaration of a State of Emergency issued on the 15th day of March, 2020, and pursuant to the powers vested in me under Section 24 of the New York State Executive Law to preserve the public safety and to render all required and available assistance vital to the security, well-being and health of the residents of the City of Buffalo, do herby order all Departments and Agencies of the City of Buffalo to take whatever steps are necessary to protect life and property, public infrastructure, and provide such emergency assistance deemed necessary.

This State of Emergency has been due to the ongoing global pandemic created by the spread of SARS-COVID-19, which continues across our nation, state and region and the existence of hundreds of confirmed cases within the City of Buffalo. These conditions continue to threaten the public safety.

This order shall take effect on the 15th day of April, 2020 and shall remain in effect for thirty (30) days unless rescinded earlier by a subsequent order or suspended by operation of law.

I further direct that this emergency declaration be filed with the Office of the City Clerk, the County Clerk, the Secretary of State and the State Office of Emergency Management within the Division of Homeland Security and Emergency Services as soon as practicable.


Mayor Byron W. Brown
City of Buffalo
State of New York

April 15, 2020
Date

ROOM 201 CITY HALL / BUFFALO, NY  14202 / (716) 851-4841 / FAX (716) 851-4360 / www.city-buffalo.com

94895
499-1

**ERIE COUNTY CLERK'S OFFICE**



County Clerk's Recording Page

<u>Return to:</u>

| | |
|---|---|
| **Book Type: Q  Book: 331  Page: 4661** | |
| Page Count: | 2 |
| Doc Type: | MISC-FILE |
| Rec Date: | 06/12/2020 |
| Rec Time: | 01:57:43 PM |
| Control #: | 2020094896 |
| UserID: | Sharon |
| Trans #: | 20282999 |
| Document Sequence Number | |

Party 1:
CITY OF BUFFALO

Party 2:
STATE OF EMERGENCY

**Recording Fees:**

RECORDING            $0.00

**Consideration Amount:**

| | |
|---|---|
| BASIC MT | $0.00 |
| SONYMA MT | $0.00 |
| ADDL MT/NFTA | $0.00 |
| SP MT/M-RAIL | $0.00 |
| NY STATE TT | $0.00 |
| ROAD FUND TT | $0.00 |

**Total: $0.00**

STATE OF NEW YORK
ERIE COUNTY CLERK'S OFFICE

FILED DOCUMENT SCANNED TO CREATE ELECTRONIC RECORD

Michael P. Kearns
Erie County Clerk



**CITY OF BUFFALO**
OFFICE OF THE MAYOR

BYRON W. BROWN
MAYOR

# DECLARATION OF STATE OF EMERGENCY

I, Byron W. Brown, Mayor of the City of Buffalo, in accordance with a declaration of a State of Emergency issued on the 15th day of March 2020 and renewed on the 15th day of April 2020, and pursuant to the powers vested in me under Section 24 of the New York State Executive Law to preserve the public safety and to render all required and available assistance vital to the security, well-being and health of the residents of the City of Buffalo, do herby order all Departments and Agencies of the City of Buffalo to take whatever steps are necessary to protect life and property, public infrastructure, and provide such emergency assistance deemed necessary.

This State of Emergency has been due to the ongoing global pandemic created by the spread of SARS-COVID-19, which continues across our nation, state and region and the existence of hundreds of confirmed cases within the City of Buffalo. These conditions continue to threaten the public safety.

This order shall take effect on the 15th day of May, 2020 and shall remain in effect for thirty (30) days unless rescinded earlier by a subsequent order or suspended by operation of law.

I further direct that this emergency declaration be filed with the Office of the City Clerk, the County Clerk, the Secretary of State and the State Office of Emergency Management within the Division of Homeland Security and Emergency Services as soon as practicable.

