**EXHIBIT 24**



**RICI #: 10253680**
Caution Indicator:
**BUFFALO POLICE DEPARTMENT**
**ARRESTING/BOOKING REPORT**

Agency Case #: 20-01689-91 (A)

Report Date: 04/04/2022 19:32
Report Printed By: GIBBONS-GLINSKI, Kelly

--- PERSON INFORMATION ---

| Field | Value |
|---|---|
| NAME: | |
| DOB: | |
| HEIGHT: | RACE: Black |
| HAIR: | ETHNICITY: Non-Hispanic   SS #: |
| EYE DEFECTS: | EYE COLOR: Brown |
| FACE: | SKIN TONE: Medium |
| FACIAL FEATURES: | DISABILITY: |
| SCARS/MARKS/TATTOOS: | |
| ADDRESS: | |
| HOME TELEPHONE: | MARITAL STATUS: Single (never married) |
| EDUCATION:   CITIZEN OF:   PLACE OF BIRTH: | |
| RELIGION:   DRIVERS LICENSE #: | LICENSE STATE: |
| NYSID #:   FBI #:   MUG #: | |

--- ARREST/OFFENSE INFORMATION ---

INCIDENT #: 20-1521043   ARREST TYPE: CIP - Crime in Progress   ARRESTING AGENCY: BUF
STATUS AT ARREST: Appearance Ticket   ARREST DATE/TIME: 05/31/2020 21:30
CONDITION AT ARREST: Appearing Normal
ARRESTING OFFICER: HANOVER, JONATHAN J
ASSISTING OFFICER:
ADDRESS OF ARREST: S ELMWOOD @ NIAGARA ST, BUFFALO NY US
PRIMARY ARREST CHARGE: EX 24-01A VIOL LOCAL EMERGENCY ORDER BM          ATT: N

--- BOOKING INFORMATION ---

CJTN #:   BOOKING STATUS: Normal   BAIL:
BOOKING START DATE/TIME: 05/31/2020 22:13   BOOKING END DATE/TIME: 05/31/2020 22:42
ITEM(S) SEIZED AT ARREST:
ARRAIGNMENT COURT: NY014011J   CITY OF BUFFALO
BOOKING COMMENTS: NO WARRANTS/ NO ID
  DEF ALONG W 6 CO DEFS DID VIOLATE CURFEW ORDER
F/P'S TAKEN BY: ROOSEVELT, Adina                                    DATE: 06/01/2020
NCIC CLASS. BY:                                                     DATE/TIME:
ARRESTEE SIGNATURE:

Rolled Right Thumb
NCIC CLASS:

| Arrest Charges: | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| EX 24-01A VIOL LOCAL EMERGENCY ORDER BM | N | 20-1521043 | | |

Page 1 of 1



| | |
|---|---|
| **RICI #:** 10253681 | **Agency Case #:** 20-01690-91 (A) |
| **Caution Indicator:** | |
| **BUFFALO POLICE DEPARTMENT** | Report Date: 04/04/2022 19:31 |
| **ARRESTING/BOOKING REPORT** | Report Printed By: GIBBONS-GLINSKI, Kelly |

### PERSON INFORMATION

NAME: 
DOB:          SEX: **Male**          RACE: **White**
HEIGHT: **5'09**   WEIGHT: **270**   BUILD: **Heavy**   ETHNICITY: **Non-Hispanic**
HAIR COLOR: **Brown**   HAIR TYPE: **Long**   EYE COLOR: **Blue**
EYE DEFECTS:          FACE:          SKIN TONE: **Light**
FACIAL FEATURES:          DISABILITY:
SCARS/MARKS/TATTOOS: **Tattoos-Miscellaneous-Left Arm**
ADDRESS:
HOME TELE                                          : **Single (never married)**
EDUCATION:          CITIZEN OF: **US**   PLACE OF BIRTH: **BUFFALO NY**
RELIGION:          DRIVERS LICENSE #:                        LICENSE STATE:
NYSID #:          FBI #:          MUG #: **317991**

### ARREST/OFFENSE INFORMATION

INCIDENT #: **20-1521043**   ARREST TYPE: **CIP - Crime in Progress**   ARRESTING AGENCY: **BUF**
STATUS AT ARREST: **Appearance Ticket**          ARREST DATE/TIME: **05/31/2020 21:30**
CONDITION AT ARREST: **Appearing Normal**
ARRESTING OFFICER: **HANOVER, JONATHAN J**
ASSISTING OFFICER:
ADDRESS OF ARREST: **S ELMWOOD @ NIAGARA, BUFFALO NY US**
PRIMARY ARREST CHARGE: **EX 24-01A VIOL LOCAL EMERGENCY ORDER BM**          ATT: **N**

### BOOKING INFORMATION

CJTN #:          BOOKING STATUS: **Normal**          BAIL:
BOOKING START DATE/TIME: **05/31/2020 22:44**   BOOKING END DATE/TIME: **05/31/2020 22:56**
ITEM(S) SEIZED AT ARREST:
ARRAIGNMENT COURT: **NY014011J CITY OF BUFFALO**
BOOKING COMMENTS: **NO WARRANTS/ NO ID**
    **DEF ALONG W 6 CO DEFS DID VIOLATE CURFEW ORDER**
F/P'S TAKEN BY: **ROOSEVELT, Adina**          DATE: **06/01/2020**
NCIC CLASS. BY:          ARRESTEE SIGNATURE:          DATE/TIME:


**Rolled Right Thumb**
NCIC CLASS:

**Arrest Charges:**          Att.   Incident #:   Warrant #:   Summons #:
**EX 24-01A VIOL LOCAL EMERGENCY ORDER BM**   N   20-1521043

