

**Peter Sahasrabudhe**
Senior Associate
Direct Dial: 716.848.1508
*PSahasra@hodgsonruss.com*

January 8, 2026

<u>Via ECF</u>

Hon. Lawrence J. Vilardo
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York

      Re:    *Martin Gugino v. City of Buffalo, et al. – Case No. 1:21-cv-283*

Dear Judge Vilardo:

    My office represents the defendants in this action. I write with the consent of Plaintiff's counsel to respectfully request an extension of the Summary Judgment briefing deadlines. This request is necessitated by the fact that I am getting over an illness that I picked up over the holidays and both parties would benefit from additional time in opposing the other side's respective summary judgment motion given counsel's January schedules.

    I have conferred with counsel for Plaintiff, and the parties have agreed to the following extended briefing schedule should it meet with the Court's approval: opposition papers to be filed by no later than January 29, 2026 and replies, if any, to be filed by no later than March 5, 2026. Again, Plaintiff's counsel consents and agrees to this briefing schedule.

    We thank the Court in advance for any courtesy it is willing to extend.

                                        Respectfully submitted,

                                        Peter Sahasrabudhe

The Guaranty Building, 140 Pearl Street, Suite 100  |  Buffalo, New York 14202  |  716.856.4000  |  hodgsonruss.com

Albany  ■  Buffalo  ■  Greensboro  ■  New Jersey  ■  New York  ■  Palm Beach  ■  Rochester  ■  Saratoga Springs  ■  Toronto