UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARTIN GUGINO,

Plaintiff,

v.

CITY OF BUFFALO, MAYOR BYRON BROWN,
POLICE OFFICER ROBERT MCCABE,
POLICE OFFICER AARON TORGALSKI,
POLICE OFFICER JOHN LOSI,
POLICE COMMISSIONER BYRON C. LOCKWOOD,
DEPUTY POLICE COMMISSIONER
JOSEPH GRAMAGLIA

Defendants.

---

Civil No.: 1:21-cv-283

NOTICE OF MOTION
TO WITHDRAW

| | |
|---|---|
| MOTION MADE BY: | Peter A. Sahasrabudhe, Esq. |
| DATE, TIME AND PLACE: | At a date and time determined by the Court, United States District Court Western District of New York 2 Niagara Square Buffalo, New York 14202 |
| SUPPORTING PAPERS: | Declaration of Peter A. Sahasrabudhe, Esq. |
| RELIEF REQUESTED: | An Order of this Court: |

1. Granting undersigned's motion to withdraw as counsel for defendants.

2. For such other and further relief as the Court deems just and Proper.

DATED:  Rochester, New York
          April 21, 2026

                                   Respectfully submitted,

                                    **HODGSON RUSS LLP**

By:        *s/ Peter A. Sahasrabudhe*
                    Peter A. Sahasrabudhe

*Attorneys for Defendants*
The Guaranty Building
140 Pearl Street, Ste 100
Buffalo, NY 14202
(716) 848-1508
E-mail: psahasra@hodgsonruss.com