Mayor Byron W. Brown
City of Buffalo
State of New York

<u>May 15, 2020</u>
Date

ROOM 201 CITY HALL / BUFFALO, NY 14202 / (716) 851-4841 / FAX (716) 851-4360 / www.city-buffalo.com

9448K
499-1

Book331/Page4662

ERIE COUNTY CLERK'S OFFICE



County Clerk's Recording Page

Return to:

Party 1:
CITY OF BUFFALO

Party 2:
STATE OF EMERGENCY

**Recording Fees:**

| | |
|---|---|
| RECORDING | $0.00 |

Book Type: **Q** Book: **331** Page: **4663**
Page Count:     2
Doc Type:        MISC-FILE
Rec Date:         06/12/2020
Rec Time:         01:57:43 PM
Control #:        2020094897
UserID:            Sharon
Trans #:           20282999
Document Sequence Number

**Consideration Amount:**

| | |
|---|---|
| BASIC MT | $0.00 |
| SONYMA MT | $0.00 |
| ADDL MT/NFTA | $0.00 |
| SP MT/M-RAIL | $0.00 |
| NY STATE TT | $0.00 |
| ROAD FUND TT | $0.00 |

**Total: $0.00**

STATE OF NEW YORK
ERIE COUNTY CLERK'S OFFICE

FILED DOCUMENT SCANNED TO CREATE ELECTRONIC RECORD

Michael P. Kearns
Erie County Clerk



CITY OF BUFFALO
OFFICE OF THE MAYOR

BYRON W. BROWN
MAYOR

# DECLARATION OF STATE OF EMERGENCY

I, Byron W. Brown, Mayor of the City of Buffalo, in accordance with the powers vested in me under Section 24 of the New York State Executive Law to preserve the public safety and to render all required and available assistance vital to the security, well-being and health of the residents of the City of Buffalo, do hereby order a city-wide curfew of all nonessential pedestrian and vehicular traffic within the City of Buffalo, NY.

This State of Emergency is declared due to the conditions of civil unrest and disturbance within the City of Buffalo and its immediate threat to the maintenance of law and order or endanger life, property, or the safety and welfare of the residents of the City of Buffalo.

Departments and Agencies of the City of Buffalo are hereby ordered to take whatever steps are necessary to protect life and property, public infrastructure, and provide such emergency assistance deemed necessary.

This order shall take effect at 2230 hours on the 30th day of May, 2020 and shall remain in effect until 0700 hours on the 31st day of May, unless rescinded earlier by a subsequent order or suspended by operation of law.

I further direct that this emergency declaration be filed with the Office of the City Clerk, the County Clerk, the Secretary of State and the State Office of Emergency Management within the Division of Homeland Security and Emergency Services as soon as practicable.


Mayor Byron W. Brown
City of Buffalo
State of New York

<u>May 30, 2020</u>
Date

ROOM 201 CITY HALL / BUFFALO, NY 14202 / (716) 851-8111 / FAX (716) 851-4360 / www.city-buffalo.com

9489
499-1

ERIE COUNTY CLERK'S OFFICE



County Clerk's Recording Page

<u>Return to:</u>

Party 1:
CITY OF BUFFALO

Party 2:
STATE OF EMERGENCY

**Recording Fees:**

| RECORDING | $0.00 |
|---|---|

**Book Type: Q  Book: 331  Page: 4665**
Page Count:    2
Doc Type:      MISC-FILE
Rec Date:      06/12/2020
Rec Time:      01:57:43 PM
Control #:     2020094898
UserID:        Sharon
Trans #:       20282999
Document Sequence Number

**Consideration Amount:**

| BASIC MT | $0.00 |
|---|---|
| SONYMA MT | $0.00 |
| ADDL MT/NFTA | $0.00 |
| SP MT/M-RAIL | $0.00 |
| NY STATE TT | $0.00 |
| ROAD FUND TT | $0.00 |

**Total: $0.00**

STATE OF NEW YORK
ERIE COUNTY CLERK'S OFFICE

FILED DOCUMENT SCANNED TO CREATE ELECTRONIC RECORD

Michael P. Kearns
Erie County Clerk



**CITY OF BUFFALO**
OFFICE OF THE MAYOR

BYRON W. BROWN
MAYOR

# DECLARATION OF STATE OF EMERGENCY

I, Byron W. Brown, Mayor of the City of Buffalo, in accordance with the powers vested in me under Section 24 of the New York State Executive Law to preserve the public safety and to render all required and available assistance vital to the security, well-being and health of the residents of the City of Buffalo, do hereby order a city-wide curfew of all nonessential pedestrian and vehicular traffic within the City of Buffalo, NY.

This State of Emergency is declared due to the conditions of civil unrest and disturbance within the City of Buffalo and its immediate threat to the maintenance of law and order or endanger life, property, or the safety and welfare of the residents of the City of Buffalo.