Page 1 of 1



**RICI #: 10253682**
Caution Indicator:
**BUFFALO POLICE DEPARTMENT**
**ARRESTING/BOOKING REPORT**

**Agency Case #: 20-01691-91 (A)**

Report Date: 04/04/2022 19:31
Report Printed By: GIBBONS-GLINSKI, Kelly

─────────── PERSON INFORMATION ───────────



SEX: **Male**  RACE: **White**
BUILD: **Medium**  ETHNICITY: **Hispanic**
HAIR TYPE: **Short**  EYE COLOR: **Bro**
FACE:  SKIN TONE: **Light**
FACIAL FEATURES: **Goatee**  DISABILITY:
SCARS/MARKS/TATTOOS: **Tattoos-Miscellaneous-Right Arm**
ADDRESS:
HOME TELEPHONE:  MARITAL STATUS: **Single (never married)**
EDUCATION:  CITIZEN OF: **US**  PLACE OF BIRT
RELIGION:  DRIVERS LICENSE #:  LICENSE STATE:
NYSID #:  FBI #:  MUG #:

─────────── ARREST/OFFENSE INFORMATION ───────────

INCIDENT #: **20-1521043**  ARREST TYPE: **CIP - Crime in Progress**  ARRESTING AGENCY: **BUF**
STATUS AT ARREST: **Appearance Ticket**  ARREST DATE/TIME: **05/31/2020 21:30**
CONDITION AT ARREST: **Appearing Normal**
ARRESTING OFFICER: **HANOVER, JONATHAN J**
ASSISTING OFFICER:
ADDRESS OF ARREST: **S ELMWOOD @ NIAGARA, BUFFALO NY US**
PRIMARY ARREST CHARGE: **EX 24-01A VIOL LOCAL EMERGENCY ORDER BM**  ATT: **N**

─────────── BOOKING INFORMATION ───────────

CJTN #:  BOOKING STATUS: **Normal**  BAIL:
BOOKING START DATE/TIME: **05/31/2020 22:58**  BOOKING END DATE/TIME: **05/31/2020 23:10**
ITEM(S) SEIZED AT ARREST:
ARRAIGNMENT COURT: **NY014011J CITY OF BUFFALO**
BOOKING COMMENTS: **NO WARRANTS / NO ID**
**DEF ALONG W 6 CO DEFS DID VIOLATE CURFEW ORDER**
F/P'S TAKEN BY: **ROOSEVELT, Adina**  DATE:
NCIC CLASS. BY:  DATE/TIME:
 ARRESTEE SIGNATURE:



**Rolled Right Thumb**
NCIC CLASS:

| Arrest Charges: | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| EX 24-01A VIOL LOCAL EMERGENCY ORDER BM | N | 20-1521043 | | |

Page  1  of 1

Confidential  Gugino-COB_ 018196



| | |
|---|---|
| **RICI #: 10253684**<br>Caution Indicator:<br>**BUFFALO POLICE DEPARTMENT**<br>**ARRESTING/BOOKING REPORT** | **Agency Case #: 20-01693-91 (A)**<br>Report Date: 04/04/2022 19:31<br>Report Printed By: GIBBONS-GLINSKI, Kelly |

### PERSON INFORMATION

NAME: 
DOB:  Male  RACE: **Black**
HEIGHT:  : **Slim**  ETHNICITY: **Non-Hispanic**  SS #:
HAIR  PE: **Curly**  EYE COLOR: **Brown**
EYE DEFECTS:  FACE:  SKIN TONE: **Medium**
FACIAL FEATURES:  DISABILITY:
SCARS/MARKS/TATTOOS:
ADDRESS:
HOME TELEPHONE:  MARITAL STATUS:
EDUCATION:  CITIZEN OF: **US**  PLACE OF BIRTH:
RELIGION:  DRIVERS LICENSE #:  LICENSE STATE:
NYSID #:  FBI #:  MUG #:

### ARREST/OFFENSE INFORMATION

INCIDENT #: **20-1521043**  ARREST TYPE: **CIP - Crime in Progress**  ARRESTING AGENCY: **BUF**
STATUS AT ARREST: **Appearance Ticket**  ARREST DATE/TIME: **05/31/2020 21:30**
CONDITION AT ARREST: **Appearing Normal**
ARRESTING OFFICER: **HANOVER, JONATHAN J**
ASSISTING OFFICER:
ADDRESS OF ARREST: **S ELMWOOD @ NIAGARA, BUFFALO NY US**
PRIMARY ARREST CHARGE: **EX 24-01A VIOL LOCAL EMERGENCY ORDER BM**  ATT: **N**

### BOOKING INFORMATION

CJTN #:  BOOKING STATUS: **Normal**  BAIL:
BOOKING START DATE/TIME: **05/31/2020 23:12**  BOOKING END DATE/TIME: **05/31/2020 23:26**
ITEM(S) SEIZED AT ARREST:
ARRAIGNMENT COURT: **NY014011J  CITY OF BUFFALO**
BOOKING COMMENTS: **VALID ID / NO WARRANTS**
**DID VIOLATE CURFEW MANDATE**
F/P'S TAKEN BY: **ROOSEVELT, Adina**  DATE: **06/01/2020**
NCIC CLASS. BY:  DATE/TIME:
ARRESTEE SIGNATURE: X

**Rolled Right Thumb**
NCIC CLASS:

| Arrest Charges: | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| EX 24-01A VIOL LOCAL EMERGENCY ORDER BM | N | 20-1521043 | | |

Page 1 of 1



**RICI #: 10253683**
Caution Indicator:
**BUFFALO POLICE DEPARTMENT**
**ARRESTING/BOOKING REPORT**

**Agency Case #: 20-01692-91 (A)**

Report Date: 04/04/2022 19:31
Report Printed By: GIBBONS-GLINSKI, Kelly

--- **PERSON INFORMATION** ---

NAME:
DOB:                                SEX: **Male**        RACE: **Black**
HEIGHT:                             BUILD: **Medium**    ETHNICITY: **Non-Hispanic**
HAIR COLOR: **Brown**               HAIR TYPE: **Short** EYE COLOR: **Brown**
EYE DEFECTS:                        FACE:                SKIN TONE: **Light Brown**
FACIAL FEATURES:                                         DISABILITY:
SCARS/MARKS/TATTOOS:
ADDRESS:
HOME TELEPHONE:                     MARITAL STATUS: **Single (never married)**
EDUCATION:           CITIZEN OF: **US**    PLACE OF BIRTH: **BUFFALO NY**
RELIGION:                           DRIVERS LICENSE #:                LICENSE STATE:
NYSID #:                            FBI #:               MUG #:

--- **ARREST/OFFENSE INFORMATION** ---

INCIDENT #: **20-1521043**   ARREST TYPE: **CIP - Crime in Progress**         ARRESTING AGENCY: **BUF**
STATUS AT ARREST: **Appearance Ticket**                ARREST DATE/TIME: **05/31/2020 21:30**
CONDITION AT ARREST: **Appearing Normal**
ARRESTING OFFICER: **HANOVER, JONATHAN J**
ASSISTING OFFICER:
ADDRESS OF ARREST: **S ELMWOOD @ NIAGARA, BUFFALO NY US**
PRIMARY ARREST CHARGE: **EX 24-01A VIOL LOCAL EMERGENCY ORDER BM**                    ATT: **N**

--- **BOOKING INFORMATION** ---

CJTN #:                BOOKING STATUS: **Normal**              BAIL:
BOOKING START DATE/TIME: **05/31/2020 23:13**     BOOKING END DATE/TIME: **05/31/2020 23:23**
ITEM(S) SEIZED AT ARREST:
ARRAIGNMENT COURT: **NY014011J  CITY OF BUFFALO**
BOOKING COMMENTS: **NO WARRANTS/ NO ID**
                  **DEF ALONG W 6 CO DEFS DID VIOLATE CURFEW ORDER**
F/P'S TAKEN BY: **ROOSEVELT, Adina**                         DATE: **06/01/2020**
NCIC CLASS. BY:                                              DATE/TIME:

**Rolled Right Thumb**
NCIC CLASS:

ARRESTEE SIGNATURE: [signature]

| Arrest Charges: | Att. | Incident # | Warrant # | Summons # |
|---|---|---|---|---|
| EX 24-01A VIOL LOCAL EMERGENCY ORDER BM | N | 20-1521043 | | |

Page 1 of 1



**RICI #:** 07769011
**Caution Indicator:**
**BUFFALO POLICE DEPARTMENT**
**ARRESTING/BOOKING REPORT**

**Agency Case #:** 20-01510-98 (A)

Report Date: 04/04/2022 19:32
Report Printed By: GIBBONS-GLINSKI, Kelly

### PERSON INFORMATION

NAME:
DOB:                          SEX: **Male**        RACE: **White**
HEIGHT:                       BUILD: **Medium**    ETHNICITY: **Non-Hispanic**   SS #:
HAIR COLOR: **Brown**         HAIR TYPE: **Short**                EYE COLOR: **Blue**
EYE DEFECTS: **Occ. Wears Glasses**   FACE:         SKIN TONE: **Light**
FACIAL FEATURES:                                    DISABILITY:
SCARS/MARKS/TATTOOS:
ADDRESS:
HOME TEL:                                           **Single (never married)**
EDUCATION:          CITIZEN OF: **US**    PLACE OF BIRTH: **BUFFALO, NY NY**
RELIGION:           DRIVERS LICENSE #:                              LICENSE STATE:
NYSID:              FBI #: **769871RB0**           MUG #: **261185**

### ARREST/OFFENSE INFORMATION

INCIDENT #: **20-1521043**   ARREST TYPE: **CIP - Crime in Progress**   ARRESTING AGENCY: **BUF**
STATUS AT ARREST: **Appearance Ticket**           ARREST DATE/TIME: **05/31/2020 21:30**
CONDITION AT ARREST: **Appearing Normal**
ARRESTING OFFICER: **HANOVER, JONATHAN J**
ASSISTING OFFICER:
ADDRESS OF ARREST: **S ELMWOOD @ NIAGARA, BUFFALO NY US**
PRIMARY ARREST CHARGE: **EX 24-01A VIOL LOCAL EMERGENCY ORDER BM**       ATT: **N**

### BOOKING INFORMATION

CJTN #:              BOOKING STATUS: **Normal**                  BAIL:
BOOKING START DATE/TIME: **05/31/2020 23:14**   BOOKING END DATE/TIME: **05/31/2020 23:19**
ITEM(S) SEIZED AT ARREST:
ARRAIGNMENT COURT: **NY014011J   CITY OF BUFFALO**
BOOKING COMMENTS: **no warrants/nysdl rk along w/co-def's violated curfew executed between the hrs 2100-0600**
F/P'S TAKEN BY: **GILMOUR, Jill M**                              DATE: **06/01/2020**
NCIC CLASS. BY:                                                  DATE/TIME:
                                ARRESTEE SIGNATURE:

**Rolled Right Thumb**
NCIC CLASS:

| Arrest Charges: | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| EX 24-01A VIOL LOCAL EMERGENCY ORDER BM | N | 20-1521043 | | |

Page 1 of 1



**RICI #: 10074409**
Caution Indicator:
**BUFFALO POLICE DEPARTMENT**
**ARRESTING/BOOKING REPORT**

Agency Case #: 20-01509-98 (A)

Report Date: 04/04/2022 19:32
Report Printed By: GIBBONS-GLINSKI, Kelly

--- PERSON INFORMATION ---

NAME:
DOB:                                          RACE: **White**
HEIGHT:                                  ETHNICITY: **Non-Hispanic**
HAIR:                                     EYE COLOR: **Hazel**
EYE:                                      SKIN TONE: **Light**
FACIAL FEATURES: **Goatee     Moustache**   DISABILITY:
SCARS/MARKS/TATTOOS:
ADDRESS:                                                 14225 US
HOME TEL:                                     MARITAL STATUS: **Single (never married)**
EDUCATION:        CITIZEN OF: **US**   PLACE OF BIRTH: **CHEEKTOWAGA, NY NY**
RELIGION:          DRIVERS LICENSE #:                        LICENSE STATE:
NYSID #:                          FBI #:                     MUG #:

--- ARREST/OFFENSE INFORMATION ---

INCIDENT #: **20-1521043**   ARREST TYPE: **CIP - Crime in Progress**   ARRESTING AGENCY: **BUF**
STATUS AT ARREST: **Appearance Ticket**   ARREST DATE/TIME: **05/31/2020 21:30**
CONDITION AT ARREST: **Appearing Normal**
ARRESTING OFFICER: **HANOVER, JONATHAN J**
ASSISTING OFFICER:
ADDRESS OF ARREST: **S ELMWOOD @ NIAGARA, BUFFALO NY US**
PRIMARY ARREST CHARGE: **EX 24-01A VIOL LOCAL EMERGENCY ORDER BM**          ATT: **N**

--- BOOKING INFORMATION ---

CJTN #:                    BOOKING STATUS: **Normal**                BAIL:
BOOKING START DATE/TIME: **05/31/2020 23:18**   BOOKING END DATE/TIME: **05/31/2020 23:16**
ITEM(S) SEIZED AT ARREST:
ARRAIGNMENT COURT: **NY014011J  CITY OF BUFFALO**
BOOKING COMMENTS: **MUG ID / NO WARRANTS**
**DID VIOLATE CURFEW MANDATE**
F/P'S TAKEN BY: **GILMOUR, Jill M**                             DATE: **06/01/2020**
NCIC CLASS. BY:                                                 DATE/TIME:
                                            ARRESTEE SIGNATURE:
**Rolled Right Thumb**
NCIC CLASS:

| Arrest Charges: | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| EX 24-01A VIOL LOCAL EMERGENCY ORDER BM | N | 20-1521043 | | |

Page  1  of 1



**RICI #:** 10253685
**Caution Indicator:**
**BUFFALO POLICE DEPARTMENT**
**ARRESTING/BOOKING REPORT**

**Agency Case #:** 20-01694-91 (A)

Report Date: 04/04/2022 19:33
Report Printed By: GIBBONS-GLINSKI, Kelly

--- PERSON INFORMATION ---



Black
ICITY: Non-Hispanic   SS
EYE COLOR: Brown
SKIN TONE:
DISABILITY:

HOME TELEPHONE:                    MARITAL STATUS: Single (never married)
EDUCATION:           CITIZEN OF: US     PLACE OF BIRTH: BUFFALO, NY NY
RELIGION:            DRIVERS LICENSE #:                    LICENSE STATE:
NYSID #:             FBI #:                MUG #:

--- ARREST/OFFENSE INFORMATION ---

INCIDENT #: 20-1521188   ARREST TYPE: CIP - Crime in Progress     ARRESTING AGENCY: BUF
STATUS AT ARREST: Appearance Ticket                               ARREST DATE/TIME: 05/31/2020 22:42
CONDITION AT ARREST: Appearing Normal
ARRESTING OFFICER: LEDWIN, JOSEPH F
ASSISTING OFFICER: FERRENTINO, ANDREW M
ADDRESS OF ARREST: 2777 BAILEY AV, BUFFALO NY US
PRIMARY ARREST CHARGE: EX 24-01A VIOL LOCAL EMERGENCY ORDER BM                    ATT: N

--- BOOKING INFORMATION ---

CJTN #:                 BOOKING STATUS: Normal          BAIL:
BOOKING START DATE/TIME: 05/31/2020 23:33     BOOKING END DATE/TIME: 05/31/2020 23:48
ITEM(S) SEIZED AT ARREST:
ARRAIGNMENT COURT: NY014011J  CITY OF BUFFALO
BOOKING COMMENTS: NO WARRANTS / NO ID
                  DEF DID VIOLATE CURFEW ORDER
F/P'S TAKEN BY: ROOSEVELT, Adina                      DATE: 05/31/2020
NCIC CLASS. BY:                                       DATE/TIME:
                                    ARRESTEE SIGNATURE:



Rolled Right Thumb
NCIC CLASS:

**Arrest Charges:**                      Att.   Incident #:    Warrant #:    Summons #:
EX 24-01A VIOL LOCAL EMERGENCY ORDER BM    N    20-1521188

Page  1 of 1

Confidential                    Gugino-COB_ 018201



**RICI #:** 10162522
Caution Indicator:
**BUFFALO POLICE DEPARTMENT**
**ARRESTING/BOOKING REPORT**

**Agency Case #:** 20-01695-91 (A)

Report Date: 04/04/2022 19:33
Report Printed By: GIBBONS-GLINSKI, Kelly

─── PERSON INFORMATION ───



n-Hispanic
E COLOR: **Brown**
NE: **Medium Brown**
ILITY:

HOME TELEPHONE:      MARITAL STATUS: **Single (never married)**
EDUCATION:     CITIZEN OF: **US**     PLACE OF BIRTH: **BUFFALO , NY NY**
RELIGION:     DRIVERS LICENSE #:     LICENSE STATE:
NYSID #:     FBI #:     MUG #:

─── ARREST/OFFENSE INFORMATION ───

INCIDENT #: **20-1521233**    ARREST TYPE: **CIP - Crime in Progress**    ARRESTING AGENCY: **BUF**
STATUS AT ARREST: **Appearance Ticket**      ARREST DATE/TIME: **05/31/2020 23:34**
CONDITION AT ARREST: **Appearing Normal**
ARRESTING OFFICER: **ZAPPIA, STEVEN A**
ASSISTING OFFICER: **PEREZ, ELAINA E**
ADDRESS OF ARREST: **HERTEL @ SARANAC, BUFFALO NY US**
PRIMARY ARREST CHARGE: **EX 24-01A VIOL LOCAL EMERGENCY ORDER BM**      ATT: **N**