Departments and Agencies of the City of Buffalo are hereby ordered to take whatever steps are necessary to protect life and property, public infrastructure, and provide such emergency assistance deemed necessary.

This order shall take effect at 2100 hours on the 31st day of May, 2020 and shall remain in effect until 0700 hours on the 1st day of June, unless rescinded earlier by a subsequent order or suspended by operation of law.

I further direct that this emergency declaration be filed with the Office of the City Clerk, the County Clerk, the Secretary of State and the State Office of Emergency Management within the Division of Homeland Security and Emergency Services as soon as practicable.

Mayor Byron W. Brown
City of Buffalo
State of New York

<u>May 31, 2020</u>
Date

ROOM 201 CITY HALL / BUFFALO, NY 14202 / (716) 851-4841 / FAX (716) 851-4360 / www.city-buffalo.com

94298
499-1

**ERIE COUNTY CLERK'S OFFICE**



County Clerk's Recording Page

<u>Return to:</u>

Party 1:
CITY OF BUFFALO

Party 2:
STATE OF EMERGENCY

**Recording Fees:**

| | |
|---|---|
| RECORDING | $0.00 |

Book Type: Q  Book: 331  Page: 4667
Page Count:     2
Doc Type:       MISC-FILE
Rec Date:       06/12/2020
Rec Time:       01:57:43 PM
Control #:      2020094899
UserID:         Sharon
Trans #:        20282999
Document Sequence Number

**Consideration Amount:**

| | |
|---|---|
| BASIC MT | $0.00 |
| SONYMA MT | $0.00 |
| ADDL MT/NFTA | $0.00 |
| SP MT/M-RAIL | $0.00 |
| NY STATE TT | $0.00 |
| ROAD FUND TT | $0.00 |

**Total: $0.00**

STATE OF NEW YORK
ERIE COUNTY CLERK'S OFFICE

FILED DOCUMENT SCANNED TO CREATE ELECTRONIC RECORD

Michael P. Kearns
Erie County Clerk

Book331/Page4667

### CITY OF BUFFALO
#### OFFICE OF THE MAYOR

**BYRON W. BROWN**
MAYOR

# DECLARATION OF STATE OF EMERGENCY

I, Byron W. Brown, Mayor of the City of Buffalo, in accordance with the powers vested in me under Section 24 of the New York State Executive Law to preserve the public safety and to render all required and available assistance vital to the security, well-being and health of the residents of the City of Buffalo, do hereby order a city-wide curfew of all nonessential pedestrian and vehicular traffic within the City of Buffalo, NY from 2000 and 0500 hours.

This State of Emergency is declared due to the conditions of civil unrest and disturbance within the City of Buffalo and its immediate threat to the maintenance of law and order or endanger life, property, or the safety and welfare of the residents of the City of Buffalo.

Departments and Agencies of the City of Buffalo are hereby ordered to take whatever steps are necessary to protect life and property, public infrastructure, and provide such emergency assistance deemed necessary.

This order shall take effect on the 2nd day of June, 2020 and shall remain in effect until the 8th day of June, unless rescinded earlier by a subsequent order or suspended by operation of law.

I further direct that this emergency declaration be filed with the Office of the City Clerk, the County Clerk, the Secretary of State and the State Office of Emergency Management within the Division of Homeland Security and Emergency Services as soon as practicable.


Mayor Byron W. Brown
City of Buffalo
State of New York

<u>June 2, 2020</u>
Date

94299
499-1

Book331/Page4668

ERIE COUNTY CLERK'S OFFICE



County Clerk's Recording Page

Return to:

**Book Type: Q  Book: 331  Page: 8775**

Page Count:     2
Doc Type:       MISC-FILE
Rec Date:       07/22/2020
Rec Time:       12:52:29 PM
Control #:      2020118854
UserID:         Eileen
Trans #:        20304073
Document Sequence Number

Party 1:
CITY OF BUFFALO

Party 2:
STATE OF EMERGENCY

**Recording Fees:**

RECORDING                $0.00

**Consideration Amount:**

| | |
|---|---|
| BASIC MT | $0.00 |
| SONYMA MT | $0.00 |
| ADDL MT/NFTA | $0.00 |
| SP MT/M-RAIL | $0.00 |
| NY STATE TT | $0.00 |
| ROAD FUND TT | $0.00 |