─── BOOKING INFORMATION ───

CJTN #:     BOOKING STATUS: **Normal**     BAIL:
BOOKING START DATE/TIME: **06/01/2020 00:01**     BOOKING END DATE/TIME: **06/01/2020 00:10**
ITEM(S) SEIZED AT ARREST:
ARRAIGNMENT COURT: **NY014011J CITY OF BUFFALO**
BOOKING COMMENTS: **NO WARRANTS/ NYSDL**
                   **DEF DID VIOLATE CURFEW ORDER**
F/P'S TAKEN BY: **ROOSEVELT, Adina**      DATE: **06/01/2020**
NCIC CLASS. BY:     ARRESTEE SIGNATURE:     DATE/TIME:



**Rolled Right Thumb**
NCIC CLASS:

| Arrest Charges: | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| EX 24-01A VIOL LOCAL EMERGENCY ORDER BM | N | 20-1521233 | | |

Page 1 of 1



**RICI #: 10253686**
Caution Indicator:
**BUFFALO POLICE DEPARTMENT**
**ARRESTING/BOOKING REPORT**

**Agency Case #: 20-01696-91 (A)**

Report Date: 04/04/2022 19:33
Report Printed By: GIBBONS-GLINSKI, Kelly

### PERSON INFORMATION



RACE: **White**
ETHNICITY: **Non-Hispanic**    SS #:
EYE COLOR: **Brown**
SKIN TONE: **Light**
DISABILITY:

ADDRESS:
HOME TEL:                                    MARITAL STATUS: **Single (never married)**
EDUCATION:        CITIZEN OF: **US**    PLACE OF BIRTH: **BUFFALO NY**
RELIGION:         DRIVERS LICENSE #:                          LICENSE STATE:
NYSID #:          FBI #:                          MUG #:

### ARREST/OFFENSE INFORMATION

INCIDENT #: **20-1521233**  ARREST TYPE: **CIP - Crime in Progress**   ARRESTING AGENCY: **BUF**
STATUS AT ARREST: **Appearance Ticket**                ARREST DATE/TIME: **05/31/2020 23:34**
CONDITION AT ARREST: **Appearing Normal**
ARRESTING OFFICER: **ABDALLAH, MOHAMMAD F**
ASSISTING OFFICER: **HORNBERGER, JENNA E**
ADDRESS OF ARREST: **SARANAC @ HERTEL AV, BUFFALO NY US**
PRIMARY ARREST CHARGE: **PL 145.60-02 MAKING GRAFFITI AM**                    ATT: **N**

### BOOKING INFORMATION

CJTN #: **69369066-L**    BOOKING STATUS: **Normal**           BAIL:
BOOKING START DATE/TIME: **06/01/2020 00:14**    BOOKING END DATE/TIME: **06/01/2020 00:29**
ITEM(S) SEIZED AT ARREST:
ARRAIGNMENT COURT: **NY014011J  CITY OF BUFFALO**
BOOKING COMMENTS: **NO WARRANTS / NO ID**
                  **DEF DID VIOLATE CURFEW AND POSSESS GRAFFITI INSTRUMENTS**
F/P'S TAKEN BY: **ROOSEVELT, Adina**                        DATE: **06/01/2020**
NCIC CLASS. BY:                                               DATE/TIME:
                              ARRESTEE SIGNATURE:

Rolled Right Thumb
NCIC CLASS:



| Arrest Charges: | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| PL 145.60-02 MAKING GRAFFITI AM | N | 20-1521233 | | |
| PL 145.65 POSSESSION OF GRAFFITI INST BM | N | 20-1521233 | | |
| EX 24-01A VIOL LOCAL EMERGENCY ORDER BM | N | 20-1521233 | | |

Page   1  of 1



**RICI #:** 10130934
**Caution Indicator:**
**BUFFALO POLICE DEPARTMENT**
**ARRESTING/BOOKING REPORT**

**Agency Case #:** 20-01516-98 (A)

Report Date: 04/04/2022 19:33
Report Printed By: GIBBONS-GLINSKI, Kelly

--- PERSON INFORMATION ---

SEX: Male     RACE: Black
BUILD: Medium     ETHNICITY: Non-Hispanic
HAIR TYPE: Shaved     EYE COLOR: Brown
FACE:     SKIN TONE: Medium
FACIAL FEATURES: Goatee     DISABILITY:
SCARS/MARKS/TATTOOS:

HOME TELEPHONE:     MARITAL STATUS: Single (never married)
EDUCATION:     CITIZEN OF: US     PLACE OF BIRTH: BUFFALO,NY NY
RELIGION:     DRIVERS LICENSE #:     LICENSE STATE:
MUG #:

--- ARREST/OFFENSE INFORMATION ---

INCIDENT #: 20-1541041     ARREST TYPE: CIP - Crime in Progress     ARRESTING AGENCY: BUF
STATUS AT ARREST: Appearance Ticket     ARREST DATE/TIME: 06/02/2020 22:00
CONDITION AT ARREST: Appearing Normal
ARRESTING OFFICER: BOICE, Patrick
ASSISTING OFFICER: WITKOWSKI, Carlton
ADDRESS OF ARREST: 593 GOODYEAR AV #G, BUFFALO NY US
PRIMARY ARREST CHARGE: EX 24-01A VIOL LOCAL EMERGENCY ORDER BM     ATT: N

--- BOOKING INFORMATION ---

CJTN #:     BOOKING STATUS: Normal     BAIL:
BOOKING START DATE/TIME: 06/02/2020 22:15     BOOKING END DATE/TIME: 06/02/2020 22:18
ITEM(S) SEIZED AT ARREST:
ARRAIGNMENT COURT: NY014011J CITY OF BUFFALO
BOOKING COMMENTS: NO WARRANTS / MUG ID
   DEF DID ACT DISORDERLY
F/P'S TAKEN BY: ROOSEVELT, Adina     DATE: 06/03/2020
NCIC CLASS. BY:     DATE/TIME:
ARRESTEE SIGNATURE: [signature]



Rolled Right Thumb
NCIC CLASS:

| Arrest Charges: | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| PL 240.20-06 DIS/CON:REFUSING TO MOVE ON V | N | 20-1541041 | | |
| EX 24-01A VIOL LOCAL EMERGENCY ORDER BM | N | 20-1541041 | | |