**Total: $0.00**

STATE OF NEW YORK
ERIE COUNTY CLERK'S OFFICE

FILED DOCUMENT SCANNED TO CREATE ELECTRONIC RECORD

Michael P. Kearns
Erie County Clerk



CITY OF BUFFALO
OFFICE OF THE MAYOR

Byron W. Brown
Mayor

# DECLARATION OF STATE OF EMERGENCY

I, Byron W. Brown, Mayor of the City of Buffalo, in accordance with a declaration of a State of Emergency issued on the 15th day of March 2020 and renewed on the 15th day of April 2020, the 15th day of May 2020, and the 15th day of June 2020, and pursuant to the powers vested in me under Section 24 of the New York State Executive Law to preserve the public safety and to render all required and available assistance vital to the security, well-being and health of the residents of the City of Buffalo, do herby order all Departments and Agencies of the City of Buffalo to take whatever steps are necessary to protect life and property, public infrastructure, and provide such emergency assistance deemed necessary.

This State of Emergency has been due to the ongoing global pandemic created by the spread of SARS-COVID-19, which continues across our nation, state and region and the existence of hundreds of confirmed cases within the City of Buffalo. These conditions continue to threaten the public safety.

This order shall take effect on the 15th day of July, 2020 and shall remain in effect for thirty (30) days unless rescinded earlier by a subsequent order or suspended by operation of law.

I further direct that this emergency declaration be filed with the Office of the City Clerk, the County Clerk, the Secretary of State and the State Office of Emergency Management within the Division of Homeland Security and Emergency Services as soon as practicable.

Mayor Byron W. Brown
City of Buffalo
State of New York

July 15, 2020
Date

118854        499-1

**Sharon M. Conway**

| | |
|---|---|
| **From:** | Kelly Kozacki <kelly@sascr.com> |
| **Sent:** | Thursday, April 27, 2023 3:39 PM |
| **To:** | Melissa D. Wischerath |
| **Cc:** | Sharon M. Conway; Sue Ann Simonin |
| **Subject:** | Zoom link for Gugino vs. City of Buffalo, et al deposition 5/22/23 |

**Attention: This email came from an External Source. DO NOT open attachments or click on links from unknown senders or unexpected emails.**

Good afternoon,

Below is the info needed to join the deposition scheduled for 10:00 on Monday, May 22.
You will need a computer or tablet with webcam and audio, or you can use your phone.
Please use this link if you would like to test your device prior to the deposition date:   https://zoom.us/test

You can join the meeting one of 3 ways:
1)    Click on the link below to join our meeting (best)
2)    Go to www.zoom.com and choose Join a Meeting in the upper right
3)    Download the Zoom app and choose Join a Meeting

** This email will be sent to any witnesses once their emails are provided, or this information can be forwarded to witnesses **


*Sue Ann Simonin is inviting you to a scheduled Zoom meeting.*

Topic: Gugino vs. City of Buffalo, et al
Time: May 22, 2023 10:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://us02web.zoom.us/j/87310804090?pwd=Mzk0RmYxYTBSTFptdGt0cVN5d2hKZz09

Meeting ID: 873 1080 4090
Passcode: 522387

One tap mobile
+16469313860,,87310804090#,,,,*522387# US
+19292056099,,87310804090#,,,,*522387# US (New York)

Dial by your location
        +1 646 931 3860 US
        +1 929 205 6099 US (New York)
        +1 309 205 3325 US
        +1 312 626 6799 US (Chicago)
        +1 301 715 8592 US (Washington DC)
        +1 305 224 1968 US
        +1 669 444 9171 US
        +1 669 900 6833 US (San Jose)
        +1 689 278 1000 US
        +1 719 359 4580 US
        +1 253 205 0468 US

+1 253 215 8782 US (Tacoma)
+1 346 248 7799 US (Houston)
+1 360 209 5623 US
+1 386 347 5053 US
+1 507 473 4847 US
+1 564 217 2000 US

Meeting ID: 873 1080 4090
Passcode: 522387

Find your local number: https://us02web.zoom.us/u/kbBXp2y2lP

Kelly A. Kozacki
Sue Ann Simonin Court Reporting
421 Franklin Street
Buffalo, New York 14202
716-882-8059 phone
716- 882-8099 fax
kelly@sascr.com