Page  1  of  1



**RICI #: 10253736**
Caution Indicator:
**BUFFALO POLICE DEPARTMENT**
**ARRESTING/BOOKING REPORT**

Agency Case #: 20-01721-91 (A)

Report Date: 04/04/2022 19:34
Report Printed By: GIBBONS-GLINSKI, Kelly

─────────── PERSON INFORMATION ───────────



RACE: **White**
ETHNICITY: **Non-Hispanic**
EYE COLOR: **Brown**
SKIN TONE:
DISABILITY:

ADDRESS:
HOME TELEPHONE:               MARITAL STATUS: **Single (never married)**
EDUCATION:    CITIZEN OF: **US**    PLA
RELIGION:              DRIVERS LICENSE #:                              LICENSE STATE:
NYS                                                          MUG #:

─────────── ARREST/OFFENSE INFORMATION ───────────

INCIDENT #: **20-1551052**   ARREST TYPE: **COMP - Complaint**   ARRESTING AGENCY: **BUF**
STATUS AT ARREST: **Appearance Ticket**    ARREST DATE/TIME: **06/03/2020 23:31**
CONDITION AT ARREST: **Appearing Normal**
ARRESTING OFFICER: **TYSON, JOSEPH T**
ASSISTING OFFICER: **KARBOWSKI, THOMAS E**
ADDRESS OF ARREST: **430 DELAWARE AV, BUFFALO NY US**
PRIMARY ARREST CHARGE: **PL 145.00-01 CRIM MIS:INTENT DAMAGE PROPRTY AM**    ATT: **N**

─────────── BOOKING INFORMATION ───────────

CJTN #: **69371604-K**   BOOKING STATUS: **Normal**              BAIL:
BOOKING START DATE/TIME: **06/04/2020 00:02**   BOOKING END DATE/TIME: **06/04/2020 00:24**
ITEM(S) SEIZED AT ARREST:
ARRAIGNMENT COURT: **NY014011J CITY OF BUFFALO**
BOOKING COMMENTS: **no warrants/nysdl rk banging on door w/large rock damaging same, alarming the victim**
F/P'S TAKEN BY: **WOJTULSKI, Shannon M**                          DATE: **06/04/2020**
NCIC CLASS. BY:                                                    DATE/TIME:
                                           ARRESTEE SIGNATURE:


**Rolled Right Thumb**
NCIC CLASS:

| Arrest Charges: | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| PL 145.00-01 CRIM MIS:INTENT DAMAGE PROPRTY | N | 20-1551052 | | |
| PL 240.26-01 HARASSMENT-2ND:PHYSICAL CNTACT | N | 20-1551052 | | |
| EX 24-01A VIOL LOCAL EMERGENCY ORDER BM | N | 20-1551052 | | |

Page 1 of 1



**RICI #:** 06617245
**Caution Indicator:**
**BUFFALO POLICE DEPARTMENT**
**ARRESTING/BOOKING REPORT**

**Agency Case #:** 20-01722-91 (A)

Report Date: 04/04/2022 19:34
Report Printed By: GIBBONS-GLINSKI, Kelly

### PERSON INFORMATION

Black
NICITY: Non-Hispanic
EYE COLOR: Brown
SKIN TONE: Dark
DISABILITY:

HOME TELEPHONE:
MARITAL STATUS: Single (never married)
EDUCATION:   CITIZEN OF: US   PLACE OF BIRTH: BUFFALO, NY
RELIGION:   DRIVERS LICENSE #:   LICENSE STATE:
NYSI   MUG #:

### ARREST/OFFENSE INFORMATION

INCIDENT #: 20-1551055   ARREST TYPE: COMP - Complaint   ARRESTING AGENCY: BUF
STATUS AT ARREST: Held   ARREST DATE/TIME: 06/03/2020 23:01
CONDITION AT ARREST: Appearing Normal
ARRESTING OFFICER: ZASADA, MICHAEL W
ASSISTING OFFICER: SKALSKI, Nicholas
ADDRESS OF ARREST: 116 YOUNG ST, BUFFALO NY US
PRIMARY ARREST CHARGE: PL 140.35 POSSESSION OF BURGLAR TOOLS AM   ATT: N

### BOOKING INFORMATION

CJTN #: 69371745-R   BOOKING STATUS: Normal   BAIL:
BOOKING START DATE/TIME: 06/04/2020 00:34   BOOKING END DATE/TIME: 06/04/2020 00:58
ITEM(S) SEIZED AT ARREST:
ARRAIGNMENT COURT: NY014011J CITY OF BUFFALO
BOOKING COMMENTS: no warrants/no id rk trespassing in an enclosed area

F/P'S TAKEN BY: WOJTULSKI, Shannon M   DATE: 06/04/2020
NCIC CLASS. BY:   DATE/TIME: 02/20/2001 04:48
ARRESTEE SIGNATURE:



Rolled Right Thumb
NCIC CLASS: 18:09:11:10:10/ - 12:11:12:12:13/

| Arrest Charges: | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| PL 140.35 POSSESSION OF BURGLAR TOOLS AM | N | 20-1551055 | | |
| PL 140.10-0A CRIM TRESPASS 3RD:ENCLSD PROP I | N | 20-1551055 | | |
| EX 24-01A VIOL LOCAL EMERGENCY ORDER BM | N | 20-1551055 | | |

Page 1 of 1



**RICI #:** 10246662
**Caution Indicator:**
**BUFFALO POLICE DEPARTMENT**
**ARRESTING/BOOKING REPORT**

**Agency Case #:** 20-01723-91 (A)
Report Date: 04/04/2022 19:34
Report Printed By: GIBBONS-GLINSKI, Kelly

## PERSON INFORMATION

: Black
HNICITY: Non-Hispanic   SS #:
EYE COLOR: Brown
SKIN TONE: Dark Brown
DISABILITY:

HOME TELEPHONE:
MARITAL STATUS: Single (never married)
EDUCATION:   CITIZEN OF: US   PLACE OF BIRTH: BUFFALO, NY NY
RELIGION:   DRIVERS LICENSE #:   LICENSE STATE:
NYSID:   MUG #:

## ARREST/OFFENSE INFORMATION

INCIDENT #: 20-1560011   ARREST TYPE: COMP - Complaint   ARRESTING AGENCY: BUF
STATUS AT ARREST: Held   ARREST DATE/TIME: 06/04/2020 00:17
CONDITION AT ARREST: Appearing Normal
ARRESTING OFFICER: ANDRIACCIO, Angelica L
ASSISTING OFFICER: BOLDEN, TERRELL A
ADDRESS OF ARREST: 44 SANDROCK RD, BUFFALO NY US
PRIMARY ARREST CHARGE: PL 145.10 CRIMINAL MISCHIEF - 2ND DF   ATT: N

## BOOKING INFORMATION

CJTN #: 69371737-R   BOOKING STATUS: Normal   BAIL:
BOOKING START DATE/TIME: 06/04/2020 01:34   BOOKING END DATE/TIME: 06/04/2020 01:52
ITEM(S) SEIZED AT ARREST:
ARRAIGNMENT COURT: NY014011J  CITY OF BUFFALO
BOOKING COMMENTS: 1-buf/1-w.seneca warrant/web rici id rk violated city emergency by being out after crew & did jump on a brown ford damaging same
F/P'S TAKEN BY: WOJTULSKI, Shannon M   DATE: 06/04/2020
NCIC CLASS. BY:   DATE/TIME:
ARRESTEE SIGNATURE:

Rolled Right Thumb
NCIC CLASS:

| Arrest Charges: | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| PL 145.10 CRIMINAL MISCHIEF - 2ND DF | N | 20-1560011 | | |
| EX 24-01A VIOL LOCAL EMERGENCY ORDER BM | N | 20-1560011 | | |

Page 1 of 1



**RICI #:** 10253756
Caution Indicator:
**BUFFALO POLICE DEPARTMENT**
**ARRESTING/BOOKING REPORT**

**Agency Case #:** 20-01735-91 (A)

Report Date: 04/04/2022 19:35
Report Printed By: GIBBONS-GLINSKI, Kelly

— PERSON INFORMATION —

SEX: **Male**  RACE: **White**
BUILD: **Medium**  ETHNICITY: **Non-Hispanic**
TYPE: **Short**  EYE COLOR: **Blue**
FACE:   SKIN TONE: **Light**
FACIAL FEATURES: **Beard  Moustache**  DISABILITY:
SCARS/MARKS/TATTOOS:
ADDRESS:
HOME TELE:  : **Single (never married)**
EDUCATION:  O NY
RELIGION:  DRIVERS LICENSE #:  LICENSE STATE:
NYSID:  MUG #:

— ARREST/OFFENSE INFORMATION —

INCIDENT #: **20-1560518**  ARREST TYPE: **CIP - Crime in Progress**  ARRESTING AGENCY: **BUF**
STATUS AT ARREST: **Appearance Ticket**  ARREST DATE/TIME: **06/04/2020 20:18**
CONDITION AT ARREST: **Appearing Normal**
ARRESTING OFFICER: **CHRISTOPHER, Joseph**
ASSISTING OFFICER:
ADDRESS OF ARREST: **65 NIAGARA SQ, BUFFALO NY US**
PRIMARY ARREST CHARGE: **EX 24-01A VIOL LOCAL EMERGENCY ORDER BM**  ATT: **N**

— BOOKING INFORMATION —

CJTN #:  BOOKING STATUS: **Normal**  BAIL:
BOOKING START DATE/TIME: **06/04/2020 22:22**  BOOKING END DATE/TIME: **06/04/2020 22:35**
ITEM(S) SEIZED AT ARREST:
ARRAIGNMENT COURT: **NY014011J CITY OF BUFFALO**
BOOKING COMMENTS: **NYS ID/ NO WARRANTS**
            **DEF DID VIOLATE CURFEW ORDER**
F/P'S TAKEN BY: **POHANCSEK, Melanie L**  DATE: **06/05/2020**
NCIC CLASS. BY:  DATE/TIME:
                                ARRESTEE SIGNATURE:
**Rolled Right Thumb**
NCIC CLASS:

| Arrest Charges: | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| EX 24-01A VIOL LOCAL EMERGENCY ORDER BM | N | 20-1560518 | | |
| PL 240.20-06 DIS/CON:REFUSING TO MOVE ON V | N | 20-1560518 | | |

Page 1 of 1



**RICI #:** 10253757
**Caution Indicator:**
**BUFFALO POLICE DEPARTMENT**
**ARRESTING/BOOKING REPORT**

**Agency Case #:** 20-01738-91 (A)

Report Date: 04/04/2022 19:36
Report Printed By: GIBBONS-GLINSKI, Kelly

### PERSON INFORMATION



NAM
DOB                                          RACE: **White**
HEI                                          ETHNICITY: **Hispanic**      SS #:
HAIR                                         EYE COLOR: **Brown**
EYE                                          SKIN TONE: **Light**
FAC                                          DISABILITY:
SCA
ADD

HOME TELEPHONE:                              MARITAL STATUS: **Single (never married)**
EDUCATION:          CITIZEN OF: **US**       PLACE OF BIRTH: **NEW YORK CITY, NY NY**
RELIGION:           DRIVERS LICENSE #:                                   LICENSE STATE:
NYSID #:            FBI #:                   MUG #:

### ARREST/OFFENSE INFORMATION

INCIDENT #: **20-1560958**   ARREST TYPE: **CIP - Crime in Progress**   ARRESTING AGENCY: **BUF**
STATUS AT ARREST: **Appearance Ticket**                                 ARREST DATE/TIME: **06/04/2020 23:03**
CONDITION AT ARREST: **Appearing Normal**
ARRESTING OFFICER: **REED, CLAYTON P**
ASSISTING OFFICER:
ADDRESS OF ARREST: **341 SENECA ST, BUFFALO NY US**
PRIMARY ARREST CHARGE: **EX 24-01A VIOL LOCAL EMERGENCY ORDER BM**                    ATT: **N**

### BOOKING INFORMATION

CJTN #:                    BOOKING STATUS: **Normal**                    BAIL:
BOOKING START DATE/TIME: **06/05/2020 00:17**   BOOKING END DATE/TIME: **06/05/2020 00:28**
ITEM(S) SEIZED AT ARREST:
ARRAIGNMENT COURT: **NY014011J CITY OF BUFFALO**
BOOKING COMMENTS: **no warrants/nys permit rk violated cerfew**

F/P'S TAKEN BY: **KOLB, Rosemarie**                                     DATE:
NCIC CLASS. BY:                                                          DATE/TIME:
                                             ARRESTEE SIGNATURE:



**Rolled Right Thumb**
NCIC CLASS:

| Arrest Charges: | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| EX 24-01A VIOL LOCAL EMERGENCY ORDER BM | N | 20-1560958 | | |

Page   1 of 1



**RICI #:** 10253758
**Caution Indicator:**
**BUFFALO POLICE DEPARTMENT**
**ARRESTING/BOOKING REPORT**

**Agency Case #:** 20-01739-91 (A)
Report Date: 04/04/2022 19:36
Report Printed By: GIBBONS-GLINSKI, Kelly

─── PERSON INFORMATION ───

RACE: **White**
ETHNICITY: **Hispanic**
EYE COLOR: **Brown**
SKIN TONE: **Light Brown**
DISABILITY:

SCARS/MARKS/TATTOOS:
ADDRESS:
HOME TELEPHONE:                    MARITAL STATUS: **Single (never married)**
EDUCATION:         CITIZEN OF: **US**    PLACE OF BIRTH: **BUFFALO, NY NY**
RELIGION:          DRIVERS LICENSE #:                            LICENSE STATE:
NYSID:             FBI #:              MUG #:

─── ARREST/OFFENSE INFORMATION ───

INCIDENT #: **20-1560958**   ARREST TYPE: **CIP - Crime in Progress**      ARRESTING AGENCY: **BUF**
STATUS AT ARREST: **Appearance Ticket**                   ARREST DATE/TIME: **06/04/2020 23:00**
CONDITION AT ARREST: **Appearing Normal**
ARRESTING OFFICER: **REED, CLAYTON P**
ASSISTING OFFICER:
ADDRESS OF ARREST: **341 SENECA ST, BUFFALO NY US**
PRIMARY ARREST CHARGE: **EX 24-01A VIOL LOCAL EMERGENCY ORDER BM**        ATT: **N**

─── BOOKING INFORMATION ───

CJTN #:              BOOKING STATUS: **Normal**           BAIL:
BOOKING START DATE/TIME: **06/05/2020 00:29**    BOOKING END DATE/TIME: **06/05/2020 00:37**
ITEM(S) SEIZED AT ARREST:
ARRAIGNMENT COURT: **NY014011J  CITY OF BUFFALO**
BOOKING COMMENTS: **no warrants/nysdl rk along w/co-def's violated curfew**

F/P'S TAKEN BY: **KOLB, Rosemarie**                        DATE: **06/05/2020**
NCIC CLASS. BY:                                             DATE/TIME:
                                ARRESTEE SIGNATURE:

**Rolled Right Thumb**
NCIC CLASS:

| Arrest Charges: | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| EX 24-01A VIOL LOCAL EMERGENCY ORDER BM | N | 20-1560958 | | |

Page  1 of 1



**RICI #: 10253759**
Caution Indicator:
**BUFFALO POLICE DEPARTMENT**
**ARRESTING/BOOKING REPORT**

**Agency Case #: 20-01740-91 (A)**

Report Date: 04/04/2022 19:36
Report Printed By: GIBBONS-GLINSKI, Kelly

--- PERSON INFORMATION ---

Hispanic
EYE COLOR: **Brown**
TONE:
ABILITY:

HOME TELEPHONE:                                    MARITAL STATUS: **Single (never married)**
EDUCATION:         CITIZEN OF: **US**     PLACE OF BIRTH: **PR**
RELIGION:          DRIVERS LICENSE #:                                LICENSE STATE:
NYSID #:           FBI #:                      MUG #:

--- ARREST/OFFENSE INFORMATION ---

INCIDENT #: **20-1560958**   ARREST TYPE: **CIP - Crime in Progress**        ARRESTING AGENCY: **BUF**
STATUS AT ARREST: **Appearance Ticket**                  ARREST DATE/TIME: **06/04/2020 23:03**
CONDITION AT ARREST: **Appearing Normal**
ARRESTING OFFICER: **REED, CLAYTON P**
ASSISTING OFFICER:
ADDRESS OF ARREST: **341 SENECA ST, BUFFALO NY US**
PRIMARY ARREST CHARGE: **EX 24-01A VIOL LOCAL EMERGENCY ORDER BM**                               ATT: **N**

--- BOOKING INFORMATION ---

CJTN #:              BOOKING STATUS: **Normal**                     BAIL:
BOOKING START DATE/TIME: **06/05/2020 00:38**    BOOKING END DATE/TIME: **06/05/2020 00:44**
ITEM(S) SEIZED AT ARREST:
ARRAIGNMENT COURT: **NY014011J CITY OF BUFFALO**
BOOKING COMMENTS: **no warrants/nys permit rk did violate city curfew**

F/P'S TAKEN BY: **KOLB, Rosemarie**                                DATE: **06/05/2020**
NCIC CLASS. BY:                                                    DATE/TIME:
                                              ARRESTEE SIGNATURE:

**Rolled Right Thumb**
NCIC CLASS:

| Arrest Charges: | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| **EX 24-01A VIOL LOCAL EMERGENCY ORDER BM** | N | 20-1560958 | | |

Page 1 of 1